UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

**FILED**
FEB 22 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN RE: LITHIUM ION BATTERIES ANTITRUST
LITIGATION

MDL No. 2420

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −1)**

On February 6, 2013, the Panel transferred 1 civil action(s) to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. See _F.Supp.2d_ (J.P.M.L. 2013). Since that time, no additional action(s) have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Yvonne Gonzalez Rogers.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of California and assigned to Judge Rogers.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. §1407 to the Northern District of California for the reasons stated in the order of February 6, 2013, and, with the consent of that court, assigned to the Honorable Yvonne Gonzalez Rogers.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 20, 2013

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION

MDL No. 2420

## SCHEDULE CTO-1 – TAG-ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA SOUTHERN | | | |
| CAS | 3 | 12-02505 | Russo et al v. LG Chem, Ltd. et al |
| CAS | 3 | 12-02531 | Miller et al v. LG Chem, Ltd. et al |
| CAS | 3 | 12-02615 | Van Patten v. LG Chem, Ltd. et al |
| CAS | 3 | 12-02658 | Turner et al v. LG Chem, Ltd. et al |
| CAS | 3 | 12-02793 | Barbat v. LG Chem, LTD. et al |
| CAS | 3 | 12-02896 | Brownlee v. LG Chem, Ltd. et al |

MASSACHUSETTS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MA | 1 | 12-12419 | Thompson et al v. Toshiba Corporation et al |

MINNESOTA

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| MN | 0 | 13-00028 | The Stereo Shop v. LG Chem, Ltd. et al |

NEW JERSEY

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| NJ | 2 | 12-06534 | CRIDEN v. PANASONIC CORPORATION OF NORTH AMERICA et al |
| NJ | 2 | 12-06555 | BATEY v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 12-06581 | A-1 COMPUTERS, INC. v. LG CHEM, LTD. et al. |
| NJ | 2 | 12-06704 | LISITSA v. PANASONIC CORPORATION OF NORTH AMERICA et al |
| NJ | 2 | 12-06708 | MEIR v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 12-06725 | RAIMONDO v. PANASONIC CORPORATION OF NORTH AMERICA et al |
| NJ | 2 | 12-06793 | SHAWN et al v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 12-06797 | SMITH v. PANASONIC CORPORATION OF NORTH AMERICA et al |
| NJ | 2 | 12-06932 | SHANNON v. LG CHEM, LTD. et al |
| NJ | 2 | 12-06973 | BILLINGSLEY v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 12-07024 | MEIER v. LG CHEM, LTD. et al |
| NJ | 2 | 12-07482 | FIRST CHOICE MARKETING, INC. v. LG CHEM AMERICA, INC. et al |

| | | | |
|---|---|---|---|
| NJ | 2 | 12-07633 | DOYLE v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 12-07793 | COHEN et al v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 13-00086 | RUAN v. LG CHEM, LTD. et al |
| NJ | 2 | 13-00190 | CONOVER et al v. LG CHEM AMERICA, INC. et al |
| NJ | 2 | 13-00541 | MOLFETAS v. LG CHEM, LTD. et al |
| NJ | 2 | 13-00557 | TUOHY v. LG CHEM, LTD et al |