Julie D. Miller
julie@complexlitgroup.com
Jeffrey A. Leon
jeff@complexlitgroup.com
COMPLEX LITIGATION GROUP LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035

*Counsel for Plaintiff Yevgeniya Lisitsa*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** _____ THIS DOCUMENT APPLIES TO ALL ACTIONS | MASTER FILE NO. m 4:13-MD-02420-YGR  MDL DOCKET NO. 2420  **NOTICE OF APPEARANCE OF JEFFERY A. LEON** |

TO:  ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTE that Jeffrey A. Leon (jeff@complexlitgroup.com) of the firm Complex Litigation Group LLC, hereby enters his appearance on behalf of Plaintiff Yevgeniya Lisitsa, Individually and on Behalf of All Others Similarly Situated, in Case No. 2:12-cv-06704-DMC-JAD (D.N.J.), which was transferred to this Court by the MDL Panel.  Jeffrey A. Leon requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon him at the e-mail address listed above.

Dated: March 7, 2013

/s/ Jeffrey A. Leon
Jeffrey A. Leon
COMPLEX LITIGATION GROUP LLC
513 Central Avenue, Suite 300
Highland Park, IL 60035
Telephone: (847) 433-4500
Facsimile:  (847) 433-2500
jeff@complexlitgroup.com