SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
CHRISTOPHER M. BURKE (214799)
WALTER W. NOSS (277580)
JOHN JASNOCH (281605)
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone: (619) 233-4565
Facsimile:  (619) 233-0508
Email:   cburke@scott-scott.com
         wnoss@scott-scott.com
         jjasnoch@scott-scott.com

*Attorneys for Plaintiffs Brian Caleb Batey, Michael James Doyle, David Shawn, Drake Dailey-Chawlibog, Meghan Dowling, Michael Hull, Matthew J. Miller, Rachel L. Miller, Angela Turner, James A. Smith, Benjamin Kramer, Katherine A. Wirkus, and Beverlee Sclar*

[Additional counsel on signature page]

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420-YGR<br><br>MDL No. 2420 |
|---|---|
| This Document Relates to:<br><br>ALL ACTIONS | **NOTICE OF APPEARANCE OF ATTORNEY CHRISTOPHER M. BURKE** |

NOTICE OF APPEARANCE OF ATTORNEY CHRISTOPHER M. BURKE

4:13-MD-02420-YGR

Christopher M. Burke, an attorney at Scott + Scott, Attorneys at Law, LLP, 707 Broadway, Suite 1000, San Diego, California 92101, hereby gives notice of appearance on behalf of the following plaintiffs who filed actions which were transferred to this Court by the MDL panel:

| PLAINTIFFS | CASE |
| --- | --- |
| Brian Caleb Batey | *Batey v. LG Chem America, Inc.*<br>Case No. 4:13-cv-00787-YGR; MDL No. 2420 |
| Michael James Doyle | *Doyle v. LG Chem America, Inc.*<br>Case No. 4:13-cv-00789-YGR; MDL No. 2420 |
| David Shawn, Drake Dailey-Chawlibog, Meghan Dowling, Michael Hull | *Shawn v. LG Chem America, Inc.*<br>Case No. 4:13-cv-00792-YGR; MDL No. 2420 |
| Matthew J. Miller, Rachel L. Miller | *Miller v. LG Chem, Ltd*.<br>Case No. 4:13-cv-00779-YGR; MDL No. 2420 |
| Angela Turner, James A. Smith, Benjamin Kramer, Katherine A. Wirkus | *Turner v. LG Chem, Ltd.*<br>Case No. 4:13-cv-00781-YGR; MDL No. 2420 |
| Beverlee Sclar | *Sclar v. LG Chem America, Inc.*<br>MDL No. 2420<br>Case No. 2:13-cv-00592 (D.N.J.) |

DATED: March 8, 2013                    Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

 /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
WALTER W. NOSS
JOHN JASNOCH
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565
Fax:  (619) 233-0508
Email:  wnoss@scott-scott.com
            cburke@scott-scott.com
            jjasnoch@scott-scott.com

| | |
|---|---|
| 1 | JOSEPH P. GUGLIELMO |
| | SCOTT+SCOTT, ATTORNEYS AT LAW, LLP |
| 2 | The Chrysler Building |
| | 405 Lexington Ave., 40th Floor |
| 3 | New York, NY 10174 |
| | Telephone:  (212) 223-6444 |
| 4 | Fax:  (212) 223-6334 |
| | Email: jguglielmo@scott-scott.com |

*Attorneys for Plaintiffs Brian Caleb Batey, Michael James Doyle, David Shawn, Drake Dailey-Chawlibog, Meghan Dowling, Michael Hull, Matthew J. Miller, Rachel L. Miller, Angela Turner, James A. Smith, Benjamin Kramer, Katherine A. Wirkus, and Beverlee Sclar*

NOTICE OF APPEARANCE OF ATTORNEY CHRISTOPHER M. BURKE          2

4:13-MD-02420-YGR

CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 8, 2013.

                                        SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

                                         /s/ Christopher M. Burke
                                        CHRISTOPHER M. BURKE
                                        WALTER W. NOSS
                                        JOHN JASNOCH
                                        707 Broadway, Suite 1000
                                        San Diego, CA 92101
                                        Telephone:  (619) 233-4565
                                        Fax:  (619) 233-0508
                                        Email:    wnoss@scott-scott.com
                                                      cburke@scott-scott.com
                                                      jjasnoch@scott-scott.com

*Attorneys for Plaintiffs Brian Caleb Batey, Michael James Doyle, David Shawn, Drake Dailey-Chawlibog, Meghan Dowling, Michael Hull, Matthew J. Miller, Rachel L. Miller, Angela Turner, James A. Smith, Benjamin Kramer, Katherine A. Wirkus, and Beverlee Sclar*