1  Jeffrey F. Keller, Esq. (Bar No. 148005)
   jfkeller@kellergrover.com
2  Eric A. Grover, Esq. (Bar No. 136080)
   eagrover@kellergrover.com
3  Kathleen R. Scanlan, Esq. (Bar No. 197529)
   kscanlan@kellergrover.com
4  **KELLER GROVER LLP**
5  1965 Market Street
   San Francisco, CA  94103
6  Telephone:    (415) 543-1305
7  Facsimile:    (415) 543-7861

8  *Counsel for Plaintiff RICHARD S.E. JOHNS* in
   *Richard S.E. Johns, Individually and on Behalf of*
9  *All Others Similarly Situated v. Hitachi, Ltd., et al.,*
   Case No. 3:12-cv-6152 JSC

10

11

12                    **IN THE UNITED STATES DISTRICT COURT**

13                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

14                                    **OAKLAND DIVISION**

15  | IN RE:  LITHIUM BATTERIES ANTITRUST LITIGATION | CASE NO. M 13-2420 YGR |
    |---|---|
16  |   | MDL NO. 2420 |
17  | This Document Relates to: | **NOTICE OF APPEARANCE FOR JEFFREY F. KELLER** |
18  |   |   |
19  | *RICHARD S.E. JOHNS, Individually and on Behalf of All Others Similarly Situated v. HITACHI, LTD., et al.,* Case No. 3:12-cv-6152 JSC | The Honorable Yvonne Gonzales Rogers |

20

21

22

23

24

25

26

27

28

**TO ALL PARTIES HEREIN AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE THAT** Attorney JEFFREY F. KELLER hereby appears in the above-captioned case on behalf of Plaintiff RICHARD S.E. JOHNS, Individually and on Behalf of All Others Similarly Situated.

Dated: March 18, 2013      **KELLER GROVER, LLP**

By:   */s/Jeffrey F. Keller*
      JEFFREY F. KELLER

*Counsel for Plaintiff RICHARD S.E. JOHNS* in *Richard S.E. Johns, Individually and on Behalf of All Others Similarly Situated v. Hitachi, Ltd., et al.,* Case No. 3:12-cv-6152 JSC