| | |
|---|---|
| J. Gerard Stranch IV<br>Michael G. Stewart<br>Benjamin A. Gastel<br>**BRANSTETTER, STRANCH & JENNINGS**<br>227 Second Avenue North– 4th Floor<br>Nashville, TN 37201<br>Telephone: (615) 254-880<br>gstranch@branstetterlaw.com<br>mstewart@branstetterlaw.com<br>beng@branstetterlaw.com<br><br>James M. Finberg<br>Danielle E. Leonard<br>**ALTSHULER BERZON LLP**<br>177 Post Street, Suite 300<br>San Francisco, CA 94108<br>Telephone (415) 421-7151<br>jfinberg@altshulerberzon.com<br>dleonard@altshulerberzon.com | Christopher M. Burke<br>Walter W. Noss<br>John T. Jasnoch<br>**SCOTT+SCOTT LLP**<br>707 Broadway, Suite 1000<br>San Diego, CA 92101<br>Telephone: (619) 233-4565<br><br>Joseph P. Guglielmo<br>**SCOTT+SCOTT LLP**<br>The Chrysler Building<br>405 Lexington Ave., 40th Floor<br>New York, NY 10174<br>Telephone: (212) 223-6444<br>jguglielmo@scott-scott.com<br><br>Counsel for Plaintiff in *Batey v. LG Chem America, Inc*, Case No. 2:12-cv-06555 (D.N.J.) |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Batey v. LG Chem America, Inc*, Case No. 2:12-cv-06555 (D.N.J.) | Case No. 4:13-md-02420-YGR<br><br>MDL No. 2420<br><br>**NOTICE OF APPEARANCE FOR <u>JAMES M. FINBERG</u>**<br><br>Judge:       Yvonne Gonzalez Rogers |

- 1 -     MDL No. 2420
NOTICE OF APPEARANCE FOR JAMES M. FINBERG

**PLEASE TAKE NOTICE** that James M. Finberg of Altshuler Berzon LLP, 177 Post Street, Suite 300, San Francisco, CA 94108, Telephone: (415) 421-7151, Facsimile: (415) 362-8064, and email address jfinberg@altshulerberzon.com, hereby enters his appearance as counsel of record for Plaintiff Caleb Batey.

Dated: March 28, 2013

Respectfully submitted,

By: _____*/s/ James M. Finberg*_____
        James M. Finberg

James M. Finberg
Danielle E. Leonard
**ALTSHULER BERZON LLP**
177 Post Street, Suite 300
San Francisco, CA 94108
Telephone (415) 421-7151
jfinberg@altshulerberzon.com
dleonard@altshulerberzon.com

Counsel for Plaintiff in *Batey v. LG Chem America, Inc*, Case No. 2:12-cv-06555 (D.N.J.)