1 | SCOTT + SCOTT, ATTORNEYS AT LAW, LLP
  | CHRISTOPHER M. BURKE (214799)
2 | WALTER W. NOSS (277580)
  | JOHN JASNOCH (281605)
3 | 707 Broadway, Suite 1000
  | San Diego, CA 92101
4 | Telephone: (619) 233-4565
  | Email:   cburke@scott-scott.com
5 |          wnoss@scott-scott.com
  |          jjasnoch@scott-scott.com
6
  | *Attorneys for The Nationwide Group*
7

8 | [Additional counsel on signature page.]

9 | **UNITED STATES DISTRICT COURT**

10 | **NORTHERN DISTRICT OF CALIFORNIA**

11 | **OAKLAND DIVISION**

| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420-YGR |
|---|---|
|  | MDL No. 2420 |
| This Document Relates to: | |
| ALL ACTIONS | **THE NATIONWIDE GROUP'S STATEMENT ON LEADERSHIP AND APPLICATION FOR APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE** |

I. **INTRODUCTION**

Pursuant to the Court's March 4, 2013 Order (ECF No. 8), the Nationwide Group[1], on behalf of 27 plaintiffs from 20 different indirect purchaser states and Puerto Rico, respectfully proposes, consistent with the MANUAL ON COMPLEX LITIGATION (FOURTH), that the Court appoint a leadership structure as follows:

- Interim Co-Lead Counsel
- Plaintiffs' Steering Committee ("PSC")

Additionally, as set forth below, the Nationwide Group, which represents the largest number of plaintiffs and indirect purchaser states, respectfully requests that the Court appoint four of its members: (1) Scott+Scott, Attorneys at Law, LLP; (2) Schneider Wallace Cottrell Konecky LLP; (3) Branstetter, Stranch & Jennings PLLC; and (4) The Lexington Law Group, to the PSC.

II. **APPOINTMENT OF LEADERSHIP STRUCTURE**

A. **Interim Co-Lead Counsel**

The Nationwide Group originally supported Scott+Scott for lead counsel. However, in order to promote the prompt resolution a of leadership structure in this action and promote a broad-based, consensual group of firms and plaintiffs, the Nationwide Group no longer seeks Scott+Scott's

---

[1] The law firms comprising the Nationwide Group are: Altshuler Berzon, LLP, Branstetter, Stranch & Jennings PLLC, Davis & Taliaferro LLC, Doyle Lowther LLP, Emerson Poynter LLP, Langston & Lott, P.A., the Lexington Law Group, Luis E. Minana & Associates, Schneider Wallace Cottrell Konecky LLP, Scott+Scott, Attorneys at Law, LLP ("Scott+Scott"), and the Wood Law Firm. They represent plaintiffs Rebecca Cervanek, John Russo (plaintiffs in *Russo v. LG Chem Ltd.,* 13-cv-00778), Matthew Miller, Rachel Miller (plaintiffs in *Miller v. LG Chem, Ltd.,* 13-cv-00779), Benjamin Kramer, James Smith, Angela Turner, Katherine Wirkus (plaintiffs in *Turner v. LG Chem Ltd.,* 13-cv-00781), Brian Caleb Batey (plaintiff in *Batey v. LG Chem America Inc.,* 13-cv-00787), A-1 Computers, Inc. (plaintiff in *A-1 Computers Inc., v. LG Chem, Ltd.,* 13-cv-00788), Meghan Dowling, Drake Dailey-Chawlibog, Michael Hull, David Shawn (plaintiffs in *Shawn v. LG Chem America, Inc.,* 13-cv-00792), Kim Billingsley (plaintiff in *Billingsley v. LG Chem America Inc.,* 13-cv-00795), Michael James Doyle (plaintiff in *Doyle v. LG Chem America, Inc.,* 13-cv-00798), Chad Conover, Susanne Hiller, Robert Hyams, Mathew Weiner (plaintiffs in *Conover v. LG Chem America, Inc.,* 13-cv-00801), Thomas Tuohy (plaintiff in *Tuohy v. LG Chem, Ltd.,* 13-cv-00803), Beverlee Sclar (plaintiff in *Sclar v. LG Chem America, Inc.,* 13-cv-00884), Linda Lincoln (plaintiff in *Lincoln v. LG Chem, Ltd.,* 13-cv-01131), Beatriz Hernandez (plaintiff in *Hernandez v. LG Chem, Ltd.,* 3:13-cv-01189), Jason Ames, Wilbur Franklin (plaintiffs in *Ames v. LG Chem, Ltd.,* 4:13-cv-01194), and KCN Services LLC (plaintiff in *KCN Services LLC v. LG Chem, Ltd.,* 13-cv-00119 (D. Hawaii).

