# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>**LITHIUM ION BATTERIES ANTITRUST LITIGATION** | Case No.: 13-MD-02420 YGR<br><br>MDL No.: 2420<br><br>**ORDER RE: PRODUCTION OF INFORMATION PRODUCED TO GRAND JURY**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** |

The Court has considered the parties' arguments with respect to Plaintiffs' requests that Defendants produce the documents in this case that have already been produced to the Department of Justice or any Grand Jury. In this regard, the Court **ORDERS** the following:

1. By **April 26, 2013**, Plaintiffs shall serve and file their specific document requests for the information that was produced to the Department of Justice or any Grand Jury.

2. By **May 3, 2013**, Defendants shall serve and file any objections. If an objection is that a request is overly burdensome, Defendants shall specify the nature of the burden, including without limitation, Defendants shall quantify the burden in terms of the number of pages at issue.

3. By **May 10, 2013**, Plaintiffs shall serve and file their responses to Defendants' objections.

**IT IS SO ORDERED**.

Date: April 19, 2013                                              _____
                                                                          **YVONNE GONZALEZ ROGERS**
                                                                          **UNITED STATES DISTRICT COURT JUDGE**