**United States District Court for the Northern District of California**

Laura Gallardo,

        Plaintiff(s),

vs.

LG Chem, Ltd. et al.,

        Defendant(s).

Case No.: 3:13-cv-01030-LB

**AFFIDAVIT OF SERVICE**

On 04/17/2013 at 4:05 AM (PM) I served the within **Summons in a Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Administrative Motion to Consider Whether Cases Should Be Related; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12; Declaration of Sandra Cuneo In Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Class Action Complaint - Jury Trial Demanded; Exhibit A; Certificate of Service; ECF Registration Information Handout; Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California** on Sony Electronics, Inc., Defendant(s).

Said service was effected at 16535 VIA ESPRILLO , SAN DIEGO , CA, 92127

in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Administrative Motion to Consider Whether Cases Should Be Related; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12; Declaration of Sandra Cuneo In Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Class Action Complaint - Jury Trial Demanded; Exhibit A; Certificate of Service; ECF Registration Information Handout; Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California with

_____, the registered agent of Sony Electronics, Inc..

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Administrative Motion to Consider Whether Cases Should Be Related; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12; Declaration of Sandra Cuneo In Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Class Action Complaint - Jury Trial Demanded; Exhibit A; Certificate of Service; ECF Registration Information Handout; Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California with:

_____, _____, who is an officer or agent of Sony Electronics, Inc..

☐

☒ **Other:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Order Setting Initial Case Management Conference and ADR Deadlines; Standing Order for United States Magistrate Judge Laurel Beeler; Contents of Joint Case Management Statement; Notice of Assignment of Case to a United States Magistrate Judge; Consent to Proceed Before a United States Magistrate Judge; Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge; Administrative Motion to Consider Whether Cases Should Be Related; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Local Rule 3-12; Declaration of Sandra Cuneo In Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Class Action Complaint - Jur Trial Demanded; Exhibit A; Certificate of Service; ECF Registration Information Handout; Consenting to A Magistrate Judge's Jurisdiction in the Northern District of California with:

HEATHER ANGOCO, PARALEGAL, AUTHORIZED TO ACCEPT.

Addl Comments: _____

Description of person process was left with:

Sex: F   Race: CAUC   Approx. Age: 30   Height: 5'5"   Weight: 160

Signed and sworn to before me on this 24TH day of April, 2013.

X _____
K. WYSONG R.P.S. SAN DIEGO CO. #1802
(Print Name)
Same Day Process Service, Inc.
1219 11th St., NW
Washington, DC 20001
(202)-398-4200

Notary Public _____

*68394*

BABAK NAVABI
Commission # 1866216
Notary Public - California
San Diego County
My Comm. Expires Oct 23, 2013