**United States District Court for the Northern District of California**

Alexandra Le,

       Plaintiff(s),

vs.

LG Chem, Ltd. et al.,

       Defendant(s).

Case No.: 3:13-cv-00709-NC

**AFFIDAVIT OF SERVICE**

On **04/17/2013** at **4:05** AM /**PM** I served the within **Summons in a Civil Action; Civil Cover Sheet; Administrative Motion to Consider Whether Cases Should be Related; Certificate of Service; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civli Local Rule 3–12; Class Action Complaint – Jury Trial Demanded; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3–12; ECF Registration Information Hadndout; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California on Sony Electronics, Inc.**, Defendant(s).

Said service was effected at **16535 VIA ESPRILLO**, **SAN DIEGO**, **CA**, **92127**

in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Administrative Motion to Consider Whether Cases Should be Related; Certificate of Service; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civli Local Rule 3–12; Class Action Complaint – Jury Trial Demanded; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3–12; ECF Registration Information Hadndout; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California with

_____, the registered agent of Sony Electronics, Inc..

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Administrative Motion to Consider Whether Cases Should be Related; Certificate of Service; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civli Local Rule 3–12; Class Action Complaint – Jury Trial Demanded; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3–12; ECF Registration Information Hadndout; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California with:

_____, _____, who is an officer or agent of Sony Electronics, Inc..

☒ **Other:** By leaving a copy of the Summons in a Civil Action; Civil Cover Sheet; Administrative Motion to Consider Whether Cases Should be Related; Certificate of Service; [Proposed] Order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civli Local Rule 3–12; Class Action Complaint – Jury Trial Demanded; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should Be Related Pursuant to Civil Local Rule 3–12; ECF Registration Information Hadndout; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California with:

**HEATHER ANGOCO**, **PARALEGAL, AUTHORIZED TO ACCEPT.**

Addl Comments: _____

Description of person process was left with:

Sex: **F**  Race: **CAUC**  Approx. Age: **30**  Height: **5'5"**  Weight: **160**

Signed and sworn to before me on this 24th day of April, 2013.

X _____
K. WYSONG  R.P.S. SAN DIEGO CO. #1802
(Print Name)
Same Day Process Service, Inc.
1219 11th St., NW
Washington, DC 20001
(202)-398-4200

*68365*

_____
Notary Public

BABAK NAVABI
Commission # 1866216
Notary Public - California
San Diego County
My Comm. Expires Oct 23, 2013