**United States District Court for the Northern District of California**

**Robert L. McGranahan,**

       Plaintiff(s),

vs.

**LG Chem, Ltd. et al.,**

       Defendant(s).

Case No.: 4:13-cv-00975-DMR

**AFFIDAVIT OF SERVICE**

On 04/17/2013 at 4:05 AM /(PM), I served the within Summons in a Civil Action; [Proposed] order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Administrative Motion to Consider Whether Cases Should be Related; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local rule 3-12; Class Action Complaint – Jury Trial Demanded; Civil Cover Sheet; Certificate of Service; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; ECF Registration Information Handout on Sony Electronics, Inc., Defendant(s).

Said service was effected at 16535 VIA ESPRILLO, SAN DIEGO, CA, 92127

in the following manner:

☐ **Registered Agent:** By leaving a copy of the Summons in a Civil Action; [Proposed] order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Administrative Motion to Consider Whether Cases Should be Related; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local rule 3-12; Class Action Complaint – Jury Trial Demanded; Civil Cover Sheet; Certificate of Service; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; ECF Registration Information Handout with

_____, the registered agent of Sony Electronics, Inc..

☐ **Officer/Agent:** By leaving a copy of the Summons in a Civil Action; [Proposed] order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Administrative Motion to Consider Whether Cases Should be Related; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local rule 3-12; Class Action Complaint – Jury Trial Demanded; Civil Cover Sheet; Certificate of Service; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; ECF Registration Information Handout with:

_____, _____, who is an officer or agent of Sony Electronics, Inc..

☒ **Other:** By leaving a copy of the Summons in a Civil Action; [Proposed] order Granting Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local Rule 3-12; Administrative Motion to Consider Whether Cases Should be Related; Declaration of Sandra Cuneo in Support of Administrative Motion to Consider Whether Cases Should be Related Pursuant to Civil Local rule 3-12; Class Action Complaint – Jury Trial Demanded; Civil Cover Sheet; Certificate of Service; Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California; ECF Registration Information Handout with:

HEATHER ANGOCO, PARALEGAL, AUTHORIZED TO ACCEPT.

Addl Comments: _____

Description of person process was left with:

Sex: F    Race: CAUC    Approx. Age: 30   Height: 5'5"   Weight: 160

X _____

Signed and sworn to before me on this 24th day of April, 2013.

_____
Notary Public

K. WYSONG R.P.S. SAN DIEGO CO. #1802
(Print Name)
Same Day Process Service, Inc.
1219 11th St., NW
Washington, DC 20001
(202)-398-4200

*68413*

BABAK NAVABI
Commission # 1866215
Notary Public - California
San Diego County
My Comm. Expires Oct 23, 2013