**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE:**<br><br>**LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-02420 YGR**<br><br>**MDL No.: 2420**<br><br>**MISCELLANEOUS ORDER**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** |

NOTICE AND ORDER TO PARTIES OF RECORD:

First, in preparation for the hearing on July 12, 2013, the Court acknowledges that it is in receipt of two Administrative Motions to file under seal the consolidated amended complaints of both the indirect purchasers and the direct purchasers. (Docket Nos. 220, 223, respectively.) The plaintiffs for the indirect purchasers have filed in the public record the "Redacted Version" of the Consolidated Amended Class Action Complaint. (Docket No. 221.) The plaintiffs for the direct purchasers have not filed any version in the public record. Plaintiffs for the direct purchasers are **HEREBY ORDERED** to file forthwith in the public record the "Redacted Version" of its consolidated amended class action complaint.

Second, plaintiffs for both the indirect purchasers and the direct purchases should be prepared to provide to the Court and the defendants at the hearing on July 12, 2013 with a final and/or tentative list of any and all underlying actions that will be voluntarily dismissed without prejudice in light of the filing of the consolidated amended class action complaints.

**IT IS SO ORDERED**.

Dated: July 11, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**