**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: ) | Case No. 13-MD-02420 (YGR) |
| ) | |
| LITHIUM ION BATTERIES ANTITRUST ) | MDL No. 2420 |
| LITIGATION ) | |
| ) | **CLASS ACTION** |
| ) | |
| ) | The Honorable Yvonne Gonzalez Rogers |
| This Document Relates To: ) | |
| ) | **[PROPOSED] ORDER RE: DEADLINES** |
| ALL ACTIONS ) | **ISSUED AT THE JULY 12, 2013 PRE-** |
| ) | **FILING CONFERENCE** |
| ) | |

[PROPOSED] ORDER RE: DEADLINES ISSUED AT THE JULY 12, 2013 PRE-FILING CONFERENCE –
CASE NO. 13-MD-02420 (YGR)

The Court held a pre-filing conference on July 12, 2013, at which the parties discussed Defendants' proposed responses to the Plaintiffs' respective consolidated amended complaints, as well as other related matters.  After hearing the parties' perspectives on motions to dismiss and related matters, the Court **ORDERS** the following:

1. By **July 26, 2013**, Defendants shall file a joint letter, of no more than five pages, which identifies the key issues on which they wish to move to dismiss and/or strike the respective consolidated amended complaints, their key supporting cases, suggestions as to when and how their issues and motions should be presented to the Court, and a proposed order identifying issues and page limits.

2. By **August 9, 2013**, Indirect and Direct Purchaser Plaintiffs shall file a letter in response, of no more than five pages, which includes their key supporting cases, suggestions as to when and how Defendants' issues and motions should be presented to the Court, and a proposed order identifying issues and page limits.

3. When the parties file their letters, they shall provide the Court and each other with electronic and hard copy spreadsheets listing the key fact issues and citations to relevant paragraphs from the consolidated amended complaints.  The parties shall meet and confer in advance to agree to a format of the spreadsheet or shall submit separate spreadsheet formats if they cannot agree.

4. By **August 2, 2013**, Plaintiffs will report to the Court their respective positions regarding the dismissal without prejudice of certain of the underlying class cases.

5. The dates by which Defendants' Responses to the Consolidated Amended Complaints and Plaintiffs' Replies should be filed, set out in the Court's June 21, 2013 Order [Dkt No. 215], are vacated and will be reset by further order of the Court.

6. On **October 4, 2013**, at 10:00 a.m., the Court will hold a status conference.

**IT IS SO ORDERED.**

Date: July 18, 2013

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

3247836v1

2

[PROPOSED] ORDER RE: DEADLINES ISSUED AT THE JULY 12, 2013 PRE-FILING CONFERENCE –
CASE NO. 13-MD-02420 (YGR)