**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>**All Indirect Purchaser and Direct Purchaser Actions** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER DENYING MOTIONS OF INDIRECT AND DIRECT PURCHASER PLAINTIFFS TO FILE AMENDED CONSOLIDATED COMPLAINTS UNDER SEAL** |

The Court hereby **DENIES** the Indirect and Direct Purchaser Plaintiffs' respective administrative motions to file their Consolidated Amended Complaints under seal. (Dkt. Nos. 220 & 223.) The Indirect and Direct Purchaser Plaintiffs submitted their Consolidated Amended Complaints under seal only because the pleadings contained information that Defendants had marked confidential pursuant to the parties' stipulated protective order (Dkt. No. 193).

On July 23, 2013, Defendants filed a letter stating that no Defendant who appeared at the Court's July 12, 2013 pre-filing hearing seeks to maintain under seal any portion of the two Consolidated Amended Complaints. (Dkt. No. 251.) Further, the Court has received no statement in support of the pending motions to seal from any other Defendant, and the time for filing such statements has elapsed. *See* Civ. L.R. 3-12(e).

In light of Defendants' July 23 letter, no cause appears for granting the pending motions to seal. Accordingly, those motions are **DENIED**. The Indirect Purchaser Plaintiffs and Direct Purchaser Plaintiffs shall file their respective Consolidated Amended Complaints in unredacted form within five (5) business days of the signature date of this Order.

This Order terminates Docket Nos. 220 and 223.

**IT IS SO ORDERED**.

Dated: July 25, 2013

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**