1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

| *In re Lithium Ion Batteries Antitrust Litigation* | Case No. 13-md-02420-YGR |
|---|---|
| | MDL No. 2420 |
| This Document Relates To: | **[PROPOSED] ORDER GRANTING PANASONIC CORP. OF NORTH AMERICA'S AND SANYO NORTH AMERICA CORP.'S INDIVIDUAL MOTION TO DISMISS** |
| ALL ACTIONS | |

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1    Defendants Panasonic Corporation of North America's and SANYO North America

2  Corporation's Individual Motion to Dismiss came on regularly for hearing before the Court.

3  Having considered all papers filed in support of and in opposition to the said motion and having

4  entertained argument of counsel, and good cause appearing, IT IS HEREBY ORDERED that

5  Panasonic Corporation of North America's and SANYO North America Corporation's Individual

6  Motion to Dismiss GRANTED as set forth below.

7    Both the Direct Purchaser Plaintiffs' Consolidated Amended Complaint and the Indirect

8  Purchaser Plaintiffs' Consolidated Amended Complaint are DISMISSED with prejudice as against

9  Panasonic Corporation of North America and SANYO North America Corporation, pursuant to

10  Fed. R. Civ. P. 8(a) and 12(b)(6), on the following grounds:

11    1.    The Direct Purchaser Plaintiffs' Consolidated Amended Complaint and the Indirect

12  Purchaser Plaintiffs' Consolidated Amended Complaint have failed to plead plausible causes of

13  action against Panasonic Corporation of North America and SANYO North America Corporation

14  under the standard set by *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

15

16

17    **IT IS SO ORDERED.**

18  Date: _____, _____

19                                        YVONNE GONZALEZ ROGERS
                                          UNITED STATES DISTRICT JUDGE
20

21

22

23

24

25

26

27

28