Kenneth P. Ewing (admitted *pro hac vice*)
Robert W. Fleishman (admitted *pro hac vice*)
Andrew J. Sloniewsky (admitted *pro hac vice*)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., N.W.
Washington D.C., 20036
Tel: (202) 429-3000
Fax: (202) 429-3902
Email: kewing@steptoe.com
rfleishman@steptoe.com
asloniewsky@steptoe.com

*Counsel for Defendants LG Chem, Ltd. and LG Chem America, Inc.*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM BATTERIES ANTITRUST LITIGATION | CASE NO. 4:13-md-02420-YGR <br><br> MDL NO. 2420 |
| This Document Relates to: <br><br> ALL ACTIONS | **STIPULATION AND [PROPOSED] ORDER RE CANCELLATION OF OCTOBER 4, 2013 STATUS CONFERENCE** <br><br> The Honorable Yvonne Gonzalez Rogers |

1      WHEREAS, on July 18, 2013 the Court entered an Order (Dkt. #246) (a) requiring the parties to submit letters addressing whether and to what extent Defendants should be permitted to file Motions to Dismiss, and (b) requiring Plaintiffs to file reports regarding the dismissal without prejudice of certain underlying class cases;

      WHEREAS, in its July 18 Order the Court also scheduled a status conference for October 4, 2013 in this litigation;

      WHEREAS, after considering the submissions made in response to its July 18 Order, the Court in its subsequent August 15, 2013 and August 26, 2013 Orders (Dkts. ##273, 276) permitted Defendants to file Motions to Dismiss subject to certain limitations, set December 6, 2013 as a potential hearing date on the Motions, and related and closed certain underlying cases;

      WHEREAS, in light of the foregoing August 2013 Orders, the parties have discussed the issue and concluded there no longer is a need for the October 4, 2013 scheduling conference unless the Court believes such is necessary;

      THEREFORE, counsel for the Plaintiffs and Defendants hereby STIPULATE AND AGREE that the scheduling conference currently set for October 4, 2013 should be cancelled.

//

//

**IT IS SO STIPULATED.**

DATED: September 19, 2013

| By: */s/ Todd A. Seaver* | By: */s/ John C. Dwyer* |
|---|---|
| Joseph J. Tabacco, Jr. | John C. Dwyer |
| Todd A. Seaver | **COOLEY LLP** |
| Sarah Khorasanee McGrath | 5 Palo Alto Square |
| Victor S. Elias | 3000 El Camino Real |
| **BERMAN DeVALERIO** | Palo Alto, CA 94306-2155 |
| One California Street, Suite 900 | dwyerjc@cooley.com |
| San Francisco, CA 94111 | Telephone: (650) 843-5228 |
| jtabacco@bermandevalerio.com | Facsimile: (650) 849-7400 |
| tseaver@bermandevalerio.com | |
| skmcgrath@bermandevalerio.com | |
| velias@bermandevalerio.com | |

[4:12-CV-05129-YGR] STIPULATION AND [PROPOSED] ORDER RE CANCELLATION OF OCTOBER 4, 2013 STATUS CONFERENCE

| | | |
|---|---|---|
| 1 | Tel: (415) 433-3200<br>Fax: (415) 433-6382 | *Counsel for Sony Electronics Inc., Sony Corporation, and Sony Energy Devices Corporation* |
| 2 | | |
| 3 | By: */s/ Bruce L. Simon*<br>Bruce L. Simon | |
| 4 | **PEARSON, SIMON & WARSHAW, LLP**<br>44 Montgomery Street, Suite 2450 | By: */s/ James L. McGinnis*<br>Gary L. Halling |
| 5 | San Francisco, CA 94104<br>bsimon@pswlaw.com | James L. McGinnis<br>Michael W. Scarborough |
| 6 | Telephone: (415) 433-9000 | **SHEPPARD MULLIN RICHTER & HAMPTON** |
| 7 | Facsimile: (415) 433-9008 | 4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111 |
| 8 | | jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com |
| 9 | By: */s/ R. Alexander Saveri*<br>R. Alexander Saveri | dballard@sheppardmullin.com<br>Telephone: (415) 774-3294 |
| 10 | **SAVERI & SAVERI INC.**<br>706 Sansome Street | Facsimile: (415) 434-3947 |
| 11 | San Francisco, CA 94111<br>rick@saveri.com | *Counsel for Samsung SDI Co., Ltd. and* |
| 12 | Phone: (415) 217-6810 | *Samsung SDI America, Inc.* |
| 13 | *Co-Lead Counsel for Direct Purchaser Plaintiffs* | |
| 14 | | By: */s/ Jeffrey L. Kessler*<br>Jeffrey L. Kessler (pro hac vice) |
| 15 | | A. Paul Victor (pro hac vice)<br>Eva W. Cole (pro hac vice) |
| 16 | By: */s/ Eric B. Fastiff*<br>Eric B. Fastiff | Jeffrey J. Amato (pro hac vice) |
| 17 | **LIEFF, CABRASER, HEIMANN & BERNSTEIN LLP** | jamato@winston.com<br>**WINSTON & STRAWN LLP** |
| 18 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | 200 Park Avenue<br>New York, NY 10166-4193 |
| 19 | efastiff@lchb.com<br>Telephone: (415) 956-1000 | jkessler@winston.com<br>pvictor@winston.com |
| 20 | Facsimile: (415) 956-1008 | ewcole@winston.com |
| 21 | | Telephone: (212) 294-4601<br>Facsimile: (212) 294-4700 |
| 22 | By: */s/ Steve W. Berman*<br>Steve W. Berman | |
| 23 | **HAGENS BERMAN SOBOL SHAPIRO LLP** | Ian L. Papendick<br>Diana L. Hughes |
| 24 | 1918 Eighth Avenue, Suite 3300 | **WINSTON & STRAWN LLP**<br>101 California Street |
| 25 | Seattle, W A 98101<br>steve@hbsslaw.com | San Francisco, CA 94111<br>ipapendick@winston.com |
| 26 | Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594 | dhughes@winston.com<br>Telephone: (415) 591-6904 |
| 27 | | Facsimile: (415) 591-1400 |
| 28 | | |

