UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*ALL ACTIONS* | Case No. 13-md-02420-YGR (DMR)<br>MDL No. 2420<br><br>[PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND PLAINTIFFS' SECOND AMENDED COMPLAINTS<br><br>Judge: Hon. Yvonne Gonzalez Rogers |

Upon consideration of the parties' Joint Status Conference Statement (ECF No. 371) and the positions of the parties at the February 7, 2014 status conference and in their previously-filed letter briefs regarding issues to be determined under Fed. R. Civ. P. 12(b)(6) (*see* ECF Nos. 258 (Defs.' Ltr.), 268 (DPP Ltr.), 269 (IPP Ltr.)), the Court **HEREBY ORDERS** the following (1) briefing for Phase II of the Defendants' motion to dismiss the Indirect Purchaser Plaintiff proposed class action, (2) schedule for Direct Purchaser Plaintiffs ("DPPs") and Indirect Purchaser Plaintiffs ("IPPs") to file their respective Second Consolidated Amended Complaints ("SCACs"), and (3) briefing of motions to dismiss the DPP-SCAC and IPP-SCAC:

**1.  DEFENDANTS' (PHASE II) MOTION TO DISMISS THE IPP CONSOLIDATED AMENDED COMPLAINT**

**Issues That May Be Presented.**  Defendants may file a motion to dismiss against the allegations set forth in the IPPs' Consolidated Amended Complaint (which has already been dismissed with leave to amend pursuant to the Court's January 21, 2014 Order re Motions to Dismiss ("MTD Order") (ECF No. 361)) on the following issues:

- Whether the IPPs have standing to bring claims under the laws of the states that apply the *Associated General Contractors* doctrine or analogous antitrust standing principles.  *See* ECF No. 258 (Defs.' Ltr.) § I.B.2 & n.2.
- Whether the *Illinois Brick* doctrine bars IPPs' claims for the states that apply *Illinois Brick* in whole or in part.  *See id.* § I.B.3.
  - Whether the IPPs have constitutional standing for claims under Montana and Utah law, and for any subclasses of governmental plaintiffs outside of California, to the extent IPPs continue to assert such claims.  *See id.* § I.B.5.
- Whether certain IPP state law claims were deficiently pled and require dismissal.  *See id.* § I.B.6.

**Schedule and page limits.**  The following schedule and page limits shall apply to the Phase II motion to dismiss briefing:

- Defendants' joint opening brief shall be due on **March 7, 2014** and shall not exceed thirty (30) pages.
- IPPs' opposition brief shall be due on **April 7, 2014** and shall not exceed thirty (30) pages.
- Defendants' joint reply brief shall be due on **April 28, 2014**, and shall not exceed twenty (20) pages.
- Hearing is set for **May 9, 2014 at 9:30 a.m.**

**Defendants' Motion to Strike Certain IPP Class Allegations.**  Pursuant to the Court's February 19, 2014 Order, the Court shall not entertain Defendants' proposed motion to strike the IPPs' nationwide class allegations at this time.

[13-MD-02420 (YGR)] [PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND PLAINTIFFS' SECOND AMENDED COMPLAINTS                                                                                       2

## 2. SCHEDULE AND PROTOCOL FOR PLAINTIFFS' SECOND AMENDED COMPLAINT FILINGS

Both the DPPs and IPPs will file their respective SCACs no later than **March 26, 2014.** Within one day after filing, both the DPPs and IPPs will provide the Court, and serve Defendants, with a "track changes" or redline version of the SCACs which tracks the amendments made to the DPP and IPP (first) Consolidated Amended Complaints.

## 3. SCHEDULE AND PAGE LIMITS FOR MOTIONS TO DISMISS SECOND CONSOLIDATED AMENDED COMPLAINTS

If Defendants do not answer the SCACs in the first instance, Defendants may jointly file motions to dismiss the respective SCACs, and separate defendant groups of related companies may file individual motions to dismiss on issues unique to those defendants, *e.g.*, challenging the sufficiency of the specific allegations against those individual defendants, which do not duplicate the arguments in the joint motions. The following schedule and page limits shall apply to motion to dismiss briefing:

- Defendants' joint motions to dismiss the two SCACs, and any respective individual motions to dismiss, shall be due on **April 25, 2014**. The page limits set forth in N.D. Cal. Civil L.R. 7 shall apply to the briefing of Defendants' joint motions to dismiss the DPP-SCAC and IPP-SCAC. The defendants' respective individual opening briefs, if any, shall not exceed seven (7) pages. Any Defendant which does not move to dismiss will answer the SCAC on or before April 25, 2014.

- DPPs' and IPP's respective opposition briefs shall be due **May 27, 2014.** The page limits set forth in N.D. Cal. Civil L.R. 7 shall apply to DPPs' and IPPs' oppositions to the joint motions to dismiss the DPP-SCAC and IPP-SCAC. DPPs' oppositions to any defendants' respective individual motions shall not exceed seven (7) pages.

- Defendants' joint and individual reply briefs shall be due **June 17, 2014.** The page limits set forth in N.D. Cal. Civil L.R. 7 shall apply to the reply briefs for the

1  joint motions to dismiss the DPP-SCAC and IPP-SCAC.  The defendants'
2  respective individual reply briefs shall not exceed four (4) pages.
3  • Whether and when the motions shall be heard will be subject to a subsequent
4  order of the Court.

**IT IS SO ORDERED.**

Dated: ___February 27___, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| DATED:  February 24, 2014 | DATED:  February 24, 2014 |
| By:   */s/ Steven N. Williams*<br>        Steven N. Williams | By:   */s/ Todd A. Seaver*<br>        Todd A. Seaver |
| Joseph W. Cotchett (36324)<br>Steven N. Williams (175489)<br>Nancy L. Fineman (124870)<br>Frank C. Damrell, Jr. (37126)<br>Joana W. LiCalsi (288771)<br>COTCHETT, PITRE & McCARTHY, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: (650) 697-6000<br>Fax: (650) 697-0577<br>jcotchett@cpmlegal.com | Joseph J. Tabacco, Jr. (Bar No. 75484)<br>Todd A. Seaver (Bar No. 271067)<br>Jessica Moy (Bar No. 272941)<br>BERMAN DeVALERIO<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Tel: (415) 433-3200<br>Fax: (415) 433-6382<br>jtabacco@bermandevalerio.com |
| By:   */s/ Steve W. Berman*<br>        Steve W. Berman | By:   */s/ Aaron M. Sheanin*<br>        Aaron M. Sheanin |
| Steve W. Berman (*pro hac vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com | Bruce L. Simon (Bar No. 96241)<br>Robert G. Retana (Bar No. 148677)<br>Aaron M. Sheanin (Bar No. 214472)<br>William J. Newsom (Bar No. 267643)<br>PEARSON SIMON & WARSHAW LLP<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Tel: (415) 433-9000<br>Fax: (415) 433-9008<br>bsimon@pswplaw.com |
| Jeff D. Friedman (173886)<br>Shana Scarlett (217895)<br>Jon T. King (205073)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: (510) 725-3000<br>Fax: (510) 725-3001<br>jefff@hbsslaw.com | By:   */s/ R. Alexander Saveri*<br>        R. Alexander Saveri<br><br>Guido Saveri (Bar No. 22349)<br>R. Alexander Saveri (Bar No. 126910)<br>Geoffrey C. Rushing (Bar No. 280961)<br>Cadio R. Zirpoli (Bar No. 126910)<br>David Y. Hwu (Bar No. 281780)<br>Melissa Conwell Shapiro (Bar No. 242724)<br>SAVERI AND SAVERI INC.<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Fax: (415) 217-6813<br>guido@saveri.com<br><br>*Direct Purchaser Plaintiffs*<br>*Interim Co-Lead Class Counsel* |

[13-MD-02420 (YGR)] [PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND
PLAINTIFFS' SECOND AMENDED COMPLAINTS                                                                                              5

By:   /s/ Lin Y. Chan
       Lin Y. Chan

Elizabeth J. Cabraser (083151)
Richard M. Heimann (63607)
Eric B. Fastiff (182260)
Joy A. Kruse (142799)
Brendan P. Glackin (199643)
Marc A. Pilotin (266369)
Lin Y. Chan (255027)
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Tel: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

By:   /s/ Jeffrey L. Kessler

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
A. Paul Victor (*pro hac vice*)
pvictor@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Jeffrey J. Amato (*pro hac vice*)
jamato@winston.com
WINSTON & STRAWN LLP
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
Diana L. Hughes (SBN267606)
dhughes@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6904
Facsimile: (415) 591-1400

By:   /s/ James L. McGinnis

Gary L. Halling
James L. McGinnis
Michael W. Scarborough
SHEPPARD MULLIN RICHTER &
HAMPTON
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
Telephone: (415) 774-3294
Facsimile: (415) 434-3947

*Counsel for Samsung SDI Co., Ltd., and Samsung SDI America, Inc.*

By:   /s/ Robert B. Pringle

Robert B. Pringle (SBN: 051365)
rpringle@winston.com
Paul R. Griffin (SBN: 083541)
pgriffin@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for NEC Corporation and NEC Tokin Corporation*

[13-MD-02420 (YGR)] [PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND PLAINTIFFS' SECOND AMENDED COMPLAINTS     6

| | |
|---|---|
| Roxann E. Henry (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>rhenry@mofo.com<br>Telephone:  (202) 887-1500<br>Facsimile:   (202) 887-0763<br><br>*Counsel for Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*<br><br>By: */s/ Kenneth P. Ewing*<br><br>Kenneth P. Ewing<br>Robert W. Fleishman<br>Andrew J. Sloniewsky<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C. 20036<br>kewing@steptoe.com<br>Telephone:  (202) 429-6264<br>Facsimile:  (202) 429-3902<br><br>*Counsel for LG Chem America, Inc.*<br><br>By: */s/ Craig P. Seebald*<br><br>Craig P. Seebald (*pro hac vice*)<br>Lindsey R. Vaala (*pro hac vice*)<br>Hannah C. Wilson (*pro hac vice*)<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, D.C.  20037<br>cseebald@velaw.com<br>lvaala@velaw.com<br>hwilson@velaw.com<br>Telephone:  (202) 639-6585<br>Facsimile:  (202) 879-8995 | By: */s/ John C. Dwyer*<br><br>John C. Dwyer<br>COOLEY LLP<br>5 Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>dwyerjc@cooley.com<br>Telephone:  (650) 843-5228<br>Facsimile:  (650) 849-7400<br><br>*Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.*<br><br>By: */s/ Christopher M. Curran*<br><br>Christopher M. Curran (*pro hac vice*)<br><br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>ccurran@whitecase.com<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Attorneys for Toshiba Corporation and Toshiba America Electronic Components, Inc.* |

[13-MD-02420 (YGR)] [PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND
PLAINTIFFS' SECOND AMENDED COMPLAINTS                                                                                        7

Matthew J. Jacobs (SBN 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
mjacobs@velaw.com
Telephone: (415) 979-6990
Facsimile: (415) 651-8786

*Counsel for Maxell Corporation of America and Hitachi Maxell, Ltd.*

## E-FILING ATTESTATION

I, Todd A. Seaver, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Todd A. Seaver*
Todd A. Seaver

**CERTIFICATE OF SERVICE**

I hereby certify that on February 24, 2014, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

                                                */s/ Todd A. Seaver*
                                                Todd A. Seaver

[13-MD-02420 (YGR)] [PROPOSED] ORDER RE: PHASE II MOTION TO DISMISS BRIEFING AND PLAINTIFFS' SECOND AMENDED COMPLAINTS    9