1
2
3
4
5
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                     OAKLAND DIVISION
11

12  In re: LITHIUM ION BATTERIES         Case No. 13-MD-02420 YGR
    ANTITRUST LITIGATION
13                                        MDL No. 2420

14                                        **STIPULATION AND** [PROPOSED]
                                          **ORDER DISMISSING CERTAIN**
15  This Document Relates to:             **CLAIMS IN INDIRECT PURCHASER**
                                          **PLAINTIFFS' CONSOLIDATED**
16      ALL INDIRECT PURCHASER            **AMENDED COMPLAINT**
        ACTIONS
17
18
19
20
21
22
23
24
25
26
27
28

1      WHEREAS, as directed by the Court, the parties in the Indirect Purchaser actions have met
2 and conferred in in an effort to narrow and simplify the issues to be presented on the forthcoming
3 Phase II of Defendants' Joint Motion to Dismiss the Indirect Purchaser Plaintiffs' ("IPPs'")
4 Consolidated Amended Complaint ("IPP-CAC"); and

5      WHEREAS, as part of those meet and confer efforts, Defendants have agreed not to move
6 to dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure (1) the IPPs' claim under
7 the Florida Deceptive and Unfair Trade Practices Act on the grounds that it is not pled with
8 sufficient particularity; and (2) the IPPs' claim under Nebraska's Junkin Act on the grounds that
9 the IPPs may not obtain damages allegedly incurred before Nebraska repealed the bar on indirect
10 purchaser standing set forth by *Illinois Brick Co. v. Illinois*, 431 U.S. 720 (1977), although
11 Defendants reserve their right to assert these arguments in other actions in this multi-district
12 litigation or any other related case; and

13      WHEREAS, the IPPs have similarly agreed to voluntarily dismiss certain claims asserted
14 in the IPP-CAC, as set forth below;

15      IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the
16 undersigned Plaintiffs and Defendants, as follows:

17      1.   Defendants shall not move to dismiss under Rule 12(b)(6) of the Federal Rules of
18 Civil Procedure (1) the IPPs' claim under the Florida Deceptive and Unfair Trade Practices Act on
19 the grounds that it is not pled with sufficient particularity; and (2) the IPPs' claim under
20 Nebraska's Junkin Act on the grounds that the IPPs may not obtain damages allegedly incurred
21 before Nebraska repealed the bar on indirect purchaser standing set forth by *Illinois Brick Co. v.*
22 *Illinois*, 431 U.S. 720 (1977), without prejudice to Defendants' right to assert these arguments in
23 other actions in this multi-district litigation or any other related case; and

24      2.   The following claims in the IPP-CAC are voluntarily dismissed pursuant to Rule
25 41(a)(1) of the Federal Rules of Civil Procedure:

26           a.   The IPPs' damages claims under Puerto Rico law, *see* IPP-CAC, ¶¶ 293,
27 354, 401, 411(v), 466;

-- 1 --

28

SMRH:418133290.3
MDL No. 2420

STIPULATION AND [PROPOSED] ORDER DISMISSING
CERTAIN INDIRECT PURCHASER PLAINTIFF CLAIMS

    b. The IPPs' damages claims under New Hampshire law to the extent the alleged damages accrued before January 1, 2008, the effective date of New Hampshire's *Illinois Brick* repealer statute, *see* IPP-CAC, ¶¶ 402, 411(p); and

    c. The IPPs' damages claims under Utah law to the extent the alleged damages accrued before May 1, 2006, the effective date of Utah's *Illinois Brick* repealer statute, *see* IPP-CAC, ¶¶ 402, 411(z).

  3. The above dismissals shall be properly reflected in the IPPs' Second Consolidated Amended Complaint.

**IT IS SO ORDERED.**

Dated: March 7, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

-- 2 --

SMRH:418133290.3
MDL No. 2420

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIRECT PURCHASER PLAINTIFF CLAIMS

DATED: March 5, 2014

By: _/s/ Steven N. Williams_
     Steven N. Williams

Joseph W. Cotchett (36324)
Steven N. Williams (175489)
Nancy L. Fineman (124870)
Frank C. Damrell, Jr. (37126)
Joana W. LiCalsi (288771)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Tel: (650) 697-6000
Fax: (650) 697-0577
jcotchett@cpmlegal.com

By: _/s/ Steve W. Berman_
     Steve W. Berman

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Jeff D. Friedman (173886)
Shana Scarlett (217895)
Jon T. King (205073)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
jefff@hbsslaw.com

By: _/s/ Michael W. Scarborough_

Gary L. Halling
James L. McGinnis
Michael W. Scarborough
SHEPPARD MULLIN RICHTER & HAMPTON
4 Embarcadero Center, 17th Floor
San Francisco, CA 94111
ghalling@sheppardmullin.com
jmcginnis@sheppardmullin.com
mscarborough@sheppardmullin.com
Telephone: (415) 434-9100
Facsimile: (415) 434-3947

*Counsel for Samsung SDI Co., Ltd. and Samsung SDI America, Inc.*

By: _/s/ Robert B. Pringle_

Robert B. Pringle (SBN: 051365)
rpringle@winston.com
Paul R. Griffin (SBN: 083541)
pgriffin@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street, Suite 3900
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

*Counsel for NEC Corporation and NEC Tokin Corporation*

-- 3 --

SMRH:418133290.3
MDL No. 2420

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIRECT PURCHASER PLAINTIFF CLAIMS

| | |
|---|---|
| By:  /s/ Lin Y. Chan  <br>        Lin Y. Chan | By: /s/ John C. Dwyer |
| Elizabeth J. Cabraser (083151)<br>Richard M. Heimann (63607)<br>Eric B. Fastiff (182260)<br>Joy A. Kruse (142799)<br>Brendan P. Glackin (199643)<br>Marc A. Pilotin (266369)<br>Lin Y. Chan (255027)<br>LIEFF CABRASER HEIMANN &<br>BERNSTEIN, LLP<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Tel: (415) 956-1000<br>Fax: (415) 956-1008<br>ecabraser@lchb.com<br><br>*Indirect Purchaser Plaintiffs*<br>*Interim Co-Lead Class Counsel* | Stephen C. Neal (170085)<br>John C. Dwyer (136533)<br>Bennett S. Miller (254368)<br>COOLEY LLP<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br><br>Beatriz Mejia (190948)<br>Scott D. Joiner (223313)<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br><br>*Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.* |
| By:  /s/ Jeffrey L. Kessler | |
| Jeffrey L. Kessler (*pro hac vice*)<br>jkessler@winston.com<br>A. Paul Victor (*pro hac vice*)<br>pvictor@winston.com<br>Eva W. Cole (*pro hac vice*)<br>ewcole@winston.com<br>Jeffrey J. Amato (*pro hac vice*)<br>jamato@winston.com<br>WINSTON & STRAWN LLP<br>200 Park Avenue<br>New York, NY  10166-4193<br>Telephone:  (212) 294-4601<br>Facsimile:  (212) 294-4700<br><br>Ian L. Papendick (SBN 275648)<br>ipapendick@winston.com<br>Diana L. Hughes (SBN267606)<br>dhughes@winston.com<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone:  (415) 591-6904<br>Facsimile:  (415) 591-1400 | By: /s/ Christopher M. Curran<br><br>Christopher M. Curran (*pro hac vice*)<br><br>WHITE & CASE LLP<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>ccurran@whitecase.com<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br><br>*Attorneys for Toshiba Corporation and Toshiba America Electronic Components, Inc.* |

-- 4 --

| | |
|---|---|
| Roxann E. Henry (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>rhenry@mofo.com<br>Telephone:  (202) 887-1500<br>Facsimile:   (202) 887-0763<br><br>*Counsel for Panasonic Corporation,*<br>*Panasonic Corporation of North America,*<br>*SANYO Electric Co., Ltd., and*<br>*SANYO North America Corporation* | By: */s/ Kenneth P. Ewing*<br><br>Kenneth P. Ewing (*pro hac vice*)<br>Robert W. Fleishman (*pro hac vice*)<br>Andrew J. Lee (*pro hac vice*)<br>Andrew J. Sloniewsky (*pro hac vice*)<br>STEPTOE & JOHNSON LLP<br>1330 Connecticut Ave., NW<br>Washington, D.C. 20036<br>kewing@steptoe.com<br>Telephone:  (202) 429-6264<br>Facsimile:  (202) 429-3902<br><br>*Counsel for LG Chem, Ltd. and LG Chem*<br>*America, Inc.* |
| By: */s/ Craig P. Seebald*<br><br>Craig P. Seebald (*pro hac vice*)<br>Lindsey R. Vaala (*pro hac vice*)<br>Hannah C. Wilson (*pro hac vice*)<br>VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, D.C.  20037<br>cseebald@velaw.com<br>lvaala@velaw.com<br>hwilson@velaw.com<br>Telephone:  (202) 639-6585<br>Facsimile:  (202) 879-8995<br><br>Matthew J. Jacobs (SBN 171149)<br>VINSON & ELKINS LLP<br>525 Market Street, Suite 2750<br>San Francisco, California 94105<br>mjacobs@velaw.com<br>Telephone: (415) 979-6990<br>Facsimile: (415) 651-8786<br><br>*Counsel for Maxell Corporation of America*<br>*and Hitachi Maxell, Ltd.* | By: */s/ Djordje Petkoski*<br><br>Douglas M. Garrou *(pro hac vice)*<br>Djordje Petkoski *(pro hac vice)*<br>HUNTON & WILLIAMS LLP<br>2200 Pennsylvania Avenue, N.W.<br>Washington, DC 20037<br>dgarrou@hunton.com<br>dpetkoski@hunton.com<br>Telephone: (202) 955-1500<br>Facsimile: (202) 778-2201<br><br>*Counsel for GS Yuasa Corporation* |

-- 5 --

SMRH:418133290.3

MDL No. 2420

STIPULATION AND [PROPOSED] ORDER DISMISSING CERTAIN INDIRECT PURCHASER PLAINTIFF CLAIMS

## E-FILING ATTESTATION

I, Michael W. Scarborough, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Michael W. Scarborough*
Michael W. Scarborough