|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |
| 8 |   |
| 9 |   |
| 10 |   |
| 11 |   |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420 YGR (DMR) |
|---|---|
|  | CLASS ACTION |
|  | ORDER DENYING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL PORTIONS OF CONSOLIDATED SECOND AMENDED CLASS ACTION COMPLAINTS |
|  | Dkt. Nos. 407 and 408 |
| This Documents Relates to: ALL INDIRECT AND DIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 3, 2012 |

Two matters are before the Court pursuant to Civil Local Rule 79-5(d):

1) Direct Purchaser Plaintiffs' administrative motion to seal portions of the Direct Purchaser Plainitffs' Second Consolidated Amended Complaint ("DPP-CAC") (Dkt. No. 407); and

2) Indirect Purchaser Plaintiffs' administrative motion to seal portions of the Indirect Purchaser Plaintiffs' Consolidated Second Amended Class Action Complaint ("IPP-SAC") (Dkt. No. 408).

In light of defendants' non-objection to the filing of said complaints in the public record (Dkt. No. 412), the motions are **DENIED**. The DPP-SAC and IPP-SAC shall be filed in the public record within **three** days of this Order.

This Order terminates Docket Nos. 407 and 408.

IT IS SO ORDERED.

DATED: April 8, 2014

_____
JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE