1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: | Case No. 13-md-02420 (YGR) |
| LITHIUM ION BATTERIES ANTITRUST LITIGATION | MDL No. 2420 |
| | **CLASS ACTION** |
| | The Honorable Yvonne Gonzalez Rogers |
| This Document Relates to: | **[PROPOSED]** **ORDER SETTING A HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS** |
| ALL ACTIONS | |
| | Date:      August 8, 2014<br>Time:      9:00 a.m.<br>Judge:     Hon. Yvonne Gonzalez Rogers<br>Location:  Courtroom 5 |

[PROPOSED] ORDER SETTING A HEARING DATE FOR DEFENDANTS' MOTIONS TO DISMISS
CASE NO. 13-md-02420 (YGR)

1   On May 9, 2014, the Court held a hearing regarding Defendants' Joint Supplemental Motion to Dismiss the Indirect Purchaser Plaintiffs' Consolidated Amended Complaint (Phase II). At the conclusion of oral argument on Defendants' motion, the Court addressed procedural issues relating to Certain Defendants' Joint Motion to Dismiss the Direct Purchaser Plaintiffs' Second Consolidated Amended Complaint, as well as motions to dismiss Direct Purchaser Plaintiffs' Second Consolidated Amended Complaint and/or the Indirect Purchaser Plaintiffs' Corrected Consolidated Second Amended Class Action Complaint filed by individual Defendants on April 25, 2014 and pending before the Court [Docket Nos. 424, 425, 426, 427, 428, 429, 430 and 431] (collectively, "Defendants' Motions to Dismiss").

To facilitate the scheduling of a hearing for Defendants' Motions to Dismiss, the Court requested that Interim Liaison Counsel for the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs (collectively, "Plaintiffs' Liaison Counsel") confer with Defendants and submit a proposed order regarding a hearing date. After considering the proposed order submitted by Plaintiffs' Liaison Counsel, the Court **ORDERS** the following:

1. Defendants' Motions to Dismiss shall be heard before this Court on August 8, 2014 at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: May 15, 2014

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE