**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR** |
| | **ORDER SETTING STATUS CONFERENCE** |
| **This Order Relates to:** | |
| **All Indirect Purchaser and Direct Purchaser Actions** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

In light of the Court's Omnibus Order Re Motions to Dismiss the Second Consolidated Amended Complaints of Direct and Indirect Purchaser Plaintiffs issued on October 2, 2014, the Court finds it appropriate to schedule a case management conference to address the next phase of case management, including scheduling issues. The Court **SETS** the conference on **Thursday, October 30, 2014, at 9:00 a.m.**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California. The parties shall file a joint statement by Tuesday, October 21, 2014, setting forth all issues to be discussed including any proposed scheduling dates which should be set. If the parties cannot agree on such dates, they should set forth a single chart with the disagreements shown side-by-side.

**IT IS SO ORDERED**.

Dated: October 2, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**