1  **[Counsel listed on signature page]**

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10  OAKLAND DIVISION

| | |
|---|---|
| *In re Lithium Ion Batteries Antitrust Litigation* | Case No. 13-md-02420-YGR |
| | MDL No. 2420 |
| This Document Relates To: <br><br> ALL ACTIONS | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING TIME TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS** |

1   WHEREAS, pursuant to Fed. R. Civ. P. 12(a)(4)(A), Defendants have until October 16, 2014, to serve responsive pleadings to the Direct Purchaser Plaintiffs' ("DPPs") Second Consolidated Amended Complaint and the Indirect Purchaser Plaintiffs' ("IPPs") Corrected Consolidated Second Amended Class Action Complaint;

WHEREAS, Defendants have conferred with the DPPs and IPPs to request an extension of time to serve responsive pleadings due to the complexity and length of the complaints; and

WHEREAS, IPPs have conferred with Defendants to request Defendants' consent to file a further amended complaint;

IT IS HEREBY STIPULATED AND AGREED, by and between counsel for the undersigned DPPs, IPPs, and Defendants (the "Parties"), as follows:

1. Defendants consent, pursuant to Fed. R. Civ. P. 15(a)(2), to IPPs filing an amended complaint limited to (i) the addition of the Hawaii claim and plaintiff described in IPPs' Statement of Compliance Re Administrative Termination (ECF No. 505); (ii) the removal of named plaintiffs; and (iii) the amendments permitted by the Court's Omnibus Order re: Motions to Dismiss the Second Consolidated Amended Complaints of Direct and Indirect Purchaser Plaintiffs (ECF No. 512) at 78.  Defendants' consent shall not be construed as a waiver of Defendants' right to move to dismiss the amended claim(s), if appropriate, or otherwise present defenses pursuant to Fed. R. Civ. P. 12.  However, Defendants shall not be permitted to re-file motions to dismiss that raise the same arguments previously raised and rejected in earlier-filed motions.

2. IPPs shall file their amended complaint no later than October 22, 2014.

3. Defendants' time to serve responsive pleadings to the DPPs' Second Consolidated Amended Complaint and the IPPs' operative complaint shall be extended to November 21, 2014.

4. Except for the provisions set forth above, nothing in this stipulation shall affect the Parties' rights to seek leave to amend their pleadings, or to oppose leave, as appropriate in accordance with Fed. R. Civ. P. 15.

5. This stipulation does not affect any other pending deadlines, including any forthcoming case management or discovery schedule.

**[PROPOSED]** ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: October 17, 2014

_____
**HON. YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**

1 | DATED:  October 16, 2014

2 | By:   /s/ Steven N. Williams                By:  /s/ Jeffrey L. Kessler
       Steven N. Williams

3 | Jeffrey L. Kessler (*pro hac vice*)
  Joseph W. Cotchett (36324)              jkessler@winston.com
4 | Steven N. Williams (175489)             A. Paul Victor (*pro hac vice*)
  Nancy L. Fineman (124870)               pvictor@winston.com
5 | Frank C. Damrell, Jr. (37126)            Eva W. Cole (*pro hac vice*)
  Joana W. LiCalsi (288771)                ewcole@winston.com
6 | COTCHETT, PITRE & McCARTHY, LLP   Jeffrey J. Amato (*pro hac vice*)
  840 Malcolm Road                         jamato@winston.com
7 | Burlingame, CA 94010                     WINSTON & STRAWN LLP
  Tel: (650) 697-6000                         200 Park Avenue
8 | Fax: (650) 697-0577                        New York, NY  10166-4193
  jcotchett@cpmlegal.com                 Telephone:  (212) 294-4601
9 | Facsimile:  (212) 294-4700
  By:   /s/ Steve W. Berman
10 |      Steve W. Berman                     Ian L. Papendick (SBN 275648)
                                              ipapendick@winston.com
11 | Steve W. Berman (*pro hac vice*)         Diana L. Hughes (SBN267606)
  HAGENS BERMAN SOBOL SHAPIRO LLP  dhughes@winston.com
12 | 1918 Eighth Avenue, Suite 3300          WINSTON & STRAWN LLP
  Seattle, WA 98101                          101 California Street
13 | Telephone: (206) 623-7292               San Francisco, CA 94111
  Facsimile: (206) 623-0594                Telephone:  (415) 591-6904
14 | steve@hbsslaw.com                      Facsimile:  (415) 591-1400

15 | Jeff D. Friedman (173886)              Roxann E. Henry (*pro hac vice*)
  Shana Scarlett (217895)                  MORRISON & FOERSTER LLP
16 | Jon T. King (205073)                    2000 Pennsylvania Avenue, NW
  HAGENS BERMAN SOBOL SHAPIRO LLP  Suite 6000
17 | 715 Hearst Avenue, Suite 202            Washington, DC 20006
  Berkeley, CA 94710                        rhenry@mofo.com
18 | Tel: (510) 725-3000                      Telephone:  (202) 887-1500
  Fax: (510) 725-3001                       Facsimile:   (202) 887-0763
19 | jefff@hbsslaw.com

    *Counsel for Panasonic Corporation,*
20 | By:   /s/ Lin Y. Chan                   *Panasonic Corporation of North America,*
       Lin Y. Chan                             *SANYO Electric Co., Ltd., and*
21 |                                              *SANYO North America Corporation*

  Elizabeth J. Cabraser (083151)
22 | Richard M. Heimann (63607)
  Eric B. Fastiff (182260)                  By:  /s/ Michael W. Scarborough
23 | Joy A. Kruse (142799)
  Brendan P. Glackin (199643)           Gary L. Halling
24 | Marc A. Pilotin (266369)                James L. McGinnis
  Lin Y. Chan (255027)                      Michael W. Scarborough
25 | LIEFF CABRASER HEIMANN &           SHEPPARD MULLIN RICHTER &
  BERNSTEIN, LLP                            HAMPTON
26 | 275 Battery Street, 29th Floor            4 Embarcadero Center, 17th Floor
  San Francisco, CA 94111-3339          San Francisco, CA 94111
27 | Tel: (415) 956-1000                        ghalling@sheppardmullin.com
  Fax: (415) 956-1008                        jmcginnis@sheppardmullin.com

28

JOINT STIPULATION AND [PROPOSED] ORDER
REGARDING TIME TO FILE AMENDED COMPLAINT AND RESPONSIVE PLEADINGS
CASE NO. 13-md-02420-YGR
-3-

| | | |
|---|---|---|
| 1 | ecabraser@lchb.com | mscarborough@sheppardmullin.com |
| | | Telephone: (415) 434-9100 |
| 2 | *Indirect Purchaser Plaintiffs* | Facsimile: (415) 434-3947 |
| | *Interim Co-Lead Class Counsel* | |
| 3 | | *Counsel for Samsung SDI Co., Ltd. and* |
| | | *Samsung SDI America, Inc.* |
| 4 | | |
| | By: /s/ Todd A. Seaver | |
| 5 | | By: /s/ Robert B. Pringle |
| | Joseph J. Tabacco, Jr. (Bar No. 75484) | |
| 6 | Todd A. Seaver (Bar No. 271067) | Robert B. Pringle (SBN: 051365) |
| | Jessica Moy (Bar No. 272941) | rpringle@winston.com |
| 7 | BERMAN DeVALERIO | Paul R. Griffin (SBN: 083541) |
| | One California Street, Suite 900 | pgriffin@winston.com |
| 8 | San Francisco, CA 94111 | Sean D. Meenan (SBN: 260466) |
| | Tel: (415) 433-3200 | smeenan@winston.com |
| 9 | Fax: (415) 433-6382 | WINSTON & STRAWN LLP |
| | tseaver@bermandevalerio.com | 101 California Street, Suite 3900 |
| 10 | | San Francisco, CA 94111-5802 |
| | By: /s/ Aaron M. Sheanin | Telephone: (415) 591-1000 |
| 11 | | Facsimile: (415) 591-1400 |
| | Bruce L. Simon (Bar No. 96241) | |
| 12 | Robert G. Retana (Bar No. 148677) | *Counsel for NEC Corporation and* |
| | Aaron M. Sheanin (Bar No. 214472) | *NEC Tokin Corporation* |
| 13 | William J. Newsom (Bar No. 267643) | |
| | PEARSON SIMON & WARSHAW LLP | |
| 14 | 44 Montgomery Street, Suite 2450 | By: /s/ John C. Dwyer |
| | San Francisco, CA 94104 | |
| 15 | Tel: (415) 433-9000 | Stephen C. Neal (SBN 170085) |
| | Fax: (415) 433-9008 | Bennett S. Miller (SBN 254368) |
| 16 | asheanin@pswplaw.com | 5 Palo Alto Square |
| | | 3000 El Camino Real |
| 17 | By: /s/ R. Alexander Saveri | Palo Alto, CA 94306-2155 |
| | | Telephone: (650) 843-5228 |
| 18 | R. Alexander Saveri (Bar No. 173102) | Facsimile: (650) 849-7400 |
| | Geoffrey C. Rushing (Bar No. 126910) | dwyerjc@cooley.com |
| 19 | Cadio Zirpoli (Bar No. 126910) | nealsc@cooley.com |
| | Carl N. Hammarskjold (Bar No. 280961) | bennett.miller@cooley.com |
| 20 | SAVERI & SAVERI, INC. | |
| | 706 Sansome Street | Beatriz Mejia (SBN 190948) |
| 21 | San Francisco, CA 94111 | Matthew M. Brown (SBN 264817) |
| | Telephone: (415) 217-6810 | COOLEY LLP |
| 22 | Fax: (415) 217-6813 | 101 California Street, 5th Floor |
| | rick@saveri.com | San Francisco, CA 94111-5800 |
| 23 | | Telephone: (415) 693-2000 |
| | *Direct Purchaser Plaintiffs* | Facsimile: (415) 693-2222 |
| 24 | *Interim Co-Lead Class Counsel* | mejiab@cooley.com |
| | | mmbrown@cooley.com |
| 25 | | |
| | | *Counsel for Sony Corporation, Sony Energy* |
| 26 | | *Devices Corporation, and Sony Electronics,* |
| | | *Inc.* |
| 27 | | |
| 28 | | |

| | | |
|---|---|---|
| 1 | By: */s/ Craig P. Seebald* | By: */s/ Christopher M. Curran* |
| 2 | Craig P. Seebald (*pro hac vice*)<br>Lindsey R. Vaala (*pro hac vice*) | Christopher M. Curran (*pro hac vice*)<br>J. Frank Hogue (*pro hac vice*) |
| 3 | VINSON & ELKINS LLP<br>2200 Pennsylvania Avenue NW | WHITE & CASE LLP<br>701 Thirteenth Street, NW |
| 4 | Suite 500 West<br>Washington, D.C.  20037 | Washington, DC 20005<br>ccurran@whitecase.com |
| 5 | cseebald@velaw.com<br>lvaala@velaw.com | Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355 |
| 6 | Telephone:  (202) 639-6585<br>Facsimile:  (202) 879-8995 | *Counsel for Toshiba Corporation* |

By: /s/ Craig P. Seebald

Craig P. Seebald (*pro hac vice*)
Lindsey R. Vaala (*pro hac vice*)
VINSON & ELKINS LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
cseebald@velaw.com
lvaala@velaw.com
Telephone: (202) 639-6585
Facsimile: (202) 879-8995

Matthew J. Jacobs (SBN 171149)
Jessica Spradling Russell (*pro hac vice*)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
mjacobs@velaw.com
jrussell@velaw.com
Telephone: (415) 979-6990
Facsimile: (415) 651-8786

*Counsel for Maxell Corporation of America and Hitachi Maxell, Ltd.*

By: /s/ Christopher M. Curran

Christopher M. Curran (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
WHITE & CASE LLP
701 Thirteenth Street, NW
Washington, DC 20005
ccurran@whitecase.com
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Toshiba Corporation*

By: /s/ Kenneth P. Ewing

Kenneth P. Ewing (*pro hac vice*)
Robert W. Fleishman (*pro hac vice*)
Andrew J. Lee (*pro hac vice*)
Andrew J. Sloniewsky (*pro hac vice*)
STEPTOE & JOHNSON LLP
1330 Connecticut Ave., NW
Washington, D.C. 20036
kewing@steptoe.com
Telephone:  (202) 429-6264
Facsimile:  (202) 429-3902

*Counsel for LG Chem, Ltd. and LG Chem America, Inc.*

By: /s/ Djordje Petkoski

Douglas M. Garrou *(pro hac vice)*
Djordje Petkoski *(pro hac vice)*
Robert A. Caplen *(pro hac vice)*
HUNTON & WILLIAMS LLP
2200 Pennsylvania Avenue, N.W.
Washington, DC 20037
dgarrou@hunton.com
dpetkoski@hunton.com
rcaplen@hunton.com
Telephone: (202) 955-1500
Facsimile: (202) 778-2201

*Counsel for GS Yuasa Corporation*