NEIL ABERCROMBIE
GOVERNOR



DAVID M. LOUIE
ATTORNEY GENERAL

RUSSELL A. SUZUKI
FIRST DEPUTY ATTORNEY GENERAL

**STATE OF HAWAII**
DEPARTMENT OF THE ATTORNEY GENERAL
425 QUEEN STREET
HONOLULU, HAWAII 96813
(808) 586-1500

April 18, 2013

The Honorable Susan Oki Mollway
United States District Court
District of Hawaii
300 Ala Moana Blvd C-338
Honolulu, Hawaii 96850

Dear Judge Mollway:

    RE:    KCN Services, LLC on behalf of itself and all others similarly situated, vs.
              LG Chem, Ltd. et al.; Civil Action No. 13-CV-00119-SOM-KSC  *** SEALED ***

On March 18, 2013, the Attorney General of Hawaii was served with a copy of a complaint filed in the above-referenced action under seal as per Haw. Rev. Stat. section 480-13.3. Pursuant to the statute, the Attorney General of Hawaii has determined that he will not prosecute the action nor file his own action involving the same or similar claim or claims asserted in the Complaint.

    Accordingly, the Complaint may be unsealed, and plaintiff may proceed with appropriate action.

Very truly yours,

Rodney I. Kimura
Deputy Attorney General

c:    Bruce H. Wakuzawa, Esq.

498273_1