**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br><br>**All Direct and Indirect Purchaser Actions** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER SETTING COMPLIANCE HEARING RE MEDIATION** |

A compliance hearing regarding mediation shall be held on Friday, **December 5, 2014** on the Court's 9:01 a.m. calendar, in the Federal Courthouse, 1301 Clay Street, Oakland, California, Courtroom 1.

By **November 25, 2014**, the parties shall file either: (a) a stipulated notice selecting a mediator and proposing reasonable deadlines for mediation; or (b) a one-page JOINT STATEMENT setting forth an explanation for their failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar. Telephonic appearances will be allowed if the parties have submitted a joint statement in a timely fashion. Failure to do so may result in sanctions.

**IT IS SO ORDERED**.

Dated: October 31, 2014

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**