UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LITHIUM ION BATTERIES
ANTITRUST LITIGATION

_____/

No. 13-MD-02420 YGR (DMR)

**ORDER TO SUBMIT SUPPLEMENTAL INFORMATION RE JOINT DISCOVERY LETTER [DOCKET NO. 501]**

The court has reviewed the parties' joint discovery letter brief regarding the parties' deposition protocol (Docket No. 501 (Joint Letter)), which is set for hearing on November 10, 2014. Under Section C, "Inclusion of Direct Action Plaintiffs," Defendants represent that in other antitrust class actions in this District, "there was a unified presumptive deposition cap for class plaintiffs, [Direct Action Plaintiffs], and, in some cases, state attorneys general that was equivalent to the 12 per Defendant group limit" proposed by Defendants in this case. (Joint Letter 4.) However, Defendants did not provide citations in support of this statement. Therefore, by **9:00 a.m. on November 10, 2014**, Defendants shall file a statement identifying by case name, number, and ECF docket number the relevant orders supporting Defendants' assertion.

Dated: November 7, 2014

_____
DONNA M. RYU
United States Magistrate Judge