UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES<br>ANTITRUST LITIGATION<br><br>_____/ | No. 13-MD-02420 YGR (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL INFORMATION RE JOINT DISCOVERY LETTER [DOCKET NO. 590]** |

The court has received the parties' joint discovery letter brief regarding their dispute about the production of worldwide transaction data (Docket No. 590), which is set for hearing on December 18, 2014. In the joint letter, Plaintiffs represent that defendants/defendant groups Samsung, LG Chem, Hitachi Maxell, and Toshiba Corp. have agreed to produce to Plaintiffs worldwide transaction-level sales and cost data for cells and packs. (Joint Letter 1.) By no later than **close of business on Tuesday, December 16, 2014**, the parties shall file copies of the actual agreements between Plaintiffs and those four defendants/defendant groups regarding the production of worldwide transaction data, or provide detailed descriptions of those agreements, including any temporal or geographic limitations and a description of the information/categories of information that will be produced.

IT IS SO ORDERED.

Dated: December 15, 2014

_____
DONNA M. RYU
United States Magistrate Judge