# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| _____ <br> Plaintiff(s), <br> v. <br> _____ <br> Defendant(s). | Case No: _____ <br><br> **APPLICATION FOR** <br> **ADMISSION OF ATTORNEY** <br> **PRO HAC VICE** <br> (CIVIL LOCAL RULE 11-3) |

**DENIED**
Judge Yvonne Gonzalez Rogers

I, _____, an active member in good standing of the bar of _____, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: _____ in the above-entitled action. My local co-counsel in this case is _____, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: _____.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct*.

Dated: _____

_____
APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

**DENIED**
Judge Yvonne Gonzalez Rogers
12/19/14

*PRO HAC VICE* APPLICATION & ORDER                                                                                                             *October 2012*

# The Supreme Court of Kansas



## Certificate of Good Standing

I, **Heather L. Smith**, Clerk of the Supreme Court of the State of Kansas, do hereby certify that the Supreme Court of Kansas is the highest court of law, and the court of last resort within the State of Kansas, and has exclusive jurisdiction over and control of the admission of applicants to the bar of this state.

I do further certify that on September 21, 1990,

DANIEL D. OWEN

was duly admitted to practice as an attorney and counselor of the Supreme Court and all other courts of the State of Kansas and is, on the date indicated below, a member in good standing of the Kansas Bar.

**ACTIVE STATUS**

Witness my hand and the seal of the Supreme Court, hereto affixed at my office in Topeka, Kansas, this 14TH day of November, 2014.

*Heather L. Smith*

*Clerk of the Supreme Court of Kansas*