**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LITHIUM ION BATTERIES
ANTITRUST LITIGATION

_____/

No. 13-MD-02420 YGR (DMR)

**ORDER ON JOINT STATUS REPORT
BY PLAINTIFFS AND DEFENDANT GS
YUASA CORP. [DOCKET NO. 631]**

The court has received the January 15, 2015 Joint Status Report regarding Plaintiffs' discussions with Defendant GS Yuasa Corporation.  [Docket No. 631.]  The parties shall jointly report to the court by February 3, 2015 regarding the status of their discussions.

Dated: January 20, 2015

_____
DONNA M. RYU
United States Magistrate Judge