UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LITHIUM ION BATTERIES
ANTITRUST LITIGATION

_____/

No. 13-MD-02420 YGR (DMR)

**ORDER ON JOINT STATUS REPORT RE CAPACITY AND UTILIZATION DATA [DOCKET NO. 632]**

The court has reviewed the January 16, 2015 Joint Status Report about the parties' negotiations regarding capacity and capacity utilization data. [Docket No. 632.] The court hereby orders the parties to jointly report to the court by February 11, 2015 regarding the status of their negotiations.

Dated: January 20, 2015


DONNA M. RYU
United States Magistrate Judge

