UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420-YGR   (DMR)<br><br>**ORDER TO SUBMIT SUPPLEMENTAL INFORMATION** |

In the parties' October 21, 2014 joint case management statement, the parties set forth competing proposals regarding modifications to discovery limitations. Plaintiffs proposed, in part, that the number of interrogatories authorized under Federal Rule of Civil Procedure 33(a) should be modified "to allow Plaintiffs collectively to serve 60 interrogatories on Defendants." Defendants indicated that they "agree that Plaintiffs (*i.e.*, DPPs and IPPs collectively) should be limited to service of a total of 60 interrogatories on Defendants." [Docket No. 518 at 16, 17.]  It is unclear whether the parties' agreed-upon proposal is to allow Plaintiffs collectively to serve 60 interrogatories *on each Defendant family*, or if the parties propose that Plaintiffs collectively should be limited to 60 interrogatories on Defendants *collectively*.  By no later than **9:00 a.m. on March 10, 2015**, the parties shall submit a brief letter clarifying this point.

IT IS SO ORDERED.

Dated: March 9, 2015

_____
DONNA M. RYU
United States Magistrate Judge