Law Offices
# Pearson, Simon & Warshaw, LLP
44 Montgomery Street, Suite 2450
San Francisco, California 94104
(415) 433-9000
Fax (415) 433-9008
www.pswlaw.com

Los Angeles Office
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
(818) 788-8300
Fax (818) 788-8104

Writer's Direct Contact
(415) 400-7706
CSHEANIN@PSWLAW.COM

**GRANTED**
*Judge Donna M. Ryu*

March 9, 2015

**VIA ECF**

The Honorable Donna M. Ryu
United States District Court
Oakland Courthouse, Courtroom 4
1301 Clay Street
Oakland, CA 94612

Re: *In Re: Lithium Ion Batteries Antitrust Litigation, All Actions*
Case No.: 13-md-02420 YGR (DMR)
Joint Letter Requesting Extension of Time to Respond to Order to Submit Supplemental Information (ECF No. 670)

Dear Judge Ryu:

Direct Purchaser Plaintiffs, Indirect Purchaser Plaintiffs, and Defendants[1] (collectively, the "Parties") have received the Court's Order to Submit Supplemental Information ("Order") (ECF No. 670). Counsel for the Parties are dispersed across the country, need to coordinate with one another, and have limited time during overlapping business hours on the east and west coasts prior to the 9:00 a.m. (Pacific) deadline on March 10, 2015. Accordingly, the Parties respectfully request that the Court extend the deadline to respond to the Order by three hours until 12:00 noon (Pacific) on March 10, 2015.

---

[1] All Parties except GS Yuasa Corporation are signatories to this letter. Despite diligent efforts, the Parties were unable to confer with counsel for GS Yuasa Corporation and obtain authorization.

Magistrate Judge Donna M. Ryu
*In re Lithium Ion Batteries Antitrust Litigation*
March 9, 2015
Page 2

Respectfully submitted,

DATED: March 10, 2015

| HAGENS BERMAN SOBOL SHAPIRO LLP | SAVERI & SAVERI. INC. |
|---|---|
| By   /s/ Shana E. Scarlett<br>     SHANA E. SCARLETT | By   /s/ Carl N. Hammarskjold<br>     CARL N. HAMMARSKJOLD |
| Jeff D. Friedman (SBN 173886)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile:  (510) 725-3001<br>jefff@hbsslaw.com<br>shanas@hbsslaw.com | R. Alexander Saveri (SBN 173102)<br>Geoffrey C. Rushing (SBN 126910)<br>706 Sansome Street<br>San Francisco, CA 94111<br>Telephone: (415) 217-6810<br>Facsimile: (415) 217-6813<br>rick@saveri.com<br>grushing@saveri.com<br>carl@saveri.com |
| Steve W. Berman (*Pro Hac Vice*)<br>HAGENS BERMAN SOBOL SHAPIRO LLP<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile:  (206) 623-0594<br>steve@hbsslaw.com | |
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | PEARSON, SIMON & WARSHAW, LLP |
| By   /s/ Brendan P. Glackin<br>     BRENDAN P. GLACKIN | By   /s/ Aaron M. Sheanin<br>     AARON M. SHEANIN |
| Elizabeth J. Cabraser (SBN 83151)<br>Richard M. Heimann (SBN 63607)<br>Eric B. Fastiff (SBN 182260)<br>Joy A. Kruse (SBN 142799)<br>Marc A. Pilotin (SBN 266369)<br>Lin Y. Chan (SBN 255027)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>ecabraser@lchb.com<br>rheimann@lchb.com<br>efastiff@lchb.com<br>jakruse@lchb.com<br>bglackin@lchb.com | Bruce L. Simon (SBN 96241)<br>Benjamin E. Shiftan (SBN 265767)<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswplaw.com<br>asheanin@pswplaw.com<br>bshiftan@pswplaw.com |

Magistrate Judge Donna M. Ryu
*In re Lithium Ion Batteries Antitrust Litigation*
March 9, 2015
Page 3

mpilotin@lchb.com
lchan@lchb.com

| | |
|---|---|
| COTCHETT, PITRE & McCARTHY, LLP | BERMAN DEVALERIO |
| By   /s/ Steven N. Williams<br>        STEVEN N. WILLIAMS | By   /s/ Todd A. Seaver<br>        TODD A. SEAVER |
| Joseph W. Cotchett (SBN 36324)<br>Nancy L. Fineman (SBN 124870)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>nfineman@cpmlegal.com<br>swilliams@cpmlegal.com | Joseph J. Tabacco, Jr. (SBN 75484)<br>Jessica Moy (SBN 272941)<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>jtabacco@bermandevalerio.com<br>tseaver@bermandevalerio.com<br>jmoy@bermandevalerio.com |
| *Co-Lead Counsel for Indirect Purchaser Plaintiffs* | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| STEPTOE & JOHNSON LLP | SHEPPARD MULLIN RICHTER & HAMPTON |
| By   /s/ Kenneth P. Ewing<br>        KENNETH P. EWING | By   /s/ Gary L. Halling<br>        GARY L. HALLING |
| Robert W. Fleishman (*pro hac vice*)<br>Andrew J. Lee (*pro hac vice*)<br>Andrew J. Sloniewsky (*pro hac vice*)<br>1330 Connecticut Ave., NW<br>Washington, D.C. 20036<br>Telephone: (202) 429-6264<br>Facsimile: (202) 429-3902<br>kewing@steptoe.com | James L. McGinnis<br>Michael W. Scarborough<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 774-3294<br>Facsimile: (415) 434-3947<br>ghalling@sheppardmullin.com<br>jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com |
| *Counsel for LG Chem, Ltd. and LG Chem America, Inc.* | *Counsel for Samsung SDI Co., Ltd., and Samsung SDI America, Inc.* |
| WINSTON & STRAWN LLP | WHITE & CASE LLP |
| By   /s/ Robert B. Pringle<br>        ROBERT B. PRINGLE | By   /s/ J. Frank Hogue<br>        J. FRANK HOGUE |

Paul R. Griffin (SBN 083541)
Sean D. Meenan (SBN 260466)
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
rpringle@winston.com
pgriffin@winston.com
smeenan@winston.com

*Counsel for NEC Corporation and NEC Tokin Corporation*

WINSTON & STRAWN LLP

By    /s/ Jeffery L. Kessler
      JEFFREY L. KESSLER

A. Paul Victor (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
Erica C. Smilevski (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com
esmilevski@winston.com

Ian L. Papendick (SBN 275648)
Diana L. Hughes (SBN267606)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6904
Facsimile: (415) 591-1400
ipapendick@winston.com
dhughes@winston.com

Roxann E. Henry (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000

Christopher M. Curran (*pro hac vice*)
J. Frank Hogue (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
fhogue@whitecase.com

*Counsel for Toshiba Corporation*

COOLEY LLP

By    /s/ John C. Dwyer
      JOHN C. DWYER

Stephen C. Neal (SBN 170085)
3175 Hanover Street
Palo Alto, CA 94304-1130
Telephone: (650) 843-5000
Facsimile: (650) 857-0663
dwyerjc@cooley.com
nealsc@cooley.com
bennett.miller@cooley.com

Beatriz Mejia (SBN 190948)
Matthew M. Brown (SBN 264817)
COOLEY LLP
101 California Street, 5th Floor
San Francisco, CA 94111-5800
Telephone: (415) 693-2000
Facsimile: (415) 693-2222
mejiab@cooley.com
mmbrown@cooley.com

*Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.*

Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rhenry@mofo.com

***Counsel for Panasonic Corporation,***
***Panasonic Corporation of North America,***
***SANYO Electric Co., Ltd., and***
***SANYO North America Corporation***

VINSON & ELKINS LLP

By   /s/ Craig P. Seebald
        CRAIG P. SEEBALD

Lindsey R. Vaala (*pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995
cseebald@velaw.com
lvaala@velaw.com

Matthew J. Jacobs (SBN 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 979-6990
Facsimile: (415) 651-8786
mjacobs@velaw.com

***Counsel for Maxell Corporation of America***
***and Hitachi Maxell, Ltd.***

Magistrate Judge Donna M. Ryu
*In re Lithium Ion Batteries Antitrust Litigation*
March 9, 2015
Page 6

# ATTESTATION

I, Aaron M. Sheanin, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: March 9, 2015                    By:  */s/ Aaron M. Sheanin*
                                                    Aaron M. Sheanin


862478.1