UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LITHIUM ION BATTERIES ANTITRUST LITIGATION

Case No. 13-md-02420-YGR   (DMR)

**ORDER TAKING FEBRUARY 13, 2015 JOINT DISCOVERY LETTER [DOCKET NO. 650] UNDER SUBMISSION WITHOUT ORAL ARGUMENT**

TO ALL PARTIES AND COUNSEL OF RECORD:

The court has received the parties' February 13, 2015 joint discovery letter (Docket No. 650), and finds that the matter is appropriate for resolution without oral argument pursuant to Civil Local Rule 7-1(b).  Accordingly, the March 12, 2015 hearing on the motion is hereby VACATED. The court will issue a written order on the motion.

**IT IS SO ORDERED**.

Dated: March 10, 2015



DONNA M. RYU
United States Magistrate Judge