HYONGSOON KIM (SBN 257019)
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone: 310.229.1000
Facsimile: 310.229.1001

Attorneys for Defendants
LG CHEM, LTD, and
LG CHEM AMERICA, INC.

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Case No. 4:13-md-02420-YGR**<br><br>**NOTICE OF APPEARANCE**<br><br>**MDL NO. 2420**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom 5 |

**TO THE CLERK OF THIS COURT, THE PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Hyongsoon Kim of Akin Gump Strauss Hauer & Feld LLP hereby enters his appearance as co-counsel of record in this case for Defendants LG CHEM, LTD and LG CHEM AMERICA, INC. and certifies that he is admitted to practice in this Court. Mr. Kim's address and telephone number are:

**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone:  310.229.1000
Facsimile:   310.229.1001

Please serve said counsel with all pleadings and notices in this action.

Dated: May 29, 2015                     AKIN GUMP STRAUSS HAUER & FELD LLP


By: _____/s/ Hyongsoon Kim_____
Hyongsoon Kim
Attorneys for Defendants
LG CHEM, LTD, and LG CHEM AMERICA, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, the foregoing document(s) described as: NOTICE OF APPEARANCE was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: May 29, 2015

AKIN GUMP STRAUSS HAUER & FELD LLP

By: /s/ Hyongsoon Kim
Hyongsoon Kim
Attorneys for Defendant
LG CHEM, LTD, and LG CHEM AMERICA, INC.