REGINALD STEER (SBN 0567019)
rsteer@akingump.com
MOLLIE MCGOWAN-LEMBERG (SBN 296452)
mmcgowanlemberg@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: 415.765.9500
Facsimile: 415.765.9501

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone: 310.229.1000
Facsimile: 310.229.1001

CATHERINE CREELY
ccreely@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Attorneys for Defendants
LG CHEM, LTD, and
LG CHEM AMERICA, INC.

**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL ACTIONS | **Case No. 4:13-md-02420-YGR**<br><br>**NOTICE OF APPEARANCE**<br><br>**MDL NO. 2420**<br><br>Hon. Yvonne Gonzalez Rogers<br>Courtroom 5 |

| | |
|---|---|
| 1 | **TO THE CLERK OF THIS COURT, THE PARTIES AND THEIR ATTORNEYS OF** |
| 2 | **RECORD:** |
| 3 | **PLEASE TAKE NOTICE** that Catherine Creely of Akin Gump Strauss Hauer & Feld LLP |
| 4 | hereby enters her appearance as co-counsel of record in this case for Defendants LG CHEM, LTD and |
| 5 | LG CHEM AMERICA, INC. in all actions falling within Case No. 4:13-md-02420-YGR pending |
| 6 | before this Court. Ms. Creely's address and telephone number are: |

AKIN GUMP STRAUSS HAUER & FELD LLP
1333 New Hampshire Avenue, NW
Washington, D.C. 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Please serve said counsel with all pleadings and notices in this action.

Dated: May 29, 2015                    AKIN GUMP STRAUSS HAUER & FELD LLP

By_____/s/ Catherine Creely_____
Catherine Creely
Attorneys for Defendants
LG CHEM, LTD, and LG CHEM AMERICA, INC.

---

1

NOTICE OF APPEARANCE                                         CV-4:13-md-02420

CERTIFICATE OF SERVICE

I hereby certify that on May 29, 2015, the foregoing document(s) described as: NOTICE OF APPEARANCE was filed electronically. Notification of this filing will be sent to all parties via the Court's CM/ECF system.

Dated: May 29, 2015            AKIN GUMP STRAUSS HAUER & FELD LLP

                               By: _____/s/ Catherine Creely_____
                                   Catherine Creely
                                   Attorneys for Defendants
                               LG CHEM, LTD, and LG CHEM AMERICA, INC.