UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DELL INC., et al.,

    Plaintiffs,

v.

LG CHEM, LTD, et al.,

    Defendants.

Case No. 15-cv-02987-VC

**REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP**

Pursuant to Civil Local Rule 3-12(c), the above-entitled case is hereby referred to Judge Gonzalez Rogers for consideration whether the case is related to In Re Lithium Ion Batteries Antitrust Litigation, Case No. 4:13-md-02420.

**IT IS SO ORDERED.**

Dated: July 21, 2015

_____
VINCE CHHABRIA
United States District Judge