1 | COOLEY LLP
Stephen C. Neal (170085) (nealsc@cooley.com)
2 | John C. Dwyer (136533) (dwyerjc@cooley.com)
3175 Hanover Street
3 | Palo Alto, CA  94304
Telephone:     (650) 843-5000
4 | Facsimile:     (650) 857-0663

5 | Beatriz Mejia (190948) (mejiab@cooley.com)
Matthew M. Brown (264817) (brownmm@cooley.com)
6 | 101 California Street, 5th Floor
San Francisco, CA 94111-5800
7 | Telephone:     (415) 693-2000
Facsimile:     (415) 693-2222
8
Counsel for Defendants
9 | SONY CORPORATION, SONY ELECTRONICS INC.,
and SONY ENERGY DEVICES CORPORATION

10

11

12 | UNITED STATES DISTRICT COURT

13 | NORTHERN DISTRICT OF CALIFORNIA

14 | OAKLAND DIVISION

15

16

| 17 | IN RE: LITHIUM ION BATTERY ANTITRUST LITIGATION | Master File No. 4:13-md-02420-YGR (DMR) MDL No. 2420 |
|---|---|---|
| 18 | | |
| 19 | This document is related to: | Case No. ~~2:15-cv-1038~~ |
| 20 | MICROSOFT MOBILE, INC., et al. | 4:15-cv-3443-YGR |
| 21 | Plaintiffs, | **STIPULATION AND [PROPOSED] ORDER REGARDING SERVICE OF SUMMONS AND COMPLAINT** |
| 22 | vs. | |
| 23 | LG CHEM AMERICA, INC., et al. Defendants. | |

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1    Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy (collectively, "Microsoft

2  Mobile" or the "Microsoft Mobile Plaintiffs") and defendants LG Chem America, Inc., LG Chem,

3  Ltd., Panasonic Corporation, Panasonic Corporation of North America, Samsung SDI America,

4  Inc., Samsung SDI Co., Ltd., Sanyo Electric Co. Ltd., Sanyo North America Corporation, Sony

5  Corporation, Sony Electronics Inc., and Sony Energy Devices Corporation (collectively,

6  "Defendants"), by and through their undersigned counsel, stipulate and agree, as follows:

7    1.    The undersigned Defendants, including all domestic Defendants and all foreign

8  Defendants, waive service of the summons and the complaint filed by Microsoft Mobile in this

9  action on June 26, 2015 ("Microsoft Mobile's Complaint") pursuant to Federal Rule of Civil

10  Procedure 4(d).  All Defendants preserve all other defenses under the Federal Rules of Civil

11  Procedure, including potential Rule 12 motions and motions to compel arbitration.

12    2.    Within 21 days of the date on which this stipulation is entered as an Order of the

13  Court, or alternatively, seven days after the date by which the parties stipulate to and the Court

14  enters an appropriate protective order in this action, whichever is later, all Defendants shall

15  produce to Microsoft Mobile the documents that Defendants produced to the United States

16  Department of Justice ("DOJ") in response to subpoenas issued by DOJ regarding secondary

17  batteries, and that were also produced to class plaintiffs in this consolidated action.  Microsoft

18  Mobile and Defendants agree to reasonably expedite the entry of an appropriate protective order

19  in this action.  Defendants do not waive any defenses by producing these documents to Microsoft

20  Mobile, including the right to compel arbitration.

21    3.    All Defendants shall respond to Microsoft Mobile's Complaint within ninety (90)

22  days from the date on which this stipulation is entered as an Order of the Court.

23    4.    All Defendants and the Microsoft Mobile Plaintiffs agree to waive the production

24  of initial disclosures in this action.

25    **IT IS SO STIPULATED.**

26  / / /

27  / / /

28  / / /

1

Dated: August 11, 2015          By: /s/ Lance A. Termes
                                        Lance A. Termes

2

3          Lance A. Termes
           ALSTON & BIRD LLP
4          1950 University Avenue, 5th Floor
           East Palo Alto, CA 94303-2282
5          Telephone: 650-838-2000
           Facsimile: 650-83 8-2001
6          *lance.termes@alston.com*

7          James C. Grant (*pending pro hac vice admission*)
           Valarie C. Williams (*pending pro hac vice admission*)
8          B. Parker Miller (*pending pro hac vice admission*)
           Edward P. Bonapfel (*pending pro hac vice admission*)
9          ALSTON & BIRD LLP
           1201 West Peachtree Street
10         Atlanta, Georgia 30309
           Telephone: 404-881-7000
11         Facsimile: 404-881-7777
           *jim.grant@alston.com*
12         *valarie.williams@alston.com*
           *parker.miller@alston.com*
13         *ed.bonapfel@alston.com*

14
           *Attorneys for Plaintiffs Microsoft Mobile Inc. and Microsoft*
15         *Mobile Oy*

16         Dated: August 11, 2015          By: /s/ John Dwyer
                                                   John Dwyer
17
           COOLEY LLP
18         Stephen C. Neal
           John C. Dwyer
19         3175 Hanover Street
           Palo Alto, CA  94304
20         Telephone:    (650) 843-5000
           Facsimile:    (650) 857-0663
21         *nealsc@cooley.com*
           *dwyerjc@cooley.com*
22
           Beatriz Mejia
23         Matthew M. Brown (264817)
           101 California Street, 5th Floor
24         San Francisco, CA 94111-5800
           Telephone:    (415) 693-2000
25         Facsimile:    (415) 693-2222
           *mejiab@cooley.com*
26         *brownmm@cooley.com*

27         *Attorneys for Defendants Sony Corporation, Sony*
           *Electronics Inc., and Sony Energy Devices Corporation*
28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

3.

1

Dated: August 11, 2015        By: /s/ Michael W. Scarborough
                           Michael W. Scarborough

2

3
Michael W. Scarborough
Dylan Ian Ballard
James Landon McGinnis

4
Tyler Mark Cunningham
SHEPPARD, MULLIN, RICHTER & HAMPTON

5
Four Embarcadero Center, 17th Floor
San Francisco, CA 94111-4106

6
Tel: (415) 434-9100
Fax: (415) 434-3947

7
*mscarborough@smrh.com*
*dballard@sheppardmullin.com*

8
*jmcginnis@sheppardmullin.com*
*tcunningham@sheppardmullin.com*

9

10
*Attorneys for Defendants Samsung SDI America, Inc. and
Samsung SDI Co., Ltd.*

11

12
Dated: August 11, 2015        By: /s/ Jeffrey L. Kessler
                           Jeffrey L. Kessler

13

14
Jeffrey L. Kessler (*pro hac vice*)
A. Paul Victor (*pro hac vice*)

15
Eva W. Cole (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)

16
Erica C. Smilevski (*pro hac vice*)
WINSTON & STRAWN LLP

17
200 Park Avenue
New York, NY 10166-4193

18
Telephone:  (212) 294-4601
Facsimile:  (212) 294-4700

19
*jkessler@winston.com*

20
*pvictor@winston.com*
*ewcole@winston.com*

21
*jamato@winston.com*
*esmilevski@winston.com*

22

23
Ian L. Papendick (SBN 275648)
WINSTON & STRAWN LLP

24
101 California Street
San Francisco, CA 94111

25
Telephone:  (415) 591-6904
Facsimile:  (415) 591-1400

26
*ipapendick@winston.com*

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

4.

Roxann E. Henry (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone:  (202) 887-1500
Facsimile:  (202) 887-0763
*rhenry@mofo.com*

*Counsel for Panasonic Corporation, Panasonic Corporation of North America, Sanyo Electric Co., Ltd., and Sanyo North America Corporation*

Dated: August 11, 2015          By: /s/ Reginald Steer
                                     Reginald Steer

Reginald Steer
AKIN GUMP STRAUSS HAUER & FELD
580 California Street, Suite 1500
San Francisco, CA  94104-1036
*rsteer@akingump.com*

*Counsel for LG Chem America, Inc. and LG Chem, Ltd.*

### ATTESTATION

Pursuant to Local Rule 5-1(i)(3), I attest under penalty of perjury that the concurrence in the filing of this document has been obtained from each of the other signatories thereto.

Dated:  August 11, 2015                     By: /s/ John Dwyer
                                                John Dwyer

### ORDER

This Order terminates Docket Number 776.

**IT IS SO ORDERED**.

Dated:  August 12, 2015          _____
                                 The Honorable Yvonne Gonzalez Rogers
                                 United States District Judge

119529960

COOLEY LLP
ATTORNEYS AT LAW
SAN FRANCISCO

5.