UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420-YGR   (DMR)<br><br>**ORDER TO SUBMIT EVIDENCE CITED IN JOINT LETTER BRIEF**<br><br>Re: Dkt. No. 764 |

The parties filed a joint letter brief in which Plaintiffs move to compel Defendants LG Chem Ltd. and LG Chem America, Inc. ("LG Chem") to produce Seok Hwan Kwak for deposition and seek leave to move for sanctions against LG Chem. [Docket No. 764-3.] In the joint letter, the parties reference correspondence regarding Kwak's deposition as well as evidence regarding his employment with and departure from LG Chem. By August 19, 2015, Plaintiffs shall submit a declaration or declarations attaching true and correct copies of the following materials for the court's review in connection with the dispute:

- copies of the written correspondence between counsel referenced on pages 2, 3, 7, and 8 of the joint letter;
- all cited portions of Kwak's personnel file (LGC-MDL0005425E);
- pages of Kwak's LinkedIn profile cited on page 3 of the joint letter; and
- Dokyun Kim's July 22, 2015 declaration and all exhibits thereto.

The court will determine whether a hearing on the matter is necessary after reviewing the requested materials.

**IT IS SO ORDERED.**

Dated: August 14, 2015

Donna M. Ryu
United States Magistrate Judge