**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR** **ORDER SETTING STATUS CONFERENCE** |
| **This Order Relates to:** **All Direct and Indirect Purchaser Actions** | |

The Court hereby **SETS** a status conference for **Friday, October 2, 2015** at **9:30 a.m.** A joint status conference statement is due five business days before the conference. To minimize costs, Liason Counsel shall arrange a dial-in teleconference to permit counsel who do not attend in person to listen to the proceedings. However, only counsel who attend in person will be permitted to participate during the conference. Liason Counsel shall email the dial-in and passcode information to Courtroom Deputy Frances Stone at ygrcrd@cand.uscourts.gov, and provide the number to counsel for the parties, in advance of the conference.

In addition, the Court has been receiving *in camera* quarterly submissions regarding the status of attorney's fees incurred by plaintiffs. (*See* Dkt. No. 375.) Following the status conference, the Court shall hold an *ex parte* conference with plaintiffs' counsel to discuss the fee statements. That conference will not be accessible telephonically.

**IT IS SO ORDERED**.

Dated: August 26, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**