UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420-YGR   (DMR)<br><br>**ORDER RE PROPOSED PROTECTIVE ORDER**<br><br>Re: Dkt. No. 824 |

The court has received the proposed stipulated protective order filed on September 8, 2015 related to Microsoft Mobile Inc. and Microsoft Mobile Oy v. LG Chem America, Inc., et al. [Docket No. 824 ("Microsoft protective order").] It is not clear how the Microsoft protective order relates to the stipulated protective order already in place in this matter. [*See* Docket No. 193 ("original protective order").] For example, it is not clear whether the Microsoft protective order covers different parties or contains different substantive provisions from those in the original protective order. The court is concerned about the potential for confusion caused by multiple operative protective orders. Therefore, by no later than September 28, 2015, the parties who negotiated the Microsoft protective order shall submit a redlined version of the proposed protective order which shows the differences between the Microsoft protective order and the original protective order. The parties shall also file a joint statement explaining which parties would be covered by the Microsoft protective order, describing the differences between the two protective orders, and explaining why such changes are necessary.

**IT IS SO ORDERED.**

Dated: September 14, 2015



_____
Donna M. Ryu
United States Magistrate Judge