UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: | Case No.  13-md-02420-YGR   (DMR) |
| LITHIUM ION BATTERIES ANTITRUST LITIGATION | **ORDER GRANTING ADMINISTRATIVE MOTIONS TO FILE UNDER SEAL** |
| | Re: Dkt. Nos. 764, 795 |

Plaintiffs and Defendants LG Chem Ltd. and LG Chem America, Inc. ("LG Chem") have filed a joint discovery letter.  They have also submitted motions to file portions of the discovery letter and evidence cited therein under seal.  [Docket Nos. 764, 795.]  This order addresses only the motions to seal.

## I.      LEGAL STANDARDS

Civil Local Rule 79-5(b) states that "no document may be filed under seal (i.e., closed to inspection by the public) except pursuant to a court order that authorizes the sealing of the particular document, or portions thereof.  A sealing order may issue only upon a request that establishes that the document, or portions thereof, are privileged, protectable as a trade secret or otherwise entitled to protection under the law (hereinafter referred to as 'sealable')."  "The request must be narrowly tailored to seek sealing only of sealable material, and must conform with Civil L.R. 79-5(d)."  *Id.*  Furthermore, "[r]eference to a stipulation or protective order that allows a party to designate certain documents as confidential is not sufficient to establish that a document, or portions thereof, are sealable."  Civ. L.R. 79-5(d)(1)(A).

Pursuant to Civil Local Rule 79-5(e), a party must file under seal a document designated as confidential by the opposing party or a document containing information so designated by an opposing party.  "Within 4 days of the filing of the Administrative Motion to File Under Seal, the

1    Designating Party must file a declaration as required by subsection 79-5(d)(1)(A) establishing that

2    all of the designated material is sealable."  Civ. L.R. 79-5(e)(1).  "If the Designating Party does

3    not file a responsive declaration as required by subsection 79-5(e)(1) and the Administrative

4    Motion to File Under Seal is denied, the Submitting Party may file the document in the public

5    record no earlier than 4 days, and no later than 10 days, after the motion is denied."  Civ. L.R. 79-

6    5(e)(2).

## II.    DISCUSSION

8        Plaintiffs move to seal portions of the joint letter and evidence containing information

9    designated by LG Chem as confidential.  Specifically, Plaintiffs move to seal portions of the

10    August 7, 2015 joint letter and Exhibits 8 and 10 to the August 18, 2015 Declaration of Aaron

11    Sheanin.

12        LG Chem has timely filed the responsive declarations required by Civil Local Rule 79-

13    5(e)(1), and has sufficiently explained that all of the designated material is sealable because it

14    refers to confidential, sensitive employee information about a non-party, as well as LG Chem's

15    confidential internal policies.  [Docket Nos. 775, 807.]  Accordingly, Plaintiffs' motions to seal

16    are **GRANTED.**

18        **IT IS SO ORDERED.**

19    Dated: September 15, 2015



Donna M. Ryu
United States Magistrate Judge

*United States District Court*
*Northern District of California*

2