United States District Court
Northern District of California

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** <br><br> This Order Relates to: <br><br> **All Direct and Indirect Purchaser Actions** | Case No.: 13-MD-2420 YGR <br><br> **ORDER REQUIRING RESPONSE TO MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Defendants LG Chem Ltd. and LG Chem America, Inc. have filed a motion for relief from a non-dispositive pretrial order of Magistrate Judge Ryu relating to the anticipated deposition of Seok Hwan Kwak. (Dkt. No. 852.) The Court hereby orders plaintiffs to file a response of no more than five (5) pages as soon as practicable.

**IT IS SO ORDERED**.

Dated: September 30, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**