# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>All Direct and Indirect Purchaser Actions | Case No.: 13-MD-2420 YGR<br><br>**FIRST AMENDED ORDER SETTING BRIEFING SCHEDULE RE CLASS CERTIFICATION AND *DAUBERT* MOTIONS** |

In light of the October 2, 2015 Case Management Conference, the schedule proposed by the parties (Dkt. No. 848 at 10), and good cause appearing, the Court hereby **SETS** the following schedule:

| Event | Deadline |
|---|---|
| Plaintiffs' class certification motions | January 15, 2016 |
| Defendants' oppositions to class certification; and *Daubert* motions | May 24, 2016 |
| Plaintiffs' replies to class certification oppositions; and oppositions to *Daubert* motions | August 22, 2016 |
| Defendants' replies to *Daubert* oppositions | October 6, 2016 |

Further, the Court **SETS** a Status Conference for **February 5, 2016** at **9:30 a.m.**, with a joint statement due five (5) business days prior.

**IT IS SO ORDERED.**

Dated: October 14, 2015

_____
**YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE**