# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL LAW AND MOTION MINUTE ORDER

| **Date:** 10/15/15 | **Time:** 11:09-11:39 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.:** 13-md-02420-YGR | **Case Name:** In Re: Lithium Ion Batteries Antitrust Litigation | |

**Attorney for Direct-Purchaser and Indirect-Purchaser Plaintiffs:** See attached list
**Attorney for Defendants:** See attached list

**Deputy Clerk:** Ivy Lerma Garcia          **Court Reporter:** Diane Skillman

## PROCEEDINGS

1. Joint Discovery Letter Brief (Docket No. 825)
   Defendants' motion to compel: DENIED

   By October 23, 2015, Plaintiffs shall serve new interrogatory responses that identify the universe of finished products that Plaintiffs may include in their proposed class definitions, consistent with their representations in the parties' joint letter and at the hearing.

**Order to be prepared by:**
[ ]     Plaintiff                    [ ]     Defendant                    [ ]     Court

cc: Chambers

# IN RE LITHIUM ION BATTERIES
## ANTITRUST LITIGATION
### MDL 2420
## SIGN IN SHEET FOR COUNSEL
## FOR DEFENDANTS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| LG Chem LTD, LG Chem America | | Reginald Steer | Akin Gump, et al |
| Maxell Corp of America | | Jessica Russell | Vinson & Elkins |
| Hitachi Maxell Ltd | | Jessica Russell | Vinson & Elkins |
| indirect Plaintiffs | ADD 12-MD-8420 | Steve Williams | Cotchett |
| " | | Joyce Cheng | " |
| Panasonic Sanyo | 13-MDL-2420 | Joffrey Amato | Winston & Strawn |
| Toshiba | " | Heather Abram | White + Case |
| Sony | " | Matthew M Brown | Cooley LLP |
| NEC | " | Sean Meenan | Winston & Strawn LLP |
| Samsung SDI | " | Nadezhda Nikonova | Sheppard Mulling |
| Akin, battery (battery direct purchl | " | James Lin | TechKnowlt & law Group LLP |
| | | | |

# IN RE LITHIUM ION BATTERIES
## ANTITRUST LITIGATION
## MDL 2420

### SIGN IN SHEET FOR COUNSEL
### FOR DIRECT-PURCHASER PLAINTIFFS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| Direct Purchasers | In re Batteries | Benjamin Shiftan | Pearson Simon Warshaw |
| Direct Purchases | In re Batteries | Carlio Zaepli | Saveri + Saveri, Inc |
| Indirect Purchasers | In re Batteries | Nate Pilstin | LCHB |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |