**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>This Order Relates to:<br><br>**All Direct and Indirect Purchaser Actions** | Case No.: 13-MD-2420 YGR<br><br>**ORDER REQUIRING SUPPLEMENTAL BRIEFING RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

Defendants LG Chem Ltd. and LG Chem America, Inc. (the "LG defendants") have filed a motion for relief from a non-dispositive pretrial order of Magistrate Judge Ryu relating to the anticipated deposition of Seok Hwan Kwak. (Dkt. No. 852.) The Court previously ordered a response from plaintiffs. (Dkt. No. 855.) Thereafter, the LG defendants filed a reply thereto without seeking leave. The Court now **ORDERS** as follows:

By **October 26, 2015**, plaintiffs shall file a supplemental brief of no more than seven (7) pages addressing: (1) whether evidentiary sanctions are appropriate in light of the LG defendants' purported failure to provide sufficient notice of Kwak's change in employment status as an alternative to a deposition; and (2) if so, what form of evidentiary sanction is requested. By **noon** on **October 28, 2015**, the LG defendants shall file a response of no more than seven (7) pages.

**IT IS SO ORDERED**.

Dated: October 21, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**