REGINALD STEER (SBN 056324)
rsteer@akingump.com
MOLLIE MCGOWAN LEMBERG (SBN 296452)
mmcgowanlemberg@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:    415.765.9500
Facsimile:     415.765.9501

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone:    310.229.1000
Facsimile:     310.229.1001

C. FAIRLEY SPILLMAN
fspillman@akingump.com
CATHERINE CREELY
ccreely@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:    202.887.4000
Facsimile:     202.887.4288

Attorneys for Defendants
LG CHEM, LTD, and
LG CHEM AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.,<br>        Plaintiffs,<br>   v.<br><br>LG CHEM LTD. *et al.*<br>        Defendants. | **Master File No. 4:13-md-02420-YGR**<br>**MDL NO. 2420**<br><br>**Case No. 4:15-cv-02987-YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE LG CHEM DEFENDANTS' TIME TO RESPOND TO DELL'S COMPLAINT** |

Individual Action Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants LG Chem Ltd. and LG Chem America, Inc. (collectively "LG Chem"), together "the Parties," through their respective counsel of record, hereby Stipulate as follows:

WHEREAS, the Parties entered into a stipulation on August 5, 2015 (ECF No. 758) ("Stipulation") to waive service of Dell's complaint filed on June 26, 2015 ("Complaint") and to extend LG Chem's deadline to respond to the Complaint until October 21, 2015; and

WHEREAS, the Court entered an Order granting the Stipulation on August 10, 2015 (ECF No. 768), thereby setting the deadline for LG Chem to respond as October 21, 2015;

WHEREAS the Parties have met and conferred and desire to extend the deadline for LG Chem to respond to Dell's Complaint to November 18, 2015;

WHEREFORE, it is stipulated:

1. The deadline for LG Chem to respond to the Dell Complaint shall be extended to November 18, 2015.

2. The Parties agree that this extension will not be used to prejudice Dell's efforts to seek discovery in the above referenced action.

3. The parties agree that LG Chem does not waive and continues to preserve all of its defenses under the Federal Rules of Civil Procedure, including potential Rule 12 motions.

**IT IS SO STIPULATED.**

| | |
|---|---|
| 1 | Dated: October 20, 2015 |
| 2 | |
| 3 | Respectfully submitted, |
| 4 | AKIN GUMP STRAUSS HAUER & FELD LLP   ALSTON & BIRD |
| 5 | By ___/s/ Reginald Steer___   By ___/s/ Rodney J. Ganske___ |

AKIN GUMP STRAUSS HAUER & FELD LLP

By ___*/s/ Reginald Steer*___

REGINALD STEER (SBN 056324)
rsteer@akingump.com
MOLLIE MCGOWAN LEMBERG (SBN 296452)
mmcgowanlemberg@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:   415.765.9500
Facsimile:   415.765.9501

HYONGSOON KIM (SBN 257019)
kimh@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
2029 Century Park East, Suite 2400
Los Angeles, California 90067-3010
Telephone:   310.229.1000
Facsimile:   310.229.1001

C. FAIRLEY SPILLMAN
fspillman@akingump.com
CATHERINE CREELY
ccreely@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:   202.887.4000
Facsimile:   202.887.4288

*Attorneys for defendants*
*LG CHEM, LTD, and LG CHEM AMERICA, INC.*

ALSTON & BIRD

By ___*/s/ Rodney J. Ganske*___

Rodney J. Ganske (*pro hac vice*)
Michael P. Kenny (*pro hac vice*)
mike.kenny@alston.com
Debra D. Bernstein (*pro hac vice*)
debra.bernstein@alston.com
Rodney J. Ganske (*pro hac vice*)
rod.ganske@alston.com
Matthew D. Kent (*pro hac vice*)
matthew.kent@alston.com
Donald M. Houser (*pro hac vice*)
donald.houser@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309-3424
Tel: (404) 881-7000
Facsimile: (404) 881-7777

*/s/ Douglas R. Young*
Douglas R. Young (State Bar No. 073248)
dyoung@fbm.com
Alexander M. Porcaro (State Bar No. 281185)
aporcaro@fbm.com
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA 94104
Telephone: (415) 954-4400
Facsimile: (415) 954-4480

*Attorneys for Plaintiffs*
*DELL INC. and DELL PRODUCTS L.P.*

2

STIPULATION AND [P~~ROPOSED~~] ORDER
EXTENDING THE LG CHEM DEFENDANTS'
TIME TO RESPOND TO DELL'S COMPLAINT
CV-4:13-md-02420

**ATTESTATION**

I, Mollie McGowan Lemberg, hereby attest, pursuant to Northern District of California Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: October 20, 2015

By: __/s/ *Mollie McGowan Lemberg*_____
Mollie McGowan Lemberg

IT IS SO ORDERED.

This Order terminates Docket No. 907 in the Master File and Docket No. 45 in Case No. 15-2987.

Dated: October 26, 2015

_____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE