[Counsel for stipulating parties listed on signature pages]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420-YGR<br>MDL No. 2420 |
| This Document Relates to:<br><br>Case No. 4:15-cv-03443-YGR<br><br>MICROSOFT MOBILE INC. AND MICROSOFT MOBILE OY,<br>            Plaintiffs<br><br>v.<br><br>LG CHEM AMERICA, INC., et al.,<br>            Defendants | **JOINT STIPULATION AND [PROPOSED] ORDER SETTING BRIEFING SCHEDULE AND HEARING DATE FOR THE PANASONIC & SANYO DEFENDANTS MOTION TO DISMISS AND COMPEL ARBITRATION**<br><br>**\*AS MODIFIED BY THE COURT\*** |

1. Pursuant to Civil L.R. 6-2 & 7-12, Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation (together, the "Panasonic & Sanyo Defendants") and Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy ("Plaintiffs") respectfully request that the Court enter the following stipulation to set the briefing schedule and hearing date for Panasonic & Sanyo Defendants Motion To Dismiss and Compel Arbitration as set forth below.

WHEREAS, on October 13, 2015, the Panasonic & Sanyo Defendants filed a Motion To Dismiss and Compel Arbitration (ECF No. 17 in the individual action, Case No. 4:15-cv-03443, and ECF No. 892 in the master file, Case No. 4:13-cv-02420) (the "Motion");

WHEREAS, the Motion was noticed for hearing on November 17, 2015, the earliest date available on the Court's calendar pursuant to Civil L.R. 7-2(a);

WHEREAS, pursuant to Civil L.R. 7-3, Plaintiffs' brief in opposition to the Motion is currently due on October 27, 2015, and the Panasonic & Sanyo Defendants' reply brief is currently due on November 3, 2015;

WHEREAS the parties have conferred and have agreed to the briefing schedule and hearing date set forth below, which accommodates the international travel schedules of counsel for the parties, and will present the issues raised in the Motion to the Court in as timely a manner as practicable;

WHEREAS, pursuant to Civil L.R. 6-2(a), the parties state that the only previous time modification in the case was the Stipulation Regarding Service of Summons and Complaint, which the Court endorsed on August 12, 2015;

WHEREAS, pursuant to Civil L.R. 6-2(a), the undersigned counsel declare under penalty of perjury under the laws of the United States of America that the facts contained in this stipulation are true and correct;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiffs and the Panasonic & Sanyo Defendants, that:

1. Plaintiffs shall file any brief in opposition to the Panasonic & Sanyo Defendants' Motion no later than **November 3, 2015**;

2. The Panasonic & Sanyo Defendants shall file their reply brief no later than **November 17, 2015**; and

3. The hearing for the Motion is scheduled for **December 8, 2015, at 2:00 p.m.**.

### [~~PROPOSED~~] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

This Order terminates Docket Number 909 in the Master File and Docket Number 18 in Case No. 15-cv-03443.

Dated: October 26, 2015

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

| | | |
|---|---|---|
| 1 | Dated: October 21, 2015 | Respectfully submitted, |
| 2 | By:  /s/ B. Parker Miller | By:  /s/ Jeffrey L. Kessler |

Lance A. Termes (lance.termes@alston.com) (Wa. Bar No. 29729)
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001

James C. Grant (pro hac vice)
jim.grant@alston.com
Valarie C. Williams (*pro hac vice*)
valarie.williams@alston.com
B. Parker Miller (*pro hac vice*)
parker.miller@alston.com
Edward P. Bonapfel (*pro hac vice*)
ed.bonapfel@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Attorneys for Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy*

Jeffrey L. Kessler (*pro hac vice*)
jkessler@winston.com
A. Paul Victor (*pro hac vice*)
pvictor@winston.com
Eva W. Cole (*pro hac vice*)
ewcole@winston.com
Jeffrey J. Amato (*pro hac vice*)
jamato@winston.com
Erica C. Smilevski (*pro hac vice*)
esmilevski@winston.com
**WINSTON & STRAWN LLP**
200 Park Avenue
New York, NY  10166-4193
Telephone:  (212) 294-4601
Facsimile:  (212) 294-4700

Ian L. Papendick (SBN 275648)
ipapendick@winston.com
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-6904
Facsimile:  (415) 591-1400

Roxann E. Henry (*pro hac vice*)
**MORRISON & FOERSTER LLP**
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
rhenry@mofo.com
Telephone:  (202) 887-1500
Facsimile:   (202) 887-0763

*Counsel for Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*

*Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), the filer attests that concurrence in filing of this document has been obtained from the above signatories.*

JOINT STIPULATION RE: SCHEDULE FOR MOTION TO DISMISS AND COMPEL ARBITRATION
CASE NO. 4:15-cv-03443-YGR; MASTER FILE NO. 4:13-cv-02420-YGR