1    Marc A. Pilotin (CA Bar No. 266369)
     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2    275 Battery Street, 29th Floor
     San Francisco, CA  94111-3339
3    Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008
4    E-Mail: mpilotin@lchb.com

5

6

7

8                        UNITED STATES DISTRICT COURT

9                      NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11

12   **IN RE:  LITHIUM ION BATTERIES**          Case No. 13-md-02420 YGR (DMR)
     **ANTITRUST LITIGATION**
13                                              MDL Case No. 2420

14
                                                **CLASS ACTION**
15
     This Document Relates to:                  **NOTICE OF WITHDRAWAL OF**
16                                               **COUNSEL**
     ALL INDIRECT PURCHASER
17   ACTIONS                                     Date:     n/a
                                                 Time:     n/a
18                                               Judge:    Hon. Yvonne Gonzalez Rogers
                                                           Courtroom 1, 4th Floor
19

20

21

22

23

24

25

26

27

28

1    PLEASE TAKE NOTICE that the undersigned counsel Marc A. Pilotin hereby withdraws

2  his appearance as one of the counsel for Indirect Purchaser Plaintiffs in the above-captioned

3  litigation and respectfully requests that his name be removed from all applicable service lists.  All

4  other attorneys of record for Indirect Purchaser Plaintiffs remain unchanged.

5

6  Dated:  October 27, 2015                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

7

8                                                       By:    */s/ Marc A. Pilotin*
                                                                    Marc A. Pilotin

9                                                       Marc A. Pilotin (SBN 266369)
                                                         LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
10                                                      275 Battery Street, 29th Floor
                                                         San Francisco, CA 94111-3339
11                                                      Tel: (415) 956-1000
                                                         Fax: (415) 956-1008
12                                                      mpilotin@lchb.com

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1278321.1                              -1-                   NOTICE OF WITHDRAWAL OF COUNSEL
                                                                     NO. 4:13-MD-02420-YGR