1  KAIWEN TSENG (SBN 193756)
   HSIANG ("JAMES") H. LIN (SBN 241472)
2  MICHAEL C. TING (SBN 247610)
   DAVID V. SACK (SBN 304528)
3  TECHKNOWLEDGE LAW GROUP LLP
   100 Marine Parkway, Suite 200
4  Redwood Shores, California  94065
   Telephone:    (650) 517-5200
5  Facsimile:    (650) 226-3133
   ktseng@tklg-llp.com
6  jlin@tklg-llp.com
   mting@tklg-llp.com
7  dsack@tklg-llp.com

8  Attorneys for Plaintiffs Acer Inc., Acer America
   Corporation, Gateway, Inc., and Gateway U.S. Retail,
9  Inc. f/k/a eMachines, Inc.

*IT IS SO ORDERED*
Judge Yvonne Gonzalez Rogers
10/28/2015

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERY ANTITRUST LITIGATION | Master File No. 4:13-md-02420-YGR (DMR)<br>MDL No. 2420 |
| This document is related to:<br><br>Case No. 4:15-cv-01948-YGR<br><br>ACER INC., et al.<br><br>                Plaintiffs,<br>        vs.<br><br>SAMSUNG SDI CO., LTD., et al.<br><br>                Defendants. | Case No. 4:15-cv-01948-YGR<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT GS YUASA CORPORATION** |

TECHKNOWLEDGE
LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:15-CV-01948-YGR
MDL NO. 4-13-MD-02420-YGR

Plaintiffs Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc. hereby notify the Court, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), that they are dismissing all claims in this action, without prejudice, against Defendant GS Yuasa Corporation, a party that has not yet served an answer or motion for summary judgment.

Dated: October 23, 2015

By: /s/ *Michael C. Ting*
    Michael C. Ting

Kaiwen Tseng (SBN 193756)
Hsiang ("James") H. Lin (SBN 241472)
Michael C. Ting (SBN 247610)
David V. Sack (SBN 304528)
TECHKNOWLEDGE LAW GROUP LLP
100 Marine Parkway, Suite 200
Redwood Shores, California  94065
Tel: (650) 517-5200
Fax: (650) 226-3133
ktseng@tklg-llp.com
jlin@tklg-llp.com
mting@tklg-llp.com
dsack@tklg-llp.com

*Attorneys for Plaintiffs Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc.*

TECHKNOWLEDGE LAW GROUP LLP
ATTORNEYS AT LAW
REDWOOD SHORES

13325-2105\00008882.000

- 2 -

NOTICE OF VOLUNTARY DISMISSAL
CASE NO. 4:15-CV-01948-YGR
MDL NO. 4-13-MD-02420-YGR