Christopher M. Curran (*pro hac vice*)
ccurran@whitecase.com
J. Frank Hogue (*pro hac vice*)
fhogue@whitecase.com
WHITE & CASE LLP
701 Thirteenth Street, N.W.
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355

*Counsel for Toshiba Corporation*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(OAKLAND DIVISION)

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420 YGR (DMR) <br> MDL No. 2420 |
| This Document Relates to: <br><br> ALL DIRECT PURCHASER AND INDIRECT PURCHASER CLASS ACTIONS | **DECLARATION OF J. FRANK HOGUE IN SUPPORT OF OTHER DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFFS' SUPPLEMENTAL BRIEF RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE** |

I, J. Frank Hogue, hereby declare as follows:

1. I am an active member in good standing of the bars of the State of Maryland, the District of Columbia, and the U.S. District Court for the District of Washington, DC. I am admitted *pro hac vice* in this litigation pursuant to the Court's Order Setting Initial Conference (Mar. 4, 2013), ECF No. 8. I am an attorney with the law firm of White & Case LLP, counsel of record for Toshiba Corporation. Except for those matters stated on information and belief, which I believe to be true, I have personal knowledge of the facts set forth herein and, if called upon, could and would competently testify thereto under oath.

2. I submit this declaration in support of Other Defendants' Unopposed Administrative Motion For Leave To File Response to Plaintiffs' Supplemental Brief Re: Motion For Relief From Non-Dispositive Pretrial Order of Magistrate Judge, filed contemporaneously herewith.

3. On October 27, 2015, I met and conferred with counsel for the Direct Purchaser Plaintiffs regarding certain Defendants' intention to file an Administrative Motion For Leave to File a Response to Plaintiffs' Supplemental Brief re: Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Following that call, counsel for the Direct Purchaser Plaintiffs confirmed that the Direct Purchaser Plaintiffs and Indirect Purchaser Plaintiffs do not oppose Other Defendants Administrative Motion for Leave to File a Response to Plaintiffs' Supplemental Brief re: Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge.

4. On October 28, 2015, I met and conferred with counsel for LG Chem, Ltd. regarding certain Defendants' intention to file an Administrative Motion For Leave to File a Response to Plaintiffs' Supplemental Brief re: Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge. Counsel for LG Chem confirmed that LG Chem does not oppose Other Defendants' Administrative Motion for Leave to File a Response to Plaintiffs' Supplemental Brief re: Motion for Relief from Non-Dispositive Pretrial Order of Magistrate Judge.

DECLARATION OF J. FRANK HOGUE IN SUPPORT OF OTHER
DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO
PLAINTIFFS' SUPPLEMTNAL BRIEF RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. 4:13-md-02420 YGR (DMR), MDL No. 2420

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28th day of October, 2015, in Washington, D.C.

/s/ J. Frank Hogue<br>J. Frank Hogue

White & Case LLP
701 Thirteenth Street, NW
Washington, DC 20005

DECLARATION OF J. FRANK HOGUE IN SUPPORT OF OTHER
DEFENDANTS' UNOPPOSED ADMINISTRATIVE MOTION FOR LEAVE TO FILE RESPONSE TO
PLAINTIFFS' SUPPLEMTNAL BRIEF RE: MOTION FOR RELIEF FROM NON-DISPOSITIVE
PRETRIAL ORDER OF MAGISTRATE JUDGE
Case No. 4:13-md-02420 YGR (DMR), MDL No. 2420

3