Roxann E. Henry (*pro hac vice*)
Timothy P. Gallivan (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Washington, DC 20006-1888
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rhenry@mofo.com
tgallivan@mofo.com

Yonatan E. Braude (SBN 259683)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ybraude@mofo.com

*Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*

[All stipulating parties listed on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This document relates to:<br><br>ALL DIRECT AND INDIRECT PURCHASER ACTIONS | Case No. 4:13-md-02420-YGR<br><br>MDL No. 2420<br><br>**STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE**<br><br>Hon. Yvonne Gonzalez Rogers |

WHEREAS, on October 14, 2015, the Court entered a First Amended Order Setting Briefing Schedule Re Class Certification and *Daubert* Motions (Dkt. No. 894) (the "Order").

WHEREAS, the Order set a Status Conference for February 5, 2016 at 9:30 a.m., with a joint statement due five (5) business days prior.

WHEREAS, the parties have conferred and agreed to a modification of the status conference date as set forth below, which date we understand to be acceptable to the Court.

WHEREAS, the parties, by and through their undersigned counsel, hereby STIPULATE and agree as follows:

The status conference shall be scheduled for February 12, 2016 at 9:30 a.m., with a joint statement due five (5) business days prior.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:_____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

Dated: October 29, 2015

Respectfully submitted,

| HAGENS BERMAN SOBOL SHAPIRO LLP | SAVERI & SAVERI, INC. |
|---|---|
| By */s/ Shana E. Scarlett* <br> SHANA E. SCARLETT | By */s/ R. Alexander Saveri* <br> R. ALEXANDER SAVERI |

Jeff D. Friedman (SBN 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
jefff@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

Geoffrey C. Rushing (SBN 126910)
Carl N. Hammarskjold (SBN 280961)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
grushing@saveri.com
carl@saveri.com

| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | PEARSON, SIMON & WARSHAW, LLP |
|---|---|
| By */s/ Brendan P. Glackin* <br> BRENDAN P. GLACKIN | By */s/ Aaron M. Sheanin* <br> AARON M. SHEANIN |

Eric B. Fastiff (SBN 182260)
Elizabeth J. Cabraser (SBN 83151)
Richard M. Heimann (SBN 63607)
Joy A. Kruse (SBN 142799)
Lin Y. Chan (SBN 255027)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
bglackin@lchb.com
efastiff@lchb.com
ecabraser@lchb.com
rheimann@lchb.com
jakruse@lchb.com
lchan@lchb.com

Bruce L. Simon (SBN 96241)
Robert G. Retana (SBN 148677)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
asheanin@pswplaw.com
bsimon@pswplaw.com
rretana@pswplaw.com

| | |
|---|---|
| COTCHETT, PITRE & McCARTHY, LLP | BERMAN DEVALERIO |
| By  */s/ Steven N. Williams*<br>     STEVEN N. WILLIAMS | By  */s/ Todd A. Seaver*<br>     TODD A. SEAVER |
| Joseph W. Cotchett (SBN 36324)<br>Demetrius X. Lambrinos (SBN 246027)<br>Steven N. Williams (SBN 175489)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>dlambrinos@cpmlegal.com<br>swilliams@cpmlegal.com | Joseph J. Tabacco, Jr. (SBN 75484)<br>Jessica Moy (SBN 272941)<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>tseaver@bermandevalerio.com<br>jtabacco@bermandevalerio.com<br>jmoy@bermandevalerio.com |
| *Co-Lead Counsel for Indirect Purchaser Plaintiffs* | *Co-Lead Counsel for Direct Purchaser Plaintiffs* |
| TECHKNOWLEDGE LAW GROUP LLP | ALSTON & BIRD LLP |
| By  */s/ Michael C. Ting*<br>     MICHAEL C. TING | By  */s/ Debra D. Bernstein*<br>     DEBRA D. BERNSTEIN |
| Michael C. Ting (SBN 247610)<br>Kaiwen Tseng (SBN 193756)<br>Hsiang ("James") H. Lin (SBN 241472)<br>David V. Sack (SBN 304528)<br>100 Marine Parkway, Suite 200<br>Redwood Shores, California 94065<br>Tel: (650) 517-5200<br>Fax: (650) 226-3133<br>mting@tklg-llp.com<br>ktseng@tklg-llp.com<br>jlin@tklg-llp.com<br>dsack@tklg-llp.com | Debra D. Bernstein (*pro hac vice*)<br>Rodney J. Ganske (*pro hac vice*)<br>Michael P. Kenny (*pro hac vice*)<br>Matthew D. Kent (*pro hac vice*)<br>Donald M. Houser (*pro hac vice*)<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309<br>Telephone: (404) 881-7000<br>Facsimile: (404) 881-7777<br>debra.bernstein@alston.com<br>rod.ganske@alston.com<br>mike.kenny@alston.com<br>matthew.kent@alston.com<br>donald.houser@alston.com |
| CARLTON FIELDS JORDEN BURT, P.A. | FABRELLA BRAUN & MARTELL LLP |
| David B. Esau (*pro hac vice*)<br>CityPlace Tower<br>525 Okeechobee Blvd., Suite 1200<br>West Palm Beach, FL 33401<br>Telephone: (561) 659-7070<br>Facsimile: (561) 659-7368 | Douglas R. Young (SBN 073248)<br>Alexander M. Porcaro (SBN 281185)<br>235 Montgomery Street<br>17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4410 |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE
CASE NO. 4:13-md-02420-YGR

| | |
|---|---|
| desau@cfjblaw.com | Facsimile: (415) 954-4480 |
| | dyoung@fbm.com |
| *Counsel for Plaintiffs Acer Inc., Acer America Corporation, Gateway, Inc., and Gateway U.S. Retail, Inc. f/k/a eMachines, Inc.* | apporcaro@fbm.com |
| | *Counsel for Plaintiffs Dell Inc. and Dell Products L.P.* |
| ALSTON & BIRD LLP | CARLTON FIELDS JORDEN BURT, P.A. |
| By   */s/ Lance A. Termes*   <br>     LANCE A. TERMES | By   */s/ David B. Esau*   <br>     DAVID B. ESAU |
| Lance A. Termes (SBN 237425) <br> Ryan W. Koppelman (SBN 290704) <br> 1950 University Avenue, 5th Floor <br> East Palo Alto, CA 94303-2282 <br> Telephone: (650) 838-2000 <br> Facsimile: (650) 838-2001 <br> lance.termes@alston.com <br> ryan.koppelman@alston.com | David B. Esau (*pro hac vice*) <br> James B. Baldinger (*pro hac vice*) <br> CityPlace Tower <br> 525 Okeechobee Boulevard, Suite 1200 <br> West Palm Beach, FL 33401 <br> Telephone: (561) 659-7070 <br> Facsimile: (561) 659-7368 <br> desau@cfjblaw.com <br> jbaldinger@cfjblaw.com |
| James C. Grant (*pro hac vice*) <br> Valarie C. Williams (*pro hac vice*) <br> B. Parker Miller (*pro hac vice*) <br> Edward P. Bonapfel (*pro hac vice*) <br> ALSTON & BIRD LLP <br> 1201 West Peachtree Street <br> Atlanta, Georgia 30309 <br> Telephone: (404) 881-7000 <br> Facsimile: (404) 881-7777 <br> jim.grant@alston.com <br> valarie.williams@alston.com <br> parker.miller@alston.com <br> ed.bonapfel@alston.com | *Counsel for Plaintiff TracFone Wireless, Inc.* |
| *Counsel for Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy* | |
| AKIN GUMP STRAUSS HAUER & FELD LLP | SHEPPARD MULLIN RICHTER & HAMPTON |
| By   */s/ Reginald D. Steer*   <br>     REGINALD D. STEER | By   */s/ Michael W. Scarborough*   <br>     MICHAEL W. SCARBOROUGH |
| Mollie McGowan Lemberg (SBN 296452) <br> 580 California Street, Suite 1500 <br> San Francisco, CA 94104-1036 | Gary L. Halling (SBN 66087) <br> James L. McGinnis (SBN 95788) <br> Michael W. Scarborough (SBN 203524) |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE
CASE NO. 4:13-md-02420-YGR

| | |
|---|---|
| Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>rsteer@akingump.com<br>mmcgowanlemberg@akingump.com | Four Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 774-3294<br>Facsimile: (415) 434-3947<br>ghalling@sheppardmullin.com |
| Hyongsoon Kim (SBN 257019)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, CA 90067-3010<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001<br>kimh@akingump.com | jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com<br><br>***Counsel for Defendants Samsung SDI Co., Ltd., and Samsung SDI America, Inc.*** |
| Catherine E. Creely<br>C. Fairley Spillman<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>ccreely@akingump.com<br>fspillman@akingump.com<br><br>***Counsel for Defendants LG Chem, Ltd. and LG Chem America, Inc.*** | |
| WINSTON & STRAWN LLP<br><br>By    */s/ Robert B. Pringle*<br>     ROBERT B. PRINGLE | WHITE & CASE LLP<br><br>By    */s/ J. Frank Hogue*<br>     J. FRANK HOGUE |
| Paul R. Griffin (SBN 083541)<br>Sean D. Meenan (SBN 260466)<br>101 California Street<br>San Francisco, CA 94111-5802<br>Telephone: (415) 591-1000<br>Facsimile: (415) 591-1400<br>rpringle@winston.com<br>pgriffin@winston.com<br>smeenan@winston.com<br><br>***Counsel for Defendant NEC Corporation*** | Christopher M. Curran (*pro hac vice*)<br>J. Frank Hogue (*pro hac vice*)<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>ccurran@whitecase.com<br>fhogue@whitecase.com<br><br>Heather M. Abrams (SBN 284100)<br>WHITE & CASE LLP<br>3000 El Camino Real<br>5 Palo Alto Square, 9th Floor<br>Palo Alto, CA 94306<br>Telephone: (650) 213-0300 |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE
CASE NO. 4:13-md-02420-YGR

| | |
|---|---|
| | Facsimile: (650) 213-8158 |
| | habrams@whitecase.com |
| | |
| | ***Counsel for Defendant Toshiba Corporation*** |
| GIBSON, DUNN & CRUTCHER LLP | COOLEY LLP |
| By ___*/s/ George A. Nicoud III*___<br>    GEORGE A. NICOUD III | By ___*/s/ John. C. Dwyer*___<br>    JOHN C. DWYER |
| George A. Nicoud III (SBN 106111)<br>G. Charles Nierlich (SBN 196611)<br>Angela Y. Poon (SBN 273106)<br>555 Mission Street<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-.8306<br>tnicoud@gibsondunn.com<br>cnierlich@gibsondunn.com<br>apoon@gibsondunn.com | Stephen C. Neal (SBN 170085)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br>dwyerjc@cooley.com<br>nealsc@cooley.com<br><br>Beatriz Mejia (SBN 190948)<br>Matthew M. Brown (SBN 264817)<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mejiab@cooley.com<br>mmbrown@cooley.com |
| ***Counsel for Defendant NEC TOKIN Corporation*** | |
| | ***Counsel for Defendants Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics Inc.*** |
| WINSTON & STRAWN LLP | VINSON & ELKINS LLP |
| By ___*/s/ Jeffrey L. Kessler*___<br>    JEFFREY L. KESSLER | By ___*/s/ Craig P. Seebald*___<br>    CRAIG P. SEEBALD |
| Jeffrey L. Kessler (*pro hac vice*)<br>A. Paul Victor (*pro hac vice*)<br>Eva W. Cole (*pro hac vice*)<br>Jeffrey J. Amato (*pro hac vice*)<br>Erica C. Smilevski (*pro hac vice*)<br>Cristina M. Fernandez (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4601<br>Facsimile: (212) 294-4700<br>jkessler@winston.com | Craig P. Seebald (*pro hac vice*)<br>Lindsey R. Vaala (*pro hac vice*)<br>Jason A. Levine (*pro hac vice*)<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, D.C. 20037<br>Telephone: (202) 639-6585<br>Facsimile: (202) 879-8995<br>cseebald@velaw.com<br>jlevine@velaw.com<br>lvaala@velaw.com |

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE
CASE NO. 4:13-md-02420-YGR

| | |
|---|---|
| pvictor@winston.com | Matthew J. Jacobs (SBN 171149) |
| ewcole@winston.com | Jessica Spradling Russell (*pro hac vice*) |
| jamato@winston.com | VINSON & ELKINS LLP |
| esmilevski@winston.com | 525 Market Street, Suite 2750 |
| cfernandez@winston.com | San Francisco, CA 94105 |
| | Telephone: (415) 979-6990 |
| Ian L. Papendick (SBN 275648) | Facsimile: (415) 651-8786 |
| WINSTON & STRAWN LLP | mjacobs@velaw.com |
| 101 California Street | jrussell@velaw.com |
| San Francisco, CA 94111 | |
| Telephone: (415) 591-6904 | ***Counsel for Defendants Maxell Corporation*** |
| Facsimile: (415) 591-1400 | ***of America and Hitachi Maxell, Ltd.*** |
| ipapendick@winston.com | |

MORRISON & FOERSTER LLP

Roxann E. Henry (*pro hac vice*)
Timothy P. Gallivan (*pro hac vice*)
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rhenry@mofo.com
tgallivan@mofo.com

Yonatan E. Braude (SBN 259683)
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522
ybraude@mofo.com

***Counsel for Defendants Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation***

STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF STATUS CONFERENCE
CASE NO. 4:13-md-02420-YGR

# **ATTESTATION**

I, Timothy P. Gallivan, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

                                          */s/ Timothy P. Gallivan*
                                          TIMOTHY P. GALLIVAN