UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CIVIL MOTION HEARING MINUTE ORDER

| **Date:** 10/30/2015 | **Time:** 11:08-12:03 | **Judge:** DONNA M. RYU |
|---|---|---|
| **Case No.**: 13-md-02420-YGR | **Case Name:** In Re: Lithium Ion Batteries Antitrust Litigation | |

**Attorney for Direct-Purchaser and Indirect-Purchaser Plaintiffs:** See attached list
**Attorney for Defendants:** See attached list

| **Deputy Clerk:** Ivy Lerma Garcia | **Court Reporter:** Katherine Wyatt |
|---|---|

**PROCEEDINGS**

1. IPPs' Motion to Remove and Substitute Certain Class Representatives [Docket No. 846] TAKEN UNDER SUBMISSION

2. Joint Discovery Letter Brief [Docket No. 845) TAKEN UNDER SUBMISSION

IPPs shall provide Defendants with a draft of their proposed fourth amended complaint by 11/23/15 and shall file a motion to amend by 11/30/15.

**Report and Recommendation to be prepared by:**
[ ]     Plaintiff                [ ]     Defendant              [X]     Court


cc: Chambers

# IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION
## MDL 2420
### SIGN IN SHEET FOR COUNSEL
### FOR DIRECT-PURCHASER PLAINTIFFS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| Acer | Lithium Ion Batteries | David Sack | Techknowledge Law Group |

# IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION
## MDL 2420
### SIGN IN SHEET FOR COUNSEL
### FOR INDIRECT-PURCHASER PLAINTIFFS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| IPPS | Batteries | Brendan Glackin | Lieff Cabraser |

# IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION
## MDL 2420
### SIGN IN SHEET FOR COUNSEL FOR DEFENDANTS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| PANASONIC + SANYO | BATTERIES | YONATAN BRAUDE | Morrison + Foerster LLP ✓ |
| LG Chem Defendants | Batteries | Mollie McGowan Lemberg | Akin Gump ✓ |
| NEC TOKIN | " | Charles Nierlich | Gibson Dunn ✓ |
| Samsung SDI | " | Nadezhda Nikonova | Sheppard Mullin ✓ |
| Panasonic + Sanyo | BATTERIES | Ian Papendick | Winston + Strawn ✓ |
| Sony | " | Matthew M Brown | Cooley LLP ✓ |
| Toshiba | Batteries | Michael Hamburger | White & Case LLP ✓ |
| NEC Corp | Batteries | Sean Meenan | Winston & Strawn ✓ |