1  James C. Grant (*pro hac vice*)
   Valarie C. Williams (*pro hac vice*)
2  B. Parker Miller (*pro hac vice*)
   Edward P. Bonapfel (*pro hac vice*)
3  **ALSTON & BIRD LLP**
4  1201 West Peachtree Street
   Atlanta, Georgia 30309
5  Telephone:  404-881-7000
   Facsimile:  404-881-7777
6
7  Lance A. Termes
   Ryan W. Koppelman
8  **ALSTON & BIRD LLP**
   1950 University Avenue, 5th Floor
9  East Palo Alto, CA 94303-2282
   Telephone:  650-838-2000
10 Facsimile:  650-838-2001
11
   *Attorneys for Microsoft Mobile Inc. and Microsoft Mobile Oy*
12
13                    **UNITED STATES DISTRICT COURT**
                 **FOR THE NORTHERN DISTRICT OF CALIFORNIA**
14                          **OAKLAND DIVISION**
15
                                              Case No. 4:13-md-02420-YGR (MDL)
16   IN RE: LITHIUM ION BATTERIES
     ANTITRUST LITIGATION                     Case No. 4:15-cv-03443-YGR
17
     This Document Relates to:
18
     *Microsoft Mobile, Inc. et al. v. LG Chem*    **DECLARATION OF B. PARKER**
19   *America Inc. et al.*                          **MILLER IN SUPPORT OF**
                                                    **MICROSOFT MOBILE INC.'S AND**
20                                                  **MICROSOFT MOBILE OY'S**
                                                    **RESPONSE IN OPPOSITION TO**
21                                                  **PANASONIC AND SANYO**
                                                    **DEFENDANTS' MOTION TO DISMISS**
22                                                  **AND COMPEL ARBITRATION**
23
24
25
26
27
28

1    I, Parker Miller, declare and state as follows:

2    1.    I am an attorney with the law firm of Alston & Bird LLP, counsel for Plaintiffs

3    Microsoft Mobile Inc. and Microsoft Mobile Oy (collectively, "Microsoft Mobile") in the above-

4    captioned action.  I am a member in good standing of the State Bar of Georgia and am admitted

5    to practice before this Court in this Action.  I make this declaration in support of Microsoft

6    Mobile's Response in Opposition to Panasonic and Sanyo Defendants' Motion to Dismiss and

7    Compel Arbitration.  I am familiar with the files and records in this action and of the facts set

8    forth in this declaration.  If called as a witness, I could and would testify competently to such

9    facts.

10    2.    Microsoft Mobile's accompanying brief cites to certain unpublished orders and

11    filings, which are attached hereto as Exhibits 1 through 11:

12          a.    Attached as Exhibit 1 is a true and accurate copy of the Order Granting

13                Motion to Compel Arbitration, entered in *In re CRT*, Master Case No. c-07-

14                5944-SC, Dkt. No. 3215 (N.D. Cal. Dec. 18, 2014).

15          b.    Attached as Exhibit 2 is a true and accurate copy of the Order Adopting

16                Special    Master's    Report    and    Recommendation    Regarding    Toshiba

17                Defendants' Motion to Compel Arbitration, entered in *In re CRT*, Master Case

18                No. 3:07-cv-05944-SC, Dkt. No. 1543  (N.D. Cal. Jan. 28, 2013).

19          c.    Attached as Exhibit 3 is a true and accurate copy of the Order Granting in Part

20                and Denying in Part the Philips Defendants' Motion to Compel Arbitration,

21                entered in *In re CRT*, Master Case No. 3:07-cv-05944-SC, Dkt. No. 2265

22                (N.D. Cal. Dec. 13, 2013).

23          d.    Attached as Exhibit 4 is a true and accurate copy of the Order Denying Epson

24                Defendants' Motion to Compel Arbitration and Granting Costco Leave to

25                Amend Complaint, entered in *In re TFT-LCD*, Master Case No. 3:07-md-

26                01827-SI, Dkt. No. 4347  (N.D. Cal. Dec. 15, 2011).

27

28

DECL. OF B. PARKER MILLER ISO MICROSOFT          2
MOBILE'S OPP. TO PANASONIC AND SANYO
DEFENDANTS' MOTION TO DISMISS AND                      MASTER FILE NO. 4:13-MD-02420-YGR
COMPEL ARBITRATION                                     CASE NO. 4:15-CV-03443-YGR

e.  Attached as Exhibit 5 is a true and accurate copy of the Order Granting in Part NEC Defendants' Motion to Compel Arbitration, entered in *In re TFT-LCD*, Master Case No. 3:07-md-01827-SI, Dkt. No. 4526 (N.D. Cal. Jan. 10, 2012).

f.  Attached as Exhibit 6 is a true and accurate copy of the Order re: AU Optronic's Request for Clarification, entered in *In re TFT-LCD*, Master Case No. 3:07-md-01827-SI, Dkt. No. 6622 (N.D. Cal. Sept. 5, 2012).

g.  Attached as Exhibit 7 is a true and accurate copy of Panasonic Defendants' Redacted Notice of Motion, and Motion to Dismiss and to Compel Arbitration, filed in *In re CRT*, Master Case No. 3:07-cv-05944-SC, Dkt. No. 2767  (N.D. Cal. Aug. 25, 2014).

h.  Attached as Exhibit 8 is a true and accurate copy of  Plaintiff Viewsonic Corp.'s Redacted Opposition to Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, filed in *In re CRT*, Master Case No. 3:07-cv-05944-SC, Dkt. No. 2867  (N.D. Cal. Sept. 22, 2014).

i.  Attached as Exhibit 9 is a true and accurate copy of Redacted Reply in Support of Panasonic Defendants' Motion to Dismiss and to Compel Arbitration, filed in *In re CRT*, Master Case No. 3:07-cv-05944-SC, Dkt. No. 2899  (N.D. Cal. Oct. 6, 2014).

j.  Attached as Exhibit 10 is a true and accurate copy of the Special Master's Report and Recommendation on Mitsubishi's Motion to Compel Discovery re: Viewsonic's Sales, entered in *In re CRT*, Master Case No. c-07-5944-SC, Dkt. No. 3401 (N.D. Cal. Jan. 16, 2015).

k.  Attached as Exhibit 11 is a true and accurate copy of the Order Adopting Reports and Recommendations, entered in *In re CRT*, Master Case No. c-07-5944-SC, Dkt. 3870 (N.D. Cal. June 11, 2015).

DECL. OF B. PARKER MILLER ISO MICROSOFT
MOBILE'S OPP. TO PANASONIC AND SANYO
DEFENDANTS' MOTION TO DISMISS AND
COMPEL ARBITRATION

3

MASTER FILE NO. 4:13-MD-02420-YGR
CASE NO. 4:15-CV-03443-YGR

1       I declare under penalty of perjury under the laws of the United States that the foregoing is

2 true and correct.

3

4       Executed this 3rd day of November, 2015, in Atlanta, Georgia.

5

6                */s/ B. Parker Miller*

7                B. Parker Miller

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECL. OF B. PARKER MILLER ISO MICROSOFT     4
MOBILE'S OPP. TO PANASONIC AND SANYO
DEFENDANTS' MOTION TO DISMISS AND       MASTER FILE NO. 4:13-MD-02420-YGR
COMPEL ARBITRATION                       CASE NO. 4:15-CV-03443-YGR