UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Microsoft Mobile, Inc. et al. v. LG Chem America Inc. et al.* | Case No. 4:13-md-02420-YGR (MDL)<br><br>Case No. 4:15-cv-03443-YGR<br><br>**[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PANASONIC AND SANYO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION** |

Having considered Panasonic and Sanyo Defendants' Motion to Dismiss and Compel Arbitration, and good cause being shown, the Court hereby GRANTS the Motion in part and DENIES the Motion in part as follows:

1. The Court DENIES Defendants' Motion to Dismiss.

2. The Court GRANTS Defendants' Motion to Compel Arbitration for the limited purpose of permitting the arbitrator to determine the arbitrability of the Plaintiffs' claims arising from Nokia's direct purchases from the Panasonic and Sanyo Defendants. Such claims shall be stayed while the parties proceed to arbitration.

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PANASONIC AND SANYO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION

MASTER FILE NO. 4:13-MD-02420-YGR
CASE NO. 4:15-CV-03443-YGR

3. The Court DENIES Defendants' Motion to Compel Arbitration as to Plaintiffs' claims against Panasonic that are based on Panasonic's co-conspirator liability for purchases Nokia made from other defendants. The Court also DENIES Defendants' Motion to Compel Arbitration as to Plaintiffs' claims against Sanyo that are based on Sanyo's co-conspirator liability for purchases Nokia made from other defendants. The Court declines to stay these claims, which shall proceed concurrently before this Court.

**IT IS SO ORDERED.**

Dated: November_____, 2015.

_____
Hon. Yvonne Gonzalez Rogers
U.S. District Court Judge

[PROPOSED] ORDER GRANTING IN PART AND DENYING IN PART PANASONIC AND SANYO DEFENDANTS' MOTION TO DISMISS AND COMPEL ARBITRATION

2

MASTER FILE NO. 4:13-MD-02420-YGR
CASE NO. 4:15-CV-03443-YGR