James C. Grant (*pro hac vice*)
Valarie C. Williams (*pro hac vice*)
B. Parker Miller (*pro hac vice*)
Edward P. Bonapfel (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

Lance A. Termes
Ryan W. Koppelman
**ALSTON & BIRD LLP**
1950 University Avenue, 5th Floor
East Palo Alto, CA 94303-2282
Telephone: 650-838-2000
Facsimile: 650-838-2001

*Attorneys for Microsoft Mobile Inc. and Microsoft Mobile Oy*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Microsoft Mobile, Inc. et al. v. LG Chem America Inc. et al.* | Case No. 4:13-md-02420-YGR (MDL)<br><br>Case No. 4:15-cv-03443-YGR<br><br>**NOTICE OF APPEARANCE OF NICOLAS W. STEENLAND** |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT Nicolas W. Steenland of the law firm Alston & Bird LLP, who is admitted to practice and in good standing in the United States District Court for the Northern District of Georgia and is admitted *pro hac vice* in this litigation pursuant to the Court's Order Setting Initial Conference (Dkt. No. 8 ¶ 4(a)), hereby enters an appearance in this action on behalf of Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy.

Dated: November 6, 2015

Respectfully submitted,

By: /s/ Nicolas W. Steenland

Nicolas W. Steenland (*pro hac vice*)
Email: nicolas.steenland@alston.com
**ALSTON & BIRD LLP**
1201 West Peachtree Street
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777

*Attorney for Microsoft Mobile Inc. and Microsoft Mobile Oy*