1  DAVID B. ESAU (*Pro Hac Vice*)
   **CARLTON FIELDS JORDEN BURT, PA**
2  CityPlace Tower
   525 Okeechobee Boulevard, Suite 1200
3  West Palm Beach, Florida  33401
   Telephone:    (561) 659-7070
4  Facsimile:    (561) 659-7368
   desau@cfjblaw.com
5
   *Attorneys for Plaintiff TracFone Wireless, Inc.*



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERY ANTITRUST LITIGATION | Master File No. 4:13-md-02420-YGR (DMR) MDL No. 2420 |
| This document relates to: Case No.  4:15-cv-02199-YGR  TRACFONE WIRELESS, INC.  Plaintiff, vs. LG CHEM, LTD., *et al*., Defendants. | Individual Case No.  4:15-cv-02199-YGR  **NOTICE OF VOLUNTARY DISMISSAL, WITHOUT PREJUDICE, OF CLAIMS AGAINST DEFENDANT GS YUASA CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff TracFone Wireless, Inc. hereby gives notice that it is dismissing, without prejudice, all claims in this action against Defendant GS Yuasa Corporation, a party that has not yet served an answer or motion for summary judgment. This notice does not dismiss the claims against any other Defendant in this action

Dated: October 30, 2015

Respectfully submitted,

By: /s/ *David B. Esau*
      David B. Esau

DAVID B. ESAU (*Pro Hac Vice*)
**CARLTON FIELDS JORDEN BURT, PA**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile: (561) 659-7368
desau@cfjblaw.com

*Attorneys for Plaintiff TracFone Wireless, Inc.*