REGINALD STEER (SBN 056324)
rsteer@akingump.com
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
MOLLIE MCGOWAN LEMBERG (SBN 296452)
mmcgowanlemberg@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone:     415.765.9500
Facsimile:     415.765.9501

C. FAIRLEY SPILLMAN
fspillman@akingump.com
CATHERINE CREELY
ccreely@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone:     202.887.4000
Facsimile:     202.887.4288

Attorneys for Defendants
LG CHEM, LTD, and
LG CHEM AMERICA, INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>MICROSOFT MOBILE, INC., et al.<br>           Plaintiffs,<br>     v.<br><br>LG CHEM AMERICA, INC., et al.<br>           Defendants. | **Master File No. 4:13-md-02420-YGR**<br>**MDL NO. 2420**<br><br>**Case No. 4:15-cv-3443-YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE LG CHEM DEFENDANTS' TIME TO RESPOND TO MICROSOFT MOBILE'S COMPLAINT** |

Individual Action Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy (collectively "Microsoft Mobile") and Defendants LG Chem, Ltd. and LG Chem America, Inc. (collectively "LG Chem"), together "the Parties," through their respective counsel of record, hereby Stipulate as follows:

WHEREAS, the Parties entered into a stipulation on August 11, 2015 (ECF No. 776) ("Stipulation") to waive service of Microsoft Mobile's complaint filed on June 26, 2015 ("Microsoft Mobile's Complaint" or "Complaint") and to extend LG Chem's deadline to respond to the Complaint by ninety (90) days from the date on which the Stipulation was entered as an Order of the Court; and

WHEREAS the Court entered an Order granting the Stipulation on August 12, 2015 (ECF No. 779), thereby setting the deadline for LG Chem to respond to Microsoft Mobile's Complaint as November 10, 2015;

WHEREAS the Parties have met and conferred and desire to extend the deadline for LG Chem to respond to Microsoft Mobile's Complaint to January 15, 2016;

WHEREFORE, it is stipulated:

1. LG Chem shall file an Answer to the Microsoft Mobile Complaint by or before January 15, 2016.

2. The Parties agree that this extension will not be used to prejudice Microsoft Mobile's efforts to seek discovery in the above referenced action.

3. The parties agree that LG Chem does not waive and continues to preserve all of its defenses under the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

/ / /

/ / /

/ / /

1

Dated: November 6, 2015

Respectfully submitted,

| AKIN GUMP STRAUSS HAUER & FELD LLP | ALSTON & BIRD LLP |
|---|---|
| By /s/ Reginald Steer_____ | By /s/ B. Parker Miller_____ |
| REGINALD STEER (SBN 056324)<br>rsteer@akingump.com<br>HYONGSOON KIM (SBN 257019)<br>kimh@akingump.com<br>MOLLIE MCGOWAN LEMBERG (SBN 296452)<br>mmcgowanlemberg@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, Suite 1500<br>San Francisco, California 94104-1036<br>Telephone:     415.765.9500<br>Facsimile:      415.765.9501<br><br>C. FAIRLEY SPILLMAN<br>fspillman@akingump.com<br>CATHERINE CREELY<br>ccreely@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone:     202.887.4000<br>Facsimile:      202.887.4288<br><br>*Attorneys for defendants*<br>*LG CHEM, LTD, and LG CHEM AMERICA, INC.* | James C. Grant (*pro hac vice*)<br>Valarie C. Williams (*pro hac vice*)<br>B. Parker Miller (*pro hac vice*)<br>Edward P. Bonapfel (*pro hac vice*)<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street<br>Atlanta, GA 30309<br>(404) 881-7000 (T)<br>(404) 881-7777 (F)<br>jim.grant@alston.com<br>valarie.williams@alston.com<br>parker.miller@alston.com<br>ed.bonapfel@alston.com<br><br>Lance. A Termes<br>Ryan W. Koppelman<br>ALSTON & BIRD LLP<br>190 University Avenue, 5th Floor<br>East Palo Alto, CA 94303-2282<br>(650) 838-2000 (T)<br>(650) 838-2001 (F)<br>lance.termes@alston.com<br>ryan.koppelman@alston.com<br><br>*Attorneys for Plaintiffs Microsoft Mobile Inc.*<br>*and Microsoft Mobile Oy* |

2

**ATTESTATION**

I, Mollie McGowan Lemberg, hereby attest, pursuant to Northern District of California Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated:  November 6, 2015

By:    */s/ Mollie McGowan Lemberg*
      Mollie McGowan Lemberg

IT IS SO ORDERED.

This Order terminates Dkt. No. 935 in the Master File and Dkt. No. 21 in Case No. 15-cv-03443.

Dated: November 9, 2015

_____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

3

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE LG CHEM DEFENDANTS'
TIME TO RESPOND TO MICROSOFT MOBILE'S COMPLAINT
CV-4:13-md-02420