REGINALD STEER (SBN 056324)
rsteer@akingump.com
HYONGSOON KIM (SBN 257019)
kimh@akingump.com
MOLLIE MCGOWAN LEMBERG (SBN 296452)
mmcgowanlemberg@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, California 94104-1036
Telephone: 415.765.9500
Facsimile: 415.765.9501

C. FAIRLEY SPILLMAN
fspillman@akingump.com
CATHERINE CREELY
ccreely@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1333 New Hampshire Avenue, NW
Washington, DC 20036
Telephone: 202.887.4000
Facsimile: 202.887.4288

Attorneys for Defendants
LG CHEM, LTD, and
LG CHEM AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>DELL INC. and DELL PRODUCTS L.P.,<br>          Plaintiffs,<br>     v.<br><br>LG CHEM LTD. *et al.*<br>          Defendants. | **Master File No. 4:13-md-02420-YGR**<br>**MDL NO. 2420**<br><br>**Case No. 4:15-cv-02987-YGR**<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING THE LG CHEM DEFENDANTS' TIME TO RESPOND TO DELL'S COMPLAINT** |

| | |
|---|---|
| 1 | Individual Action Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and |
| 2 | Defendants LG Chem Ltd. and LG Chem America, Inc. (collectively "LG Chem"), together |
| 3 | "the Parties," through their respective counsel of record, hereby Stipulate as follows: |

Individual Action Plaintiffs Dell Inc. and Dell Products L.P. (collectively "Dell") and Defendants LG Chem Ltd. and LG Chem America, Inc. (collectively "LG Chem"), together "the Parties," through their respective counsel of record, hereby Stipulate as follows:

WHEREAS, the Parties entered into a stipulation on August 5, 2015 (ECF No. 758) ("Stipulation") to waive service of Dell's complaint filed on June 26, 2015 ("Complaint") and to extend LG Chem's deadline to respond to the Complaint until October 21, 2015; and

WHEREAS, the Court entered an Order granting the Stipulation on August 10, 2015 (ECF No. 768), thereby setting the deadline for LG Chem to respond as October 21, 2015;

WHEREAS, the Parties entered into a stipulation on October 20, 2015 (ECF No. 907) ("Second Stipulation") to extend LG Chem's deadline to respond to the Complaint until November 18, 2015; and

WHEREAS, the Court entered an Order granting the Second Stipulation on October 26, 2015 (ECF No. 917), thereby setting the deadline for LG Chem to respond as November 18, 2015;

WHEREAS the Parties have met and conferred and desire to extend the deadline for LG Chem to respond to Dell's Complaint to January 15, 2016;

WHEREFORE, it is stipulated:

1. LG Chem shall file an Answer to the Dell Complaint by or before January 15, 2016.

2. The Parties agree that this extension will not be used to prejudice Dell's efforts to seek discovery in the above referenced action.

3. The parties agree that LG Chem does not waive and continues to preserve all of its defenses under the Federal Rules of Civil Procedure.

**IT IS SO STIPULATED.**

1

Dated: November 11, 2015

Respectfully submitted,

| AKIN GUMP STRAUSS HAUER & FELD LLP | ALSTON & BIRD |
|---|---|
| By ___/s/ Reginald Steer___ | By ___/s/ Rodney J. Ganske___ |

| | |
|---|---|
| REGINALD STEER (SBN 056324)<br>rsteer@akingump.com<br>HYONGSOON KIM (SBN 257019)<br>kimh@akingump.com<br>MOLLIE MCGOWAN LEMBERG (SBN 296452)<br>mmcgowanlemberg@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>580 California Street, Suite 1500<br>San Francisco, California 94104-1036<br>Telephone:     415.765.9500<br>Facsimile:     415.765.9501<br><br>C. FAIRLEY SPILLMAN<br>fspillman@akingump.com<br>CATHERINE CREELY<br>ccreely@akingump.com<br>**AKIN GUMP STRAUSS HAUER & FELD LLP**<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone:     202.887.4000<br>Facsimile:     202.887.4288<br><br>*Attorneys for Defendants*<br>*LG CHEM, LTD, and LG CHEM AMERICA, INC.* | Rodney J. Ganske (*pro hac vice*)<br>Michael P. Kenny (*pro hac vice*)<br>mike.kenny@alston.com<br>Debra D. Bernstein (*pro hac vice*)<br>debra.bernstein@alston.com<br>Rodney J. Ganske (*pro hac vice*)<br>rod.ganske@alston.com<br>Matthew D. Kent (*pro hac vice*)<br>matthew.kent@alston.com<br>Donald M. Houser (*pro hac vice*)<br>donald.houser@alston.com<br>**ALSTON & BIRD LLP**<br>1201 West Peachtree Street<br>Atlanta, Georgia 30309-3424<br>Tel: (404) 881-7000<br>Facsimile: (404) 881-7777<br><br>*/s/ Douglas R. Young*<br>Douglas R. Young (State Bar No. 073248)<br>dyoung@fbm.com<br>Alexander M. Porcaro (State Bar No. 281185)<br>aporcaro@fbm.com<br>**FARELLA BRAUN + MARTEL LLP**<br>235 Montgomery Street, 17th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 954-4400<br>Facsimile: (415) 954-4480<br><br>*Attorneys for Plaintiffs*<br>*DELL INC. and DELL PRODUCTS L.P.* |

2

STIPULATION AND [PROPOSED] ORDER
EXTENDING THE LG CHEM DEFENDANTS'
TIME TO RESPOND TO DELL'S COMPLAINT
CV-4:13-md-02420

**ATTESTATION**

I, Mollie McGowan Lemberg, hereby attest, pursuant to Northern District of California Local Rule 5-1(i)(3), that concurrence to the filing of this document has been obtained from each signatory hereto.

Dated: November 11, 2015

By: ___/s/ Mollie McGowan Lemberg_____
Mollie McGowan Lemberg

IT IS SO ORDERED.

Dated: _____

_____
The Honorable Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE