**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>All Direct and Indirect Purchaser Actions | Case No.: 13-MD-2420 YGR<br><br>**ORDER DENYING AS PREMATURE DEFENDANT MAXWELL CORPORATION OF AMERICA'S REQUEST FOR A SUMMARY JUDGMENT PRE-FILING CONFERENCE**<br><br>Re: Dkt. No. 939 |

Defendant Maxwell Corporation of America ("MCA") filed a request for a pre-filing conference, seeking to file an early motion for summary judgment on November 18, 2015. (Dkt. No. 939.) Plaintiffs filed a letter opposing the request. (Dkt. No. 947-3.) The Court finds that a pre-filing conference and early summary judgment motion is inappropriate at this juncture, prior to the close of fact discovery, on the grounds raised in MCA's letter. Thus, the request is **DENIED WITHOUT PREJUDICE** as premature.

**IT IS SO ORDERED**.

Dated: November 16, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**