UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420-YGR   (DMR)<br><br>**ORDER RE JOINT DISCOVERY LETTER RE SUBPOENA TO THIRD PARTY BLACKBERRY CORPORATION**<br><br>Re: Dkt. Nos. 945 |

The court has reviewed the November 10, 2015 joint discovery letter brief filed by Defendants Samsung SDI America, Inc., Samsung SDI Co., Ltd. (collectively, "Samsung"), and third party BlackBerry Corporation ("BlackBerry"). [Docket No. 945.] Samsung and BlackBerry shall meet and confer regarding BlackBerry's request for a protective order limiting access to the information it will produce in response to Samsung's subpoena and submit a jointly-proposed protective order by **no later than December 2, 2015**.

**IT IS SO ORDERED.**

Dated: November 16, 2015



_____
Donna M. Ryu
United States Magistrate Judge