# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>**This Order Relates to:**<br>**All Direct and Indirect Purchaser Actions** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER DENYING MOTION TO SEAL**<br><br>Re: Dkt. No. 947 |

Plaintiffs filed an administrative motion to seal portions of their pre-filing conference letter pursuant to Civil Local Rules 7-11 and 79-5. (Dkt. No. 947.) Plaintiffs "do not believe the designated information" is sealable, but filed the motion due to confidentiality designations made by one or more defendants. (*Id.* at 1.) No declaration supporting the sealing of this material was filed, pursuant to Local Rule 79-5(e)(1), within the prescribed time limit. Thus, the motion to seal is **DENIED**. Plaintiffs shall file the material on the public docket pursuant to Local Rule 79-5(e)(2).

This Order terminates Docket Number 947.

**IT IS SO ORDERED**.

Dated: November 17, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**