# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** 12/8/15 | **Time:** 1:59pm-2:25pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 15-cv-03443-YGR  And case is part of MDL 13-md-2420-YGR | **Case Name:** Microsoft Mobile Inc. v. LG Chem America Inc | |

**Attorney for Plaintiff:** James Grant and B. Parker Miller
**Attorney for Defendant:** Jeffrey Kessler; Ian Papendick; Jeffrey Amato and Roxanne Henry for Defendants Panasonic and Sanyo.

**Deputy Clerk:** Frances Stone       **Court Reporter:** Kathy Wyatt

## PROCEEDINGS

Defendant Panasonic Corporation's Motion to Dismiss and Compel Arbitration [Dkt. no. 17 in case 15-cv-3443-YGR and Dkt. no. 892 in 13-md-2420-YGR MDL ]- HELD and SUBMITTED.

**Order to be prepared by: Court**