**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** <br><br> **This Order Relates to:** <br> **All Indirect Purchaser Actions** | **Case No.: 13-MD-2420 YGR** <br><br> **ORDER RE: OBJECTION** <br><br> Re: Dkt. No. 1000 |

Defendants have filed an objection to Magistrate Judge Ryu's December 9, 2015 Report and Recommendation. (Dkt. No. 1000.) The Court will consider the objection after evaluating the Indirect Purchaser Plaintiffs' related motion for leave to amend and, if necessary, will order additional briefing at a later date.

**IT IS SO ORDERED**.

Dated: December 29, 2015

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**