

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

1/6/2016

1  Michael P. Kenny (*pro hac vice*)
   mike.kenny@alston.com
2  Debra D. Bernstein (*pro hac vice*)
   debra.bernstein@alston.com
3  Rodney J. Ganske (*pro hac vice*)
   rod.ganske@alston.com
4  Matthew D. Kent (*pro hac vice*)
   matthew.kent@alston.com
5  **ALSTON & BIRD LLP**
   1201 West Peachtree Street
6  Atlanta, Georgia 30309-3424
   Tel: (404) 881-7000
7  Facsimile: (404) 881-7777

8  Douglas R. Young (State Bar No. 073248)
   dyoung@fbm.com
9  FARELLA BRAUN + MARTEL LLP
   235 Montgomery Street, 17th Floor
10 San Francisco, CA 94104
   Telephone: (415) 954-4400
11 Facsimile: (415) 954-4480

12 Attorneys for Plaintiffs
   DELL INC. and DELL PRODUCTS L.P.

13

14            **UNITED STATES DISTRICT COURT**
              **NORTHERN DISTRICT OF CALIFORNIA**
15                   **OAKLAND DIVISION**

16 IN RE: LITHIUM ION BATTERIES ANTITRUST   Case No.:  4:13-md-02420-YGR (DMR)
   LITIGATION
17                                           MDL No. 2420
   This Document Relates to: Individual Case
18 No. 15-cv-02987-YGR                       **NOTICE OF VOLUNTARY DISMISSAL,**
                                             **WITH PREJUDICE OF PANASONIC AND**
19 DELL INC. AND DELL PRODUCTS L.P.          **SANYO DEFENDANTS**

20       PLAINTIFFS,                         Hon. Yvonne Gonzalez Rogers

21       V.                                  **CASE NO. 15-CV-2987-YGR**

22 LG CHEM, LTD., ET AL.

23       DEFENDANTS.

24       **NOTICE IS HEREBY GIVEN** that, pursuant to Federal Rule of Civil Procedure

25 41(a)(1)(A)(i), Plaintiffs Dell Inc. and Dell Products L.P. hereby dismiss with prejudice their claims

26 against Panasonic Corporation and Panasonic Corporation of North America (collectively, the

27 "Panasonic Defendants") and Sanyo Electric Co., Ltd. and Sanyo North America Corporation

28

(collectively, the "Sanyo Defendants") in the above-captioned action. The Panasonic Defendants and Sanyo Defendants have not filed an answer to Dell's Complaint or a motion for summary judgment in this action. Each party shall bear its own attorneys' fees and costs.

Respectfully submitted this 2nd day of January, 2016.

**ALSTON & BIRD LLP**

/s/ *Michael P. Kenny*
Michael P. Kenny (*pro hac vice*)
Debra D.  Bernstein (*pro hac vice*)
Rodney J. Ganske (*pro hac vice*)
Matthew D. Kent (*pro hac vice*)
Donald M. Houser (*pro hac vice*)
**ALSTON & BIRD LLP**
1201 W. Peachtree Street NW
Atlanta, Georgia 30309
TEL: (404) 881-7000
FAX: (404) 881-7777
mike.kenny@alston.com
debra.bernstein@alston.com
rod.ganske@alston.com
matthew.kent@alston.com
donald.houser@alston.com

Douglas R. Young (State Bar No. 073248)
**FARELLA BRAUN + MARTEL LLP**
235 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 954-4400
Facsimile:  (415) 954-4480
dyoung@fbm.com

*Counsel for Plaintiffs Dell Inc. and Dell Products L.P.*