Judith A. Zahid (215418)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA 94104
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
Email: jzahid@zelle.com

*Interim Liaison Counsel for Direct-Purchaser Plaintiffs*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No: 13-md-02420-YGR |
| | MDL No. 2420 |
| This Document Relates To: | **CLASS ACTION** |
| ALL DIRECT-PURCHASER ACTIONS | **NOTICE OF FIRM NAME CHANGE** |

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD**:

     **PLEASE TAKE NOTICE** that effective January 1, 2016, the firm name of **Zelle Hofmann Voelbel & Mason LLP** was changed to **Zelle LLP**.  The firm's address, phone numbers, and email addresses will remain the same.

DATED:  January 12, 2016

By:    */s/ Judith A. Zahid*       

Judith A. Zahid (215418)
Qianwei Fu (242669)
Heather T. Rankie (268002)
ZELLE LLP
44 Montgomery Street, Suite 3400
San Francisco, CA  94104
Telephone:  (415) 693-0700
Facsimile:  (415) 693-0770
Email: jzahid@zelle.com

*Interim Liaison Counsel for Direct-Purchaser Plaintiffs*

#3268941v1

1

NOTICE OF FIRM NAME CHANGE

13-md-02420-YGR