UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420 YGR (DMR) |
|---|---|
| | MDL No. 2420 |
| This Document Relates to:<br><br>DIRECT PURCHASER ACTIONS<br>INDIRECT PURCHASER ACTIONS | **STIPULATION AND [PROPOSED] ORDER MODIFYING BRIEFING SCHEDULE RE: CLASS CERTIFICATION** |

| | |
|---|---|
| 1 | Pursuant to Local Civil Rule 6-2, Direct Purchaser Plaintiffs and Indirect Purchaser |
| 2 | Plaintiffs (collectively, the "Plaintiffs") and defendants ("Defendants") (collectively, the "Parties") |
| 3 | hereby stipulate as follows: |
| 4 | WHEREAS, on January 8, 2015, the Court set a briefing schedule re: class certification |
| 5 | and *Daubert* motions. ECF No. 630. |
| 6 | WHEREAS, on September 28, 2015, the Parties jointly proposed modification of the class |
| 7 | certification schedule. *See* ECF No. 848 at 9–10. |
| 8 | WHEREAS, on October 14, 2015, the Court adopted the modified proposed schedule |
| 9 | whereby Plaintiffs' Class Certification Motions are due on January 15, 2016; Defendants' |
| 10 | oppositions and *Daubert* motions are due on May 24, 2016; Plaintiffs' replies and oppositions to |
| 11 | *Daubert* motions are due on August 22, 2016; and Defendants' replies to *Daubert* oppositions are |
| 12 | due on October 6, 2016. The Court did not set a hearing date. ECF No. 894. |
| 13 | WHEREAS, Plaintiffs have requested an extension of one week to file their motions for |
| 14 | class certification and Defendants have agreed as a matter of professional courtesy and civility, |
| 15 | provided that their time to respond to the motions is also extended by one week; |
| 16 | WHEREAS, Plaintiffs have been working diligently on their motions for class certification |
| 17 | and supporting papers, which involve analysis of a very large body of documents and data, much |
| 18 | of which is in foreign languages; |
| 19 | WHEREAS, this stipulation is motivated by the Parties' wish to file briefs (and supporting |
| 20 | materials) of the highest quality to protect their clients' interests and to allow the Court to resolve |
| 21 | these motions efficiently and justly; and |
| 22 | WHEREAS, the proposed modification—an expansion of both sides' time by one week— |
| 23 | will not materially impact the schedule presently set by the Court because briefing is not |
| 24 | scheduled to be complete until October 6, 2016 and the Court has not yet set a hearing date. |
| 25 | NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the |
| 26 | Parties, subject to the concurrence of the Court, that: |
| 27 | The class certification briefing schedule shall be modified as follows: |
| 28 | |

1

| EVENT | PRESENT DEADLINE | PROPOSED DEADLINE |
|---|---|---|
| Plaintiffs' class certification motions | January 15, 2016 | January 22, 2016 |
| Defendants' oppositions to class certification and *Daubert* motions | May 24, 2016 | June 7, 2016 |
| Plaintiffs' replies on class certification and oppositions to *Daubert* motions | August 22, 2016 | September 6, 2016 |
| Defendants' replies to *Daubert* oppositions | October 6, 2016 | October 21, 2016 |

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By */s/ Shana E. Scarlett*
    SHANA E. SCARLETT

Jeff D. Friedman (SBN 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By */s/ Brendan P. Glackin*
    BRENDAN P. GLACKIN

Eric B. Fastiff (SBN 182260)
Elizabeth J. Cabraser (SBN 83151)
Richard M. Heimann (SBN 63607)
Dean M. Harvey (SBN 250298)

SAVERI & SAVERI, INC.

By */s/ R. Alexander Saveri*
    R. ALEXANDER SAVERI

Geoffrey C. Rushing (SBN 126910)
Cadio Zirpoli (SBN 179108)
Carl. N. Hammarskjold (SBN 280961)
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
rick@saveri.com
grushing@saveri.com
cadio@saveri.com
carl@saveri.com

PEARSON, SIMON & WARSHAW, LLP

By */s/ Aaron M. Sheanin*
    AARON M. SHEANIN

Bruce L. Simon (SBN 96241)
Benjamin E. Shiftan (SBN 265767)
44 Montgomery Street, Suite 2450
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pswplaw.com
asheanin@pswplaw.com
bshiftan@pswlaw.com

2

| | | |
|---|---|---|
| 1 | Lin Y. Chan (SBN 255027) | BERMAN DEVALERIO |
| 2 | 275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339 | By */s/ Todd A. Seaver* |
| 3 | Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008 | TODD A. SEAVER |
| 4 | ecabraser@lchb.com | Joseph J. Tabacco, Jr. (SBN 75484) |
| 5 | rheimann@lchb.com<br>efastiff@lchb.com | Jessica Moy (SBN 272941)<br>One California Street, Suite 900 |
| 6 | bglackin@lchb.com<br>dharvey@lchb.com | San Francisco, CA 94111<br>Telephone: (415) 433-3200 |
| 7 | lchan@lchb.com | Facsimile: (415) 433-6382<br>jtabacco@bermandevalerio.com |
| 8 | COTCHETT, PITRE & McCARTHY, LLP | tseaver@bermandevalerio.com<br>jmoy@bermandevalerio.com |
| 9 | By */s/ Steven N. Williams* | |
| 10 | STEVEN N. WILLIAMS | ***Co-Lead Counsel for Direct Purchaser Plaintiffs*** |
| 11 | Joseph W. Cotchett (SBN 36324)<br>Nancy L. Fineman (SBN 124870) | AKIN GUMP STRAUSS HAUER & FELD |
| 12 | 840 Malcolm Road<br>Burlingame, CA 94010 | LLP |
| 13 | Telephone: (650) 697-6000 | By /s/ Reginald Steer |
| 14 | Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com | REGINALD STEER |
| 15 | nfineman@cpmlegal.com<br>swilliams@cpmlegal.com | Mollie McGowan Lemberg (SBN 296452)<br>580 California Street, Suite 1500 |
| 16 | | San Francisco, California 94104-1036 |
| 17 | ***Co-Lead Counsel for Indirect Purchaser Plaintiffs*** | Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501 |
| 18 | WINSTON & STRAWN LLP | rsteer@akingump.com<br>mmcgowanlemberg@akingump.com |
| 19 | By /s/ Jeffrey L. Kessler | Hyongsoon Kim (SBN 257019) |
| 20 | JEFFREY L. KESSLER | AKIN GUMP STRAUSS HAUER & FELD<br>LLP |
| 21 | A. Paul Victor (*pro hac vice*) | 2029 Century Park East, Suite 2400 |
| 22 | Eva W. Cole (*pro hac vice*)<br>Jeffrey J. Amato (*pro hac vice*) | Los Angeles, California 90067-3010<br>Telephone: (310) 229-1000 |
| 23 | Erica C. Smilevski (*pro hac vice*)<br>200 Park Avenue | Facsimile: (310) 229-1001<br>kimh@akingump.com |
| 24 | New York, NY 10166-4193 | |
| 25 | Telephone: (212) 294-4601<br>Facsimile: (212) 294-4700 | Catherine Creely<br>AKIN GUMP STRAUSS HAUER & FELD |
| 26 | jkessler@winston.com<br>pvictor@winston.com | LLP<br>1333 New Hampshire Avenue, NW |
| 27 | ewcole@winston.com | Washington, DC 20036 |
| 28 | | |

3

| | | |
|---|---|---|
| 1 | jamato@winston.com | Telephone: (202) 887-4000 |
| | esmilevski@winston.com | Facsimile: (202) 887-4288 |
| 2 | | ccreely@akingump.com |
| 3 | Ian L. Papendick (SBN 275648) | |
| | WINSTON & STRAWN LLP | *Counsel for LG Chem, Ltd. and LG Chem* |
| 4 | 101 California Street | *America, Inc.* |
| | San Francisco, CA 94111 | |
| 5 | Telephone: (415) 591-6904 | SHEPPARD MULLIN RICHTER & |
| | Facsimile: (415) 591-1400 | HAMPTON |
| 6 | ipapendick@winston.com | |
| 7 | | By /s/ Gary L. Halling |
| | Roxann E. Henry (*pro hac vice*) | GARY L. HALLING |
| 8 | MORRISON & FOERSTER LLP | |
| | 2000 Pennsylvania Avenue, NW | James L. McGinnis |
| 9 | Suite 6000 | Michael W. Scarborough |
| | Washington, DC 20006 | 4 Embarcadero Center, 17th Floor |
| 10 | Telephone: (202) 887-1500 | San Francisco, CA 94111 |
| | Facsimile: (202) 887-0763 | Telephone: (415) 774-3294 |
| 11 | rhenry@mofo.com | Facsimile: (415) 434-3947 |
| 12 | | ghalling@sheppardmullin.com |
| | *Counsel for Panasonic Corporation,* | jmcginnis@sheppardmullin.com |
| 13 | *Panasonic Corporation of North America,* | mscarborough@sheppardmullin.com |
| | *SANYO Electric Co., Ltd., and SANYO* | |
| 14 | *North America Corporation* | *Counsel for Samsung SDI Co., Ltd., and* |
| | | *Samsung SDI America, Inc.* |
| 15 | VINSON & ELKINS LLP | |
| 16 | | WINSTON & STRAWN LLP |
| | By /s/ Craig P. Seebald | |
| 17 | CRAIG P. SEEBALD | By /s/ Robert B. Pringle |
| | | ROBERT B. PRINGLE |
| 18 | Jason A. Levine (*pro hac vice*) | |
| 19 | Lindsey R. Vaala (*pro hac vice*) | Paul R. Griffin (SBN 083541) |
| | 2200 Pennsylvania Avenue | Sean D. Meenan (SBN 260466) |
| 20 | NW Suite 500 West | 101 California Street |
| | Washington, D.C. 20037 | San Francisco, CA 94111-5802 |
| 21 | Telephone: (202) 639-6585 | Telephone: (415) 591-1000 |
| | Facsimile: (202) 879-8995 | Facsimile: (415) 591-1400 |
| 22 | cseebald@velaw.com | rpringle@winston.com |
| 23 | jlevine@velaw.com | pgriffin@winston.com |
| | lvaala@velaw.com | smeenan@winston.com |
| 24 | | |
| 25 | Matthew J. Jacobs (SBN 171149) | *Counsel for NEC Corporation* |
| | VINSON & ELKINS LLP | |
| 26 | 525 Market Street, Suite 2750 | GIBSON, DUNN & CRUTCHER LLP |
| | San Francisco, California 94105 | |
| 27 | Telephone: (415) 979-6990 | By /s/ George A. Nicoud III |
| 28 | | |

4

| | | |
|---|---|---|
| 1 | Facsimile: (415) 651-8786<br>mjacobs@velaw.com | GEORGE A. NICOUD III |
| 2 | | George A. Nicoud III (SBN 106111) |
| 3 | *Counsel for Maxell Corporation of America and Hitachi Maxell, Ltd.* | G. Charles Nierlich (SBN 196611)<br>Angela Y. Poon (SBN 273106) |
| 4 | | 555 Mission Street |
|   | WHITE & CASE LLP | San Francisco, CA 94105-0921 |
| 5 | | Telephone: (415) 393-8200 |
|   | By /s/ J. Frank Hogue | Facsimile: (415) 393-8306 |
| 6 |     J. FRANK HOGUE | tnicoud@gibsondunn.com |
| 7 | | gnierlich@gibsondunn.com |
|   | Christopher M. Curran (*pro hac vice*) | apoon@gibsondunn.com |
| 8 | J. Frank Hogue (*pro hac vice*) | |
|   | 701 Thirteenth Street, NW | *Counsel for NEC TOKIN Corporation* |
| 9 | Washington, DC 20005 | |
|   | Telephone: (202) 626-3600 | COOLEY LLP |
| 10 | Facsimile: (202) 639-9355 | |
|   | ccurran@whitecase.com | By /s/ John C. Dwyer |
| 11 | fhogue@whitecase.com |     JOHN C. DWYER |
| 12 | | |
|   | *Counsel for Toshiba Corporation* | Stephen C. Neal (SBN 170085) |
| 13 | | 3175 Hanover Street |
| 14 | | Palo Alto, CA 94304 |
|   | | Telephone: (650) 843-5000 |
| 15 | | Facsimile: (650) 857-0663 |
|   | | nealsc@cooley.com |
| 16 | | dwyerjc@cooley.com |
| 17 | | |
|   | | Beatriz Mejia (SBN 190948) |
| 18 | | Matthew M. Brown (SBN 264817) |
|   | | COOLEY LLP |
| 19 | | 101 California Street, 5th Floor |
|   | | San Francisco, CA 94111-5800 |
| 20 | | Telephone: (415) 693-2000 |
|   | | Facsimile: (415) 693-2222 |
| 21 | | mejiab@cooley.com |
|   | | mmbrown@cooley.com |
| 22 | | |
| 23 | | *Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.* |
| 24 | /// | |
| 25 | /// | |
| 26 | /// | |
| 27 | | |
| 28 | | |

5

MDL No. 2420      STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING BRIEFING SCHEDULE RE: CLASS CERTIFICATION

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

This Order terminates Docket Number 1018.

DATED: January 14, 2016

_____
Hon. Yvonne Gonzalez Rogers
District Judge