[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 YGR (DMR) <br><br> CLASS ACTION <br><br> STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH MOTIONS FOR CLASS CERTIFICATION (ECF NOS. 1029 & 1037) |
| This Documents Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS <br><br> ALL DIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 3, 2012 |

1  WHEREAS, on January 22, 2016, Direct and Indirect Purchaser Plaintiffs filed two
2  administrative motions to file materials under seal, as ECF Nos. 1029 and 1037.
3  WHEREAS, under Civil Local Rule 79-5(e)(1), the deadline for filing declarations and
4  materials in response to these administrative motions to seal is currently January 26, 2016.
5  WHEREAS, the administrative motions to seal filed by the Direct and Indirect Purchaser
6  Plaintiffs (ECF Nos. 1029 and 1037) cover hundreds of exhibits submitted with the class
7  certification motions, plus portions of the other filings made in connection with their motions for
8  class certification.
9  WHEREAS, Direct and Indirect Purchaser Plaintiffs filed under seal the expert reports and
10  expert declarations in support of their respective class certification motions, with accompanying
11  exhibits.
12  WHEREAS, Defendants' counsel require additional time to fully evaluate and respond to
13  Direct and Indirect Purchaser Plaintiffs' administrative motions to seal, and to coordinate among
14  Defendants with respect to materials compiling or containing information produced by different
15  Defendants.
16  WHEREAS, Direct and Indirect Purchaser Plaintiffs' counsel have no objection to
17  providing additional time to respond to those administrative motions.
18
19  IT IS HEREBY STIPULATED:
20  The deadline for any party or non-party filing declarations and any other materials in
21  response to the administrative motions to seal filed as ECF Nos. 1029 and 1037 shall be extended
22  to February 16, 2016.
23
24  DATED: January 26, 2016

STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH MOTIONS FOR CLASS CERTIFICATION (ECF NOS. 1029 & 1037)
Case No. 4:13-md-02420-YGR

- 1 -

| | |
|---|---|
| WINSTON & STRAWN LLP<br><br>By  */s/ Jeffrey L. Kessler*<br>    JEFFREY L. KESSLER<br><br>A. Paul Victor (*pro hac vice*)<br>Eva W. Cole (*pro hac vice*)<br>Jeffrey J. Amato (*pro hac vice*)<br>Erica C. Smilevski (*pro hac vice*)<br>Cristina M. Fernandez (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4601<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>pvictor@winston.com<br>ewcole@winston.com<br>jamato@winston.com<br>esmilevski@winston.com<br>cfernandez@winston.com<br><br>Ian L. Papendick (SBN 275648)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6904<br>Facsimile: (415) 591-1400<br>ipapendick@winston.com<br><br><br>Roxann E. Henry (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>Telephone: (202) 887-1500<br>Facsimile: (202) 887-0763<br>rhenry@mofo.com<br><br>***Counsel for Panasonic Corporation, Panasonic Corporation of North America, SANYO Electric Co., Ltd., and SANYO North America Corporation*** | SHEPPARD MULLIN RICHTER & HAMPTON<br><br>By  */s/ Gary L. Halling*<br>    GARY L. HALLING<br><br>James L. McGinnis<br>Michael W. Scarborough<br>Dylan Ballard<br>4 Embarcadero Center, 17th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 774-3294<br>Facsimile: (415) 434-3947<br>ghalling@sheppardmullin.com<br>jmcginnis@sheppardmullin.com<br>mscarborough@sheppardmullin.com<br>dballard@sheppardmullin.com<br><br>***Counsel for Samsung SDI Co., Ltd., and Samsung SDI America, Inc.***<br><br>VINSON & ELKINS LLP<br><br>By  */s/ Craig P. Seebald*<br>    CRAIG P. SEEBALD<br><br>Lindsey R. Vaala (*pro hac vice*)<br>2200 Pennsylvania Avenue NW<br>Suite 500 West<br>Washington, D.C. 20037<br>Telephone: (202) 639-6585<br>Facsimile: (202) 879-8995<br>cseebald@velaw.com<br>lvaala@velaw.com<br><br>Matthew J. Jacobs (SBN 171149)<br>VINSON & ELKINS LLP<br>525 Market Street, Suite 2750<br>San Francisco, California 94105<br>Telephone: (415) 979-6990<br>Facsimile: (415) 651-8786<br>mjacobs@velaw.com<br><br>***Counsel for Maxell Corporation of America and Hitachi Maxell, Ltd.*** |

| | |
|---|---|
| AKIN GUMP STRAUSS HAUER & FELD LLP<br><br>By     */s/ Reginald Steer*<br>        REGINALD STEER<br><br>Mollie McGowan Lemberg (SBN 296452)<br>580 California Street, Suite 1500<br>San Francisco, California 94104-1036<br>Telephone: (415) 765-9500<br>Facsimile: (415) 765-9501<br>rsteer@akingump.com<br>mmcgowanlemberg@akingump.com<br><br>Hyongsoon Kim (SBN 257019)<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>2029 Century Park East, Suite 2400<br>Los Angeles, California 90067-3010<br>Telephone: (310) 229-1000<br>Facsimile: (310) 229-1001<br>kimh@akingump.com<br><br>Catherine Creely<br>AKIN GUMP STRAUSS HAUER & FELD LLP<br>1333 New Hampshire Avenue, NW<br>Washington, DC 20036<br>Telephone: (202) 887-4000<br>Facsimile: (202) 887-4288<br>ccreely@akingump.com<br><br>**Counsel for LG Chem, Ltd. and LG Chem America, Inc.** | COOLEY LLP<br><br>By     */s/ John C. Dwyer*<br>        JOHN C. DWYER<br><br>Stephen C. Neal (SBN 170085)<br>3175 Hanover Street<br>Palo Alto, CA 94304-1130<br>Telephone: (650) 843-5000<br>Facsimile: (650) 857-0663<br>dwyerjc@cooley.com<br>nealsc@cooley.com<br><br>Beatriz Mejia (SBN 190948)<br>Matthew M. Brown (SBN 264817)<br>COOLEY LLP<br>101 California Street, 5th Floor<br>San Francisco, CA 94111-5800<br>Telephone: (415) 693-2000<br>Facsimile: (415) 693-2222<br>mejiab@cooley.com<br>mmbrown@cooley.com<br><br>**Counsel for Sony Corporation, Sony Energy Devices Corporation, and Sony Electronics, Inc.**<br><br>WHITE & CASE LLP<br><br>By     */s/ J. Frank Hogue*<br>        J. FRANK HOGUE<br><br>Christopher M. Curran (*pro hac vice*)<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>ccurran@whitecase.com<br>fhogue@whitecase.com<br><br>**Counsel for Toshiba Corporation** |

STIPULATION AND [PROPOSED] ORDER REGARDING DIRECT AND INDIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTIONS TO SEAL MATERIALS FILED IN CONNECTION WITH MOTIONS FOR CLASS CERTIFICATION (ECF NOS. 1029 & 1037)
Case No. 4:13-md-02420-YGR

- 3 -

| | | |
|---|---|---|
| 1 | WINSTON & STRAWN LLP | GIBSON, DUNN & CRUTCHER LLP |
| 2 | By      /s/ Robert B. Pringle    | By     /s/ George A. Nicoud III      |
| 3 |         ROBERT B. PRINGLE |         GEORGE A. NICOUD III |

1   WINSTON & STRAWN LLP

2   By      /s/ Robert B. Pringle   
         ROBERT B. PRINGLE
3

4   Paul R. Griffin (SBN 083541)
    Sean D. Meenan (SBN 260466)
5   101 California Street
    San Francisco, CA 94111-5802
6   Telephone: (415) 591-1000
    Facsimile: (415) 591-1400
7   rpringle@winston.com
    pgriffin@winston.com
8   smeenan@winston.com

*Counsel for NEC Corporation*

GIBSON, DUNN & CRUTCHER LLP

By     /s/ George A. Nicoud III     
        GEORGE A. NICOUD III

George A. Nicoud III (SBN 106111)
G. Charles Nierlich (SBN 196611)
Robert E. Kim (SBN 264932)
Angela Y. Poon (SBN 273106)
555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com
gnierlich@gibsondunn.com
rkim@gibsondunn.com
apoon@gibsondunn.com

*Counsel for NEC TOKIN Corporation*

| | |
|---|---|
| LIEFF CABRASER HEIMANN & BERNSTEIN, LLP | PEARSON, SIMON & WARSHAW, LLP |
| By  */s/ Brendan P. Glackin*  <br>     BRENDAN P. GLACKIN | By  */s/ Aaron M. Sheanin*  <br>     AARON M. SHEANIN |
| Elizabeth J. Cabraser (SBN 83151)<br>Richard M. Heimann (SBN 63607)<br>Eric B. Fastiff (SBN 182260)<br>Joy A. Kruse (SBN 142799)<br>Marc A. Pilotin (SBN 266369)<br>Lin Y. Chan (SBN 255027)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>ecabraser@lchb.com<br>rheimann@lchb.com<br>efastiff@lchb.com<br>jakruse@lchb.com<br>bglackin@lchb.com<br>mpilotin@lchb.com<br>lchan@lchb.com | Bruce L. Simon (SBN 96241)<br>Benjamin E. Shiftan (SBN 265767)<br>44 Montgomery Street, Suite 2450<br>San Francisco, CA 94104<br>Telephone: (415) 433-9000<br>Facsimile: (415) 433-9008<br>bsimon@pswplaw.com<br>asheanin@pswplaw.com<br>bshiftan@pswplaw.com |
| COTCHETT, PITRE & McCARTHY, LLP | BERMAN DEVALERIO |
| By  */s/ Steven N. Williams*  <br>     STEVEN N. WILLIAMS | By  */s/ Todd A. Seaver*  <br>     TODD A. SEAVER |
| Joseph W. Cotchett (SBN 36324)<br>Nancy L. Fineman (SBN 124870)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>nfineman@cpmlegal.com<br>swilliams@cpmlegal.com | Joseph J. Tabacco, Jr. (SBN 75484)<br>Jessica Moy (SBN 272941)<br>One California Street, Suite 900<br>San Francisco, CA 94111<br>Telephone: (415) 433-3200<br>Facsimile: (415) 433-6382<br>jtabacco@bermandevalerio.com<br>tseaver@bermandevalerio.com<br>jmoy@bermandevalerio.com |

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | SAVERI & SAVERI, INC. |
| By   */s/ Jeff D. Friedman*        JEFF D. FRIEDMAN | By   */s/ Guido Saveri*        GUIDO SAVERI |
| Shana E. Scarlett (SBN 217895)<br>715 Hearst Avenue, Suite 202<br>Berkley, CA 94710<br>Tel: 510-725-3000<br>jefff@hbsslaw.com<br>shanas@hbsslaw.com | R. Alexander Saveri (173102)<br>Geoffrey C. Rushing (126910)<br>Travis L. Manfredi (281779)<br>Carl N. Hammarskjold (280961)<br>706 Sansome Street<br>San Francisco, CA 94111<br>Tel: (415) 217-6810<br>guido@saveri.com<br>rick@saveri.com<br>grushing@saveri.com<br>travis@saveri.com<br>carl@saveri.com |
| ***Co-Lead Counsel for Indirect Purchaser Plaintiffs*** | ***Co-Lead Counsel for Direct Purchaser Plaintiffs*** |

### E-FILING ATTESTATION

I, Cristina M. Fernandez, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 */s/ Cristina M. Fernandez*
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　CRISTINA M. FERNANDEZ

This Order terminates Docket Number 1046.

IT IS SO ORDERED.

DATED:  January 28, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 JUDGE YVONNE GONZALEZ ROGERS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　 UNITED STATES DISTRICT JUDGE