UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE:

LITHIUM ION BATTERIES ANTITRUST LITIGATION

Case No. 13-md-02420-YGR   (DMR)

**ORDER TO SUBMIT DEPOSITION TESTIMONY CITED IN JOINT DISCOVERY LETTER**

Re: Dkt. No. 977

The court has reviewed the parties' November 24, 2015 joint discovery letter, which is set for hearing on February 4, 2016. [Docket No. 977 (Joint Letter).] The joint letter contained one excerpt from the deposition of LG Chem Ltd. and LG Chem America, Inc. employee Dong Woo (Donny) Lee. Joint Letter at 2. **By 5:00 p.m. on February 3, 2016**, Plaintiffs shall file all portions of Lee's deposition in which he discussed his pre-deposition review of documents that refreshed his recollection.

**IT IS SO ORDERED.**

Dated: February 4, 2016



Donna M. Ryu
United States Magistrate Judge