UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR** |
| | **NOTICE RE: HEARING ON MOTION TO AMEND COMPLAINT** |
| **This Order Relates to:** | Re: Dkt. No. 1033 |
| **All Indirect Purchaser Actions** | |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

A hearing on Indirect Purchaser Plaintiffs' motion to amend their consolidated complaint (Dkt. No. 1033) is set for March 1, 2016. At the hearing, the Court intends to address the specifics of the claims for those individuals listed in the "light gray" rows in Exhibit A to the defendants' opposition. (Dkt. No. 1075-2.) The parties should be prepared to address issues of timeliness, undue prejudice, and standing. To the extent the parties intend to present demonstratives at the hearing, they shall exchange the same by no later than 5 p.m. on February 29, 2016.

**IT IS SO ORDERED.**

Dated: February 26, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**