1
2
3
4
5
6
7
8
9
10

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | CASE NO. 13-MD-2420-YGR |
|---|---|
| | MDL No. 2420 |
| This Document Relates to: All Direct and Indirect Purchaser Actions | [PROPOSED] THIRD AMENDED ORDER SETTING BRIEFING SCHEDULE RE CLASS CERTIFICATION AND *DAUBERT* MOTIONS |

In light of the February 12, 2016 Case Management Conference ("CMC"), the schedule the Court proposed to the parties during the CMC, and good cause appearing, the Court hereby **SETS** the following schedule:

| EVENT | DEADLINE |
|---|---|
| Class Plaintiffs' class certification motions | January 22, 2016 |
| Defendants' oppositions to class certification and *Daubert* motions | May 24, 2016 |
| Class Plaintiffs' replies on class certification and oppositions to *Daubert* motions | August 23, 2016 |
| Defendants' replies to *Daubert* oppositions | September 30, 2016 |
| Economic analyses tutorial related to Class Plaintiffs' class certification motions | October 14, 2016 |
| Class Plaintiffs' class certification and *Daubert* motions hearing | November 18, 2016 |

**IT IS SO ORDERED.**

Dated: February 29, 2016                    By _____
                                              YVONNE GONZALEZ ROGERS
                                              UNITED STATES DISTRICT JUDGE