United States District Court
Northern District of California

1

2

3

4                          UNITED STATES DISTRICT COURT

5                         NORTHERN DISTRICT OF CALIFORNIA

6

7      **IN RE: LITHIUM ION BATTERIES**          **Master File No. 13-MD-2420 YGR**
       **ANTITRUST LITIGATION**

8

9      **This Order Relates to:**

10     **TRACFONE WIRELESS, INC.,**               **Case No. 15-CV-02199-YGR**

11                    Plaintiff,

12            v.                                   **ORDER VACATING HEARING AND REQUIRING**
                                                   **SUPPLEMENTAL BRIEFING RE: DEFENDANTS'**
13     **LG CHEMICAL LTD., ET AL.,**               **MOTION TO DISMISS CLAIMS UNDER**
                                                   **FLORIDA LAW**
14                    Defendants.

15

16            **TO ALL PARTIES AND COUNSEL OF RECORD:**

17            A hearing on defendants' joint motion to dismiss plaintiff TracFone Wireless, Inc.'s claims

18     under Florida law (Master File, Dkt. No. 1017; Case No. 15-CV-2199, Dkt. No. 25) is set for

19     March 15, 2016.  The hearing is **VACATED**, to be reset at a later date.  By **March 15, 2016**, each

20     side shall file a three (3) page brief addressing why this Court should not delay ruling on the

21     motion until later in the case, when similar issues may be briefed in connection with the

22     underlying multi-district litigation.  For instance, the Indirect Purchaser Plaintiffs also assert

23     claims under the Florida Deceptive and Unfair Trade Practices Act.  (*Compare* Master File, Dkt.

24     No. 519, ¶ 553, *with* Case No. 15-CV-2199, Dkt. No. 22 ¶ 432.)

25            **IT IS SO ORDERED.**

26     Dated: March 9, 2016

27                                                 _____
                                                   **YVONNE GONZALEZ ROGERS**
28                                                 **UNITED STATES DISTRICT COURT JUDGE**