UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Master File No. 13-MD-2420 YGR** |
| **This Order Relates to:** | |
| **TRACFONE WIRELESS, INC.**, | **Case No. 15-CV-02199-YGR** |
| Plaintiff, | |
| v. | |
| **LG CHEMICAL LTD., ET AL.**, | **ORDER RESETTING HEARING ON DEFENDANTS' MOTION TO DISMISS CLAIMS UNDER FLORIDA LAW** |
| Defendants. | |

On March 9, 2016, the Court vacated the hearing on defendants' joint motion to dismiss plaintiff TracFone Wireless, Inc.'s claims under Florida law (Master File, Dkt. No. 1017; Case No. 15-CV-2199, Dkt. No. 25) and ordered supplemental briefing addressing why this Court should not delay ruling on the motion until later in the case, when similar issues may arise in connection with the underlying multidistrict litigation. (Dkt. No. 1139.) Plaintiff TracFone Wireless, Inc. "does not object to that course of action." (Dkt. No. 1155 at 1.) Defendants, while requesting an immediate decision, concede "any decision [now reached] may become the 'law of the case,' or at least serve as persuasive authority in the underlying multi-district litigation." (Dkt. No. 1156 at 3.) Having reviewed the filings and considered the arguments presented therein, the Court defers ruling on the pending motion at this time and **SETS** a hearing on the motion on **Friday, November 18, 2016** at **2 p.m.**

**IT IS SO ORDERED.**

Dated: March 18, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**