**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR** |
| | **ORDER RE: OBJECTION** |
| **This Order Relates to:** | Re: Dkt. No. 1208 |
| **All Direct and Indirect Purchaser Actions** | |

Defendants LG Chem Ltd. and LG Chem America, Inc. have filed an objection (Dkt. No. 1208) to Magistrate Judge Ryu's March 24, 2016 Order (Dkt. No. 1177). Plaintiffs shall file a response to the objection, not to exceed five (5) pages, by **April 21, 2016**. The Court will set a hearing on the objection, if necessary, at a later date.

**IT IS SO ORDERED**.

Dated: April 14, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**