UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420-YGR   (DMR)<br><br>**ORDER ON JOINT DISCOVERY LETTER RE IPPS' COMPLIANCE WITH ESI PROTOCOL**<br><br>Re: Dkt. No. 1169 |

Defendants and Indirect Purchaser Plaintiffs ("IPPs") filed a joint discovery letter brief on March 21, 2016 in which Defendants seek an order compelling the IPPs to re-produce documents in compliance with the parties' ESI Protocol, including production of metadata. [Docket No. 1169.] The matter is set for a hearing before the undersigned on April 28, 2016.

In their portion of the joint letter, the IPPs explain that they "anticipate full production of documents with applicable metadata by April 25, 2016 absent unforeseen circumstances." *Id*. at 4. Therefore, it does not appear that a live dispute will remain after April 25, 2016. Accordingly, by 12:00 p.m. on April 22, 2016, the parties shall file a joint letter advising the court whether any disputes raised in the March 21, 2016 letter remain ripe for resolution and whether a hearing on the matter on April 28, 2016 is necessary.

**IT IS SO ORDERED.**

Dated: April 20, 2016



_____
Donna M. Ryu
United States Magistrate Judge