United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** <br><br> This Document Relates To: <br>**MICROSOFT MOBILE, INC., ET AL.**, <br><br>     Plaintiffs, <br><br>     v. <br><br>**LG CHEM AMERICA, INC., ET AL.**, <br><br>     Defendants. | Case No.  13-md-02420-YGR <br><br> MDL No. 2420 <br><br> Case No. 15-cv-3443-YGR <br><br> **ORDER DENYING WITHOUT PREJUDICE STIPULATION EXTENDING THE SONY DEFENDANTS' TIME TO RESPOND TO MICROSOFT'S COMPLAINT TO JUNE 20, 2016** <br><br> Re: Dkt. No. 1264 |

The parties submitted a Stipulation and Proposed Order Extending the Sony Defendants' Time to Respond to Microsoft's Complaint to June 20, 2016.  (Dkt. No. 1264.)  The Court has previously granted stipulations to extend the Sony Defendants' time to respond to Microsoft's complaint setting the deadline to respond as November 10, 2015 (Dkt. No. 779), January 15, 2016 (Dkt. No. 911), March 18, 2016 (Dkt. No. 1020), and May 20, 2016 (Dkt. No. 1134).

The Court hereby **DENIES** the instant stipulation **WITHOUT PREJUDICE**.  The parties may re-file the stipulation providing more specific bases for why further extensions are needed.

This Order terminates Docket Number 1264.

**IT IS SO ORDERED.**

Dated:  May 19, 2016

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**