UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Master File No. 13-md-2420-YGR (DMR); MDL 2420 |
| | Individual Case No. 15-cv-02987-YGR |
| This Document Relates to:  Individual Case No. 15-cv-02987-YGR | |
| DELL INC., ET AL., | ORDER DENYING JOINT STIPULATION EXTENDING DELL'S TIME TO RESPOND TO TOSHIBA'S MOTION TO DISMISS DELL'S COMPLAINT AND MOTION TO COMPEL ARBITRATION |
| Plaintiffs, | |
| v. | |
| LG CHEM, LTD, ET AL., | Re: Dkt. No. 1327 |
| Defendants. | |

On June 22, 2016, plaintiffs Dell Inc. and Dell Products L.P. and defendant Toshiba Corporation filed a joint stipulation requesting to modify the briefing and hearing schedule on Toshiba's Motion to Dismiss Dell's Complaint and Motion to Compel Arbitration.  (Dkt. No. 1327.)  The request is DENIED WITHOUT PREJUDICE with leave to renew to provide the Court with cause as to why the request should be granted.

IT IS SO ORDERED.

Dated: June 24, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE