1    [*Counsel listed on signature page*]

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        NORTHERN DISTRICT OF CALIFORNIA

10                              OAKLAND DIVISION

11   IN RE LITHIUM ION BATTERIES              Case No. 13-MD-02420 YGR (DMR)
     ANTITRUST LITIGATION,
12                                            CLASS ACTION

13                                            STIPULATION AND [~~PROPOSED~~]
                                              ORDER REGARDING DEPOSITIONS
14                                            OF INDIRECT PURCHASER
                                              PLAINTIFFS' EXPERTS
15

16

17   This Documents Relates to:
                                              DATE ACTION FILED: Oct. 3, 2012
18   ALL INDIRECT PURCHASER ACTIONS

19

20

21

22

23

24

25

26

27

28

WHEREAS, on January 22, 2016, Indirect Purchaser Plaintiffs ("IPPs") submitted the Expert Report Of Edward E. Leamer ("Leamer Report") and the Expert Report Of Rosa M. Abrantes-Metz ("Abrantes-Metz Report") in support of IPPs' Motion For Class Certification;

WHEREAS, the undersigned defendants ("Defendants") took the depositions of Drs. Leamer and Abrantes-Metz on April 26 and April 28, 2016, respectively;

WHEREAS, on August 23, 2016, IPPs submitted their Reply Brief In Support of Indirect Purchaser Plaintiffs' Motion for Class Certification, along with the Expert Reply Report Of Edward E. Leamer ("Leamer Reply") and the Expert Rebuttal Report of Rosa M. Abrantes-Metz ("Abrantes-Metz Reply");

WHEREAS, Defendants requested that they be allowed to take a second deposition of Drs. Leamer and Abrantes-Metz, and contend that Drs. Leamer and Abrantes-Metz provided new opinions, analyses, or new facts in their reply reports that were not included in their original reports;

WHEREAS, IPPs dispute Defendants' claim that they are entitled to take such depositions, and contend that the reply reports were submitted to rebut the positions of Defendants' experts and pertain to the same topics as discussed in the original reports of Drs. Leamer and Abrantes-Metz;

IT IS HEREBY STIPULATED THAT:

1. Defendants may take a deposition of Dr. Leamer only on the following topics discussed within the Leamer Reply: (a) Monte Carlo Analysis: Dr. Leamer's "Monte Carlo" approach for estimating confidence intervals for his charts showing actual and but-for prices over time, as well as his related criticisms of Ms. Guerin-Calvert's "bootstrapping" approach, including but not limited to as described in ¶¶ 16-26 and the accompanying figures and exhibits; (b) Sensitivity Analyses: All sensitivity analyses in Dr. Leamer's reply report, including but not limited to those described in ¶¶ 75-88 and accompanying figures and exhibits; (c) Quality-Adjusted Pass-Through: Dr. Leamer's theory of pass-through via adjustments in quality and bundling, including but not limited to as described in ¶¶ 99-106 and accompanying figures and exhibits; (d) New Studies of Focal Point Pricing: Dr. Leamer's new studies of focal point pricing in connection

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF INDIRECT PURCHASER PLAINTIFFS' EXPERTS
Case No. 4:13-md-02420-YGR

- 1 -

with Best Buy and Amazon, including but not limited to those described in ¶¶ 99-107 and accompanying figures and exhibits; (e) <u>New Pass-Through Studies</u>: All new studies of pass-through, including (i) studies of any new data sets or portions of data sets, companies, products, or company-product combinations, (ii) the new study of pass-through of small cost changes, (iii) the revised study of pass-through of Toshiba laptop battery costs and other costs, and (iv) the new studies of short-run pass-through, including but not limited to as described in ¶¶ 117-141 and accompanying figures and exhibits; (f) <u>Identification of Class Products</u>: The identification and/or ascertainability of class products and class members, including but not limited to as described in ¶¶ 142-176 and accompanying figures and exhibits; (g) <u>Opinions Regarding Standard Levels of Statistical Significance</u>: The necessity of adhering to standard levels of statistical significance, including but not limited to as described in ¶¶ 26-39 and accompanying figures and exhibits; and (h) <u>Establishing Economic Injury When Other Evidence of Conspiratorial Effect Is Alleged</u>: Dr. Leamer's opinions about burden for establishing economic injury and damages given other alleged evidence about the effect of the conspiracy, including but not limited to as described in ¶¶ 26-39, 83-85.  The deposition of Dr. Leamer may take place in Los Angeles, California, and may not exceed 3 hours and 30 minutes of time on the record.  The deposition will terminate at 1:00 p.m. (PDT).

      2.     Allowing for necessary framing questions, questions at the deposition must be linked to the text and analyses of the Leamer Reply.  Questions that exceed the scope of the Leamer Reply or the IPPs' Agreed-Upon Topics identified herein need not be answered.   Counsel may instruct the witness not to respond to any such questions.

DATED: September 23, 2016

Stipulation and [Proposed] Order regarding Depositions of Indirect Purchaser Plaintiffs' Experts
Case No. 4:13-md-02420-YGR

- 2 -

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | WINSTON & STRAWN LLP |

By ___*/s/ Shana E. Scarlett*___
       SHANA E. SCARLETT

By ___*/s/ Jeffrey L. Kessler*___
       JEFFREY L. KESSLER

Jeff D. Friedman (SBN 173886)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
jefff@hbsslaw.com
shanas@hbsslaw.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1918 Eighth Avenue, Suite 3300
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com

***Co-Lead Counsel for Indirect Purchaser Plaintiffs***

A. Paul Victor (*pro hac vice*)
Eva W. Cole (*pro hac vice*)
Jeffrey J. Amato (*pro hac vice*)
Cristina M. Fernandez (*pro hac vice*)
200 Park Avenue
New York, NY 10166-4193
Telephone: (212) 294-4601
Facsimile: (212) 294-4700
jkessler@winston.com
pvictor@winston.com
ewcole@winston.com
jamato@winston.com
cfernandez@winston.com

Ian L. Papendick (SBN 275648)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 591-6904
Facsimile: (415) 591-1400
ipapendick@winston.com

Roxann E. Henry (*pro hac vice*)
MORRISON & FOERSTER LLP
2000 Pennsylvania Avenue, NW
Suite 6000
Washington, DC 20006
Telephone: (202) 887-1500
Facsimile: (202) 887-0763
rhenry@mofo.com

***Counsel for Panasonic Corporation,***
***Panasonic Corporation of North America,***
***SANYO Electric Co., Ltd., and***
***SANYO North America Corporation***

STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF INDIRECT PURCHASER PLAINTIFFS' EXPERTS
Case No. 4:13-md-02420-YGR

- 3 -

LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP

By _____ */s/ Brendan P. Glackin* _____
        BRENDAN P. GLACKIN

Elizabeth J. Cabraser (SBN 83151)
Richard M. Heimann (SBN 63607)
Eric B. Fastiff (SBN 182260)
Lin Y. Chan (SBN 255027)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
rheimann@lchb.com
efastiff@lchb.com
bglackin@lchb.com
lchan@lchb.com

*Co-Lead Counsel for Indirect Purchaser*
*Plaintiffs*


COTCHETT, PITRE & McCARTHY, LLP

By _____ */s/ Steven N. Williams* ____
        STEVEN N. WILLIAMS

Joseph W. Cotchett (SBN 36324)
Demetrius X. Lambrinos (SBN 246027)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
nfineman@cpmlegal.com
swilliams@cpmlegal.com

*Co-Lead Counsel for Indirect Purchaser*
*Plaintiffs*


WHITE & CASE LLP

By _____ */s/ J. Frank Hogue* _____
        J. FRANK HOGUE

Christopher M. Curran (*pro hac vice*)
701 Thirteenth Street, NW
Washington, DC 20005
Telephone: (202) 626-3600
Facsimile: (202) 639-9355
ccurran@whitecase.com
fhogue@whitecase.com

*Counsel for Toshiba Corporation*


VINSON & ELKINS LLP

By _____ */s/ Craig P. Seebald* _____
        CRAIG P. SEEBALD

Lindsey R. Vaala (*pro hac vice*)
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, D.C. 20037
Telephone: (202) 639-6585
Facsimile: (202) 879-8995
cseebald@velaw.com
lvaala@velaw.com

Matthew J. Jacobs (SBN 171149)
VINSON & ELKINS LLP
525 Market Street, Suite 2750
San Francisco, California 94105
Telephone: (415) 979-6990
Facsimile: (415) 651-8786
mjacobs@velaw.com

*Counsel for Maxell Corporation of America*
*and Hitachi Maxell, Ltd.*

Stipulation and [Proposed] Order regarding Depositions of Indirect Purchaser Plaintiffs' Experts
Case No. 4:13-md-02420-YGR

- 4 -

1
2
SHEPPARD MULLIN RICHTER &
HAMPTON

3
By _____/s/ Gary L. Halling_____
        GARY L. HALLING

4
5   James L. McGinnis
    Michael W. Scarborough
6   Dylan Ballard
    4 Embarcadero Center, 17th Floor
7   San Francisco, CA 94111
    Telephone: (415) 774-3294
8   Facsimile: (415) 434-3947
    ghalling@sheppardmullin.com
9   jmcginnis@sheppardmullin.com
    mscarborough@sheppardmullin.com
10  dballard@sheppardmullin.com

11
12  *Counsel for Samsung SDI Co., Ltd., and Samsung SDI America, Inc.*

13
14  EIMER STAHL LLP

15  By _____/s/ Nathan P. Eimer_____
            NATHAN P. EIMER

16
17  Vanessa G. Jacobsen
    Arin C. Aragona
    224 South Michigan Avenue, Suite 1100
18  Chicago, IL 60604
    Telephone: (312) 660-7600
19  Facsimile: (312) 692-1718
    neimer@eimerstahl.com
20  vjacobsen@eimerstahl.com
    aaragona@eimerstahl.com

21
    *Counsel for LG Chem, Ltd. and LG Chem America, Inc.*
22

23  GIBSON, DUNN & CRUTCHER LLP

24  By _____/s/ George A. Nicoud III_____
            GEORGE A. NICOUD III
25

26  George A. Nicoud III (SBN 106111)
    G. Charles Nierlich (SBN 196611)
27  Rupal M. Doshi (SBN 305523)

28
STIPULATION AND [PROPOSED] ORDER REGARDING DEPOSITIONS OF INDIRECT PURCHASER PLAINTIFFS' EXPERTS
Case No. 4:13-md-02420-YGR

- 5 -

555 Mission Street
San Francisco, CA 94105-0921
Telephone: (415) 393-8200
Facsimile: (415) 393-8306
tnicoud@gibsondunn.com
gnierlich@gibsondunn.com
rdoshi@gibsondunn.com

***Counsel for NEC TOKIN Corporation***

WINSTON & STRAWN LLP

By    */s/ Robert B. Pringle*
        ROBERT B. PRINGLE

Paul R. Griffin (SBN 083541)
Sean D. Meenan (SBN 260466)
Jeanifer E. Parsigian
Dana L. Cook-Milligan
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400
rpringle@winston.com
pgriffin@winston.com
smeenan@winston.com
jparsigian@winston.com
dlcook@winston.com

***Counsel for NEC Corporation***

Stipulation and [Proposed] Order regarding Depositions of Indirect Purchaser Plaintiffs' Experts
Case No. 4:13-md-02420-YGR

- 6 -

**E-FILING ATTESTATION**

I, Cristina M. Fernandez, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Cristina M. Fernandez*
CRISTINA M. FERNANDEZ

IT IS SO ORDERED.

DATED: ___Sept. 23, 2016___



JUDGE DONNA M. RYU
UNITED STATES MAGISTRATE DISTRICT

Stipulation and [Proposed] Order regarding Depositions of Indirect Purchaser Plaintiffs' Experts
Case No. 4:13-md-02420-YGR

- 7 -