**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>*Microsoft Mobile, Inc. et al. v. LG Chem America Inc. et al.* | Case No. 4:13-md-02420-YGR (DMR)<br><br>Case No. 15-cv-03443-YGR<br><br>**ORDER DENYING MICROSOFT MOBILE INC. AND MICROSOFT MOBILE OY'S MOTION FOR RELIEF FROM NON-DISPOSITIVE PRETRIAL ORDER OF MAGISTRATE JUDGE REGARDING DE-DESIGNATION OF DOCUMENTS; GRANTING MOTION TO SEAL**<br><br>Dkt. Nos. 1490, 1491 |

On September 29, 2016, Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy (collectively "Microsoft"), filed a Motion for Relief from Non-Dispositive Pretrial Order (Dkt. No. 1491), seeking relief from Magistrate Judge Ryu's order denying Microsoft's Motion Regarding De-Designation of Documents (Dkt No. 1457).

The Court has considered the papers submitted in support of the motion and in opposition. The Court finds that Microsoft has not satisfied its burden under Rule 72(a) of Federal Rules of Civil Procedure to show that Magistrate Judge Ryu's findings are "clearly erroneous or [] contrary to law." Consequently, Microsoft's Motion for Relief from Non-Dispositive Order is **DENIED**.

The motion to seal (Dkt. No. 1490) filed in connection with the Motion for Relief from Non-Dispositive Order is **GRANTED**. The documents are appropriate for sealing under the liberal standard applicable to non-dispositive motions.

**IT IS SO ORDERED.** This order terminates Dkt. Nos. 1490 and 1491.

Dated: November 3, 2016

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE