Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steven N. Williams (175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to:<br><br>INDIRECT PURCHASER ACTION | ORDER GRANTING REVISED STIPULATION RESETTING HEARING DATE FOR MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT WITH LG CHEM<br><br>DATE ACTION FILED: Oct. 3, 2012 |

1  The undersigned indirect purchaser plaintiffs (IPPs) and LG Chem, Ltd. and LG Chem
2  America, Inc. (LG Chem) (collectively, the Parties) hereby stipulate as follows:
3  WHEREAS, on December 6, 2016, IPPs filed an unopposed Motion for Preliminary
4  Approval of Class Action Settlement with LG Chem;
5  WHEREAS, the date noticed and set for this Court to hear the Motion is January 10, 2017
6  at 2:00 p.m.;
7  WHEREAS, IPPs are currently finalizing settlements with other Defendants in this lawsuit,
8  as well as drafting the corresponding motions for preliminary approval of the settlements with
9  these other Defendants;
10 WHEREAS, in the interests of efficiency and cost-savings for the settlement class
11 members, IPPs wish to combine the notices and notice schedules for all of these settlements,
12 including the proposed settlement with LG Chem;
13 WHEREAS, in the interests of efficiency and time-savings for the Court and the Parties,
14 IPPs believe that the hearing on all of these motions for preliminary approval, including the Motion
15 for Preliminary Approval of Class Action Settlement With LG Chem, should be heard at the same
16 time;
17 WHEREAS, in order for these motions to be heard at the same time, the Parties request that
18 the Court vacate the current hearing date of January 10, 2017 at 2:00 p.m., and reset that hearing
19 date for at least 35 days after the expected filing date of the motions for preliminary approval of the
20 settlements with the other Defendants; and
21 WHEREAS, LG Chem does not oppose the request to vacate the January 10, 2017 hearing
22 date and reset it for February 28, 2017;
23 NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED between the Parties,
24 subject to the concurrence of the Court that:
25 1. The hearing scheduled for January 10, 2017 at 2:00 p.m. regarding IPPs' unopposed
26 Motion for Preliminary Approval of Class Action Settlement with LG Chem shall be vacated; and
27 2. The hearing date for IPPs' unopposed Motion for Preliminary Approval of Class Action
28 Settlement with LG Chem shall be reset for Tuesday, February 28, 2017 at 2:00 p.m.

REV. STIP. AND ORDER RE VACATING AND RESETTING HEARING DATE – Case No. 4:13-md-02420-YGR     -1-

| | | |
|---|---|---|
| 1 | DATED:  January 6, 2017 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| 2 | | |
| 3 | | By:   s/ Shana E. Scarlett  <br>          SHANA E. SCARLETT |
| 4 | | |
| 5 | | Steve W. Berman (*pro hac vice*) <br> Jeff D. Friedman (173886) <br> Benjamin J. Siegel (256260) |
| 6 | | 715 Hearst Avenue, Suite 202 <br> Berkeley, CA 94710 |
| 7 | | Telephone: (510) 725-3000 <br> Facsimile: (510) 725-3001 |
| 8 | | steve@hbsslaw.com |
| 9 | | jefff@hbsslaw.com <br> shanas@hbsslaw.com |
| 10 | | |
| 11 | DATED: January 6, 2017 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 12 | | By:   s/ Brendan P. Glackin  <br>          BRENDAN P. GLACKIN |
| 13 | | |
| 14 | | Elizabeth J. Cabraser (SBN 083151) <br> Richard M. Heimann (SBN 63607) |
| 15 | | Eric B. Fastiff (SBN 182260) <br> Dean M. Harvey (SBN 250298) |
| 16 | | Lin Y. Chan (SBN 255027) <br> Abbye R. Klamann (SBN 311112) |
| 17 | | 275 Battery Street, 29th Floor <br> San Francisco, CA 94111-3339 |
| 18 | | Telephone: (415) 956-1000 <br> Facsimile: (415) 956-1008 |
| 19 | | ecabraser@lchb.com <br> rheimann@lchb.com |
| 20 | | efastiff@lchb.com <br> bglackin@lchb.com |
| 21 | | dharvey@lchb.com <br> lchan@lchb.com |
| 22 | | aklamann@lchb.com |
| 23 | | |
| 24 | DATED: January 6, 2017 | COTCHETT, PITRE & McCARTHY, LLP |
| 25 | | By:   s/ Steven N. Williams  <br>          STEVEN N. WILLIAMS |
| 26 | | |
| 27 | | Joseph W. Cotchett (SBN 36324) <br> Nancy L. Fineman (SBN 124870) |
| 28 | | Demetrius X. Lambrinos (SBN 246027) |

REV. STIP. AND ORDER RE VACATING AND RESETTING  
HEARING DATE – Case No. 4:13-md-02420-YGR

- 2 -

|   |   |
|---|---|
|   | Joyce Chang (SBN 300780)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>nfineman@cpmlegal.com<br>swilliams@cpmlegal.com<br>dlambrinos@cpmlegal.com<br>jchang@cpmlegal.com<br><br>***Interim Co-Lead Class Counsel***<br>***For Indirect Purchaser Plaintiffs*** |
| DATED: January 6, 2017 | EIMER STAHL LLP<br><br>By:   s/ Nathan P. Eimer<br>        NATHAN P. EIMER<br><br>Arin C. Aragona<br>Vanessa G. Jacobsen<br>224 South Michigan Avenue, Suite 1100<br>Chicago, IL 60604<br>neimer@eimerstahl.com<br>aaragona@eimerstahl.com<br>vjacobsen@eimerstahl.com<br>Counsel for Defendants LG Chem, Ltd. & LG Chem America, Inc.<br><br>***Counsel for LG Chem, Ltd. and***<br>***LG Chem America, Inc.*** |

\*   \*   \*

## ORDER

The hearing date for IPPs' unopposed Motion for Preliminary Approval of Class Action Settlement with LG Chem shall be reset for Tuesday, **February 28, 2017, at 2:00 p.m.**

**IT IS SO ORDERED.**

DATED:   January 6, 2017

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

REV. STIP. AND ORDER RE VACATING AND RESETTING
HEARING DATE – Case No. 4:13-md-02420-YGR

- 3 -