Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
Jungmin Lee (*pro hac vice*)
jlee@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for Defendants LG Chem Ltd.
and LG Chem America, Inc.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420-YGR (DMR)<br>MDL No. 2420 |
| This Document Relates to:<br>INDIRECT PURCHASER ACTIONS | **UNOPPOSED ADMINISTRATIVE MOTION OF DEFENDANTS LG CHEM, LTD. AND LG CHEM AMERICA, INC. FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF IPPs' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Before:    Hon. Yvonne Gonzalez Rogers<br>Courtroom: Courtroom 1, 4th Floor |

Pursuant to Civil Local Rules 7-3(d) and 7-11, Defendants LG Chem, Ltd. and LG Chem America, Inc. (collectively, "LG Chem") submit this administrative motion for leave to file a supplemental memorandum and exhibit in support of Indirect Purchaser Plaintiffs' ("IPPs'") Motion for Preliminary Approval of Class Action Settlement with LG Chem ("Motion for Preliminary Approval"), ECF No. 1652.

At the hearing on the Motion for Preliminary Approval on February 28, 2017, the Court asked several questions about whether it could rule on final approval of the proposed settlement before ascertaining the number of class members who would make claims against the settlement fund. LG Chem therefore requests leave of the Court to file the attached Supplemental Memorandum of Law and the attached Exhibit A to the Supplemental Memorandum of Law, which address the Court's questions.

Pursuant to Civil Local Rule 7-11(a), LG Chem and IPPs have entered into a stipulation pursuant to Civil Local Rule 7-12 that this administrative motion should be granted. Accordingly, LG Chem respectfully requests that the Court grant leave to file the attached Supplemental Memorandum of Law and Exhibit thereto.

Dated: March 9, 2017                     EIMER STAHL LLP

By: /s/ *Vanessa G. Jacobsen*

Nathan P. Eimer (*pro hac vice*)
neimer@eimerstahl.com
Vanessa G. Jacobsen (*pro hac vice*)
vjacobsen@eimerstahl.com
Brian Y. Chang (CA Bar No. 287757)
bchang@eimerstahl.com
Jungmin Lee (*pro hac vice*)
jlee@eimerstahl.com
EIMER STAHL LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718

*Attorneys for Defendants LG Chem Ltd. and LG Chem America, Inc.*

1

# CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the CM/ECF participants registered as counsel of record in this action.

/s/ *Vanessa G. Jacobsen*
Vanessa G. Jacobsen
EIMER STAHL LLP
224 S. Michigan Ave., Ste. 1100
Chicago, IL 60604
Phone: (312) 660-7600
Fax: (312) 692-1718
Email: vjacobsen@eimerstahl.com

*Attorney for Defendants LG Chem, Ltd. and LG Chem America, Inc.*

2

UNOPPOSED ADMINISTRATIVE MOTION OF DEFENDANTS LG CHEM, LTD. AND LG CHEM AMERICA, INC. FOR LEAVE TO FILE A SUPPLEMENTAL MEMORANDUM IN SUPPORT OF IPPS' MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT – Case No. 4:13-md-02420 YGR (DMR)