Exhibit A:  Recent Antitrust Class Settlements in the U.S. District Court for the Northern District of California

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| In re Static Random Access Memory (SRAM) Antitrust Litigation<br><br>No. 4:07-md-01819-CW (N.D. Cal.) | DPPs | Etron<br><br>Hynix<br><br>ISSI<br><br>Micron<br><br>NEC<br><br>Renesas-Hitachi-Mitsubishi<br><br>Toshiba | 3/19/2010<br>(ECF No. 972) | 7/2/2010<br>(ECF No. 1021) | 11/17/2011<br>(ECF No. 1425) | 3/2/2012<br>(ECF No. 1425) |
| SRAM | DPPs | Cypress<br><br>Samsung | 3/28/2011<br>(ECF No. 1345) | 6/30/2011<br>(ECF No. 1371) | 11/17/2011<br>(ECF No. 1425) | 3/2/2012<br>(ECF No. 1425) |
| SRAM | IPPs | Etron<br><br>Hynix<br><br>Micron<br><br>NEC<br><br>Renesas-Hitachi-Mitsubishi<br><br>Toshiba | 6/3/2010<br>(ECF No. 1003)<br><br>Amended 6/10/2010<br>(ECF Nos. 1011, 1013) | 10/16/2010<br>(ECF No. 1141) | 6/1/2011<br>(ECF No. 1421) | 10/24/2011<br>(ECF No. 1421) |
| SRAM | IPPs | Samsung | 2/11/2011<br>(ECF No. 1324) | 10/14/2011<br>(ECF No. 1408) | 6/1/2011<br>(ECF No. 1421) | 10/24/2011<br>(ECF No. 1421) |
| SRAM | IPPs | Cypress | 3/11/2011<br>(ECF No. 1329) | 10/14/2011<br>(ECF No. 1408) | 6/1/2011<br>(ECF No. 1421) | 10/24/2011<br>(ECF No. 1421) |

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| In re Dynamic Random Access Memory (DRAM) Antitrust Litigation<br><br>No. 4:02-md-01486-PJH | DPPs | Infineon<br><br>Samsung | 5/12/2006<br>(ECF No. 1486) | 11/1/2006<br>(ECF No. 1148) | 10/22–25/2007<br>(ECF No. 2003) | 12/31/2007<br>(ECF No. 2003) |
| DRAM | DPPs | Hynix | 5/17/2006<br>(ECF No. 873) | 11/1/2006<br>(ECF No. 1148) | 10/22–25/2007<br>(ECF No. 2003) | 12/31/2007<br>(ECF No. 2003) |
| DRAM | DPPs | Elpida<br><br>NEC | 1/10/2007<br>(ECF No. 1272) | 4/18/2007<br>(ECF Nos. 1533, 1534) | 10/22–25/2007<br>(ECF No. 2003) | 12/31/2007<br>(ECF No. 2003) |
| DRAM | DPPs | Micron<br><br>Winbond | 2/14/2007<br>(ECF No. 1314) | 4/18/2007<br>(ECF Nos. 1535, 1536) | 10/22–25/2007<br>(ECF No. 2003) | 12/31/2007<br>(ECF No. 2003) |
| DRAM | DPPs | Mosel<br><br>Nanya | 5/16/2007<br>(ECF No. 1543) | 8/1/2007<br>(ECF Nos. 1662, 1663, 1664) | 10/22–25/2007<br>(ECF No. 2003) | 12/31/2007<br>(ECF No. 2003) |
| DRAM | DPPs | Mitsubishi<br><br>Hitachi<br><br>Toshiba | 5/12/2010<br>(ECF No. 2039) | 10/27/2010<br>(ECF No. 2093) | 6/23/2010<br>(ECF No. 2194-2) | 12/3/2010<br>(ECF No. 2194-2) |
| DRAM | IPPs | Micron<br><br>Elpida<br><br>NEC<br><br>Toshiba<br><br>Hitachi<br><br>Mitsubishi | 1/15/2014<br>(ECF No. 2171) | 6/27/2014<br>(ECF No. 2235) | | 8/1/2014<br>(ECF No. 2273) |

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| | | Mosel<br><br>Infineon<br><br>Hynix<br><br>Nanya<br><br>Samsung | | | | |
| In re TFT-LCD (Flat Panel) Antitrust Litigation<br><br>No. 3:07-md-1827-SI | DPPs | Chunghwa Picture Tubes | 4/14/2010<br>(ECF No. 1686) | 2/18/2011<br>(ECF No. 2475) | 3/13/2012<br>(ECF No. 8019) | 4/5/2012<br>(ECF No. 8019) |
| TFT-LCD | DPPs | Epson | 10/6/2010<br>(ECF No. 2077) | 2/18/2011<br>(ECF No. 2476) | 3/13/2012<br>(ECF No. 8019) | 4/5/2012<br>(ECF No. 8019) |
| TFT-LCD | DPPs | Chimei<br><br>Hannstar<br><br>Hitachi<br><br>LG Display<br><br>Mitsui<br><br>Samsung<br><br>Sanyo<br><br>Sharp | 10/4/2011<br>(ECF No. 3817) | 12/27/2011<br>(ECF No. 4438) | 3/13/2012<br>(ECF No. 8019) | 4/5/2012<br>(ECF No. 8019) |
| TFT-LCD | DPPs | AU Optronics | 8/10/2012<br>(ECF No. 6437) | 12/18/2012<br>(ECF No. 7373) | 3/13/2012<br>(ECF No. 8019) | 4/5/2012<br>(ECF No. 8019) |
| TFT-LCD | DPPs | Toshiba | 10/15/2012<br>(ECF No. 6984) | 12/18/2012<br>(ECF No. 7372) | 3/13/2012<br>(ECF No. 8019) | 4/5/2012<br>(ECF No. 8019) |

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| TFT-LCD | IPPs | Chimei<br><br>Chunghwa<br><br>Epson<br><br>Hannstar<br><br>Hitachi<br><br>Samsung<br><br>Sharp | 1/26/2012<br>(ECF No. 4688) | 7/11/2012<br>(ECF No. 6130) | Online<br>(ECF No. 9217-1) | 10/6/2014<br>(ECF No. 9273) |
| TFT-LCD | IPPs | AU Optronics<br><br>LG Display<br><br>Toshiba | 7/31/2012<br>(ECF No. 6311) | 3/29/2013<br>(ECF No. 7685) | Online<br>(ECF No. 9217-1) | 10/6/2014<br>(ECF No. 9273) |
| In re Cathode Ray Tube (CRT) Antitrust Litigation<br><br>No. 3:07-cv-05944-JST (N.D. Cal.) | DPPs | Chunghwa Picture Tubes<br><br>Philips | 5/3/2012<br>(ECF No. 1179) | 10/22/2012<br>(ECF No. 1412) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |
| CRT | DPPs | Panasonic | 8/27/2012<br>(ECF No. 1333) | 12/27/2012<br>(ECF No. 1508) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |
| CRT | DPPs | LGE | 11/13/2012<br>(ECF No. 1441) | 4/1/2013<br>(ECF No. 1621) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |
| CRT | DPPs | Toshiba | 3/18/2013<br>(ECF No. 1603) | 7/23/2013<br>(ECF No. 1791) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |
| CRT | DPPs | Hitachi | 1/8/2014<br>(ECF No. 2311) | 7/22/2015<br>(ECF No. 3931) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |
| CRT | DPPs | SDI | 4/14/2014<br>(ECF No. 2534) | 7/22/2015<br>(ECF No. 3931) | 9/11/2015<br>(ECF No. 4114) | 12/10/2015<br>(ECF No. 4114-2) |

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| CRT | DPPs | Thomson / TDA | 6/12/2015 (ECF No. 3872) | 12/17/2015 (ECF No. 4260) | 9/11/2015 (ECF No. 4114) | 12/10/2015 (ECF No. 4114-2) |
| CRT | DPPs | Mitsubishi | 2/13/2017 (ECF No. 5116) | n/a | 9/11/2015 (ECF No. 4114) | 12/10/2015 (ECF No. 4114-2) |
| CRT | IPPs | Chunghwa Picture Tubes | 8/9/2011 (ECF No. 991) | 3/22/2012 (ECF No. 1105) | 7/29/2016, 8/1/2016 (ECF No. 4953-1) | 11/29/2016 (ECF No. 4953-2) |
| CRT | IPPs | LGE | 12/9/2013 (ECF No. 2248) | 4/18/2014 (ECF No. 2542) | 8/7/2015 (ECF No. 4371-5) | 12/7/2015 (ECF No. 4371-5) |
| CRT | IPPs | Philips Panasonic Hitachi Toshiba SDI Thomson / TDA | 7/9/2015 (ECF No. 3906) | 7/7/2016 (ECF No. 4712) | 8/7/2015 (ECF No. 4371-5) | 12/7/2015 (ECF No. 4371-5) |
| In re Optical Disk Drive (ODD) Products Antitrust Litigation No. 3:10-md-02143-RS | DPPs | HLDS | 3/22/2013 (ECF No. 798) | 9/23/2013 (ECF No. 1006) | 3/23/2015 (ECF No. 1532) | 6/22/2015 (ECF No. 1532) |
| ODD | DPPs | Panasonic | 11/1/2013 (ECF No. 1052) | 5/15/2014 (ECF No. 1266) | 3/23/2015 (ECF No. 1532) | 6/22/2015 (ECF No. 1532) |
| ODD | DPPs | NEC Corp. | 4/25/2014 (ECF No. 1221) | 8/14/2014 (ECF No. 1389) | 3/23/2015 (ECF No. 1532) | 6/22/2015 (ECF No. 1532) |

| Case | Plaintiffs | Defendants | Preliminary Approval Date | Final Approval Date | Claims Notices Mailed | Due Date for Claims |
|---|---|---|---|---|---|---|
| ODD | DPPs | BenQ<br>Pioneer<br>PLDS<br>QSI<br>Sony<br>TEAC<br>Toshiba/Samsung | 12/15/2015<br>(ECF No. 1758) | 4/14/2016<br>(ECF No. 1842) | 1/7/2016<br>(ECF No. 1825) | 3/7/2016<br>(ECF No. 1824) |
| ODD | IPPs | Panasonic<br>NEC Corp.<br>Sony<br>HLDS | 7/21/2016<br>(ECF No. 1916) | 12/19/2016<br>(ECF No. 2133) | Website<br>(ECF No. 1994) | 7/1/2017<br>(ECF No. 1994-12) |