Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steven N. Williams (175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>SUPPLEMENTAL SUBMISSON CONCERNING PRELIMINARY APPROVAL OF LG CHEM, HITACHI MAXELL, AND NEC SETTLEMENTS<br><br>Date: March 14, 2017<br>Time: 2:00 p.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Location: Courtroom 1- 4th Floor<br><br>DATE ACTION FILED: Oct. 3, 2012 |
| This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

010330-11 942287 V1

Indirect Purchaser Plaintiffs (IPPs) herein provide updated information regarding their motions for preliminary approval of class action settlements with Defendants Hitachi Maxell, Ltd. and Maxell Corporation of America (collectively, Hitachi Maxell), NEC Corporation (NEC), and LG Chem, Ltd. and LG Chem America, Inc. (collectively, LG Chem).

IPPs submit both an updated Long-Form Notice of Settlement and an updated Summary Notice of Settlement.  A *redlined* version of the Long-Form Notice, which shows the changes made since the hearing on February 28, 2017 regarding the motions for preliminary approval, is attached as Exhibit 1 to the Supplemental Declaration of Jeff D. Friedman in Support of Motions for Preliminary Approval of Settlements with  LG Chem, Hitachi Maxell, and NEC Corporation (Friedman Declaration), submitted concurrently herewith.[1] A *clean* version of the updated Long-Form Notice without redlines is attached as Exhibit 2. A *redlined* version of the Summary Notice, which shows the changes made since the February 28, 2017 hearing, is attached as Exhibit 3.  A *clean* version of the Summary Notice without redlines is attached as Exhibit 4.

The revised notices explain, among other things, that IPPs may distribute the settlement funds electronically, using a third party company experienced in electronic payments. Electronic distribution of funds can be effectuated using a Class Member's e-mail address and does away with the need for mailing addresses and the costs associated with printing and postage for hundreds of thousands – or even millions – of mailed check payments, by using an electronic payment platform. In addition to greater efficiencies (translating to higher potential payouts to eligible class members), electronic payment can also potentially increase the number of class members who actually receive settlements funds.

In addition to the modification in the proposed forms of notice to alert Class Members of the potential for electronic payment, the Proposed Order has also been modified so that the Court may approve using Sipree, Inc. as a third party administrator to help facilitate notice and execute an electronic payment plan.

---

[1] Unless otherwise noted, all references to "Exhibit" refer to exhibits to the Friedman Declaration.

1  Finally, pursuant to the Court's request, IPPs have submitted one consolidated [Proposed] Order Granting IPPs' Motions for Preliminary Approval of Settlements with Hitachi Maxell, NEC, and LG Chem. Like with the modified notices, IPPs submit *redlined* and *clean* versions of the proposed order so that the Court can more easily see the changes that have been made since the February 28, 2017 hearing. The redlined version of the Proposed Order is attached as <u>Exhibit 5</u> to the Friedman Declaration. The clean version is submitted concurrently herewith as a standalone Proposed Order.

DATED:  March 9, 2017                HAGENS BERMAN SOBOL SHAPIRO LLP


By        s/ Jeff D. Friedman
              JEFF D. FRIEDMAN

Steve W. Berman (*pro hac vice*)
Shana E. Scarlett (217895)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

DATED: March 9, 2017                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP


By        s/ Brendan P. Glackin
              BRENDAN P. GLACKIN

Elizabeth J. Cabraser (SBN 083151)
Richard M. Heimann (SBN 63607)
Eric B. Fastiff (SBN 182260)
Dean M. Harvey (SBN 250298)
Lin Y. Chan (SBN 255027)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
rheimann@lchb.com
efastiff@lchb.com
bglackin@lchb.com
dharvey@lchb.com
lchan@lchb.com

| | |
|---|---|
| DATED: March 9, 2017 | COTCHETT, PITRE & McCARTHY, LLP |
| | By     s/ Steven N. Williams<br>        STEVEN N. WILLIAMS |

Joseph W. Cotchett (SBN 36324)
Nancy L. Fineman (SBN 124870)
Demetrius X. Lambrinos (SBN 246027)
Joyce Chang (SBN 300780)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
nfineman@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
jchang@cpmlegal.com

***Interim Co-Lead Class Counsel***
***For Indirect Purchaser Plaintiffs***

SUPP. SUBMISSON RE PRELIM. APPROVAL OF LG CHEM, HITACHI MAXELL, & NEC SETTLEMENTS– Case No. 4:13-md-02420-YGR
010330-11  942287 V1

- 3 -