Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steven N. Williams (175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420 |
| This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | SUPPLEMENTAL DECLARATION OF JEFF D. FRIEDMAN IN SUPPORT OF MOTIONS FOR PRELIMINARY APPROVAL OF SETTLEMENTS WITH LG CHEM, HITACHI MAXELL, AND NEC CORPORATION<br><br>Date:  March 14, 2017<br>Time:  2:00 p.m.<br>Dept:  Courtroom 1, 4th Floor<br>Judge: Hon. Yvonne Gonzalez Rogers<br><br>DATE ACTION FILED: Oct. 3, 2012 |

010330-11 941341 V1

I, JEFF D. FRIEDMAN, declare as follows:

1. I am an attorney duly licensed to practice before all of the courts of the State of California in the above-titled litigation. I am a partner with the law firm of Hagens Berman Sobol Shapiro LLP, counsel of record, alongside Cotchett, Pitre & McCarthy, LLP, and Lieff, Cabraser, Heimann & Bernstein LLP, for the indirect purchaser plaintiffs (IPPs) in the above-titled action. Based on personal knowledge or discussions with counsel in my firm and the other counsel of record in this case of the matters stated herein, if called upon, I could and would competently testify thereto.

2. Pursuant to the directions of the Court at the February 28, 2017 hearing regarding the motions for preliminary approval of the settlements with Defendants Hitachi Maxell, Ltd. and Maxell Corporation of America (collectively, Hitachi Maxell), NEC Corporation (NEC), and LG Chem, Ltd. and LG Chem America, Inc. (collectively, LG Chem), IPPs have modified the proposed Long-Form Notice about these settlements, the proposed Summary Notice, and the [Proposed] Order Granting Preliminary Approval of Settlements with Hitachi Maxell, NEC, and LG Chem.

3. Attached hereto are true and correct copies of the following exhibits:

Exhibit 1: *Redlined* Version of Long-Form Notice of IPPs' Settlements with LG Chem, Hitachi Maxell, and NEC, which shows the changes to that notice since the February 28, 2017 hearing;

Exhibit 2: *Clean* Version of Long-Form Notice of IPPs' Settlements with LG Chem, Hitachi Maxell, and NEC;

Exhibit 3: *Redlined* Version of Summary Notice of IPPs' Settlements with LG Chem, Hitachi Maxell, and NEC, which shows the changes to that notice since the February 28, 2017 hearing;

Exhibit 4: *Clean* Version of Summary Notice of IPPs' Settlements with LG Chem, Hitachi Maxell, and NEC; and

Exhibit 5: *Redlined* Version of [Proposed] Order Granting IPPs' Motions for Preliminary Approval of Settlements with Hitachi Maxell, NEC, and LG Chem, which shows the changes to the proposed Order since the February 28, 2017 hearing. The clean version of the proposed order has been submitted concurrently herewith as a standalone proposed order.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct. Executed this 9th day of March, 2017, at Berkeley, California.

                                                           s/ Jeff D. Friedman  
                                                        JEFF D. FRIEDMAN