1

2

3

4

5

6

7

8

9

10

11

12

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | Case No. 13-MD-02420 YGR (DMR) |
| | MDL NO. 2420 |
| | |
| | **JUDGMENT OF DISMISSAL WITH PREJUDICE AS TO SONY DEFENDANTS** |
| **This Document Relates to:** | |
| **ALL INDIRECT PURCHASER ACTIONS** | |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2       Indirect Purchaser Plaintiffs ("IPPs") and Interim Co-Lead Counsel have presented this

3  matter before the Court to determine whether there is any cause not to approve the proposed

4  settlement between IPPs and Sony Corporation, Sony Energy Devices Corporation, and Sony

5  Electronics Inc.[1] ("Sony Settlement" or "Settlement").

6       The Court, having carefully considering all papers filed and proceedings held herein,

7  including IPPs' Motions for Preliminary and Final Approval of the Class Action Settlement With

8  Sony; the objections filed by Christopher Andrews, Kenya Brading, Vincent Lucas, Timothy

9  Madden, Gordon Morgan, Sam A. Miorelli, and Patrick Sweeney; IPPs' omnibus response to

10  those objections; and the statements of counsel and the parties, and otherwise being fully

11  informed, has determined as follows:  (a) IPPs' Motion for Final Approval of the Sony Settlement

12  should be granted; (b) IPPs' claims against Sony should be dismissed with prejudice; (c) the class

13  claims and notice period shall run simultaneously with the claims period for the IPPs' settlements

14  with the LG Chem, Hitachi Maxell, and NEC defendants, and (d) IPPs' plan of distribution should

15  be approved.  This Court further finds that that there is no just reason for delay of the entry of

16  Final Judgment.

17       Accordingly, the Court directs entry of Final Judgment, which shall constitute a final

18  adjudication of this case on the merits as to the parties to the Sony Settlement.

19       Good cause appearing therefore, it is:

20       **ORDERED, ADJUDGED, AND DECREED THAT:**

21       1.      The Court has jurisdiction over the subject matter of this litigation, the Actions

22  within this litigation, and the parties to the Sony Settlement, including all members of the

23  Settlement Classes and Sony.

24

25

26   [1]  Collectively, "Sony" or "Sony Defendants."

27

28
                                                        JUDGMENT OF DISMISSAL WITH PREJUDICE
                                                                          AS TO SONY DEFENDANTS
                                                                      CASE NO. 13-MD-02420 YGR (DMR)

                                          1

1    2.    For purposes of this Judgment, except as otherwise set forth herein, the Court

2  adopts and incorporates the definitions contained in the Sony Settlement, attached hereto as

3  Exhibit 1.

4    3.    Those persons/entities identified in the list attached hereto as Exhibit 2 are validly

5  excluded from the Class.  Such persons/entities are not included in or bound by this Judgment.

6  Such persons/entities are not entitled to any recovery of the settlement proceeds obtained in

7  connection with the Sony Settlement.

8    4.    The Court hereby grants IPPs' Motion for Final Approval of the Sony Settlement,

9  and finds that the Sony Settlement is, in all respects, fair, reasonable, and adequate to the

10  Settlement Classes pursuant to Rule 23 of the Federal Rules of Civil Procedure ("FCRP").

11    5.    The Court hereby dismisses on the merits and with prejudice IPPs' claims against

12  Sony, with each party to bear their own costs and attorneys' fees, except as provided in the Sony

13  Settlement.

14    6.    The Court hereby approves IPPs' plan of distribution.

15    7.    All persons and entities who are Releasors under the terms of the Sony Settlement

16  are hereby barred and enjoined from commencing, prosecuting, or continuing, either directly or

17  indirectly, any claim against the Sony Releasees in this or any other jurisdiction arising out of, or

18  related to, any of the Released Claims.  *See* Exhibit 1 at A. 1(z), (aa), and (bb).

19    8.    The Sony Releasees are hereby and forever released from all Released Claims as

20  defined in the Sony Settlement.  *Id*.

21    9.    Without affecting the finality of this Judgment in any way, this Court hereby

22  retains continuing jurisdiction over: (a) implementation of the Sony Settlement and any

23  distribution to the Settlement Classes pursuant to further orders of this Court; (b) disposition of the

24  Gross Settlement Fund; (c) hearing and determining applications by IPPs for attorneys' fees, costs,

25  expenses, and interest; (d) the Actions, until the Final Judgment has become effective and each

26  and every act agreed to be performed by the parties under the terms of the Sony Settlement have

27  been performed; (e) hearing and ruling on any matters relating to the plan of allocation of Sony

28

JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO SONY DEFENDANTS
CASE NO. 13-MD-02420 YGR (DMR)

2

1  Settlement proceeds; and (f) the parties to the Sony Settlement for the purpose of enforcing and

2  administering the Settlement, and the mutual releases contemplated by, or executed in connection

3  with, the Settlement.

4          10.     The Court finds, pursuant to FRCP Rules 54(a) and (b), that Final Judgment should

5  be entered, and further finds that there is no just reason for delay in the entry of Final Judgment, as

6  to the parties to the Sony Settlement.  Accordingly, the Clerk is hereby directed to enter Final

7  Judgment forthwith for Sony.

8          **IT IS SO ORDERED.**
   Dated: March 20, 2017

9

10         _____
           Hon. Yvonne Gonzalez Rogers
               United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JUDGMENT OF DISMISSAL WITH PREJUDICE
AS TO SONY DEFENDANTS
CASE NO. 13-MD-02420 YGR (DMR)