# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*Microsoft Mobile, Inc. et al. v. LG Chem America Inc. et al.* | Case No. 4:13-md-02420-YGR (MDL)<br><br>Case No. 4:15-cv-03443-YGR<br><br>**ORDER APPROVING STIPULATION TO STAY PENDING ARBITRATION BETWEEN MICROSOFT MOBILE AND SAMSUNG SDI**<br><br>**MDL Dkt. No. 1824** |

      Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy (together "Microsoft Mobile") and Defendants Samsung SDI Co., Ltd. ("Samsung SDI") and Samsung SDI America, Inc., by and through their undersigned counsel, stipulate and agree as follows:

      WHEREAS, on June 26, 2015, Microsoft Mobile filed a complaint in this action against Samsung SDI, Samsung SDI America, Inc., and others, seeking "only . . . damages related to Lithium Ion Batteries shipped by Defendants to the United States" ("US Claims"). *See* Case No. 4:15-cv-03443-YGR, ECF No. 1, ¶ 5;

      WHEREAS, on April 20, 2017, Microsoft Mobile commenced an arbitration proceeding against Samsung SDI in Finland (FAI 28/2017), seeking "the resolution of all of its claims arising out of or relating to Nokia's global purchases of Batteries, save for the US purchases of Batteries, against Samsung SDI" ("Non-US Claims"). *See* Case No. 4:15-cv-03443-YGR, ECF No. 63-2, ¶ 26;

      WHEREAS, on May 5, 2017, Samsung SDI filed a Motion to Stay the Action Pending Arbitration seeking an order "staying [Microsoft Mobile's] complaint against SDI in its entirety"

pending an arbitration proceeding that Microsoft Mobile "commenced against SDI in Finland . . . on April 20, 2017." *See* Case No. 4:15-cv-03443-YGR, ECF No. 62, p. 1;

WHEREAS, Microsoft Mobile's US Claims are not currently in the arbitration in Finland, Samsung SDI is asking the court to compel Microsoft Mobile to arbitrate the US claims in Finland;

WHEREAS, Microsoft Mobile has previously argued to this Court that Microsoft Mobile's joint and several claims against Defendants Sanyo, Panasonic and Sony should remain in this Court despite the Arbitration provision (Case No. 4:15-cv-03443-YGR, ECF Nos. 20, 40), and the Court disagreed. Case No. 4:15-cv-03443-YGR, ECF Nos. 29, 52;

WHEREAS, the parties have since met and conferred, and given the prior rulings of this Court, Microsoft Mobile has agreed that it will not contest Samsung SDI's Motion to Stay the Action Pending Arbitration, which will compel Microsoft Mobile to arbitrate its US Claims in Finland;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by Microsoft Mobile and Samsung SDI, through their respective counsel of record, that Microsoft Mobile's US Claims against Samsung SDI, which are currently pending in this Court, shall be stayed pending the arbitration of Microsoft Mobile's US Claims in Finland.

**IT IS SO STIPULATED THIS 1ST DAY OF JUNE, 2017.**

| | |
|---|---|
| */s/ Jacob S. Pultman* | */s/ B. Parker Miller* |
| Michael S. Feldberg (*pro hac vice*) | James C. Grant (*pro hac vice*) |
| michael.feldberg@allenovery.com | Valarie C. Williams (*pro hac vice*) |
| Jacob S. Pultman (*pro hac vice*) | B. Parker Miller (*pro hac vice*) |
| jacob.pultman@allenovery.com | Alexander G. Brown (appearing *pro hac vice*) |
| Bradley S. Pensyl (*pro hac vice*) | ALSTON & BIRD LLP |
| bradley.pensyl@allenovery.com | 1201 West Peachtree Street |
| ALLEN & OVERY LLP | Atlanta, GA 30309 |
| 1221 Avenue of the Americas | (404) 881-7000 (T) |
| New York, NY 10020 | (404) 881-7777 (F) |
| (212) 610-6300 | jim.grant@alston.com |
| | valarie.williams@alston.com |
| John Roberti (*pro hac vice*) | parker.miller@alston.com |
| john.roberti@allenovery.com | alex.brown@alston.com |
| ALLEN & OVERY LLP | |
| | Ryan W. Koppelman |

| | |
|---|---|
| 1101 New York Avenue, NW<br>Washington, DC 20005<br>Telephone: 202-683-3800<br>Facsimile: 202-683-3999<br><br>*Attorneys for Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc.* | ALSTON & BIRD LLP<br>190 University Avenue, 5th Floor<br>East Palo Alto, CA 94303-2282<br>(650) 838-2000 (T)<br>(650) 838-2001 (F)<br>ryan.koppelman@alston.com<br><br>*Attorneys for Plaintiffs Microsoft Mobile Inc. and Microsoft Mobile Oy* |

## **ORDER**

Pursuant to the stipulation of the parties, Microsoft Mobile's US Claims against Samsung SDI, which are currently pending in this Court, are **STAYED** pending the arbitration of Microsoft Mobile's US Claims in Finland.

**IT IS SO ORDERED**.

Dated: June 1, 2017

_____
Yvonne Gonzalez Rogers
United States District Judge