[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) <br><br> MDL No. 2420 <br><br> **STIPULATION AND [PROPOSED] ORDER RE SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING** <br><br> Hon. Yvonne Gonzalez Rogers |
| This Documents Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

1  WHEREAS, on July 19, 2017, the Court entered an Order Setting Schedule re: Renewed Class Certification, Pretrial, and Trial Dates (Dkt. No. 1873) (the "Order").

WHEREAS, the Order set a hearing on renewed class certification and *Daubert* motions for Friday, January 12, 2018 at 10:00 a.m.

WHEREAS, the parties filed a Stipulation and Proposed Order re Scheduling of Renewed Class Certification Hearing (Dkt. No. 1909), requesting modification of the renewed class certification hearing to January 17, 2018 at 10:00 a.m.

WHEREAS, the Court is not available on January 17, 2018, the parties conferred to find a mutually agreeable alternative date and were unable.

WHEREAS, the parties, by and through their undersigned counsel, hereby STIPULATE and agree as follows:

> The Stipulation and Proposed Order re Scheduling of Renewed Class Certification Hearing (Dkt. No. 1909) is withdrawn and the renewed class certification hearing will take place on Friday, January 12, 2018 at 10:00 a.m., as originally scheduled.

## [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____

HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

| | |
|---|---|
| WHITE & CASE LLP | WINSTON & STRAWN LLP |
| By  */s/ J. Frank Hogue*  <br>     J. FRANK HOGUE | By  */s/ Jeffrey L. Kessler*  <br>     JEFFREY L. KESSLER |
| Christopher M. Curran (*pro hac vice*)<br>701 Thirteenth Street, NW<br>Washington, DC 20005<br>Telephone: (202) 626-3600<br>Facsimile: (202) 639-9355<br>ccurran@whitecase.com<br>fhogue@whitecase.com<br><br>***Counsel for Toshiba Corporation*** | A. Paul Victor (*pro hac vice*)<br>Eva W. Cole (*pro hac vice*)<br>Jeffrey J. Amato (*pro hac vice*)<br>Cristina M. Fernandez (*pro hac vice*)<br>200 Park Avenue<br>New York, NY 10166-4193<br>Telephone: (212) 294-4601<br>Facsimile: (212) 294-4700<br>jkessler@winston.com<br>pvictor@winston.com<br>ewcole@winston.com<br>jamato@winston.com<br>cfernandez@winston.com<br><br>Ian L. Papendick (SBN 275648)<br>WINSTON & STRAWN LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 591-6904<br>Facsimile: (415) 591-1400<br>ipapendick@winston.com<br><br>Roxann E. Henry (*pro hac vice*)<br>MORRISON & FOERSTER LLP<br>2000 Pennsylvania Avenue, NW<br>Suite 6000<br>Washington, DC 20006<br>Telephone: (202) 887-1500<br>Facsimile: (202) 887-0763<br>rhenry@mofo.com<br><br>***Counsel for Panasonic Corporation,***<br>***Panasonic Corporation of North America,***<br>***SANYO Electric Co., Ltd., and***<br>***SANYO North America Corporation*** |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

- 2 -

| | |
|---|---|
| ALLEN & OVERY LLP<br><br>By */s/ John Roberti*_____<br>     JOHN ROBERTI<br><br>John Roberti  (*pro hac vice*)<br>Matthew R. Boucher (*pro hac vice*)<br>1101 New York Avenue NW<br>Washington, D.C. 20005<br>202-683-3800<br>john.roberti@allenovery.com<br>matthew.boucher@allenovery.com<br><br>Michael S. Feldberg (*pro hac vice*)<br>1221 Avenue of the Americas<br>New York, NY 10020<br>212-610-6360<br>michael.feldberg@allenovery.com<br><br>***Counsel for Defendants Samsung SDI Co., Ltd.  and Samsung SDI America, Inc.*** | GIBSON, DUNN & CRUTCHER LLP<br><br>By */s/ George A. Nicoud III*_____<br>     GEORGE A. NICOUD III<br><br>George A. Nicoud III (SBN 106111)<br>G. Charles Nierlich (SBN 196611)<br>Priyah Kaul (SBN 307956)<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105-0921<br>Telephone: (415) 393-8200<br>Facsimile: (415) 393-8306<br>tnicoud@gibsondunn.com<br>gnierlich@gibsondunn.com<br>pkaul@gibsondunn.com<br><br>***Counsel for TOKIN Corporation*** |

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

- 3 -

| | |
|---|---|
| HAGENS BERMAN SOBOL SHAPIRO LLP | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| By /s/ Shana E. Scarlett<br>     SHANA E. SCARLETT | By /s/ Lin Y. Chan<br>     LIN Y. CHAN |
| Jeff D. Friedman (SBN 173886)<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Telephone: (510) 725-3000<br>Facsimile: (510) 725-3001<br>jefff@hbsslaw.com<br>shanas@hbsslaw.com | Elizabeth J. Cabraser (SBN 83151)<br>Richard M. Heimann (SBN 63607)<br>Eric B. Fastiff (SBN 182260)<br>Dean M. Harvey (SBN 250298)<br>Lin Y. Chan (SBN 255027)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>ecabraser@lchb.com<br>rheimann@lchb.com<br>efastiff@lchb.com<br>bglackin@lchb.com<br>dharvey@lchb.com<br>lchan@lchb.com |
| Steve W. Berman (*pro hac vice*)<br>1918 Eighth Avenue, Suite 3300<br>Seattle, WA 98101<br>Telephone: (206) 623-7292<br>Facsimile: (206) 623-0594<br>steve@hbsslaw.com | |

By /s/ Steven N. Williams
     STEVEN N. WILLIAMS

Joseph W. Cotchett (SBN 36324)
Nancy L. Fineman (SBN 124870)
Demetrius X. Lambrinos (SBN 246027)
Joyce Chang (SBN 300780)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
nfineman@cpmlegal.com
swilliams@cpmlegal.com
dlambrinos@cpmlegal.com
jchang@cpmlegal.com

*Co-Lead Counsel for Indirect Purchaser Plaintiffs*

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

- 4 -

**E-FILING ATTESTATION**

I, Cristina M. Fernandez, am the ECF User whose ID and password are being used to file this document. In compliance with Civil Local Rule 5-1(i)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Cristina M. Fernandez*
CRISTINA M. FERNANDEZ

STIPULATION AND [PROPOSED] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR