[*Counsel listed on signature page*]

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>ORDER GRANTING STIPULATION ~~AND [PROPOSED]~~ ORDER RE SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING<br><br>Hon. Yvonne Gonzalez Rogers |
| This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | |

STIPULATION AND [~~PROPOSED~~] ORDER REGARDING SCHEDULING OF RENEWED CLASS CERTIFICATION HEARING
CASE NO. 4:13-md-02420-YGR

1    WHEREAS, on July 19, 2017, the Court entered an Order Setting Schedule re: Renewed

2    Class Certification, Pretrial, and Trial Dates (Dkt. No. 1873) (the "Order").

3    WHEREAS, the Order set a hearing on renewed class certification and *Daubert* motions for

4    Friday, January 12, 2018 at 10:00 a.m.

5    WHEREAS, the parties filed a Stipulation and Proposed Order re Scheduling of Renewed

6    Class Certification Hearing (Dkt. No. 1909), requesting modification of the renewed class

7    certification hearing to January 17, 2018 at 10:00 a.m.

8    WHEREAS, the Court is not available on January 17, 2018, the parties conferred to find a

9    mutually agreeable alternative date and were unable.

10   WHEREAS, the parties, by and through their undersigned counsel, hereby STIPULATE and

11   agree as follows:

12   The Stipulation and Proposed Order re Scheduling of Renewed Class Certification Hearing

13   (Dkt. No. 1909) is withdrawn and the renewed class certification hearing will take place on

14   Friday, January 12, 2018 at 10:00 a.m., as originally scheduled.

15

16

17   **[PROPOSED] ORDER**

18   PURSUANT TO STIPULATION, IT IS SO ORDERED. The hearing on the renewed class

19   certification motion will take place on January 12, 2018, at 10:00 a.m.
     This terminates Docket Nos. 1909 and 1948.

20   DATED:  September 13, 2017

21   _____
     HON. YVONNE GONZALEZ ROGERS

22   UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28   Stipulation and [Proposed] Order regarding Scheduling of Renewed Class Certification Hearing
     CASE NO. 4:13-md-02420-YGR