Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steven N. Williams (175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL INDIRECT PURCHASER ACTIONS | |
| | DATE ACTION FILED: Oct. 3, 2012 |

010330-11 988179 V1

Indirect Purchaser Plaintiffs (IPPs) bring this administrative motion pursuant to Civil Local Rule 7-11 and 79-5, to file under seal the following documents:

1. Indirect Purchaser Plaintiffs' Renewed Motion For Class Certification;
2. Supplemental Expert Report of Edward E. Leamer, Ph.D. and;
3. Exhibit 260 through Exhibit 273, and Exhibit 276 through Exhibit 280 to the Declaration of Shana E. Scarlett in Support of Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification.

The above documents contain information designated by defendants as "Confidential," or "Highly Confidential" under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order requires that information designated as confidential "qualify for protection under standards developed under Fed. R. Civ. P. 26(c)."[2] In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]

Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: September 26, 2017                HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/Shana E. Scarlett
     SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)
Jeff D. Friedman (173886)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com

---

[1] Stipulated Protective Order, May 17, 2013, ECF No. 193.

[2] *Id.*, ¶ 2.3.

[3] Fed. R. Civ. P. 26(c)(1)(G).

ADMINISTRATIVE MOTION TO FILE UNDER SEAL– No. 4:13-md-02420-YGR                -1-

010330-11 988179 V1

| | | |
|---|---|---|
| 1 | | shanas@hbsslaw.com |
| 2 | DATED: September 26, 2017 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | | By   s/ Brendan P. Glackin |
| | | BRENDAN P. GLACKIN |
| | | Elizabeth J. Cabraser (SBN 083151) |
| | | Lin Y. Chan (SBN 255027) |
| | | 275 Battery Street, 29th Floor |
| | | San Francisco, CA 94111-3339 |
| | | Telephone: (415) 956-1000 |
| | | Facsimile: (415) 956-1008 |
| | | ecabraser@lchb.com |
| | | bglackin@lchb.com |
| | | lchan@lchb.com |
| 10 | DATED: September 26, 2017 | COTCHETT, PITRE & McCARTHY, LLP |
| | | By   s/Steven N. Williams |
| | | STEVEN N. WILLIAMS |
| | | Joyce Chang (SBN 300780) |
| | | 840 Malcolm Road |
| | | Burlingame, CA 94010 |
| | | Telephone: (650) 697-6000 |
| | | Facsimile: (650) 697-0577 |
| | | swilliams@cpmlegal.com |
| | | jchang@cpmlegal.com |
| | | ***Interim Co-Lead Class Counsel*** |
| | | ***For Indirect Purchaser Plaintiffs*** |

ADMINISTRATIVE MOTION TO FILE UNDER SEAL– No. 4:13-md-02420-YGR

- 2 -

010330-11  988179 V1