# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| **Date:** October 3, 2017 | Time:2:21pm-3:20pm | **Judge:** YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.:** 13-md-02420-YGR | **Case Name:** In re Lithium Ion Batteries Antitrust Litigation | |

**Attorneys for   Indirect-Purchaser Plaintiffs:** Brendan Glackin, Lin Y. Chan, Shana Scarlett and Adam Zapala.
**Attorney for Defendants:** Nathan Eimer, Lindsey Vaala, Robert Pringle, Dana Cook-Milligan
**Attorney for Objector:** Michael F. Bednarz: Theodore H. Frank

[Present in courtroom for hearing:  Attorney Heather Burke for Defendant Toshiba]

**Deputy Clerk:** Frances Stone                    **Court Reporter:** Sarah Goekler

## PROCEEDINGS

Motion for Final Approval of Class Action Settlement with Hitachi Maxell, Nec and LG Chem Defendants by Indirect Purchaser Plaintiffs [Dkt. no. 1921]- HELD AND SUBMITTED

Motion for Attorney Fees by Indirect Purchaser Plaintiffs  [Dkt.  no. 1814]- HELD AND SUBMITTED