**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER DENYING MOTION OF NON-PARTY SIMPLO TECHNOLOGY USA LOGISTIC COMPANY, LTD. FOR STAY PENDING APPEAL** |

The Court, having reviewed non-party the motion of Simplo Technology USA Logistic Co. Ltd. for Administrative Relief to Stay Enforcement Pending Appeal (Dkt. No. 1994), and the opposition thereto, **DENIES** the motion for stay pending the appeal of this Court's Order (Dkt. No. 1992) and the Order of Magistrate Judge Donna Ryu (Dkt. No. 1968).

Magistrate Judge Ryu ordered that the data be produced on October 3, 2017, and that the parties meet and confer to get the Indirect Purchaser Plaintiffs the data as soon as possible thereafter. The Court **ORDERS** that the data be produced no later than **November 8, 2017**.

**IT IS SO ORDERED**.

Dated: November 1, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**