**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>-----------------------------------------<br>This Order relates to:<br><br>All Direct Purchaser Actions | Case No.: 13-MD-2420 YGR<br><br>**ORDER VACATING DATES AND SETTING COMPLIANCE RE: MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENTS** |

In light of the Notice of Settlements filed October 31, 2017 (Dkt. No. 2009), the Court **ORDERS** that:

1. All dates set in the DPP v. TOKIN (fka NEC TOKIN Corporation) action, including the September 10, 2018 trial date, are **VACATED**.

2. A compliance hearing shall be held on the Court's **9:01 a.m.** calendar on **Friday, December 1, 2017**, in Courtroom 1 of the United States Courthouse located at 1301 Clay Street in Oakland, California.

Five (5) business days prior to the date of the compliance hearing, the parties shall file either (a) their motion for preliminary approval of class settlement as to DPPs and defendants LG Chem, Ltd., LG Chem America, Inc., Samsung SDI Co. Ltd., Samsung SDI America, Inc., and TOKIN Corporation ("TOKIN"), formerly known as NEC TOKIN Corporation; or (b) a **JOINT STATEMENT** setting forth an explanation regarding the failure to comply. If compliance is complete, the parties need not appear and the compliance hearing will be taken off calendar.

**IT IS SO ORDERED**.

Dated: November 2, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**