UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) <br><br> MDL No. 2420 |
| This Documents Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | ORDER TO SHOW CAUSE WHY SIMPLO TECHNOLOGY USA LOGISTIC COMPANY LTD. SHOULD NOT BE HELD IN CIVIL CONTEMPT AND SANCTIONED <br><br><br> DATE ACTION FILED: Oct. 3, 2012 |

1    This matter comes before the Court on Indirect Purchaser Plaintiffs' (IPPs) Application for
2    Issuance of Order Directing Simplo Technology USA Logistic Company Ltd. (Simplo USA) to
3    Show Cause Why It Should Not be Held in Civil Contempt (the Application) for violation of this
4    Court's November 1, 2017 Order Denying Motion of Non-Party Simplo Technology USA Logistic
5    Company, Ltd. for Stay Pending Appeal (ECF No. 2012), which compelled production of the data
6    of Simplo Technology Co., Ltd. (Simplo Taiwan) by November 8, 2017.

Upon consideration of the Application, the papers submitted in support thereto, and good cause appearing, the Application is GRANTED.

IT IS ORDERED that Simplo USA shall show cause before the undersigned United States District Judge on November 21, 2017, at 9 : 00am in Courtroom 1 of the United States District Court located at 1301 Clay Street, Oakland, California 94612, why it should not be held in civil contempt of court due to violation of this Court's November 1, 2017 order denying Simplo USA's motion for stay pending appeal.

Simplo USA shall file a written response to this OSC no later than 5:00 p.m. on November 17, 2017. IPPs shall file a reply no later than 10:00 a.m. on November 20, 2017.

At the contempt proceeding, if the Court holds Simplo USA to be in civil contempt, the Court shall sanction Simplo USA for its contemptuous acts. Such sanctions may include ordering Simplo USA to pay daily fines until it complies with this Court's order, to pay compensatory damages to IPPs, and/or to pay IPPs' reasonable attorneys' fees and costs.

IT IS SO ORDERED.

DATED: November 15, 2017

_____
JUDGE YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE