# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>-------------------------------------------<br><br>This Order relates to the<br>Indirect Purchaser Plaintiffs | Case No. 4:13-md-02420-YGR (DMR)<br><br>**ORDER REQUIRING FURTHER SUBMISSIONS CONCERNING OSC RE: CONTEMPT**<br><br>Dkt. Nos. 1982, 2020, 2025 |

On November 15, 2017, this Court issued its Order to Show Cause why third party Simplo Technology USA Logistic Company Ltd. ("Simplo USA") should not be held in contempt for its refusal to comply with the Court's Order of November 1, 2017 Order Denying Simplo US's motion for stay pending appeal (Dkt No. 2012). Simplo USA filed a written response to the Order to Show Cause, and The Court heard oral argument on November 21, 2017. Based upon the discussion on the record, the Court **ORDERS** as follows:

1. Third party Simplo USA shall submit a declaration of counsel Helen Yang concerning her decision to file a motion to quash a subpoena directed to Simplo USA in the District of Wyoming rather than in this action, in light of the standards of professional conduct in the Northern District of California's Civil Local Rule 11-4 and its Guidelines for Professional Conduct.[1] (*See, e.g.*, Guidelines at ¶ 9 ("A lawyer should conduct discovery in a manner designed to ensure the timely, efficient, cost effective and just resolution of a dispute.").) Such declaration shall be filed no later than **November 28, 2017**.

2. A person with knowledge regarding production to date of the Simplo Taiwan data shall submit a declaration verifying the response to the requests for production and stating: when compilation of the responsive data was starte and by whom; the time incurred in compilation of the

---

[1] The Guidelines can be found on the Northern District website at:
https://www.cand.uscourts.gov/professional_conduct_guidelines.

responsive data provided to date; what responsive data was produced and what was responsive data was not produced; and why otherwise responsive data was not produced or does not exist. Such declaration shall be filed no later than **November 30, 2017**.

IPPs may file a motion for sanctions, limited in scope to issues after ruling by Magistrate Judge Ryu. IPPs Motion for Sanctions shall be filed by **December 1, 2017**. Simplo USA shall file its response no later than **December 15, 2017**. IPPs shall file their reply no later than **December 22, 2017**. Hearing on the motion will be set for **January 9, 2018, at 2:00 p.m**. in Courtroom 1.

The Court will determine whether the submissions are sufficient or whether an evidentiary hearing is necessary.

**IT IS SO ORDERED.**

Dated: November 21, 2017

**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**