# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br>--------------------------------------------<br>This Order relates to the<br>Indirect Purchaser Plaintiffs | Case No. 4:13-md-02420-YGR (DMR)<br><br>**ORDER EXTENDING CLAIMS DEADLINE**<br><br>(Dkt. No. 2003, 2026) |

The Court having reviewed the status report submitted by the Indirect Purchaser Plaintiffs ("IPPs") (Dkt. No. 2026) concerning the status of the claims process of the Class Action Settlements with the Hitachi Maxell, NEC Corporation, and LG Chem defendants, and good cause appearing, the Court **ORDERS** that:

1. The Claims Administrator shall extend the claims period for the settlements approved between IPPs and defendants Hitachi Maxell, NEC Corporation, LG Chem, and Sony to permit submission of claims up to and including **January 19, 2018**;

2. IPPs shall file an updated status report on **January 5, 2018**.

3. This matter is **SET** for a compliance hearing **January 12, 2018**, on the Court's 9:01 a.m. calendar. If the updated status report is filed timely, the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: November 21, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**