1  Elizabeth J. Cabraser (SBN 083151)
   LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
2  275 Battery Street, 29th Floor
   San Francisco, CA 94111-3339
3  Telephone: (415) 956-1000
   Facsimile: (415) 956-1008
4  ecabraser@lchb.com

5  Steven N. Williams (SBN 175489)
   COTCHETT, PITRE & McCARTHY, LLP
6  840 Malcolm Road
   Burlingame, CA 94010
7  Telephone: (650) 697-6000
   Facsimile: (650) 697-0577
8  swilliams@cpmlegal.com

9  Steve W. Berman (*pro hac vice*)
   HAGENS BERMAN SOBOL SHAPIRO LLP
10 715 Hearst Avenue, Suite 202
   Berkeley, CA 94710
11 Telephone: (510) 725-3000
   Facsimile: (510) 725-3001
12 steve@hbsslaw.com

13 *Indirect Purchaser Plaintiffs*
   *Interim Co-Lead Class Counsel*

14 [Additional Counsel Listed on Signature Page]

15

16                UNITED STATES DISTRICT COURT

17              NORTHERN DISTRICT OF CALIFORNIA

18                      OAKLAND DIVISION

19

| | |
|---|---|
| 20 **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | Case No. 13-MD-02420 YGR (DMR) |
| 21 | MDL NO. 2420 |
| 22 | |
| 23 | **INDIRECT PURCHASER PLAINTIFFS' NOTICE OF INTENTION TO SEAL DOCUMENTS** |
| 24 **This Document Relates to:** | |
| 25 **ALL INDIRECT PURCHASER ACTIONS** | Date:  January 12, 2018<br>Time:  10:00 a.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Court: Courtroom 1, 4th Floor |

27

28

INDIRECT PURCHASER PLAINTIFFS' NOTICE OF INTENTION TO SEAL DOCUMENTS;
Case No. 13-md-02420-YGR (DMR)

**TO THE COURT, THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to the Court's Order Granting Stipulation Regarding Administrative Motions to Seal Materials Filed in Connection with Renewed Motion for Class Certification and Related *Daubert* Motions ("Sealing Order") (ECF No. 1967), Indirect Purchaser Plaintiffs intend to submit the following documents under seal:

1. Indirect Purchaser Plaintiffs' Reply to Tokin Corporation's Opposition to Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification;

2. Exhibits 1 through 4 to the Declaration of Steven N. Williams in Support of Indirect Purchaser Plaintiffs' Reply to Tokin Corporation's Opposition to Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification.

The above documents refer to or contain information designated Confidential or Highly Confidential under the applicable protective order entered in this action. ECF. No. 1967. The permanent sealing of these documents will proceed according to the protocol described in the Sealing Order. *Id.*

Dated: November 21, 2017          Respectfully Submitted,

                                  COTCHETT, PITRE & MCCARTHY, LLP


                                  By:   /s/ Steven N. Williams
                                        Steven N. Williams

                                  Steven N. Williams (SBN 175489)
                                  Adam J. Zapala (SBN 245748)
                                  Joyce Chang (SNB 300780)
                                  COTCHETT, PITRE & McCARTHY, LLP
                                  840 Malcolm Road
                                  Burlingame, CA 94010
                                  Telephone: (650) 697-6000
                                  Facsimile: (650) 697-0577
                                  swilliams@cpmlegal.com
                                  azapala@cpmlegal.com
                                  jchang@cpmlegal.com

INDIRECT PURCHASER PLAINTIFFS' NOTICE OF INTENTION TO SEAL DOCUMENTS;
Case No. 13-md-02420-YGR (DMR)

| | | |
|---|---|---|
| 1 | Dated: November 21, 2017 | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |

By:   /s/ Brendan P. Glackin
          Brendan P. Glackin

Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (SBN 199643)
Lin Y. Chan (SBN 255027)
Abbye R. Klamann (SBN 311112)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
aklamann@lchb.com

Dated: November 21, 2017        HAGENS BERMAN SOBOL SHAPIRO LLP

By:   /s/ Shana E. Scarlett
          Shana E. Scarlett

Steve W. Berman (*pro hac vice*)
Jeff D. Friedman (SBN 173886)
Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

INDIRECT PURCHASER PLAINTIFFS' NOTICE OF INTENTION TO SEAL DOCUMENTS;
Case No. 13-md-02420-YGR (DMR)

2