Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steven N. Williams (SBN 175489)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-md-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>**INDIRECT PURCHASER PLAINTIFFS' NOTICE OF INTENTION TO SEAL DOCUMENTS**<br><br>Date: January 12, 2018<br>Time: 10:00 a.m.<br>Judge: Hon. Yvonne Gonzalez Rogers<br>Court: Courtroom 1, 4th Floor |

**TO THE COURT, THE CLERK, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT**, pursuant to the Court's Order Granting Stipulation Regarding Administrative Motions to Seal Materials Filed in Connection with Renewed Motion for Class Certification and Related *Daubert* Motions ("Sealing Order") (Oct. 3, 2017), ECF No. 1967, Indirect Purchaser Plaintiffs intend to submit the following documents under seal:

1. Indirect Purchaser Plaintiffs' Reply in Support of Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification;

2. Declaration of Edward E. Leamer, Ph.D., in Support of Reply in Support of Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification;

3. Indirect Purchaser Plaintiffs' Opposition to Defendants' Motion to Exclude the Proposed Expert Testimony of Dr. Edward E. Leamer; and

4. Exhibits 1-2 and 4-5 to the Declaration of Abbye R. Klamann in Support of Indirect Purchaser Plaintiffs' Reply in Support of Indirect Purchaser Plaintiffs' Renewed Motion for Class Certification and Opposition to Defendants' Motion to Exclude the Proposed Expert Testimony of Dr. Edward E. Leamer.

The above documents refer to or contain information designated Confidential or Highly Confidential under the applicable protective order entered in this action. The permanent sealing of these documents will proceed according to the protocol described in the Sealing Order.

| | | |
|---|---|---|
| Dated: November 21, 2017 | | Respectfully submitted, |
| | | LIEFF CABRASER HEIMANN & BERNSTEIN LLP |

By: */s/ Brendan P. Glackin*
      Brendan P. Glackin

Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (SBN 199643)
Lin Y. Chan (SBN 255027)
Abbye R. Klamann (SBN 311112)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
aklamann@lchb.com

Dated: November 21, 2017    HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
      Shana E. Scarlett

Steve W. Berman (*pro hac vice*)
Jeff D. Friedman (SBN 173886)
Shana E. Scarlett (SBN 217895)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com

1464566.2

- 2 -

IPPs' NOTICE OF INTENTION
TO SEAL DOCUMENTS
CASE NO. 13-MD-02420

| | | |
|---|---|---|
| Dated: November 21, 2017 | | COTCHETT, PITRE & MCCARTHY, LLP |

By:   */s/ Steven N. Williams*
      Steven N. Williams

Steven N. Williams (SBN 175489)
Joyce Chang (SNB 300780)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
swilliams@cpmlegal.com
jchang@cpmlegal.com

*Indirect Purchaser Plaintiffs
Interim Co-Lead Class Counsel*

**ATTESTATION**

I, Brendan P. Glackin, attest, pursuant to Northern District of California, Local Rule 5-1(i)(3), that concurrence in the filing of this document has been obtained from each of the signatories hereto.

By: */s/ Brendan P. Glackin*
      Brendan P. Glackin