# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **SEARS, ROEBUCK & CO., ET AL.,**<br><br>Plaintiffs,<br><br>vs.<br><br>**TOSHIBA CORPORATION, ET AL.,**<br><br>Defendants**.** | CASE NO. 17-cv-03672-YGR<br>*and related case 13-md-2420 YGR*<br><br>**ORDER DENYING MOTION OF TOSHIBA CORPORATION TO DISMISS COMPLAINT AS MOOT** |

The motion of Toshiba Corporation to dismiss the complaint of plaintiff Sears, Roebuck & Co., filed incorrectly on the MDL docket (13-md-2420 YGR) at Docket No. 2030, is **DENIED AS MOOT** in light of the filing of an amended complaint. (*See Sears v. Toshiba Corporation, et al.,* Case No. 17-cv-3672 YGR, Dkt. No. 30.)

**IT IS SO ORDERED.**

Dated: November 27, 2017

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**