Class Action Clerk

U.S. District Court for the

Northern District of California

United States Courthouse

1301 Clay Street

Oakland California 94612



FILED

JAN 0 4 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

# AMENDED NOTICE OF APPEAL
In re Lithium Ion Batteries Antitrust Litigation – All Indirect Purchaser Actions, MDL 4:13-md-02420-YGR,
LG Chem, Hitachi Maxwell and NEC (the Second Round Settlements)

Judge Yvonne Gonzalez Rogers

Christopher Andrews, Pro se

Objector, non attorney

Notice is hereby given that Class Member/Objector Christopher Andrews who has already filed an appeal, Doc 2050, amends his original notice to include all orders, opinions and judgments that have or will be filed by the court in this action like the Future Order for Attorney Fees, Expenses, Incentive Awards to class representatives, any order or judgment naming or identifying Class members/Objector or the objection filed by this objector including any final order entered or signed subsequent to the original notice of appeal.

I certify under perjury of the United States that all of the above is true and accurate to the best of my knowledge.

*Christopher Andrews* (signature)

Christopher Andrews, Pro se objector PO Box 530394 Livonia, MI 48153-0394

T. 248-635-3810 Email: caaloa@gmail.com January 2, 2018

## Proof of Service

I hereby certify under penalty of perjury that on this day January 02, 2017 the objector mailed two copies of this Amended Notice of Appeal to the Clerk of the Court via postage paid Priority Mail and served a true and correct copy upon class counsel via first class prepaid mail at the address listed below.

Hagens Berman Sobol
1918 Eighth Ave. Suite 3300
Seattle, WA 98101
Att. S. Berman

*/s/ Christopher Andrews*
Christopher Andrews, Pro Se Appellant
PO Box 530394
Livonia, MI 48153-0394
Telephone 248-635-3810
Email: caaloa@gmail.com