# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

IN RE: LITHIUM ION BATTERIES
ANTITRUST LITIGATION

-------------------------------------------

This Order relates to the
Indirect Purchaser Plaintiffs

Case No. 4:13-md-02420-YGR (DMR)

**SECOND ORDER EXTENDING CLAIMS DEADLINE**

The Court having reviewed the second status report submitted by the Indirect Purchaser Plaintiffs ("IPPs") (Dkt. No. 2120) concerning the status of the claims process of the Class Action Settlements with the Hitachi Maxell, NEC Corporation, and LG Chem defendants, and good cause appearing, the Court **ORDERS** that:

1. The Claims Administrator shall extend the claims period for the settlements approved between IPPs and defendants Hitachi Maxell, NEC Corporation, LG Chem, and Sony to permit submission of claims up to and including **July 19, 2018**;

2. IPPs shall file an updated status report on **July 6, 2018**.

3. This matter is **SET** for a compliance hearing **July 13, 2018**, on the Court's 9:01 a.m. calendar. If the updated status report is filed timely, the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: January 12, 2018

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE