DAVID B. ESAU (*pro hac vice*)
**CARLTON FIELDS JORDEN BURT, PA**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone:(561) 659-7070
Facsimile:(561) 659-7368
desau@carltonfields.com

*Attorneys for Plaintiff TracFone Wireless, Inc.*

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERY ANTITRUST LITIGATION | Master File No. 4:13-md-02420-YGR (DMR)<br>MDL No. 2420 |
| This document relates to:<br><br>Case No. 4:15-cv-02199-YGR<br><br>TRACFONE WIRELESS, INC.<br><br>Plaintiff,<br><br>vs.<br><br>LG CHEM, LTD., *et al*.,<br><br>Defendants. | Individual Case No. 4:15-cv-02199-YGR<br><br>ORDER GRANTING<br>**STIPULATION OF DISMISSAL WITH PREJUDICE OF CLAIMS AGAINST NEC CORPORATION** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff TracFone Wireless, Inc. and Defendant NEC Corporation hereby stipulate to the dismissal, with prejudice, of all claims in this action against Defendant NEC Corporation. Each side shall bear its own costs and attorneys' fees. This stipulation does not dismiss the claims against any other Defendant in this action.

Dated: February 19, 2018          Respectfully submitted,

By: */s/ David B. Esau*
      David B. Esau

DAVID B. ESAU (*pro hac vice*)
**CARLTON FIELDS, PA**
CityPlace Tower
525 Okeechobee Boulevard, Suite 1200
West Palm Beach, Florida 33401
Telephone: (561) 659-7070
Facsimile:(561) 659-7368
desau@carltonfields.com

*Attorneys for Plaintiff TracFone Wireless, Inc.*

Dated: February 19, 2018          By: /s/ *Robert B. Pringle*
      Robert B. Pringle

ROBERT B. PRINGLE
**WINSTON & STRAWN LLP**
101 California Street
San Francisco, CA 94111-5840
Tel: (415) 591-1000
rpringle@winston.com

*Attorneys for Defendant NEC Corporation*

## ORDER

IT IS SO ORDERED.
Dated: February 21, 2018

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE

112700028.2