UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates To:<br><br>ALL ACTIONS | 4:13-md-2420-YGR<br><br>[~~PROPOSED~~] ORDER GRANTING AUTOMATION ENGINEERING, LLC'S MOTION FOR ADMINISTRATIVE RELIEF TO ALLOW AMY D. FITTS TO APPEAR TELEPHONICALLY AT MAY 8, 2018 FINAL APPROVAL AND FAIRNESS HEARING<br><br>AS MODIFIED BY THE COURT |

Having considered Automation Engineering, LLC's Motion for Administrative Relief To Allow Amy D. Fitts To Appear Telephonically at the May 8, 2018 Final Approval And Fairness Hearing, and good cause appearing therefor, it is hereby ORDERED that the aforementioned Motion is GRANTED. Amy D. Fitts shall contact CourtCall to arrange the logistics for calling into the Final Approval Hearing scheduled for May 8, 2018 at 2:00 p.m. Ms. Fitts may listen in telephonically but may not otherwise participate by phone.

**IT IS SO ORDERED.**

Dated: May 4, 2018

YVONNE GONZALEZ ROGERS
U.S. DISTRICT JUDGE

CASE NO. 4:13-MD-02420-YGR                                                              [PROPOSED] ORDER