# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | **Case No.: 13-MD-2420 YGR**<br><br>**ORDER CONTINUING COMPLIANCE RE: STATUS OF SETTLEMENT** |
| **This Order Relates to:**<br><br>**ALL INDIRECT PURCHASER ACTIONS** | |

    The compliance hearing currently set for May 18, 2018, is **CONTINUED** to **July 20, 2018,** on the Court's 9:01 a.m. calendar, Federal Courthouse, 1301 Clay Street, Oakland. The parties shall file an updated joint statement no later than **July 13, 2018**. If the parties' file their statement timely, the Court will vacate the hearing and no appearance will be required.

    **IT IS SO ORDERED**.

Dated: May 15, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**