FILED

JUN 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| BRADLEY SELDIN; et al.,<br><br>            Plaintiffs-Petitioners,<br><br>  v.<br><br>LG CHEM, LTD.; et al.,<br><br>            Defendants-Respondents. | No.   18-80042<br><br>D.C. No. 4:13-md-02420-YGR<br>Northern District of California,<br>Oakland<br><br>ORDER |

Before:  CANBY and RAWLINSON, Circuit Judges.

Petitioners' motions to file documents under seal (Docket Entry Nos. 2, 19) are granted. *See* Interim 9th Cir. R. 27-13. The Clerk shall maintain the filings at Docket Entry Nos. 1 and 2 under seal but shall publicly file the submission at Docket Entry No. 19.

Respondents' motions to file documents under seal (Docket Entry Nos. 13, 17) are granted. *See* Interim 9th Cir. R. 27-13. The Clerk shall maintain the filings at Docket Entry Nos. 13 and 17 under seal but shall publicly file the submission at Docket Entry No. 20. Within 14 days after the date of this order, respondents shall file a redacted, publicly available version of Volume II of the Appendix.

The court, in its discretion, denies the petition for permission to appeal the district court's March 5, 2018 order denying class action certification. *See* Fed. R. Civ. P. 23(f); *Chamberlan v. Ford Motor Co.*, 402 F.3d 952 (9th Cir. 2005).

IHP/MOATT