Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>THIRD REPORT ON CLAIMS STATUS AND REQUEST FOR EXTENSION OF CLAIMS DEADLINE<br><br>DATE ACTION FILED: Oct. 3, 2012 |

010330-11 1046634 V1

1    Plaintiffs hereby submit this third status report per the Court's Order Extending Claims
2  Deadline, issued November 21, 2017 (ECF No. 2042).

**STATUS REPORT RE CLAIMS**

On November 21, 2017, this Court extended the claims deadline to January 19, 2018 for the indirect purchaser plaintiffs' (IPPs) settlements with the Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants. On January 12, 2018, this Court extended the claims deadline to July 19, 2018 for the same group of settlements (ECF No. 2138).

As of the date of the last report (November 14, 2017), 832,980 claimants had submitted claims against the settlements with the Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants. Those claims were comprised of 2,571,231 PC/laptops, 4,948,294 mobile devices, 549,572 camcorders, and 1,919,273 cordless power tools. At that time, IPPs estimated that the per-device value of each claim for the Sony settlement was approximately $1.95; the per device value of each claim for the Hitachi Maxell, NEC Corporation, and LG Chem settlements was estimated at $8.91. IPPs estimated that an additional 17,000 claims would be filed by November 29, 2017, bringing the total number of claims filed to approximately 855,000 by November 29, 2017.

As of January 3, 2018, approximately 870,960 claimants had submitted claims against the settlements with the Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants. These claims were comprised of approximately 4,804,286 PC/laptops, 6,065,643 mobile devices, 671,255 camcorders, and 2,100,281 cordless power tools. At that time, IPPs estimated that the per-device value of each claim for the Sony settlement was $1.43; the estimated per-device claim for the Hitachi Maxell, NEC Corporation, and LG Chem settlements were approximately $5.93.

As of July 3, 2018, approximately 921,821 claimants have submitted claims against the settlements with Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants. These claims are comprised of approximately 12,058,074 PC/laptops, 9,006,585 mobile devices, 1,483,419 camcorders, and 3,213,756 cordless power tools. Currently, the estimated per-device claim against the Sony settlement is $0.51; the estimated per-device claim for the Hitachi Maxell, NEC Corporation, and LG Chem settlements are approximately $1.79. IPPs note that these are estimates

THIRD REPORT ON CLAIMS STATUS & REQUEST FOR EXTENSION OF CLAIMS DEADLINE– Case No. 4:13-md-02420-YGR
010330-11  1046634 V1

-1-

– there is still an auditing process underway to exclude any fraudulent claims.

## STATUS REPORT RE OBJECTORS AND APPEALS

The appeal of the Court's final approval order on the settlement with the Sony defendants remains pending. Although all briefs have been submitted, no date for oral argument has been scheduled.

Two objectors filed appeals with the Court of Appeals for the Ninth Circuit against the final approval order of the IPP settlements with the Hitachi Maxell, NEC Corporation, and LG Chem defendants: one by Michael Frank Bednarz, *Indirect Purchaser Plaintiffs v. Michael Frank Bednarz*, No. 17-17367, and the other by Christopher Andrews, *Indirect Purchaser Plaintiffs v. Christopher Andrews*, No. 17-17369. The briefing is complete in the Andrews appeal; IPPs' response to the Bednarz brief is due July 16, 2018.

## REQUEST FOR AN EXTENSION OF CLAIMS DEADLINE

Given the pendency of multiple appeals, IPPs request a further extension of the claims deadline, which is currently set to close July 19, 2018. The distribution of the settlement corpus will be impossible while the appeals remain pending. Moreover, as this Court is aware, there are additional settlements with the Toshiba, NEC Tokin and SDI defendant families.

IPPs therefore respectfully request that the Court extend the claims period up to and including January 18, 2019, with IPPs to file an updated status report on January 11, 2019. The purpose of this extension request is to maximize the number of claims. If the appeals are terminated prior to the period of extension, IPPs will promptly suggest a plan of distribution to the Court that takes into consideration factors such as the claims rate, the cost of distribution, and the need to reserve a small percentage of the fund to satisfy a renewed request for the fees and costs that were previously denied without prejudice.

DATED: July 6, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/ Shana E. Scarlett
    SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)

|   |   |   |
|---|---|---|
| 1 | | Jeff D. Friedman (173886) |
| 2 | | 715 Hearst Avenue, Suite 202 |
| | | Berkeley, CA 94710 |
| 3 | | Telephone: (510) 725-3000 |
| | | Facsimile: (510) 725-3001 |
| 4 | | steve@hbsslaw.com |
| | | jefff@hbsslaw.com |
| 5 | | shanas@hbsslaw.com |

6  DATED: July 6, 2018                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

7                                          By  s/ Brendan P. Glackin
8                                              BRENDAN P. GLACKIN

9                                          Elizabeth J. Cabraser (SBN 083151)
                                            Lin Y. Chan (SBN 255027)
10                                         275 Battery Street, 29th Floor
                                            San Francisco, CA 94111-3339
11                                         Telephone: (415) 956-1000
                                            Facsimile: (415) 956-1008
12                                         ecabraser@lchb.com
                                            bglackin@lchb.com
13                                         lchan@lchb.com

14 DATED: July 6, 2018                     COTCHETT, PITRE & McCARTHY, LLP

15                                         By   s/ Joseph W. Cotchett
                                                JOSEPH W. COTCHETT
16

17                                         Adam J. Zapala (SBN 245748)
                                            Adam M. Shapiro (SBN 267429)
18                                         Tamarah P. Prevost (SBN 313422)
                                            840 Malcolm Road
19                                         Burlingame, CA 94010
                                            Telephone: (650) 697-6000
20                                         Facsimile: (650) 697-0577
                                            jcotchett@cpmlegal.com
21                                         azapala@cpmlegal.com
                                            ashapiro@cpmlegal.com
22                                         tprevost@cpmlegal.com

23                                         *Counsel for Indirect Purchaser Plaintiffs*

24

25

26

27

28

THIRD REPORT ON CLAIMS STATUS & REQUEST FOR
EXTENSION OF CLAIMS DEADLINE– Case No. 4:13-md-02420-YGR                           - 3 -
010330-11  1046634 V1