# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>-------------------------------------------<br><br>This Order relates to the<br>Indirect Purchaser Plaintiffs | Case No. 4:13-md-02420-YGR (DMR)<br><br>**SECOND ORDER EXTENDING CLAIMS DEADLINE; CONTINUING COMPLIANCE HEARING** |

The Court having reviewed the third status report submitted by the Indirect Purchaser Plaintiffs ("IPPs") (Dkt. No. 2350) concerning the status of the claims process of the Class Action Settlements with the Hitachi Maxell, NEC Corporation, and LG Chem defendants, and good cause appearing, the Court **ORDERS** that:

1. The Claims Administrator shall extend the claims period for the settlements approved between IPPs and defendants Hitachi Maxell, NEC Corporation, LG Chem, and Sony to permit submission of claims up to and including **January 18, 2019**;

2. IPPs shall file an updated status report on **January 11, 2019**.

3. The compliance hearing currently set for July 13, 2018, is **CONTINUED** to **January 18, 2019**, on the Court's 9:01 a.m. calendar. If the updated status report is filed timely, the hearing will be vacated.

**IT IS SO ORDERED.**

Dated: July 10, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**