Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Adam Zapala (SBN 245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 4:13-md-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | **JOINT  STATUS REPORT RE SETTLEMENTS** |
| ALL INDIRECT PURCHASER ACTIONS | |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| | Court: Courtroom 1, 4th Floor |

Pursuant to the Court's order of May 1, 2018 (ECF No. 2276) and its order of May 15, 2018 (ECF No. 2315), Indirect Purchaser Plaintiffs ("IPPs") and Defendants Samsung SDI Co., Ltd. and Samsung SDI America, Inc. ("SDI"), TOKIN Corporation ("TOKIN"), and Toshiba Corporation ("Toshiba") (collectively, the "Settling Defendants"), hereby write to jointly advise the Court of the status of their executed settlement agreements.

As IPPs previously stated, a Ninth Circuit panel recently issued an opinion, on January 23, 2018, in *In re Hyundai & Kia Fuel Economy Litigation*, 881 F.3d 679 (9th Cir. 2018), which addressed certification of a nationwide settlement class involving claims arising from state law. The ultimate fate of *Hyundai* remains uncertain, as petitions for *en banc* review have been filed on behalf of the settlement class and defendants,[1] with support from several *amici curiae*.  IPPs continue to believe that consideration of the settlement agreements here should be deferred, given the uncertain status of *Hyundai*.[2]  Furthermore, as this Court knows, objector appeals of the Court's prior final approval orders are now pending in the Ninth Circuit, which may provide additional guidance on objections that are likely to be re-lodged with respect to the latest settlements.  We have no doubt that the proposed settlements merit court approval, and that this Court will be armed to make the appropriate findings regardless of the status of *Hyundai*; however, a brief delay to obtain additional information may help the Parties and the Court to proceed with greater focus.  Accordingly, with this Court's permission, IPPs will defer seeking preliminary approval of the settlement agreements.   IPPs and the Settling Defendants will file a further status report on the earlier of (a) one week after any action by the Ninth Circuit resolving any of these uncertainties; or (b) 30 days from the date of this Status Report.  Settling Defendants do not oppose this 30-day deferral in filing for preliminary approval, but reserve their rights regarding any request for an additional deferral.

---

[1] *See* Pls.-Appellees' Pet. for Rehearing En Banc, *Hyundai*, No. 15-56014 (9th Cir. Mar. 8, 2018), ECF No. 102; Defs.-Appellees' Pet. for Rehearing En Banc, *Hyundai*, No. 15-56014 (9th Cir. Mar. 8, 2018), ECF No. 103.
[2] *See* Order, *Michael Edenborough, et al. v. ADT, et al.*, No. 16-cv-02233-JST (N.D. Cal. Mar. 29, 2018) (deferring consideration of a settlement in a consumer class action).

1    Dated: July 13, 2018                    LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

2

3                                            By: */s/ Brendan P. Glackin*
                                                 BRENDAN P. GLACKIN
4
                                             Elizabeth J. Cabraser (SBN 083151)
5                                            Brendan P. Glackin (SBN 199643)
                                             Lin Y. Chan (SBN 255027)
6                                            275 Battery Street, 29th Floor
                                             San Francisco, CA 94111-3339
7                                            Telephone: (415) 956-1000
                                             Facsimile: (415) 956-1008
8                                            ecabraser@lchb.com
                                             bglackin@lchb.com
9                                            lchan@lchb.com

10   Dated: July 13, 2018                    HAGENS BERMAN SOBOL SHAPIRO LLP

11

12                                           By: */s/ Jeff D. Friedman*
                                                 JEFF D. FRIEDMAN
13
                                             Steve W. Berman (pro hac vice)
14                                           Jeff D. Friedman (173886)
                                             Shana E. Scarlett (217895)
15                                           Benjamin J. Siegel (256260)
                                             715 Hearst Avenue, Suite 202
16                                           Berkeley, CA 94710
                                             Telephone: (510) 725-3000
17                                           Facsimile: (510) 725-3001
                                             steve@hbsslaw.com
18                                           jefff@hbsslaw.com
                                             shanas@hbsslaw.com
19                                           bens@hbsslaw.com

20

21

22

23

24

25

26

27

28

1586675.4                          - 3 -        JOINT STATUS REPORT RE SETTLEMENTS
                                                CASE NO. 4:13-MD-02420 YGR (DMR)

1   Dated: July 13, 2018                    COTCHETT, PITRE & McCARTHY, LLP

2

3                                           By: */s/ Adam J. Zapala*
                                               ADAM J. ZAPALA
4
                                            Adam J. Zapala (SBN 245748)
5                                           Adam M. Shapiro (SBN 267429)
                                            Tamarah Prevost (SBN 313422)
6                                           840 Malcolm Road
                                            Burlingame, CA 94010
7                                           Telephone: (650) 697-6000
                                            Facsimile: (650) 697-0577
8                                           azapala@cpmlegal.com
                                            ashapiro@cpmlegal.com
9                                           tprevost@cpmlegal.com

10                                          *Interim Co-Lead Class Counsel*
                                            *For Indirect Purchaser Plaintiffs*
11
    Dated:  July 13, 2018                   GIBSON DUNN & CRUTCHER LLP
12
                                            By    */s/ George A. Nicoud III*
13                                                GEORGE A. NICOUD III

14                                          G. Charles Nierlich
                                            Angela Y. Poon
15                                          Priyah Kaul
                                            555 Mission Street
16                                          San Francisco, CA 94105
                                            Telephone (415) 393-8200
17                                          Facsimile (415) 393-8306
                                            tnicoud@gibsondunn.com
18                                          cnierlich@gibsondunn.com
                                            apoon@gibsondunn.com
19                                          pkaul@gibsondunn.com

20                                          *Counsel for Defendant TOKIN*
                                            *Corporation*
21

22

23

24

25

26

27

28

1    Dated:  July 13, 2018                    ALLEN OVERY LLP

2
                                             By    */s/ John Roberti*
3                                                   JOHN ROBERTI

4                                            Jacob S. Pultman
                                             Matthew R Boucher
5                                            Michael S Feldberg
                                             Nneka Ukpai
6                                            1101 New York Avenue NW
                                             Washington, DC 20005
7                                            Telephone: (202) 683-3800
                                             Facsimile: (202) 683-3999
8                                            john.roberti@allenovery.com
                                             jacob.pultman@allenovery.com
9                                            matthew.boucher@allenovery.com
                                             michael.feldberg@allenovery.com
10                                           nneka.ukpai@allenovery.com

11                                           *Counsel for Defendants Samsung SDI Co.,*
                                             *Ltd. and Samsung SDI America, Inc.*
12
     Dated:  July 13, 2018                    WHITE & CASE LLP
13

14                                           By    */s/ Christopher M. Curran*
                                                   CHRISTOPHER M. CURRAN
15
                                             J. Frank Hogue
16                                           701 Thirteenth Street, N.W.
                                             Washington, DC 20005
17                                           Telephone: (202) 626-3600
                                             Facsimile: (202) 639-9355
18                                           ccurran@whitecase.com
                                             fhogue@whitecase.com
19
                                             *Counsel for Defendant Toshiba Corp.*
20

21

22

23

24

25

26

27

28

1586675.4                             - 5 -            JOINT  STATUS REPORT RE SETTLEMENTS
                                                       CASE NO. 4:13-MD-02420 YGR (DMR)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**<u>ATTESTATION</u>**

I, Brendan P. Glackin, attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the signatories hereto.

By: */s/ Brendan P. Glackin*
Brendan P. Glackin

JOINT  STATUS REPORT RE SETTLEMENTS
CASE NO. 4:13-MD-02420 YGR (DMR)