Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Joseph W. Cotchett (36324)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com

*Indirect Purchaser Plaintiffs*
*Interim Co-Lead Class Counsel*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | ADMINISTRATIVE MOTION TO FILE UNDER SEAL |
| ALL INDIRECT PURCHASER ACTIONS | |
| | DATE ACTION FILED: Oct. 3, 2012 |

1  Indirect Purchaser Plaintiffs (IPPs) bring this administrative motion pursuant to Civil Local Rule 7-11 and 79-5, to file under seal portions of the Indirect Purchaser Plaintiffs' Opposition to Panasonic and Sanyo Defendants' Motion to Strike Indirect Purchaser Plaintiffs' Second Renewed Motion for Class Certification because it contains information designated by defendants and/or third parties as "Confidential," or "Highly Confidential," under the Stipulated Protective Order ("Protective Order") in place in this action.[1] The Protective Order requires that information designated as confidential "qualify for protection under standards developed under Fed. R. Civ. P. 26(c)."[2] In turn, under Rule 26(c), a Court may require "that a trade secret or other confidential research, development, or commercial information not be revealed or be revealed only in a specified way."[3]

Pursuant to the Protective Order and Civil Local Rule 79-5(d), the designating parties must now demonstrate that the designated information is sealable or must withdraw the designation of confidentiality.

DATED: August 30, 2018    HAGENS BERMAN SOBOL SHAPIRO LLP

By  /s/ Shana E. Scarlett
    SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)
Jeff D. Friedman (173886)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

---

[1] Stipulated Protective Order, May 17, 2013, ECF No. 193.
[2] *Id.*, ¶ 2.3.
[3] Fed. R. Civ. P. 26(c)(1)(G).

ADMINISTRATIVE MOTION TO FILE UNDER SEAL– No.
4:13-md-02420-YGR

-1-

| | | |
|---|---|---|
| 1 | DATED: August 30, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| 2 | | By  */s/ Brendan P. Glackin* |
| 3 | | BRENDAN P. GLACKIN |

Elizabeth J. Cabraser (SBN 083151)
Lin Y. Chan (SBN 255027)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com

DATED: August 30, 2018                COTCHETT, PITRE & McCARTHY, LLP

By  */s/ Joseph W. Cotchett*
JOSEPH W. COTCHETT

Adam J. Zapala (SBN 245748)
Adam M. Shapiro (SBN 267429)
Tamarah P. Prevost (SBN 313422)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
ashapiro@cpmlegal.com
tprevost@cpmlegal.com

***Interim Co-Lead Class Counsel***
***For Indirect Purchaser Plaintiffs***

ADMINISTRATIVE MOTION TO FILE UNDER SEAL
No. 4:13-md-02420-YGR

- 2 -