**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | Case No. 4:13-md-02420-YGR (MDL)<br><br>**ORDER CONTINUING COMPLIANCE HEARING RE: STATUS OF SETTLEMENTS** |

The Court has reviewed the Fourth Status Report Regarding Settlements. (Dkt. No. 2440.) In light thereof, the Court Continues the compliance hearing currently set for November 30, 2018, to **December 7, 2018**, on the Court's 9:01 a.m. calendar, Courtroom One, U.S. District Courthouse, 1301 Clay Street, Oakland. IPPs shall file their motion for preliminary approval or a status report explaining their failure to do so, no later than **November 30, 2018**. If IPPs have filed timely, the Court may vacate the hearing and no appearance shall be required.

**IT IS SO ORDERED.**

Date: November 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**