1   Steve W. Berman (*Pro Hac Vice*)
     HAGENS BERMAN SOBOL SHAPIRO LLP
2   715 Hearst Avenue, Suite 202
     Berkeley, CA 94710
3   Telephone: (510) 725-3000
     Facsimile: (510) 725-3001
4   steve@hbsslaw.com

5   Elizabeth J. Cabraser (State Bar No. 083151)
     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
6   275 Battery Street, 29th Floor
     San Francisco, CA  94111-3339
7   Telephone:  (415) 956-1000
     Facsimile:  (415) 956-1008
8   ecabraser@lchb.com

9   Joseph W. Cotchett (36324)
     COTCHETT, PITRE & McCARTHY, LLP
10   840 Malcolm Road
     Burlingame, CA 94010
11   Telephone: (650) 697-6000
     Facsimile: (650) 697-0577
12   jcotchett@cpmlegal.com

13   *Counsel for Indirect Purchaser Plaintiffs*

14   [Additional Counsel Listed on Signature Page]

15

16            UNITED STATES DISTRICT COURT

17          NORTHERN DISTRICT OF CALIFORNIA

18               OAKLAND DIVISION

19

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | FIFTH STATUS REPORT REGARDING SETTLEMENTS |
| ALL INDIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 3, 2012 |

1665475.1

Indirect purchaser plaintiffs ("IPPs") file this status report to update and inform the Court of the status of proposed settlement agreements between the parties.

As they previously advised, IPPs have settled with three additional defendant families—Samsung SDI Co., Ltd. and Samsung SDI America, Inc. (collectively, "SDI"), NEC Tokin Corporation ("Tokin"), and Toshiba Corporation ("Toshiba") (collectively, the "Settling Defendants').[1]  The settlements total $43.5 million in cash payments by the Settling Defendants, with no reversion should any funds remain after distribution to class members and payment of costs, fees and expenses.

IPPs have also recently reached a settlement in principle with defendants Panasonic Corporation, Panasonic Corporation of North America, Sanyo Electric Co., Ltd., and Sanyo North America Corporation (collectively, "Panasonic").

At IPPs' request, the Court set a compliance deadline of November 30, 2018, by which IPPs would file a motion for preliminary approval or a further status report regarding the settlements.[2]  IPPs requested the time in order to formulate an allocation plan for submission to the Court in conjunction with the motion.  As previously reported, IPPs have retained the Honorable Rebecca Westerfield (ret.) to recommend a plan of allocation to the Court.

In order to accommodate Judge Westerfield's ongoing work, and the finalization of the settlement with Panasonic, IPPs request an extension of the compliance deadline to **December 21, 2018**.  IPPs expect to file a motion for preliminary approval on that day.

Furthermore, IPPs request that the Court vacate all trial and pre-trial dates set in this matter.  Panasonic concurs in this request.

---

[1] Joint Status Report Re Settlements, Dkt. No. 2365 (August 3, 2018).
[2] Dkt. No. 2442.

- 1 -

| | | |
|---|---|---|
| 1 | Dated: November 20, 2018 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |

By: */s/ Brendan P. Glackin*
    BRENDAN P. GLACKIN

Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (SBN 199643)
Lin Y. Chan (SBN 255027)
Michael K. Sheen (SBN 288284)
Abbye R. Klamann (SBN 311112)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
msheen@lchb.com
aklamann@lchb.com

Dated: November 20, 2018

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Shana E. Scarlett*
    SHANA E. SCARLETT

Steve W. Berman (*Pro Hac Vice*)
Jeff D. Friedman (SBN 173886)
Shana E. Scarlett (SBN 217895)
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
jefff@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

Dated: November 20, 2018

COTCHETT, PITRE & McCARTHY, LLP

By: */s/ Adam J. Zapala*
    ADAM J. ZAPALA

Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
Tamarah Prevost (SBN 313422)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cmplegal.com

*Counsel For Indirect Purchaser Plaintiffs*

- 2 -

**ATTESTATION**

I, Brendan P. Glackin, hereby attest, pursuant to Northern District of California, Local Rule 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the signatories hereto.


Dated: November 20, 2018                    By:    */s/ Brendan P. Glackin*
                                                              BRENDAN P. GLACKIN