**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION** | Case No. 4:13-md-02420-YGR (MDL)<br><br>**ORDER CONTINUING COMPLIANCE HEARING RE: STATUS OF SETTLEMENTS; VACATING DATES** |

The Court has reviewed the Fifth Status Report Regarding Settlements which indicates that IPPs have reached a settlement in principle with defendants Panasonic Corporation, Panasonic Corporation of North America, Sanyo Electric Co., Ltd., and Sanyo North America Corporation. (Dkt. No. 2444.) In light thereof, the Court **ORDERS** as follows:

1. The compliance hearing currently set for December 7, 2018, is **CONTINUED** to **January 4, 2019**, on the Court's 9:01 a.m. calendar, Courtroom One, U.S. District Courthouse, 1301 Clay Street, Oakland.

2. IPPs shall file their motion for preliminary approval or a status report explaining their failure to do so, no later than **November 30, 2018**. If IPPs have filed timely, the Court may vacate the hearing and no appearance shall be required.

3. All pending motion, case management, and trial dates are **VACATED**.

**IT IS SO ORDERED**.

Date: November 27, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**