United States District Court
Northern District of California

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 4:13-md-02420-YGR (MDL) |
| | ORDER CONTINUING COMPLIANCE HEARING RE: STATUS OF SETTLEMENTS |

The Court has reviewed the Seventh Status Report Regarding Settlements (Dkt. No. 2450.) In light thereof, the Court **ORDERS** as follows:

1.  The compliance hearing currently set for January 4, 2019, is **CONTINUED** to **February 1, 2019,** on the Court's 9:01 a.m. calendar, Courtroom One, U.S. District Courthouse, 1301 Clay Street, Oakland.

2.  IPPs shall file their motion for preliminary approval or a status report explaining their failure to do so, no later than **January 25, 2019**.  If IPPs have filed timely, the Court may vacate the hearing and no appearance shall be required.

    **IT IS SO ORDERED**.

Date: December 21, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**