Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | FIFTH REPORT ON CLAIMS STATUS |
| ALL INDIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 3, 2012 |

1  Indirect Purchaser Plaintiffs (IPPs) hereby submit this fifth status report per the Court's

2  Third Order Extending Claims Deadline; Continuing Compliance Hearing, issued January 15, 2019

3  (ECF No. 2453).

4  **STATUS REPORT REGARDING CLAIMS**

5  On November 21, 2017, this Court extended the claims deadline to January 19, 2018 for the

6  IPPs' settlements with the Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants

7  (ECF No. 2042). On January 12, 2018, this Court extended the claims deadline to July 19, 2018 for

8  the same group of settlements (ECF No. 2138). On July 10, 2018, this Court extended the claims

9  deadline to January 18, 2019 (ECF No. 2353). On January 15, 2019, this Court extended the claims

10  deadline to July 19, 2019 (ECF No. 2453).  Subsequent to the most recent report, this Court

11  ordered the notice and claims process to commence with respect to additional settlements with the

12  SDI, Toshiba, TOKIN, and Panasonic/Sanyo defendants, with the claims period ending on July 19,

13  2019 (ECF No. 2475).

14  As discussed in the most recent report submitted on January 11, 2019 (ECF No. 2452), as

15  of January 10, 2019, approximately 958,749 claimants had submitted claims against the settlements

16  with the Hitachi Maxell, NEC Corporation, LG Chem, and Sony defendants. These claims were

17  comprised of approximately 16,998,037 PC/laptops, 11,944,354 mobile devices, 3,029,282

18  camcorders, and 3,846,264 cordless power tools. At that time, the estimated per-device claim

19  against the Sony settlement was $0.36; the estimated per-device claim for the Hitachi Maxell, NEC

20  Corporation, and LG Chem settlements was approximately $1.26. IPPs noted at that time that these

21  were estimates – there has been an auditing process underway to exclude any fraudulent claims.

22  As of July 9, 2019, approximately 1,027,423 claimants have submitted claims against the

23  settlements with the SDI, Toshiba, TOKIN, Panasonic/Sanyo, Hitachi Maxell, NEC Corporation,

24  LG Chem, and Sony defendants. These claims are comprised of approximately 23,483,032

25  PC/laptops, 15,994,135 mobile devices, 3,775,618 camcorders, and 9,958,089 cordless power

26  tools. Currently, the estimated per-device claim against the Sony settlement is $0.22; the estimated

27  per-device claim for the SDI, Toshiba, TOKIN, Panasonic/Sanyo, Hitachi Maxell, NEC

28

1  Corporation, and LG Chem settlements is approximately $1.52.

2  These numbers will be updated following the close of the claims process on July 19, 2019.

3  There is still an auditing process underway to exclude any fraudulent and other erroneous claims.

4  For example, one claimant initially made a mobile phone claim for 3,864,284,466 batteries, which

5  due to restrictions in the administrator's database was loaded as 864,284,466 batteries. Upon

6  investigation and discussion between the claimant and the administrator, the claim was updated on

7  July 10, 2019 to reflect four mobile phone batteries purchased, which is also reflected in the

8  statistics discussed above.  Additionally, the figures will be updated to allocate the settlement funds

9  from the SDI, Toshiba, TOKIN, and Panasonic/Sanyo defendants between class members from

10  repealer states and class members from non-repealer states.  That process will be undertaken after

11  July 19, 2019 for efficiency purposes.

12  **STATUS REPORT REGARDING OBJECTORS AND APPEALS**

13  Two objectors filed appeals with the Court of Appeals for the Ninth Circuit against the final

14  approval order of the IPP settlements with the Hitachi Maxell, NEC Corporation, and LG Chem

15  defendants: one by Michael Frank Bednarz, *Indirect Purchaser Plaintiffs v. Michael Frank*

16  *Bednarz*, No. 17-17367, and the other by Christopher Andrews, *Indirect Purchaser Plaintiffs v.*

17  *Christopher Andrews*, No. 17-17369. The briefing is complete in both appeals, and they are

18  scheduled for oral argument at the Ninth Circuit on August 30, 2019.

19  The appeal of the Court's final approval order regarding the settlement with the Sony

20  defendants also remains pending, *see Kevin Young et al v. LG Chem Ltd., et al*, No. 17-15795, and

21  this appeal has been consolidated with Case No. 17-17369. Thus, oral argument for *Kevin Young et*

22  *al v. LG Chem Ltd., et al*, No. 17-15795, also will be on August 30, 2019.

23  DATED:  July 12, 2019                    HAGENS BERMAN SOBOL SHAPIRO LLP

24
25  By ___s/ Shana E. Scarlett_____
          SHANA E. SCARLETT

26
27  Steve W. Berman (*pro hac vice*)
    Benjamin J. Siegel (256260)
    715 Hearst Avenue, Suite 202

28

1

Berkeley, CA 94710
Telephone: (510) 725-3000
2
Facsimile: (510) 725-3001
steve@hbsslaw.com
3
shanas@hbsslaw.com
bens@hbsslaw.com
4

5   DATED: July 12, 2019              LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

6                                     By   s/ Brendan P. Glackin
                                           BRENDAN P. GLACKIN
7

8                                     Elizabeth J. Cabraser (SBN 083151)
                                      Brendan P. Glackin (199643)
9                                     Lin Y. Chan (SBN 255027)
                                      Michael K. Sheen (288284)
10                                    275 Battery Street, 29th Floor
                                      San Francisco, CA 94111-3339
11                                    Telephone: (415) 956-1000
                                      Facsimile: (415) 956-1008
12                                    ecabraser@lchb.com
                                      bglackin@lchb.com
13                                    lchan@lchb.com
                                      msheen@lchb.com
14
    DATED: July 12, 2019              COTCHETT, PITRE & McCARTHY, LLP
15
                                      By    s/ Adam J. Zapala
16                                          ADAM J. ZAPALA

17                                    Joseph W. Cotchett (SBN 36324)
                                      Tamarah P. Prevost (SBN 313422)
18                                    840 Malcolm Road
                                      Burlingame, CA 94010
19                                    Telephone: (650) 697-6000
                                      Facsimile: (650) 697-0577
20                                    jcotchett@cpmlegal.com
                                      azapala@cpmlegal.com
21                                    tprevost@cpmlegal.com

22                                    *Counsel for Indirect Purchaser Plaintiffs*

23

24

25

26

27

28
    FIFTH REPORT ON CLAIMS STATUS – Case No. 4:13-md-        - 3 -
    02420-YGR

    010330-11 1089983 V1