# UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT

**FILED**

SEP 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KEVIN YOUNG; et al.,<br><br>        Plaintiffs - Appellees,<br><br>CHRISTOPHER ANDREWS,<br><br>        Objector - Appellant,<br><br> v.<br><br>LG CHEM LTD.; et al.,<br><br>        Defendants - Appellees. | No. 17-15795<br><br>D.C. No. 4:13-md-02420-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**MANDATE** |

The judgment of this Court, entered September 04, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Nixon Antonio Callejas Morales
Deputy Clerk
Ninth Circuit Rule 27-7