# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>------------------------------------------<br><br>This Order relates to the<br>Indirect Purchaser Plaintiffs | Case No. 4:13-md-02420-YGR (DMR)<br><br>**ORDER DIRECTING PARTIES TO FILE JOINT STATUS STATEMENT REGARDING FURTHER PROCEEDINGS UPON REMAND** |

On September 16, 2019, the Ninth Circuit Court of Appeal issued its decisions vacating this Court's order certifying a nationwide settlement class and approving settlement agreements between Indirect Purchaser Plaintiffs ("IPPs") and defendants LG Chem, Limited; LG Chem America, Incorporated; Hitachi Maxell, Limited; Maxell Corporation of America; and NEC Corporation, vacating the order granting attorneys' fees, and remanding for further proceedings.

Mandate on those decisions having been issued on October 8, 2019, the Court **ORDERS** that the parties to submit, no later than October 25, 2019, a joint statement with proposals for further proceedings and the need, if any, for a case management conference, including possible dates.

**IT IS SO ORDERED.**

Dated: October 10, 2019

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT JUDGE**