**FILED**

FEB 5 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION, <br><br>------------------------------<br><br> INDIRECT PURCHASER PLAINTIFFS,<br><br>Plaintiff-Appellee,<br><br>v.<br><br>CHRISTOPHER ANDREWS,<br><br>Objector-Appellant,<br><br>v.<br><br>PANASONIC CORPORATION; et al.,<br><br>Defendants-Appellees. | No.   19-16803<br><br>D.C. No. 4:13-md-02420-YGR<br>Northern District of California, Oakland<br><br>ORDER |

Appellant's motion (Docket Entry No. 8) for an extension of time to file the opening brief is treated as a motion to stay appellate proceedings, and is granted.

Appellate proceedings are stayed until March 18, 2020.

On or before the expiration of the stay, appellant may file a status report and motion for further relief.

The briefing schedule will be reset in a future order.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Kara Slack
Deputy Clerk
Ninth Circuit Rule 27-7