# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>-------------------------------------------<br><br>This Order relates to the<br>Indirect Purchaser Plaintiffs | Case No. 4:13-md-02420-YGR (DMR)<br><br>**ORDER CONTINUING COMPLIANCE HEARING** |

The Court having reviewed the eighth status report submitted by the Indirect Purchaser Plaintiffs ("IPPs") (Dkt. No. 2620) concerning the status of the claims process of the Class Action Settlements with the settling defendants and pending appeals, and good cause appearing, the Court **ORDERS** that:

The compliance hearing currently set for May 22, 2020, is **CONTINUED** to **September 25, 2020**, on the Court's 9:01 a.m. calendar. IPPs shall file an updated status report regarding the claims process and the pending appeals no later than **September 18, 2020**. If the updated status report is filed timely, the Court may vacate the hearing.

**IT IS SO ORDERED.**

Dated: May 21, 2020

YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE