Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (SBN 245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Class Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: ALL INDIRECT PURCHASER ACTIONS | NOTICE OF NOTICE PLAN FOR REVISED SETTLEMENT DISTRIBUTION PLAN |
| | DATE ACTION FILED: Oct. 3, 2012 |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that pursuant to the Court's Order dated August 28, 2020 (ECF No. 2651), Indirect Purchaser Plaintiffs hereby submit the Declaration of Cameron R. Azari, Esq., Regarding Notice of the Settlement Distribution Plan, and exhibits thereto.

DATED: September 10, 2020      HAGENS BERMAN SOBOL SHAPIRO LLP

By     */s/ Shana E. Scarlett*
       SHANA E. SCARLETT

Steve W. Berman (*Pro Hac Vice*)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

DATED: September 10, 2020      LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By     *s/ Brendan P. Glackin*
       BRENDAN P. GLACKIN

Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (199643)
Lin Y. Chan (SBN 255027)
Michael K. Sheen (288284)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
msheen@lchb.com

| | |
|---|---|
| DATED: September 10, 2020 | COTCHETT, PITRE & McCARTHY, LLP |
| | By _____s/ *Adam J. Zapala*_____<br>ADAM J. ZAPALA |

Joseph W. Cotchett (36324)
Adam J. Zapala (245748)
Tamarah P. Prevost (313422)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

***Class Counsel for Indirect Purchaser Plaintiffs***

NOTICE OF NOTICE PLAN FOR REVISED
SETTLEMENT DISTRIBUTION PLAN      - 2
Case No. 13-MD-02420 YGR
010330-11/1340569 V1