UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-md-02420 YGR<br><br>MDL No. 2420<br><br>**ORDER APPROVING NOTICE RE: REVISED SETTLEMENT DISTRIBUTION PLAN** |
|---|---|

The Court is in receipt of IPPs Notice of Notice Plan for Revised Settlement Distribution. (Dkt. No. 2653.) The proposed distribution plan and form of notice are **APPROVED**. Any objections to the revised distribution plan must be filed with the Court and postmarked no later than **October 20, 2020**.

IPPs shall file their response to any objections and a report on the effectiveness of the notice distribution no later than **November 3, 2020**.

A final hearing regarding approval of the revised settlement distribution plan will be held on **November 17, 2020**, at 2:00 p.m. and shall be conducted on the Zoom videoconference platform. Information for attending the hearing on the Zoom platform will be posted on the Court's electronic docket and on the settlement website (www.reversethecharge.com) no less than seven days in advance of the hearing .

**IT IS SO ORDERED.**

Dated: _September 16, 2020_

                                              **YVONNE GONZALEZ ROGERS**
                                              **UNITED STATES DISTRICT JUDGE**