**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Direct Purchaser Actions* | Case No. 13-md-02420-YGR<br>MDL No. 2420<br><br>**ORDER GRANTING DIRECT PURCHASER PLAINTIFFS' ADMINISTRATIVE MOTION TO CORRECT FORMATTING ISSUE IN ATTACHMENT TO ORDER AUTHORIZING DISTRIBUTION OF SETTLEMENT FUNDS (DPP SETTLEMENTS)**<br><br>Dkt. No. 2679 |

On December 10, 2020, Direct Purchaser Plaintiffs ("DPPs") filed an Administrative Motion pursuant to Civil Local Rule 7-11 moving this Court for an order to correct a formatting issue with an attachment to the Order Authorizing Distribution of Settlement Funds (DPP Settlements), Dkt. No. 2673 (Dec. 4, 2020) (the "Order").

Having reviewed the Order and the formatting issue identified by DPPs, the Court finds that the Order should be corrected in order to avoid confusion regarding the amount to be distributed to each approved claimant. The Court notes that the entry of the proposed Corrected Order Authorizing Distribution of Settlement Funds (DPP Settlements) will not change the payment amount to any approved claimant.

**IT IS HEREBY ORDERED** that DPPs' Administrative Motion is **GRANTED**. Accordingly, the Court will enter the Corrected Order Authorizing Distribution of Settlement Funds (DPP Settlements) submitted by DPPs.

This terminates Docket No. 2679.

**IT IS SO ORDERED.**

Dated:_December 14, 2020

_____
HON. YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT JUDGE