NORTHERN DISTRICT OF CALIFORNIA  - UNITED STATES DISTRICT COURT
(OAKLAND DIVISION)

Case No. 4:13-md-02420 YGR (DMR) MDL No. 2420

IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION

This Document Relates to:
ALL DIRECT PURCHASER CLASS ACTIONS

## Notice of Appeal

Appellant, Steven F. Helfand, hereby files an appeal in the above matter to the United States Court of Appeals for Ninth Circuit regarding Docket entries: 2681, 2682, 2683 and 2684.

December 26, 2020                              _____/S/_____
                                               Steven F. Helfand
                                               1400 SW 137th Avenue, F112
                                               Pembroke Pines, FL 33027
                                               786.676.1018