Rosanne L. Mah (State Bar No. 242628)
Email: rmah@zlk.com
**LEVI & KORSINSKY, LLP**
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff James O'Neil*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LIGITATION<br><br>This Document Relates To:<br>ALL ACTIONS | Case No.  4:13-md-2420-YGR<br><br>MDL NO. 2420<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Hon. Yvonne Gonzalez Rogers |

1  **PLEASE TAKE NOTICE** that the undersigned Rosanne L. Mah hereby withdraw as counsel of record for Plaintiff James O'Neil in the above-captioned litigation, and respectfully requests that her name be removed from all applicable service lists, including Notices of Electronic Filing. All other counsel for Plaintiff James O'Neil remain unchanged.

Dated: January 11, 2021

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

By: /s/ *Rosanne L. Mah*
Rosanne L. Mah
Email: rmah@zlk.com
388 Market Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 373-1671
Facsimile: (415) 484-1294

*Counsel for Plaintiff James O'Neil*

---

1                                                                          Case No. 4:13-MD-2420-YGR
NOTICE OF WITHDRAWAL OF COUNSEL

**CERTIFICATE OF SERVICE**

I, Rosanne L. Mah, hereby certify that on January 11, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system which will send electronic notices of same to all counsel of record.

/s/ *Rosanne L. Mah*
Rosanne L. Mah