FILED

JAN 12 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION, _____ INDIRECT PURCHASER PLAINTIFFS, Plaintiff-Appellee, GORDON B. MORGAN, Objector-Appellant, v. PANASONIC CORPORATION; et al., Defendants-Appellees. | No. 19-16855 D.C. No. 4:13-md-02420-YGR Northern District of California, Oakland ORDER |

Appellant's unopposed motion (Docket Entry No. 31) for voluntary dismissal is granted. This appeal is dismissed with prejudice. Fed. R. App. P. 42(b).

This order served on the district court shall serve as the mandate of this court.

Appellant's motion (Docket Entry No. 29) to stay appellate proceedings is denied as moot.

SSR/Pro Mo

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Sofia Salazar-Rubio
Deputy Clerk
Ninth Circuit Rule 27-7