Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
  CENTER FOR CLASS ACTION FAIRNESS
1628 K Street NW, Suite 300
Washington, DC 20006
Voice: 703-203-3848
Email: ted.frank@hlli.org

*Attorney for Objector Michael Frank Bednarz*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION,<br><br>This Document Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-md-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT OF OBJECTOR MICHAEL FRANK BEDNARZ** |

Notice is hereby given that class member Michael Frank Bednarz appeals to the United States Court of Appeals for the Ninth Circuit from the Court's Order Granting Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlements with Hitachi, LG Chem, and NEC and Revised Plan of Allocation and Granting in part IPP's Renewed Motion for Attorneys' Fees (Dkt. No. 2681), entered December 10, 2020; the Order Granting in part Motion of Objector Michael Frank Bednarz for Attorneys' Fees (Dkt. 2682), entered December 10, 2020; and from all opinions and orders that merge therein.

Objector-Appellant's Representation Statement is attached to this notice as Ninth Circuit Rule 3-2(b) requires.

Dated: January 14, 2021.                    Respectfully submitted,

                                       */s/ Theodore H. Frank*
                                       Theodore H. Frank (SBN 196332)
                                       HAMILTON LINCOLN LAW INSTITUTE
                                       CENTER FOR CLASS ACTION FAIRNESS
                                       1629 K Street NW, Suite 300
                                       Washington, DC 20006
                                       Email: ted.frank@hlli.org
                                       Cell: 703-203-3848

                                       *Attorney for Objector Michael Frank Bednarz*

# REPRESENTATION STATEMENT

The undersigned represents Objector-Appellant Michael Frank Bednarz and no other party. As Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rule 3-2(b) require, Objector-Appellant submits this Representation Statement. The following list identifies the parties to the action, and it identifies their respective counsel by name, firm, address, telephone number, and e-mail, where appropriate.

Plaintiff-appellees Christopher Hunt, Piya Robert Rojanasathit, Steven Bugge, Tom Pham, Bradley Seldin, Patrick McGuiness, John Kopp, Drew Fennelly, Jason Ames, William Cabral, Donna Shawn, Joseph O'Daniel, Cindy Booze, Matthew Ence, David Tolchin, Matt Bryant, Sheri Harmon, Christopher Bessette, Caleb Batey, Linda Lincoln, Bradley Van Patten, the City of Palo Alto, and the City of Richmond are represented by:

| | |
|---|---|
| Steve W. Berman<br>Shana E. Scarlett<br>Jerrod C. Patterson<br>Benjamin Jacob Siegel<br>Hagens Berman Sobol Shapiro LLP<br>715 Hearst Avenue, Suite 202<br>Berkeley, CA 94710<br>Tel: 510-725-3000<br>Email: steve@hbsslaw.com<br>Email: shanas@hbsslaw.com<br>Email: jerrodp@hbsslaw.com<br>Email: bens@hbsslaw.com | Joseph W. Cotchett<br>Nancy L. Fineman<br>Steven N. Williams<br>Demetrius X. Lambrinos<br>Joanna Weil LiCalsi<br>Tamarah P. Prevost<br>Mark Francis Ram<br>Adam Trott<br>Adam Zapala<br>Cotchett, Pitre & McCarthy, LLP<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Tel: 650-697-6000<br>Email: jcotchett@cpmlegal.com<br>Email: nfineman@cpmlegal.com<br>Email: swilliams@cpmlegal.com<br>Email: dlambrinos@cpmlegal.com<br>Email: jlicalsi@cpmlegal.com<br>Email: tprevost@cpmlegal.com<br>Email: mram@schneiderwallace.com<br>Email: atrott@cpmlegal.com<br>Email: azapala@cpmlegal.com |

Elizabeth J. Cabraser
Richard M. Heimann
Eric B. Fastiff
Brendan P. Glackin
Dean M. Harvey
Lin Y. Chan
Abbye Rose Klamann Ognibene
Michael K. Sheen
Lieff Cabraser Heimann & Bernstein, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008
Email: ecabraser@lchb.com
Email: rheimann@lchb.com
Email: efastiff@lchb.com
Email: bglackin@lchb.com
Email: dharvey@lchb.com
Email: lchan@lchb.com
Email: aognibene@pierecebainbridge.com
Email: msheen@lchb.com

Jennie Lee Anderson
Andrus Anderson LLP
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: 415-986-1400
Email:jennie@andrusanderson.com

Thomas Kay Boardman
Syliva M. Sokol
Scott + Scott, Attorneys at Law, LLP
The Helmsley Building
230 Park Avenue, 17th Floor
New York, NY 10169
Tel: 212-223-6444
Email: tboardman@scott-scott.com
Email: ssokol@scott-scott.com

Willem F. Jonckheer
Schubert Jonckheer & Kolbe LLP
Three Embarcadero Center, Suite 1650
San Francisco, CA 94111
Tel: 415-788-4220
Email: wjonckheer@schubertlawfirm.com

Jon T. King
Law Offices of Jon T. King
2103 Dalis Drive
Concord, CA 94520
Tel: 925-698-1025
Email: jtk1904@gmail.com

Alexandra Senya Bernay
Robbins Gellar Rudman and Dowd LLP
655 W Broadway, Suite 1900
San Diego, CA 92101
Tel: 619-231-1058
Email:xanb@rgrdlaw.com

Matthew Alexander Smith
Cohen Milstein Sellers and Toll PLLC
1100 New York Avenue, NW
Suite 500 W
Washington, DC 20005
Tel: 202-408-4600
Email: matts@hbsslaw.com

Defendant-appellees LG Chem Ltd. and LG Chem America are represented by:

Nathan P. Eimer
Benjamin Edward Waldin
Brian Yanlang Chang
Vanessa Greenwood Jacobsen
Eimer Stahl LLP
224 South Michigan Avenue
Suite 1100
Chicago, IL 60604
Tel: 312-660-7600
Email: neimer@eimerstahl.com
Email: bwaldin@eimerstahl.com
Email: bchang@eimerstahl.com
Email: vjacobsen@eimerstahl.com

Defendant-appellees Hitachi Maxell, Ltd. and Maxell Corporation of America are represented by:

Craig P. Seebald
Jeremy C. Keeney
Lindsey Robinson Vaala
Thomas William Bohnett
Vinson & Elkins LLP
2200 Pennsylvania Avenue NW
Suite 500 West
Washington, DC 20037
Tel: 202-639-6500
Email: cseebald@velaw.com
Email: jkeeney@velaw.com
Email: lvaala@velaw.com
Email: tbohnett@velaw.com

Elliott J. Joh
Squire Patton Boggs
275 Battery Street
Suite 2600
San Francisco, CA 94105
Tel: 415-954-0200
Email: joh@squirepb.com

Matthew J. Jacobs
Christopher Walter James
Vinson & Elkins LLP
555 Mission Street
Suite 2000
San Francisco, CA 94105
Tel: 415-979-6900
Email: mjacobs@velaw.com
Email: cjames@velaw.com

Defendant-appellee NEC Corporation is represented by:

Dana Lynn Cook-Milligan
Jeanifer Ellen Parsigian
Matthew Robert DalSanto
Robert Bernard Pringle
Winston Strawn LLP
101 California St.
San Francisco, CA 94111
Tel: 415-591-1000
Email: dlcook@winston.com
Email: jparsigian@winston.com
Email: mdalsanto@winston.com
Email: rpringle@winston.com

Dated: January 14, 2021.             Respectfully submitted,

*/s/ Theodore H. Frank*
Theodore H. Frank (SBN 196332)
HAMILTON LINCOLN LAW INSTITUTE
CENTER FOR CLASS ACTION FAIRNESS
1629 K Street NW, Suite 300
Washington, DC 20006
Email: ted.frank@hlli.org
Cell: 703-203-3848

*Attorney for Objector Michael Frank Bednarz*

## PROOF OF SERVICE

I hereby certify that on this day I electronically filed the foregoing Notice of Appeal and Representation Statement using the CM/ECF filing system thus effectuating service of such filing on all ECF registered attorneys in this case.

DATED this 14th day of January, 2021.

                                                  */s/ Theodore H. Frank*
                                                  Theodore H. Frank