UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

JAN 21 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION, <br><br>------------------------------<br><br> INDIRECT PURCHASER PLAINTIFFS,<br><br>             Plaintiff - Appellee,<br><br>  v.<br><br><br>STEVEN FRANKLYN HELFAND,<br><br>             Objector - Appellant,<br><br>  v.<br><br>PANASONIC CORPORATION; et al.,<br><br>             Defendants - Appellees. | No. 21-15022<br><br>D.C. No. 4:13-md-02420-YGR<br>U.S. District Court for Northern California, Oakland<br><br>**ORDER** |

A review of this court's docket reflects that the filing and docketing fees for this appeal remain due. Within 21 days after the date of this order, appellant shall pay to the district court the $505.00 filing and docketing fees for this appeal and file in this court proof of such payment or file in this court a motion to proceed in forma pauperis.

The filing of a motion to proceed in forma pauperis will automatically stay the briefing schedule under Ninth Circuit Rule 27-11.

The Clerk shall serve a Form 4 financial affidavit on appellant.

If appellant fails to comply with this order, this appeal may be dismissed by the Clerk for failure to prosecute. *See* 9th Cir. R. 42-1.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Cyntharee K. Powells
Deputy Clerk
Ninth Circuit Rule 27-7