Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>INDIRECT PURCHASER PLAINTIFFS' NOTICE OF CROSS-APPEAL |

010330-11/1425935 V1

NOTICE IS GIVEN that Indirect Purchaser Plaintiffs,[1] on behalf of themselves and all others similarly situated, hereby cross-appeal to the United States Court of Appeals for the Ninth Circuit from the the Order Granting in part Motion of Objector Michael Frank Bednarz for Attorneys' Fees (ECF No. 2682), entered on December 10, 2020, and first appealed on January 14, 2021.[2]

DATED: January 27, 2021    HAGENS BERMAN SOBOL SHAPIRO LLP

By      s/ *Shana E. Scarlett*
        SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
steve@hbsslaw.com
shanas@hbsslaw.com

Elizabeth J. Cabraser (083151)
Brendan P. Glackin (199643)
Lin Y. Chan (255027)
Michael K. Sheen (288284)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
msheen@lchb.com

---

[1] The Indirect Purchaser Plaintiffs are Jason Ames, Caleb Batey, Christopher Bessette, Cindy Booze, Matt Bryant, Steve Bugge, William Cabral, Matthew Ence, Drew Fennelly, Sheri Harmon, Christopher Hunt, John Kopp, Linda Lincoln, Patrick McGuiness, Joseph O'Daniel, Tom Pham, Piya Robert Rojanasathit, Bradley Seldin, Donna Shawn, David Tolchin, Bradley Van Patten, the City of Palo Alto, and the City of Richmond. *See* Indirect Purchaser Plaintiffs' Motion for Final Approval of Settlements with Hitachi, LG Chem and NEC at 1, May 5, 2020, ECF No. 2613.

[2] Notice of Appeal and Representation Statement of Objector Michael Frank Bednarz (ECF No. 2691); *see* Fed. R. App. P. 4(a)(3).

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph W. Cotchett (36324)
Adam J. Zapala (245748)
Tamarah P. Prevost (313422)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Interim Co-Lead Class Counsel
for Indirect Purchaser Plaintiffs*