Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for the Indirect Purchaser Class*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>TENTH REPORT ON CLAIMS STATUS<br><br>DATE ACTION FILED: Oct. 3, 2012 |

010330-11 1089983 V1

Indirect Purchaser Plaintiffs (IPPs) hereby submit this Tenth Report on Claims Status regarding the status of the administration and auditing for claims on the $113.45 million fund recovered on behalf of the indirect purchaser class.

The deadline for class members to submit claims for all settlements in this case closed on December 15, 2020.

As of January 27, 2021, the claims administrator received 1,103,946 claims. This represents a total of 117,436,434 devices. The devices are broken out across products as follows:

| Type of Device | Number of devices claimed |
|---|---|
| Personal computer batteries | 47,165,423 |
| Mobile phone batteries | 41,661,399 |
| Camcorder batteries | 8,131,943 |
| Power tool batteries | 20,477,669 |
| TOTAL | 117,436,434 |

The claims administrator has identified which claims come from repealer states versus non-repealer states for the purposes of following this Court's allocation plan. That division is as follows:

| Repealer states | 577,500 |
|---|---|
| Non-repealers states | 526,446 |
| TOTAL CLAIMS | 1,103,946 |

The claims administrator has begun the auditing process to ensure the validity of some claims. Emails have been sent to the following number of claimants requesting the following further information:

- Further documentation/information has been requested for 176 high value claims.
- For 6,192 claims, no purchase values were provided (the number of units purchased). This impacts 100 individual filers, and 6,092 claims filed by third-party filers (aggregators or

TENTH REPORT ON CLAIMS STATUS – Case No. 4:13-md-02420-YGR

-1-

010330-11 1089983 V1

companies who purport to have assignment of claims). Further information is sought to validate these claims.

- For 6,570 claims made by third-party filers, further information or documentation has been requested demonstrating they have proof of authorization to file the claim.

It is estimated that four months is needed to complete this auditing process. Because of the pending appeals filed by three objectors to the Ninth Circuit Court of Appeals, no distribution to the class is possible at this time.

DATED: January 29, 2021            HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/ Shana E. Scarlett
    SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
shanas@hbsslaw.com

DATED: January 29, 2021            LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By   s/ Brendan P. Glackin
    BRENDAN P. GLACKIN

Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (199643)
Lin Y. Chan (SBN 255027)
Michael K. Sheen (288284)
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com
msheen@lchb.com

DATED: January 29, 2021            COTCHETT, PITRE & McCARTHY, LLP

By   s/ Adam J. Zapala
    ADAM J. ZAPALA

TENTH REPORT ON CLAIMS STATUS – Case No. 4:13-md-02420-YGR

- 2 -

010330-11 1089983 V1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Joseph W. Cotchett (SBN 36324)
Tamarah P. Prevost (SBN 313422)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Counsel for the Indirect Purchaser Class*

TENTH REPORT ON CLAIMS STATUS – Case No. 4:13-md-02420-YGR

- 3 -

010330-11 1089983 V1