UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Order Relates to:<br><br>The Indirect Purchaser Plaintiffs | Case No.13-md-02420-YGR<br><br>**ORDER GRANTING MOTION OF OBJECTOR CHRISTOPHER ANDREWS TO CONTINUE PROCEED IN FORMA PAUPERIS ON APPEAL**<br><br>Re: Dkt. No. 2695 |

Good cause appearing, and to the extent necessary given the Court's prior grant of IFP status, pursuant to 28 U.S.C. § 1915(a), the request of Objector Christopher Andrews to continue to proceed in forma pauperis on appeal (Dkt No. 2695) is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: February 16, 2021

_____
YVONNE GONZALEZ ROGERS
United States District Judge