|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 17 2021 |
|  | MOLLY C. DWYER, CLERK |
|  | U.S. COURT OF APPEALS |

In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff-Appellee,

 v.

MICHAEL FRANK BEDNARZ,

       Objector-Appellant,

 v.

PANASONIC CORPORATION; et al.,

       Defendants-Appellees.

No. 21-15120

D.C. No. 4:13-md-02420-YGR
Northern District of California,
Oakland

ORDER

In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION,

------------------------------

INDIRECT PURCHASER PLAINTIFFS,

       Plaintiff-Appellee,

 v.

CHRISTOPHER ANDREWS,

No. 21-15138

D.C. No. 4:13-md-02420-YGR

|  |  |
|---|---|
| Objector-Appellant, | |
| v. | |
| PANASONIC CORPORATION; et al., | |
| Defendants-Appellees. | |

| | |
|---|---|
| In re:  LITHIUM ION BATTERIES ANTITRUST LITIGATION, | No.   21-15200 |
| ------------------------------ | D.C. No. 4:13-md-02420-YGR |
| INDIRECT PURCHASER PLAINTIFFS, | |
| Plaintiff-Appellant, | |
| v. | |
| STEVEN FRANKLYN HELFAND; et al., | |
| Objectors-Appellees, | |
| v. | |
| PANASONIC CORPORATION; et al., | |
| Defendants. | |

The parties' stipulated motion (Docket Entry No. 61) to voluntarily dismiss No. 21-15138 without prejudice is granted.  Fed. R. App. P. 42(b).

No. 21-15138 is dismissed without prejudice to reinstatement within 28 days after the district court's filing of an order denying approval of the parties' settlement agreement.  See Appendix A(27), General Orders of the United States

Court of Appeals.

A copy of this order sent to the district court shall act as and for the mandate of this court as to No. 21-15138 only.

The remaining briefing schedule for Nos. 21-15200 and 21-15120 is unchanged.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Terri Haugen
Deputy Clerk
Ninth Circuit Rule 27-7