**FILED**

UNITED STATES COURT OF APPEALS

NOV 16 2022

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION, <br><br>------------------------------<br><br> INDIRECT PURCHASER PLAINTIFFS, <br><br>        Plaintiff-Appellee,<br><br> v.<br><br> MICHAEL FRANK BEDNARZ,<br><br>        Objector-Appellant,<br><br> v.<br><br> PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO, LTD; SANYO NORTH AMERICA CORPORATION; HITACHI, LTD.; HITACHI MAXWELL, LTD.; MAXWELL CORPORATION OF AMERICA; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; NEC CORPORATION; SAMSUNG SDI CO. LTD.; SAMSUNG SDI AMERICA, INC.; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; SONY ELECTRONICS, INC.; NEC TOKIN CORPORATION; LG CHEM, LTD.; LG CHEM AMERICA, INC., | No. 21-15120 <br><br> D.C. No. 4:13-md-02420-YGR <br> Northern District of California, Oakland <br><br> ORDER |

| | |
|---|---|
| Defendants-Appellees. | |

| | |
|---|---|
| In re: LITHIUM ION BATTERIES ANTITRUST LITIGATION, | No. 21-15200 |
| ------------------------------ | D.C. No. 4:13-md-02420-YGR Northern District of California, Oakland |
| INDIRECT PURCHASER PLAINTIFFS, | |
| Plaintiff-Appellant, | |
| v. | |
| STEVEN FRANKLYN HELFAND; MICHAEL FRANK BEDNARZ; CHRISTOPHER ANDREWS, | |
| Objectors-Appellees, | |
| v. | |
| PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; SANYO ELECTRIC CO, LTD; SANYO NORTH AMERICA CORPORATION; HITACHI, LTD.; HITACHI MAXWELL, LTD.; MAXWELL CORPORATION OF AMERICA; TOSHIBA CORPORATION; TOSHIBA AMERICA ELECTRONIC COMPONENTS, INC.; NEC CORPORATION; SAMSUNG SDI CO. LTD.; SAMSUNG SDI AMERICA, INC.; SONY CORPORATION; SONY ENERGY DEVICES CORPORATION; | |

| |
|---|
| SONY ELECTRONICS, INC.; NEC TOKIN CORPORATION; LG CHEM, LTD.; LG CHEM AMERICA, INC.,<br><br>              Defendants. |

Before:  HAWKINS, McKEOWN, and BYBEE, Circuit Judges.

The panel has voted to deny the Stipulated Dismissal of Appeal filed by Indirect Purchaser Plaintiffs and Christopher Andrews on May 2, 2022 as moot. The stipulated motion to dismiss was granted in consolidated case number 21-15138 on May 19, 2022.