# EXHIBIT A



**In re Lithium Ion Batteries Antitrust Litigation – Currently Outstanding Invoices**

| Date of Invoice | Outstanding Balance |
|---|---|
| 1/31/2020 | $11,023.89 |
| 2/29/2020 | $28,346.19 |
| 3/31/2020 | $4,031.16 |
| 4/30/2020 | $7,332.18 |
| 5/31/2020 | $1,714.59 |
| 6/30/2020 | $1,510.09 |
| 8/12/2020 | $1,112.53 |
| 9/28/2020 | $986.45 |
| 10/15/2020 | $844.98 |
| 10/31/2020 | $1,841.03 |
| 11/30/2020 | $5,045.11 |
| 1/10/2021 | $5,414.00 |
| 1/31/2021 | $13,795.70 |
| 2/28/2021 | $5,358.67 |
| 3/31/2021 | $3,413.84 |
| 4/30/2021 | $2,707.91 |
| 5/31/2021 | $1,698.91 |
| 6/30/2021 | $2,436.31 |
| 7/31/2021 | $1,559.35 |
| 8/31/2021 | $1,458.53 |
| 9/30/2021 | $1,315.15 |
| 10/31/2021 | $2,049.14 |
| 11/30/2021 | $1,044.77 |
| 12/31/2021 | $978.41 |
| 1/31/2022 | $929.27 |
| 2/28/2022 | $1,067.75 |
| 3/31/2022 | $1,125.39 |
| 4/30/2022 | $5,205.58 |
| 5/31/2022 | $2,953.37 |
| 6/30/2022 | $3,787.27 |
| 7/31/2022 | $779.40 |
| | |
| Total Outstanding | $122,866.92 |