# EXHIBIT B



**In re Lithium Ion Batteries Antitrust Litigation – Estimated Future Fees and Expenses**

| Fee or Expense | Subtotals | Estimated Remaining Costs |
|---|---|---|
| Maintanance of Website and IVR | | $1,950.00 |
| Calls to Recorded Telephone Line or Live Agents | | $1,500.00 |
| Maintanance of Escrow Account and Bank Fees (Including Tax Preparation for Three Years) | | $2,500.00 |
| Check Printing for Multiple Distributions and Reissues | | $100.00 |
| Processing of Returned Checks for Multiple Distributions and Reissues | | $25.00 |
| Maintanance of PO Box ($100 Per Month for Two Years) | | $2,400.00 |
| Postage for Check Distributions and Reissues | | $82.50 |
| Total Billable Time for Project Oversight and Data Analysis and Reporting, including: | | $5,544.54 |
|     Billable Time for Communication Oversight | $1,032.58 | |
|     Billable Time for Printing and Mailing Check Stubs and Payments | $499.78 | |
|     Billable Time for Project Coordination, Management and Direction | $1,561.21 | |
|     Billable Time for Technical Project Management | $821.06 | |
|     Billable Time for Data Analyst & Reporting | $915.94 | |
|     Billable Time for Disbursement Management for Distributions to Claimants and Cy Pres Recipient and Reissues | $713.97 | |
| **Total** | | **$14,102.04** |