# EXHIBIT C



In re Lithium Ion Batteries Antitrust Litigation – Direct Purchaser
Recommended Supplemental Payment Amounts

| Tracking Number | Payment Amount |
| --- | --- |
| 1066 | $233.02 |
| 1999 | $398.70 |
| 2060 | $156.94 |
| 96155 | $145.75 |
| 97683 | $12,424.50 |
| 97868 | $20.64 |
| 98527 | $9,822.73 |
| 602568 | $2,211.34 |
| 634450 | $1,684.14 |
| 690852 | $668.78 |
| 709521 | $5,323.26 |
| 744469 | $55.67 |
| 922048 | $6,584.13 |
| 922068 | $23,578.99 |
| 922070 | $2,639.47 |
| 922076 | $11,607.51 |
| 922082 | $6,506.55 |
| 922087 | $1,915.99 |
| 922147 | $2,509.20 |
| 922150 | $115.31 |
| 922167 | $1,594.80 |
| 922210 | $1,585.04 |
| 922225 | $15,769.52 |
| 949763 | $1,938.94 |
| 971849 | $10.54 |
| 1174932 | $105.80 |
| 1175277 | $40.73 |
| 1176306 | $18.34 |
| 1176440 | $149,072.55 |
| 1176466 | $900.36 |
| 1176488 | $113.99 |
| 1176493 | $17.30 |
| 1176515 | $2,371.64 |
| 1176531 | $621.34 |
| 1180558 | $14.49 |
| 1180600 | $867.12 |
| 1183887 | $47.64 |
| 1183958 | $16.87 |
| 1184254 | $15.24 |
| 1184715 | $33.62 |

| Tracking Number | Payment Amount |
|---|---|
| 1185464 | $19.15 |
| 1185471 | $47.26 |
| 1185476 | $92.85 |
| 1185478 | $28,748.36 |
| 1185529 | $28,167.59 |
| 1185534 | $16.97 |
| 1185568 | $498.91 |
| 1185570 | $14.02 |
| 1185577 | $116.98 |
| 1188837 | $27.15 |
| 1188907 | $22.29 |
| 1188914 | $442.41 |
| 1188931 | $13.78 |
| 1188966 | $1,109.87 |
| 1188985 | $144.81 |
| 1188997 | $16.30 |
| 1189000 | $22.30 |
| 1189026 | $515.78 |
| 1189133 | $3,699.91 |
| 1189149 | $17,923.87 |
| 1189151 | $2,552.42 |
| 1189157 | $2,285.44 |
| 1189158 | $17,481.63 |
| 1189161 | $272.39 |
| 1189162 | $105.23 |
| 1189164 | $6,050.38 |
| 1189167 | $198.93 |
| 1189169 | $578.46 |
| 1189175 | $20,807.12 |
| 1189176 | $110.87 |
| 1189178 | $4,163.16 |
| 1189181 | $2,356.94 |
| 1189182 | $11.07 |
| 1189202 | $11.97 |
| 1189211 | $14.15 |
| 1189214 | $603.52 |
| 1189223 | $5,722.64 |
| 1189224 | $40,152.19 |
| 1189247 | $10,531.85 |
| 1189255 | $402.43 |
| 1189256 | $36.28 |
| 1189258 | $7,725.93 |
| 1189263 | $17.89 |
| 1189265 | $1,065.61 |
| 1189298 | $9,583.32 |
| 1189304 | $1,624.29 |

2

| Tracking Number | Payment Amount |
|---|---|
| 1189308 | $405.93 |
| 1189312 | $54.49 |
| 1189313 | $4,125.86 |
| 1189314 | $217.15 |
| 1189355 | $71.34 |
| 1189411 | $69.61 |
| 1189413 | $16.16 |
| 1189416 | $217.15 |
| 1189418 | $164.56 |
| 1189424 | $11.75 |
| 1189427 | $20,631.89 |
| 1189443 | $42,988.78 |
| 1189468 | $10.06 |
| 1189478 | $276.88 |
| 1189479 | $37.30 |
| 1189487 | $13,086.33 |
| 1189497 | $3,354.12 |
| 1189498 | $59.06 |
| 1189503 | $288.43 |
| 1189504 | $82.05 |
| 1189505 | $67.41 |
| 1189515 | $11.01 |
| 1189518 | $80.01 |
| 1189529 | $82,101.62 |
| 1189531 | $71.52 |
| 1189533 | $98.96 |
| 1189536 | $2,994.03 |
| 1189553 | $69.05 |
|  |  |
| **Total:** | **$651,547.67** |