Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (SBN 083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (SBN 245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>STATUS REPORT ON SETTLEMENT DISTRIBUTION<br><br>DATE ACTION FILED: Oct. 3, 2012 |

010330-11 1089983 V1

Indirect Purchaser Plaintiffs (IPPs) respectfully submit this Status Report regarding the settlement claims and distribution process. IPPs include in this report a summary of the scheduled actions to be taken by the Settlement Administrator (Epiq Class Action & Claims Solutions, Inc.) to prepare for distribution of the settlement funds.

## BRIEF BACKGROUND

On November 16, 2022, the Ninth Circuit Court of Appeals issued a Memorandum Opinion and judgment affirming orders of this Court awarding attorneys' fees to IPP Class Counsel and counsel for Objector Frank Bednarz.[1] These attorney fee orders relate to settlements finally approved by this Court. The Ninth Circuit on December 8, 2022 issued a mandate giving effect to its November 16, 2022 judgment.[2] Objector Bednarz, who appealed this Court's award of attorneys' fees to IPP Class Counsel, has a deadline of February 14, 2023 to file a petition for a writ of certiorari with the Supreme Court asking the Court to review the Ninth Circuit's judgment.

## STATUS REPORT

If Objector Bednarz does not file a timely petition for writ of certiorari, IPP Class Counsel will subsequently submit a motion to this Court on distribution, with the goal of distributing the settlement funds as soon as possible.

In the meantime, to prepare for that report and distribution, the Settlement Administrator and IPP Class Counsel will take the following actions:

- On or before **December 16, 2022**, the Settlement Administrator will attempt to contact high value claimants who have not responded to previous outreach attempts, to offer these claimants one final opportunity to provide adequate support for their claims.

- On or before **December 16, 2022**, the Settlement Administrator will send summary status spreadsheets to parties that filed claims on behalf of others (so-called "third-party filers").

---

[1] *See In re Lithium Ion Batteries Antitrust Litig.*, Nos. 21-15120 & 21-15200, Mem. op. at 3-4, 8 (9th Cir. Nov. 16, 2022).

[2] *See In re Lithium Ion Batteries Antitrust Litig.*, Nos. 21-15120 & 21-15200, Mandate (9th Cir. Dec. 8, 2022).

STATUS REPORT ON SETTLEMENT DISTRIBUTION –
Case No. 4:13-md-02420-YGR
-1-
010330-11 1089983 V1

- The Settlement Administrator will set a deadline of **January 6, 2023** for responses from high value claimants and third-party filers.

- On or before **January 13, 2023**, the Settlement Administrator will complete its review of the responses from high value claimants and third-party filers.

- On or before **January 20, 2023**, the Settlement Administrator will contact claimants who have large claims but have not provided mailing addresses, to request these addresses so that the claimants may be issued physical checks. The Settlement Administrator will set a response deadline of **February 10, 2023**.

- On or before **March 3, 2023**, the Settlement Administrator will send IPP Class Counsel draft calculations for the settlement distribution for counsel to review.

- On or before **March 17, 2023**, IPP Class Counsel will file a motion for distribution of the settlement funds with the Court.

IPPs believe that taking the foregoing steps pursuant this timeline will promote an efficient and timely distribution of settlement funds.

DATED:  December 9, 2022          HAGENS BERMAN SOBOL SHAPIRO LLP

By   s/ Shana E. Scarlett
        SHANA E. SCARLETT

Steve W. Berman (*pro hac vice*)
Benjamin J. Siegel (SBN 256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

DATED: December 9, 2022          LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By   s/ Brendan P. Glackin
        BRENDAN P. GLACKIN

STATUS REPORT ON SETTLEMENT DISTRIBUTION –
Case No. 4:13-md-02420-YGR

010330-11 1089983 V1

|  |  |
|---|---|
|  | Elizabeth J. Cabraser (SBN 083151)<br>Brendan P. Glackin (SBN 199643)<br>Lin Y. Chan (SBN 255027)<br>Michael K. Sheen (SBN 288284)<br>275 Battery Street, 29th Floor<br>San Francisco, CA 94111-3339<br>Telephone: (415) 956-1000<br>Facsimile: (415) 956-1008<br>ecabraser@lchb.com<br>bglackin@lchb.com<br>lchan@lchb.com<br>msheen@lchb.com |
| DATED: December 9, 2022 | COTCHETT, PITRE & McCARTHY, LLP<br><br>By   s/ Adam J. Zapala<br>       ADAM J. ZAPALA<br><br>Joseph W. Cotchett (SBN 36324)<br>Tamarah P. Prevost (SBN 313422)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br>tprevost@cpmlegal.com<br><br>***Counsel for Indirect Purchaser Plaintiffs*** |

STATUS REPORT ON SETTLEMENT DISTRIBUTION –
Case No. 4:13-md-02420-YGR

- 3 -

010330-11 1089983 V1