Joseph J. Tabacco, Jr. (Bar No. 75484)
Todd A. Seaver (Bar No. 271067)
Carl N. Hammarskjold (Bar No. 280961)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
          tseaver@bermantabacco.com
          chammarskjold@bermantabacco.com

R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Matthew D. Heaphy (Bar No. 227224)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813
Email: rick@saveri.com
          geoff@saveri.com
          mheaphy@saveri.com

Bruce L. Simon (Bar No. 96241)
Benjamin E. Shiftan (Bar No. 265767)
**PEARSON, SIMON & WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
Email: bsimon@pswlaw.com
          bshiftan@pswlaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

[Additional Counsel on Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Direct Purchaser Actions* | Case No. 13-md-02420-YGR<br>MDL No. 2420<br><br>**DIRECT PURCHASER PLAINTIFFS' REPLY BRIEF IN SUPPORT OF MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF REMAINING SETTLEMENT FUNDS**<br><br>Date:          January 10, 2023<br>Time:         2:00 p.m.<br>Judge:        Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

**STATEMENT OF ISSUES TO BE DECIDED**

1.   Whether to authorize additional *pro rata* payments from the remaining settlement funds to the 114 previously approved claimants who (i) cashed their initial checks and (ii) would also be eligible to receive more than $10.00 in this proposed supplemental distribution, as set forth in **Exhibit C** to the Page Declaration.

2.   Whether to distribute any future remaining settlement funds to a *cy pres* beneficiary, George Washington University Law School Competition Law Center ("CLC").

3.   Whether the Settlement Administrator shall be reimbursed $122,866.92 for additional costs and expenses incurred from the previously reserved amount of $136,968.96.

4.   Whether the Settlement Administrator shall be paid the $14,102.04 remainder of the previously reserved amount of $136,968.96 for its remaining work.

**REPLY BRIEF**

Direct Purchaser Plaintiffs ("Plaintiffs") respectfully submit this Reply Brief in support of their Motion for an Order Authorizing Distribution of Remaining Settlement Funds, ECF No. 2754 ("Motion").

After Plaintiffs filed their Motion, the Notice of Motion and Motion, the Memorandum of Points and Authorities in Support Thereof, the Declaration of James Page, Esq. in Support of Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Remaining Settlement Funds (ECF No. 2755) ("Page Declaration" or "Page Decl."), the Declaration of William E. Kovacic, ECF No. 2754-2 ("Kovacic Decl."), and the [Proposed] Order Granting Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Remaining Settlement Funds, ECF No. 2754-1 ("Proposed Order") were posted on the settlement website (www.BatteriesDirectPurchaserAntitrustSettlement.com) maintained by the Settlement Administrator. Supplemental Declaration of James Page in Support of Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Remaining Settlement Funds ¶ 3 ("Supp. Page Declaration").

The deadline to oppose the Motion has passed and no opposition or objections were filed, nor were any received by the Settlement Administrator. *Id.* ¶ 4.

Plaintiffs therefore request that the Court enter the Proposed Order, previously submitted, which authorizes additional payments to certain class members, and payment of additional and remaining claims administration costs incurred by the Settlement Administrator.

DATED: December 22, 2022                         Respectfully submitted,

/s/ Carl N. Hammarskjold                         /s/ R. Alexander Saveri
Joseph J. Tabacco, Jr.                           R. Alexander Saveri
Todd A. Seaver                                   Geoffrey C. Rushing
Carl N. Hammarskjold                             Matthew D. Heaphy
**BERMAN TABACCO**                               **SAVERI & SAVERI, INC.**
425 California Street, Suite 2300                706 Sansome Street
San Francisco, CA 94104                          San Francisco, CA 94111
Telephone: (415) 433-3200                        Telephone: (415) 217-6810
Facsimile:  (415) 433-6382                       Facsimile:  (415) 217-6813
jtabacco@bermantabacco.com                       rick@saveri.com
tseaver@bermantabacco.com                        geoff@saveri.com
chammarskjold@bermantabacco.com                  mheaphy@saveri.com

*Co-Lead Counsel for Direct Purchaser*           *Co-Lead Counsel for Direct Purchaser*
*Plaintiffs*                                     *Plaintiffs*


/s/ Clifford H. Pearson
Clifford H. Pearson
**PEARSON SIMON & WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pswlaw.com

Bruce L. Simon
Benjamin E. Shiftan
**PEARSON SIMON & WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
bsimon@pswlaw.com
bshiftan@pswlaw.com


*Co-Lead Counsel for Direct Purchaser*
*Plaintiffs*

**E-FILING ATTESTATION**

I, Carl N. Hammarskjold, am the ECF User whose ID and password are being used to file this document.  In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

*/s/ Carl N. Hammarskjold*
Carl N. Hammarskjold