Joseph J. Tabacco, Jr. (Bar No. 75484)
Todd A. Seaver (Bar No. 271067)
Carl N. Hammarskjold (Bar No. 280961)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile:  (415) 433-6382
Email: jtabacco@bermantabacco.com
           tseaver@bermantabacco.com
           chammarskjold@bermantabacco.com

R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Matthew D. Heaphy (Bar No. 227224)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile:  (415) 217-6813
Email: rick@saveri.com
           geoff@saveri.com
           mheaphy@saveri.com

Bruce L. Simon (Bar No. 96241)
Benjamin E. Shiftan (Bar No. 265767)
**PEARSON, SIMON & WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile:  (415) 433-9008
Email: bsimon@pswlaw.com
           bshiftan@pswlaw.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Direct Purchaser Actions* | Case No. 13-md-02420-YGR<br>MDL No. 2420<br><br>**SUPPLEMENTAL DECLARATION OF JAMES PAGE, ESQ. IN SUPPORT OF DIRECT PURCHASER PLAINTIFFS' MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF REMAINING SETTLEMENT FUNDS**<br><br>Date:      January 10, 2023<br>Time:     2:00 p.m.<br>Judge:    Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

I, James E. Page, hereby declare as follows:

1.  I am a Manager of Client Services employed by Epiq Class Actions & Claims Solutions, Inc. ("Epiq"), the Settlement Administrator for the direct purchaser actions in the above-captioned case. Epiq began working on this matter in March of 2016. I have worked for Epiq and GCG, a company acquired by Epiq in 2018, since 2013. I am a licensed attorney in Washington. I received my Juris Doctor degree from the University of Oklahoma Law School in 2006 and my Bachelor of Arts degree from the University of Oklahoma in 2003. The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

2.  I submit this Declaration in support of Direct Purchaser Plaintiffs' Motion for an Order Authorizing Distribution of Remaining Settlement Funds, ECF No. 2754 ("Motion").

3.  On December 2, 2022, Epiq posted a copy of the Motion and all supporting materials filed that day to the settlement website, https://www.batteriesdirectpurchaserantitrustsettlement.com/.

4.  As of December 21, 2022, Epiq has not received any communications regarding the Motion, including any responses or objection from class members to the Motion.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 22, 2022 at Seattle, Washington.

By: _____
JAMES PAGE
Manager of Client Services
Epiq Class Action & Claims Solutions

[13-MD-02420 (YGR)] SUPPL. DECL. OF JAMES PAGE, ESQ. ISO MOTION FOR ORDER AUTHORIZING DISTRIBUTION OF REMAINING SETTLEMENT FUNDS    1