Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | SUPPLEMENTAL STATUS REPORT ON SETTLEMENT DISTRIBUTION |
| ALL INDIRECT PURCHASER ACTIONS | DATE ACTION FILED: Oct. 3, 2012 |

010330-11 1089983 V1

On December 9, 2022 (ECF No. 2757), Indirect Purchaser Plaintiffs committed to filing an updated proposal for distribution with the Court by March 17, 2023. Counsel is still working with the vendors to ensure a correct proposed distribution plan to the Court. Accordingly, Indirect Purchaser Plaintiffs will file the proposed plan of distribution on March 24, 2023.


DATED:  March 17, 2023                    HAGENS BERMAN SOBOL SHAPIRO LLP

                                          By   s/ Shana E. Scarlett
                                             SHANA E. SCARLETT
                                          Steve W. Berman (*pro hac vice*)
                                          Benjamin J. Siegel (256260)
                                          715 Hearst Avenue, Suite 202
                                          Berkeley, CA 94710
                                          Telephone: (510) 725-3000
                                          Facsimile: (510) 725-3001
                                          steve@hbsslaw.com
                                          shanas@hbsslaw.com
                                          bens@hbsslaw.com


DATED: March 17, 2023                     LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                          By   s/ Brendan P. Glackin
                                             BRENDAN P. GLACKIN
                                          Elizabeth J. Cabraser (SBN 083151)
                                          Brendan P. Glackin (199643)
                                          Lin Y. Chan (SBN 255027)
                                          Michael K. Sheen (288284)
                                          275 Battery Street, 29th Floor
                                          San Francisco, CA 94111-3339
                                          Telephone: (415) 956-1000
                                          Facsimile: (415) 956-1008
                                          ecabraser@lchb.com
                                          bglackin@lchb.com
                                          lchan@lchb.com
                                          msheen@lchb.com


DATED: March 17, 2023                     COTCHETT, PITRE & McCARTHY, LLP

                                          By   s/ Adam J. Zapala
                                             ADAM J. ZAPALA
                                          Joseph W. Cotchett (SBN 36324)
                                          Tamarah P. Prevost (SBN 313422)
                                          840 Malcolm Road
                                          Burlingame, CA 94010
                                          Telephone: (650) 697-6000
                                          Facsimile: (650) 697-0577
                                          jcotchett@cpmlegal.com
                                          azapala@cpmlegal.com

1    tprevost@cpmlegal.com

2    *Counsel for Indirect Purchaser Plaintiffs*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28