Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 YGR |
|---|---|
|  | MDL No. 2420 |
| This Documents Relates to: | FURTHER SUPPLEMENTAL STATUS REPORT ON SETTLEMENT DISTRIBUTION; ORDER |
| ALL INDIRECT PURCHASER ACTIONS |  |
|  | DATE ACTION FILED: Oct. 3, 2012 |

010330-11 1089983 V1

On March 17, 2023 (ECF No. 2763), Indirect Purchaser Plaintiffs (Plaintiffs) committed to filing an updated proposal for distribution with the Court by March 24, 2023. Plaintiffs now respectfully request an additional two weeks to file the plan, so that they may complete an audit of the various settlement accounts before presenting the distribution plan to the Court.

As the Court is aware, Plaintiffs reached settlements over time with multiple defendants. Those settlement proceeds have been, appropriately, segregated in different accounts with Citibank, which have accrued interest separately. Additionally, as the Court is aware, the proceeds must be allocated differently amongst the two different classes (Sony settlement class versus the more limited class that participates in all settlements) as well as between repealer and non-repealer states. While Plaintiffs have been working diligently to complete this process, tying out and triple-checking the numbers is taking more time than usual, due to the number of accounts and the complexity of the distribution.

Plaintiffs want to ensure that the numbers submitted with the distribution plan to the Court are final and take into account the complexities involved in the multiple settlements and distribution. Accordingly, Plaintiffs respectfully submit they will file the proposed plan of distribution on April 7, 2023.

DATED:  March 24, 2023                HAGENS BERMAN SOBOL SHAPIRO LLP

By   *s/ Shana E. Scarlett*
       SHANA E. SCARLETT
Steve W. Berman (*pro hac vice*)
Benjamin J. Siegel (256260)
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com
shanas@hbsslaw.com
bens@hbsslaw.com

DATED: March 24, 2023                LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

By   *s/ Brendan P. Glackin*
       BRENDAN P. GLACKIN
Elizabeth J. Cabraser (SBN 083151)

|   |   |   |
|---|---|---|
| 1 |   | Brendan P. Glackin (199643) |
| 2 |   | Lin Y. Chan (SBN 255027) |
|   |   | Michael K. Sheen (288284) |
| 3 |   | 275 Battery Street, 29th Floor |
|   |   | San Francisco, CA 94111-3339 |
| 4 |   | Telephone: (415) 956-1000 |
|   |   | Facsimile: (415) 956-1008 |
| 5 |   | ecabraser@lchb.com |
|   |   | bglackin@lchb.com |
| 6 |   | lchan@lchb.com |
|   |   | msheen@lchb.com |

DATED: March 24, 2023                COTCHETT, PITRE & McCARTHY, LLP

By   *s/ Adam J. Zapala*
    ADAM J. ZAPALA
Joseph W. Cotchett (SBN 36324)
Tamarah P. Prevost (SBN 313422)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com
tprevost@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

DATED: 4/3/2023

GRANTED
Judge Yvonne Gonzalez Rogers
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA