Joseph J. Tabacco, Jr. (Bar No. 75484)
Todd A. Seaver (Bar No. 271067)
Carl N. Hammarskjold (Bar No. 280961)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
    tseaver@bermantabacco.com
    chammarskjold@bermantabacco.com

R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Matthew D. Heaphy (Bar No. 227224)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: rick@saveri.com
    geoff@saveri.com
    mheaphy@saveri.com

Bruce L. Simon (Bar No. 96241)
Benjamin E. Shiftan (Bar No. 265767)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: bsimon@pwfirm.com
    bshiftan@pwfirm.com

Co-Lead Counsel for Direct Purchaser Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 (YGR)<br>MDL No. 2420 |
| This Document Relates To:<br><br>ALL DIRECT PURCHASER ACTIONS | **NOTICE OF WITHDRAWAL OF ATTORNEY BENJAMIN E. SHIFTAN** |

Case No. 13-MD-02420 (YGR)

NOTICE OF WITHDRAWAL

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that Benjamin E. Shiftan's final day of employment with the law firm of Pearson Warshaw, LLP is May 12, 2023 and he accordingly hereby withdraws as counsel for Direct Purchaser Plaintiffs in this matter.

Pearson Warshaw, LLP, Berman Tabacco, and Saveri & Saveri, Inc. continue to serve as counsel for Direct Purchaser Plaintiffs.

DATED:  May 12, 2023  **PEARSON WARSHAW, LLP**


By:     */s/ Benjamin E. Shiftan*
           BENJAMIN E. SHIFTAN

Bruce L. Simon
Benjamin E. Shiftan
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
bsimon@pwfirm.com
bshiftan@pwfirm.com

Clifford H. Pearson
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, CA 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104
cpearson@pwfirm.com

C*o-Lead Counsel for Direct Purchaser Plaintiffs*