Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION,<br><br>This Documents Relates to:<br><br>ALL INDIRECT PURCHASER ACTIONS | Case No. 13-MD-02420 YGR (DMR)<br><br>MDL No. 2420<br><br>INDIRECT PURCHASER PLAINTIFFS' STATEMENT REGARDING SCHEDULE TO DISTRIBUTE SETTLEMENT FUNDS<br><br>DATE ACTION FILED: Oct. 3, 2012 |

Indirect Purchaser Plaintiffs ("IPPs") respectfully submit this statement regarding the distribution of settlement funds. IPPs are unable to file the Phase I Results today, required by ECF No. 2767, because Class Counsel believe additional time is necessary for the claims administrator to address claims issues. This additional time will allow as many claimants as possible to receive settlement funds in a manner that is most convenient for them. *See* IPPs' Administrative Motion to Modify Schedule, ECF No. 2769 (filed on Monday, Sept. 18, 2023).

IPPs respectfully request that the Court grant the proposed extension to the schedule. *See* ECF 2769-1 ([Proposed] Order Granting IPPs' Administrative Motion to Modify Schedule).

DATED: September 22, 2023					HAGENS BERMAN SOBOL SHAPIRO LLP

								By   s/ Shana E. Scarlett
								      SHANA E. SCARLETT

								Steve W. Berman (*pro hac vice*)
								Benjamin J. Siegel (256260)
								715 Hearst Avenue, Suite 202
								Berkeley, CA 94710
								Telephone: (510) 725-3000
								Facsimile: (510) 725-3001
								steve@hbsslaw.com
								shanas@hbsslaw.com
								bens@hbsslaw.com

DATED: September 22, 2023					LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

								By   s/ Brendan P. Glackin
								      BRENDAN P. GLACKIN

								Elizabeth J. Cabraser (SBN 083151)
								Lin Y. Chan (SBN 255027)
								275 Battery Street, 29th Floor
								San Francisco, CA 94111-3339
								Telephone: (415) 956-1000
								Facsimile: (415) 956-1008
								ecabraser@lchb.com
								bglackin@lchb.com
								lchan@lchb.com

| | | |
|---|---|---|
| 1 | DATED: September 22, 2023 | COTCHETT, PITRE & McCARTHY, LLP |
| 2 | | By   s/ Adam J. Zapala |
| 3 | | ADAM J. ZAPALA |

Joseph W. Cotchett (SBN 36324)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*