Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Steve W. Berman (*Pro Hac Vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-MD-02420 YGR (DMR) <br><br> MDL No. 2420 |
| This Documents Relates to: <br><br> ALL INDIRECT PURCHASER ACTIONS | INDIRECT PURCHASER PLAINTIFFS' REPORT OF PHASE I DISTRIBUTION OF SETTLEMENT FUNDS <br><br> DATE ACTION FILED: Oct. 3, 2012 |

Indirect Purchaser Plaintiffs ("IPPs") respectfully submit this report of the Phase I distribution of settlement funds, per the Court's October 16, 2023 Order (ECF No. 2772).

To sum up, over 90% of claims (by value) have been paid so far. For the overall distribution, the breakdown is as follows, by payment type:

|  | Successfully Paid Claimants | | Unpaid Claimants | |
| --- | --- | --- | --- | --- |
| **Check** | 952 | $2,504,628.52 | 385 | $1,300,824.22 |
| **Wire** | 12,285 | $57,433,913.16 | 0 | $0.00 |
| **Digital** | 946,115 | $6,616,521.61 | 119,750 | $2,845,202.23 |
| **Total** | **959,352** | **$66,555,063.29** | **120,135** | **$4,146,026.45** |

With respect to payments by check, that figure includes all checks that have not yet been cashed or deposited for whatever reason. The claims administrators expect the number of successful check payments to improve significantly as time goes on.

The so-far unsuccessful digital payments include both payments that have not been delivered, such as due to an apparently bad email address, and payments for which the claims administrators believe the email went through, but the claimant for whatever reason has not clicked through to claim the funds.

|  | Class Members | Award Value |
| --- | --- | --- |
| **Undeliverable** | 99,351 | $1,638,260.74 |
| **Unclaimed** | 20,399 | $1,206,941.49 |
| **Paid** | 946,115 | $6,616,521.61 |
| **Total** | **1,065,865** | **$9,461,723.84** |

In the Statement filed October 23, 2022 (ECF No. 2774), IPPs proposed to send a "Last Chance" email to the recipients of unclaimed digital payments, at no additional cost to the class. Any funds still remaining unclaimed after that would be added to the "undeliverable" payments and made available for a second-round distribution. (A "Last Chance" attempt cannot be made for undeliverable payments for the same reason that delivery failed: lack of a good email address.) Accordingly, IPPs respectfully propose that the Court extend the current schedule for distribution of settlement funds as follows (*see* ECF No. 2774):

- **Report of Results of Phase I**: December 13, 2023
- **Phase II – Second Round Distribution**: February 7, 2024

- **Final Reporting**: March 1, 2024

IT IS SO ORDERED

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

| | |
|---|---|
| Dated:  October 25, 2023 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By  *s/ Brendan P. Glackin* |
| | BRENDAN P. GLACKIN |
| | Elizabeth J. Cabraser (SBN 083151) |
| | Brendan P. Glackin (199643) |
| | Lin Y. Chan (SBN 255027) |
| | Michael K. Sheen (288284) |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |
| | Telephone: (415) 956-1000 |
| | Facsimile: (415) 956-1008 |
| | ecabraser@lchb.com |
| | bglackin@lchb.com |
| | lchan@lchb.com |
| | msheen@lchb.com |
| Dated:  October 25, 2023 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By  *s/ Shana E. Scarlett* |
| | SHANA E. SCARLETT |
| | Steve W. Berman (*pro hac vice*) |
| | Shana E. Scarlett (217895) |
| | Benjamin J. Siegel (256260) |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | steve@hbsslaw.com |
| | shanas@hbsslaw.com |
| | bens@hbsslaw.com |

| | |
|---|---|
| Dated:  October 25, 2023 | COTCHETT, PITRE & McCARTHY, LLP<br><br>By  *s/ Adam J. Zapala*<br>    ADAM J. ZAPALA<br>Joseph W. Cotchett (SBN 36324)<br>840 Malcolm Road<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Facsimile: (650) 697-0577<br>jcotchett@cpmlegal.com<br>azapala@cpmlegal.com<br><br>*Counsel for Indirect Purchaser Plaintiffs* |