**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION**<br><br>This Order Relates to:<br><br>All Indirect Purchaser Actions | Case No.: 13-MD-2420-YGR<br><br>MDL No. 2420<br><br>**Order Continuing Deadlines**<br><br>Re: Dkt. Nos. 2773, 2774, 2775, 2776 |

On October 16, 2023, the Court ordered Indirect Purchaser Plaintiffs to respond to three questions regarding allegations of technical issues allegedly impacting class members seeking to claim their settlement shares. (Dkt. No. 2772). Plaintiffs timely filed their response, as well as an opposition to Mr. Johnson's previously filed objection and a status report on the first phase of the settlement fund distribution. (*See* Dkt. Nos. 2774, 2775 & 2776.)

Having carefully reviewed the above-referenced filings, the Court determines that no widespread technical issues are present. As plaintiffs attest, less than *one percent* of class members who requested to receive their settlement share via digital payment have experienced difficulties. Mr. Johnson's objection, as well as the recently filed (and untimely) objection of Mr. Farmer,[1] alleging pervasive technical barriers to accessing settlement payments are therefore overruled.

Further, plaintiffs indicate that the claims administrators have offered to conduct, at no cost to the class, additional follow up with the 20,500 claimants who were sent digital payments but who have not accepted them. Plaintiffs request that several deadlines relating to phase two of the settlement fund distribution be continued to permit the claims administrators to complete this

---

[1] *See* Dkt. No. 2773.

process. Good cause showing and pursuant to plaintiffs' request, the Court **ORDERS** that the below deadlines[2] be reset as indicated herein:

- **Phase II: Second Round Distribution** – February 7, 2024
- **Final Reporting** – March 1, 2024

**IT IS SO ORDERED**.

Dated: October 30, 2023

                                                  **YVONNE GONZALEZ ROGERS**
                                                **UNITED STATES DISTRICT COURT JUDGE**

---

[2] Plaintiffs also request a continuance of the deadline for filing a report on the results of phase one of the settlement distribution. As plaintiffs timely filed such report on October 25, 2023, the Court considers their request for an extension of that filing deadline to be **MOOT**.

2