Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR ADDITIONAL TIME REGARDING PHASE II STATUS REPORT |
| ALL INDIRECT PURCHASER ACTIONS | |
| | DATE ACTION FILED: Oct. 3, 2012 |

| | |
|---|---|
| 1 | Under the existing schedule, the claims administrator was to deliver a report to the Court regarding Phase I Distribution of Settlement Funds, and a proposed plan for Phase II Distribution of Settlement Funds. ECF No. 2777. As discussed at the status conference on February 5, 2024, however, additional efforts are being undertaken to find class members to participate in Phase I and to perform the calculations of funds available for Phase II. Indirect purchasers respectfully request that the deadline to file the status update with the Court be extended to Tuesday, February 13, 2024. In that report, indirect purchasers and the claims administrators will propose a schedule to complete the second-round distribution and provide a final report to the Court. |

**IT IS SO ORDERED**

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**

DATED:  February 7, 2024            HAGENS BERMAN SOBOL SHAPIRO LLP

                                   By   s/ Shana E. Scarlett
                                        SHANA E. SCARLETT

                                   Steve W. Berman (*pro hac vice*)
                                   Benjamin J. Siegel (256260)
                                   715 Hearst Avenue, Suite 202
                                   Berkeley, CA 94710
                                   Telephone: (510) 725-3000
                                   Facsimile: (510) 725-3001
                                   steve@hbsslaw.com
                                   shanas@hbsslaw.com
                                   bens@hbsslaw.com

DATED: February 7, 2024             LIEFF CABRASER HEIMANN & BERNSTEIN, LLP

                                   By   s/ Brendan P. Glackin
                                        BRENDAN P. GLACKIN

                                   Elizabeth J. Cabraser (SBN 083151)
                                   Lin Y. Chan (SBN 255027)
                                   275 Battery Street, 29th Floor
                                   San Francisco, CA 94111-3339

IPP STATEMENT IN RESPONSE TO COURT ORDER– Case No. 4:13-md-02420-YGR                                          -1-

|   |   |   |
|---|---|---|
| 1 | | Telephone: (415) 956-1000 |
| 2 | | Facsimile: (415) 956-1008 |
|   | | ecabraser@lchb.com |
|   | | bglackin@lchb.com |
| 3 | | lchan@lchb.com |
| 4 | | |
| 5 | DATED: February 7, 2024 | COTCHETT, PITRE & McCARTHY, LLP |
| 6 | | By   s/ Adam J. Zapala |
| 7 | |       ADAM J. ZAPALA |
| 8 | | Joseph W. Cotchett (SBN 36324) |
|   | | 840 Malcolm Road |
| 9 | | Burlingame, CA 94010 |
|   | | Telephone: (650) 697-6000 |
| 10 | | Facsimile: (650) 697-0577 |
|   | | jcotchett@cpmlegal.com |
| 11 | | azapala@cpmlegal.com |
| 12 | | ***Counsel for Indirect Purchaser Plaintiffs*** |

IPP Motion for Extension of Time – Case No. 4:13-md-02420-YGR

- 2 -