Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
steve@hbsslaw.com

Elizabeth J. Cabraser (083151)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com

Adam J. Zapala (245748)
COTCHETT, PITRE & McCARTHY, LLP
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*

[Additional Counsel Listed on Signature Page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION, | Case No. 13-MD-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: ALL INDIRECT PURCHASER ACTIONS | INDIRECT PURCHASER PLAINTIFFS' REQUEST FOR ADDITIONAL TIME REGARDING PHASE II STATUS REPORT |
| | DATE ACTION FILED: Oct. 3, 2012 |

Under the existing schedule, the claims administrator was to deliver a report to the Court regarding Phase I Distribution of Settlement Funds, and a proposed plan for Phase II Distribution of Settlement Funds. ECF No. 2777. As discussed at the status conference on February 5, 2024, however, additional efforts are being undertaken to find class members to participate in Phase I and to perform the calculations of funds available for Phase II. Indirect purchasers respectfully request that the deadline to file the status update with the Court be extended to Tuesday, February 13, 2024. In that report, indirect purchasers and the claims administrators will propose a schedule to complete the second-round distribution and provide a final report to the Court.

**IT IS SO ORDERED**

**Dated:** February 9, 2024

                                                          YVONNE GONZALEZ ROGERS
                                                          **UNITED STATES DISTRICT COURT JUDGE**

| | |
|---|---|
| DATED:  February 7, 2024 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By   s/ Shana E. Scarlett |
| | SHANA E. SCARLETT |
| | Steve W. Berman (*pro hac vice*) |
| | Benjamin J. Siegel (256260) |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | steve@hbsslaw.com |
| | shanas@hbsslaw.com |
| | bens@hbsslaw.com |
| DATED: February 7, 2024 | LIEFF CABRASER HEIMANN & BERNSTEIN, LLP |
| | By   s/ Brendan P. Glackin |
| | BRENDAN P. GLACKIN |
| | Elizabeth J. Cabraser (SBN 083151) |
| | Lin Y. Chan (SBN 255027) |
| | 275 Battery Street, 29th Floor |
| | San Francisco, CA 94111-3339 |

Telephone: (415) 956-1000
Facsimile: (415) 956-1008
ecabraser@lchb.com
bglackin@lchb.com
lchan@lchb.com

DATED: February 7, 2024

COTCHETT, PITRE & McCARTHY, LLP

By  s/ Adam J. Zapala
　　ADAM J. ZAPALA

Joseph W. Cotchett (SBN 36324)
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
jcotchett@cpmlegal.com
azapala@cpmlegal.com

*Counsel for Indirect Purchaser Plaintiffs*