# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

## CIVIL MINUTES

| Date: February 5, 2024 | Time: 2:00 p.m. to 2:23 p.m.<br>23 minutes | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| Case No.: 13-md-02420-YGR | Case Name: In Re: Lithium Ion Batteries Antitrust Litigation | |

**Attorney for Plaintiff:** Shana Scarlett; via Zoom
**Attorney for Defendant:** Jeffrey Amato; via Zoom

**Deputy Clerk:** Edwin Angelo A. Cuenco          **Court Reporter:** Liberty Recorder / Zoom Recorder

## PROCEEDINGS

Status Conference – **HELD**.

The Court identified concerns regarding the distribution of digital payments to claimants. The Indirect Purchaser Plaintiffs explained the technical processes through which such payments are processed and addressed the Court's concerns.

The Indirect Purchaser Plaintiffs proposed that Claims Administrators could conduct additional outreach to claimants meeting the following criteria: (i) the claimants were previously sent "last chance" email outreach; (ii) they subsequently requested that the Claims Administrators redirect their digital payments to alternative email addresses (whether or not they made such requests by the stated deadline); and (iii) the alternative email addresses they provided were deemed "undeliverable." Indirect Purchaser Plaintiffs proposed that, to the extent this supplemental outreach yields additional verified email addresses for such claimants, those individuals shall receive the payment they would have received during the first distribution as well as a *pro rata* share of the second distribution.

The Court approved the proposal.