appointment as a co-lead counsel. Instead, the Nationwide Group supports the selection of Lieff, Cabraser, Heimann & Bernstein, LLP ("Lieff Cabraser") and Cotchett, Pitre & McCarthy LLP ("Cotchett") as Interim Co-Lead Counsel for all indirect purchaser actions. These respected Bay Area firms are comprised of excellent lawyers and possess the experience and resources necessary to effectively lead this case through the pleadings stage, class certification, discovery, and to trial. Lieff Cabraser and Cotchett also have the leadership skills necessary to coordinate and organize the resources of the various firms that are necessary to successfully prosecute this matter. The excellent qualifications of Lieff Cabraser and Cotchett will be more fully set forth in their separate application for leadership. As Interim Co-Lead Counsel, they will have powers and responsibilities set forth in the Manual, §§10.221-22 (noting duties and responsibilities that lead, liaison, trial counsel and committees have in managing the litigation) and have agreed to work cooperatively with the members of the PSC.[2]

### B. Plaintiffs' Steering Committee

The Court's March 4 Order stated the Court intended to appointment a PSC "to conduct and coordinate the discovery stage of this litigation." ECF No. 8 at 5. "The main criteria for membership in the PSC will be: (a) willingness and availability to commit to a time-consuming project; (b) ability to work cooperatively with others; and (c) professional experience in this type of litigation." (*Id*.) Additionally, the Court ordered "[a]pplications/nominations should succinctly address each of the above criteria as well as any other relevant matters." *Id.*

Consistent with the Court's Order, the Nationwide Group respectfully requests the appointment of four of its member firms to the PSC: (1) Scott + Scott; (2) Schneider Wallace Cottrell Konecky LLP; (3) Branstetter, Stranch & Jennings PLLC; and (4) The Lexington Law Group. As set forth below, each of these firms is well-qualified to serve on the PSC. A copy of each

---

[2] To the extent the Court does intend to appoint separate Interim Co-Lead Counsel, the Nationwide Group supports the appointment of Lieff Cabraser and Cotchett as Co-Chairs of the PSC.

THE NATIONWIDE GROUP'S STATEMENT ON LEADERSHIP AND APPLICATION FOR
APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE

2

4:13-MD-02420-YGR

firm's resume is submitted as Exhibits A-D to the Declaration of Christopher Burke filed herewith ("Burke Decl.").

### 1. The Nationwide Group Provides the Broadest Representation for All Indirect Purchasers

The above members of the Nationwide Group seek appointment to the PSC for all indirect purchaser actions. Under well-settled Supreme Court precedent (subject to narrow exceptions), only a direct purchaser is "injured in his business or property" within the meaning of §4 of the Clayton Act (which provides a private right of action for damages for violations of the antitrust laws). *Illinois Brick Co. v. Illinois,* 431 U.S. 720, 729 (1977). The laws of about half the states, however, do not follow *Illinois Brick,* and allow recovery for indirect purchasers. ABA SECTION OF ANTITRUST LAW, ANTITRUST LAW DEVELOPMENTS, pp. 650-654 (7th ed. 2012). Representation by plaintiffs from states that allow for indirect purchaser recoveries maximizes the potential recoveries for all indirect purchasers.

The Nationwide Group provides the broadest representation of indirect purchaser states among indirect purchaser counsel. *See* Burke Decl., Ex. E (Nationwide Group Indirect Purchaser Chart). The Nationwide Group represents plaintiffs in 21 different states and territories with ***12 states and territories being unique*** to the Nationwide Group. The Nationwide Group plaintiffs hail from Arizona, Arkansas, California, Florida, Hawaii, Maine, Massachusetts, Michigan, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, New York, North Carolina, Puerto Rico, Tennessee, Utah, Vermont, West Virginia, and Wisconsin. Based on a review of the cases filed this far, as of March 27, 2013, the Nationwide Group is the only leadership group that represents plaintiffs that have indirectly purchased in the following 12 states and territories: Arizona, Arkansas, Hawaii, Maine, Mississippi, Nebraska, Nevada, New Hampshire, New Mexico, Puerto Rico, Utah, and Vermont. This broad representation provides the potential to maximize recovery for all indirect purchasers and weighs in favor of appointing the members of the Nationwide Group to the PSC.

### 2. The Members of the Nationwide Group Meet the Court's Criteria for Appointment to the PSC

In addition to representing a broad group of plaintiffs from all over the United States, the Nationwide Group's members meet the Court's criteria for membership on the PSC.  They are each: (a) willing and able to commit the resources necessary to prosecute this litigation through trial and appeals; (b) willing and able to work cooperatively with the other counsel appointed to the PSC by the Court; and (c) have the professional experience in class action antitrust litigation required to provide successful results to all indirect purchaser plaintiffs.

First, the Nationwide Group has ample financial resources and human capital to effectively prosecute this case.  This is demonstrated by the previous successes each firm has had in successfully prosecuting class actions of this nature.  Moreover, the Nationwide Group has demonstrated its commitment to this litigation by dedicating substantial time, resources, and efforts since being retained by the named plaintiffs.

Second, the Nationwide Group has been and will continue to work cooperatively with firms from other groups.  The Nationwide Group's commitment to work cooperatively with other firms in the best interests of indirect purchasers is succinctly demonstrated by its support for the appointment of additional firms outside of its group to the PSC.

Finally, the Nationwide Group's counsel have substantial antitrust class action experience, including trial experience, and are a strong, cohesive, and focused team committed to consumer protection.  The Nationwide Group has substantial experience in procedural organization, motion practice, consolidated pleadings, and complex and high-volume discovery, including electronically stored information.  The members of the Nationwide Group have tried numerous complex actions including in this Court that have resulted in substantial recoveries for their clients and class members.  As set forth in their respective resumes, the Nationwide Group's members are well-qualified and have acted as lead counsel, co-lead counsel, members of steering or executive committees, and liaison counsel in a number of complex matters over the last 30 years.

a.     **Scott+Scott, Attorneys at Law, LLP**

With offices in California, Connecticut, New York, and Ohio, Scott+Scott has a proven track record of successfully handling large complex class actions, achieving substantial settlements and, when necessary to secure the best relief for its clients, taking cases to trial. In January and February of this year, Scott+Scott served as co-trial counsel in a five week-long antitrust class action trial, challenging arbitration clauses as a restraint of trade. *Ross v. American Express Co.,* No. 1:04-cv-05723 (S.D.N.Y.) In December 2012, Scott+Scott took the lead role at a two-day summary judgment hearing in *Dahl v. Bain Capital Partners, LLC,* No. 1:07-cv-12388 (D. Mass.), an antitrust class action challenging bid-rigging and market allocation in the multi-billion dollar private equity/leveraged-buyout industry.

Scott+Scott also has significant experience litigation antitrust class actions on behalf of indirect purchasers. Recent leadership examples in indirect purchaser antitrust class actions include:

- *In re Lipitor Antitrust Litigation,* 3:12-cv-2389-PGS-DEA (D. N.J.) (end payor action) (member of end payor class plaintiffs' Executive Committee);
- *Mylan Pharmaceuticals, Inc. v. Warner Chilcott Public Limited Company,* 12-cv-3824 (E.D. Pa) (indirect purchaser action) (lead counsel);
- *In re Skelaxin (Metexalone) Antitrust Litigation*, 1:12-cv-194 (E.D. Tenn.) (end-payor action) (member of steering committee);
- *In re Nexium (Esomeprazole) Antitrust Litigation,* 1:12-md-2409-WGY (D. Mass) (end-payor action) (member of executive committee);
- *In re Prograf Antitrust Litigation,* 1:11-cv-2242-RWZ (D. Mass) (indirect purchaser action) (member of the plaintiffs' executive committee);
- *In re Effexor XR Antitrust Litigation*, 3:11-cv-5661 (D. N.J.) (end-payor action) (member of plaintiffs' executive committee);and
- *In re Korean Air Lines Co., Ltd. Antitrust Litigation,* 2:07-cv-06542-SJO-AGR (co-lead counsel for indirect purchaser plaintiffs).

A copy of Scott+Scott's résumé is attached to the Burke Decl. as Exhibit A.

### b. Schneider Wallace Cottrell Konecky LLP

Schneider Wallace has 16 attorneys located in three offices, including in the Bay Area. Schneider Wallace litigates class actions throughout the United States. Among the other putative antitrust class actions in which it is currently counsel are *In re Cox Enterprises Inc., Set-Top Cable Television Box Antitrust Litigation,* 5:09-ml-02048-C (W.D. Okla.) (a pending consolidated antitrust putative class action alleging that one of the nation's largest cable providers impermissibly tied sales of set-top boxes to sales of premium cable services); *In re Nexium (Esomeprazole) Antitrust Litigation,* 1:12-md-2409-WGY (D. Mass) (end-payor action) (alleging that the defendants engaged in an illegal conspiracy to delay the entry of generic versions of pharmaceuticals resulting in higher prices for consumers and health care payors); and *McCananey v. GlaxoSmithKline LLC,* 2:12-cv-06721-WHW-CLW (D.N.J.) (same). Schneider Wallace has served as class counsel in a number of cases that have reached favorable settlements in this Court, including *Labrador v. Seattle Mortgage Co.,* 3:08-cv-02270-SC (N.D. Cal.); *Lopez v. San Francisco Unified School District*, 3:99-cv-03260-SI (N.D. Cal); *Satchell v. FedEx Express, Inc.*, 03-cv-02659-SI (N.D. Cal.); and *National Federation of the Blind v. Target Corp.*, 06-cv-01802-MHP (N.D. Cal.). Other notable class action settlements obtained by Schneider Wallace include *Holliman v. Kaiser Foundation Health Plan*, No. RG 05247858 (California Superior Court, Alameda County); *Singleton v. Regents of the University of California*, No. 373059 (California Superior Court, Alameda County) and *Rosa v. Morrison Homes,* No. 373059 (California Superior Court, Stanislaus County). A copy of Schneider Wallace's résumé is attached to the Burke Decl. as Exhibit B.

### c. Branstetter, Stranch & Jennings PLLC

Branstetter, Stranch, and Jennings, PLLC, ("Branstetter") are exceptionally qualified to manage antitrust complex class action litigations. Branstetter took the first case to the Tennessee Court of Appeals which established that indirect purchasers have a private right of action under Tennessee's Trade Practices Act, Tenn. Code Ann. §§47-25-101, *et seq. Sherwood v. Microsoft Corp.,* Case No. M2000-01850-COA-R9-CV, 2003 Tenn. App. LEXIS 539 (July 31, 2003). Branstetter is also believed to have tried the first class action in Tennessee following the adoption of

1  Rule 23, which led to Branstetter recovering 100% of a jury verdict on behalf of employees injured
2  by unlawful activities by the board of directors of Frosty Morn Inc.  *Ewin v. Neuhoff* (Law and
3  Equity Court, Montgomery County, Tennessee).  Moreover, Branstetter has successfully managed
4  numerous large complex class actions across the country alleging violations of antitrust laws.  *See,*
5  *e.g., In re Wellbutrin XL Antitrust Litig.,* Case No. 08-2433 (E.D. Pa.) (end-payor action, co-lead
6  counsel); *In re: Prograf Antitrust Litigation*, 1:11-cv-2242-RWZ (D. Mass) (end-payor action, co-
7  lead counsel); *In re Skelaxin (Metexalone) Antitrust Litigation,* 1:12-cv-194 (E.D. Tenn.) (end-payor
8  action, lead counsel); *Dahl v. Bain Capital Partners, LLC*, Case No. 07-12388 (D. Mass.) (Sherman
9  Act action, counsel); *In re: Qwest Savings and Investment Plan ERISA Litigation,* No. 02-RB-464,
10  (D. Colo.) (ERISA action, co-lead counsel); *In re Nortel Networks Corp. "ERISA" Litigation*, No.
11  3:03-MD-1537 (M.D. Tenn.) (ERISA action, co-lead counsel) and (*Lankford v. Dow Chemical.*, No.
12  04-1517 (Davidson County Circuit, Tennessee) (end-payor and consumer fraud action, lead
13  counsel).  Given this wide breadth of class experience, Branstetter is well positioned to provide
14  meaningful leadership in the case at bar.  Additionally, Branstetter is well staffed with well-qualified
15  attorneys; numerous members of the firm are listed in the Best Lawyers in America and have the
16  coveted Martindale Hubble AV rating.  A copy of Branstetter's résumé is attached to the Burke
17  Decl. as Exhibit C.

### d.     The Lexington Law Group,

19      Located in the Bay Area, for over 27 years, the Lexington Law Group has represented
20  plaintiffs in complex consumer litigation.  The firm has a proven track record of vigorous and
21  effective advocacy that has resulted in the recovery of millions of dollars for consumers.  Recent
22  examples of antitrust and other consumer cases where the firm had a leadership role include:

23  - *In Re WellPoint Out-of-Network UCR Rates Litigation,* 2:09-ml-02074 (N.D. Cal.)
24    (co-lead counsel for subscriber plaintiffs);
25  - *Brown v. Hain Celestial Group*, 3-11-cv-11-03082 (N.D. Cal.) (class counsel);
26  - *In re: Comcast Peer-to-Peer (P2P) Transmission Contract Litigation,* 2:08-md-
27    01992 (E.D. Pa.) (class counsel);

- *Lyons v. Coxcom, Inc. dba Cox Communications,* 3:08-cv-02047 (S.D. Cal.) (class counsel);

- *Dervaes v. Blue Shield of California,* Alameda County Superior Court Case No. RG 06-262733 (class counsel); and

- *State of California v. Burlington Coat Factory,* Alameda County Superior Court Case No. RG 06-262733 (co-litigation with California Attorney General).

A copy of the Lexington Law Group résumé is attached to the Burke Decl. as Exhibit D.

### 3. The Nationwide Group's Appointment to the PSC Enjoys the Support of Additional Firms in this Action and Supports the Inclusion of Others

The Nationwide Group's appointment to the PSC is supported by other law firms in this litigation. Proposed Interim Co-Lead Counsel Lieff Cabraser and Cotchett support the appointment of Scott+Scott from the Nationwide Group's to the PSC. Additionally, as set forth in their respective papers, Straus & Boies, LLP and Green Noblin P.C. support the appointment of Scott+Scott from the Nationwide Group to the PSC.

In an effort to build a broad-based coalition of well-qualified law firms, the Nationwide Group supports the appointment Straus & Boies, LLP and Green Noblin P.C. to the PSC. In addition to being excellent well-qualified law firms whose substantial knowledge and experience in class action and antitrust law will benefit all plaintiffs, they represent several plaintiffs with indirect purchases in states not currently represented by the Nationwide Group. When combined with the Nationwide Group, nearly every state (and Puerto Rico) which allows an indirect purchaser remedy is represented by one or more plaintiffs. The Nationwide Group further supports the appointment of additional firms to the PSC that provide the broadest possible representation for all indirect purchasers.

## III. CONCLUSION

For the foregoing reasons, the Nationwide Group respectfully requests the Court appoint (1) Scott+Scott, Attorneys at Law, LLP; (2) Schneider Wallace Cottrell Konecky LLP; (3) Branstetter, Stranch & Jennings PLLC; and (4) The Lexington Law Group to the PSC, and appoint (1) Lieff,

Cabraser, Heimann & Bernstein, LLP and (2) Cotchett, Pitre & McCarthy LLP as Interim Co-Lead Counsel.

DATED: March 28, 2013          Respectfully submitted,

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

 /s/ Christopher M. Burke
CHRISTOPHER M. BURKE
WALTER W. NOSS
JOHN JASNOCH
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565
Email: wnoss@scott-scott.com
           cburke@scott-scott.com
           jjasnoch@scott-scott.com

JOSEPH P. GUGLIELMO
SCOTT+SCOTT, ATTORNEYS AT LAW, LLP
The Chrysler Building
405 Lexington Ave., 40th Floor
New York, NY 10174
Telephone:  (212) 223-6444
Email: jguglielmo@scott-scott.com

[J. Gerard Stranch IV
BRANSTETTER, STRANCH & JENNINGS
227 Second Avenue North – 4th Floor
Nashville, TN 37201
Telephone:  (615) 254-8801
Email: geralds@branstetterlaw.com

Todd M. Schneider
Jason H. Kim
SCHNEIDER WALLACE COTTRELL KONECKY LLP
180 Montgomery Street, Suite 2000
San Francisco, California 94109
Telephone:  (415) 421-7100
Email: tschenider@schneiderwallace.com
           jkim@schneiderwallace.com

Eric S. Somers
Mark N. Todzo
Howard Hirsch
LEXINGTON LAW GROUP
503 Divisadero Street
San Francisco, CA 94117
Telephone: (415) 913-7800

```
 1                                     William James Doyle , II
                                       DOYLE LOWTHER LLP
 2                                     10200 Willow Creek Road Suite 150
                                       San Diego, CA 92131
 3                                     Telephone:  (858) 935-9960
                                       Email:  bill@doylelowther.com
 4
                                       Scott E. Poynter
 5                                     EMERSON POYNTER LLP
                                       The Museum Center
 6                                     500 President Clinton Ave. Suite 305
                                       Little Rock, AR 72201
 7                                     Telephone:  (501) 907-2555

 8                                     John G. Emerson
                                       EMERSON POYNTER LLP
 9                                     830 Apollo Lane
                                       Houston, TX 77058
10                                     Telephone:  (281) 488-8854
                                       Email:  jemerson@emersonpoynter.com
11
                                       Casey L. Lott
12                                     LANGSTON & LOTT P.A.
                                       P.O. Box 382
13                                     100 South Main Street
                                       Booneville, MS 38829
14                                     Telephone:  (662) 728-9733

15                                     E. Kirk Wood
                                       WOOD LAW FIRM LLC
16                                     P.O. Box 382434
                                       Birmingham, AL 35238
17                                     Telephone:  (205) 612-0243

18                                     Greg L. Davis
                                       DAVIS & TALIAFERRO LLC
19                                     7031 Haleyon Park Drive
                                       Montgomery, AL 36117
20                                     Telephone:  (334) 832-9080

21                                     LUIS E. MINAÑA, ESQ.
                                       ESPADA MIÑANA & PEDROSA LAW OFFICES
22                                     PSC
                                       122 Calle Manuel Dómenech Altos
23                                     Urb. Baldrich
                                       San Juan, PR 00918
24                                     Telephone:  (787) 758-1999
                                       minanalaw@prtc.net / minanalaw@yahoo.com
25                                             - and -
                                       Héctor Eduardo Pedrosa-Luna, Esq.
26                                     P.O. Box 9023963
                                       San Juan, PR 00902-3963
27                                     Telephone:  (787) 920-7983
                                       hectorpedrosa@gmail.com
28
    THE NATIONWIDE GROUP'S STATEMENT ON LEADERSHIP AND APPLICATION FOR
    APPOINTMENT TO PLAINTIFFS' STEERING COMMITTEE                              10

                                                                    4:13-MD-02420-YGR
```

```
                                    Jim Finberg
                                    ALTSHULER BERZON LLP
                                    177 Post Street Suite 300
                                    San Francisco, CA 94108
                                    Telephone:  (415) 421-7151

                                    Attorneys for The Nationwide Group
```

CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2013, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List, and I hereby certify that I caused the foregoing document or paper to be mailed via the United States Postal Service to the non-CM/ECF participants indicated on the Manual Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on March 28, 2013.

SCOTT+SCOTT, ATTORNEYS AT LAW, LLP

/s/ Christopher M. Burke
CHRISTOPHER M. BURKE
707 Broadway, Suite 1000
San Diego, CA 92101
Telephone:  (619) 233-4565
Fax:  (619) 233-0508
Email:  cburke@scott-scott.com