[4:12-cv-05129-YGR] STIPULATION AND [PROPOSED] ORDER RE CANCELLATION OF OCTOBER 4, 2013 STATUS CONFERENCE

| | | |
|---|---|---|
| 1 | By: */s/ Steven N. Williams* | |
| | Steven N. Williams | |
| 2 | **COTCHETT, PITRE & MCCARTHY, LLP** | Roxann E. Henry (*pro hac vice*) |
| | | **MORRISON & FOERSTER LLP** |
| 3 | 840 Malcolm Road. Suite 200 | 2000 Pennsylvania Avenue, NW |
| | Burlingame, CA 94010 | Suite 6000 |
| 4 | swilliams@cpmlegal.com | Washington, DC 20006 |
| | Telephone: (650) 697-6000 | rhenry@mofo.com |
| 5 | Facsimile: (650) 697-0577 | Telephone: (202) 887-1500 |
| | | Facsimile: (202) 887-0763 |

By: */s/ Steven N. Williams*
Steven N. Williams
**COTCHETT, PITRE & MCCARTHY, LLP**
840 Malcolm Road. Suite 200
Burlingame, CA 94010
swilliams@cpmlegal.com
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

By: */s/ Andrew J. Sloniewsky*
Kenneth P. Ewing (pro hac vice)
Robert W. Fleishman (pro hac vice)
Andrew J. Sloniewsky (pro hac vice)
**STEPTOE & JOHNSON LLP**
1330 Connecticut Ave., NW
Washington, D.C. 20036
kewing@steptoe.com
Telephone: (202) 429-6264
Facsimile: (202) 429-3902

*Counsel for LG Chem America, Inc. and LG Chem, Ltd.*

Roxann E. Henry (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
rhenry@mofo.com
Telephone: (202) 887-1500
Facsimile: (202) 887-0763

*Counsel for Panasonic Corporation, Panasonic Corporation of North America, Sanyo Electric Co., Ltd., and Sanyo North America Corporation*

By: */s/ Craig P. Seebald*
Craig P. Seebald (pro hac vice)
**VINSON & ELKINS LLP**
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
cseebald@velaw.com
Telephone: (202) 639-6585
Facsimile: (202) 879-8995

Matthew J. Jacobs (SBN 171149)
Elliott Joh (SBN 264927)
**VINSON & ELKINS LLP**
525 Market Street, Suite 2750
San Francisco, California 94105
mjacobs@velaw.com
ejoh@velaw.com
Telephone: (415) 979-6990
Facsimile: (415) 651-8786

*Counsel for Maxell Corporation of America, and Hitachi Maxell, Ltd.*

By: */s/ Christopher M. Curran*
Christopher M. Curran (pro hac vice)
**WHITE & CASE, LLP**
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
Email: ccurran@whitecase.com

*Attorneys for Toshiba Corporation and
Toshiba America Electronic Components, Inc.*

[4:12-CV-05129-YGR] STIPULATION AND [PROPOSED] ORDER RE CANCELLATION OF OCTOBER 4, 2013 STATUS CONFERENCE

| | |
|---|---|
| 1 | |
| 2 | |
| 3 | **E-Filing Attestation** |
| 4 | I, Andrew J. Sloniewsky, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing. |

*/s/ Andrew J. Sloniewsky*
Andrew J. Sloniewsky

**PROPOSED ORDER**

Upon consideration of the parties' papers submitted, the Court ORDERS that the October 4, 2013 status conference in this case is hereby cancelled.

**IT IS SO ORDERED.**

Dated: _____, 2013

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE