Shana E. Scarlett
Steve W. Berman (*Pro Hac Vice)*
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
shanas@hbsslaw.com
steve@hbsslaw.com

*Counsel for Indirect Purchaser Plaintiffs*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| IN RE LITHIUM ION BATTERIES ANTITRUST LITIGATION | Case No. 13-md-02420 YGR (DMR) |
| | MDL No. 2420 |
| This Documents Relates to: | **INDIRECT PURCHASER PLAINTIFFS' REQUEST AND [PROPOSED] ORDER RESCHEDULE FOR FINAL ACCOUNTING** |
| ALL INDIRECT PURCHASER ACTIONS | |
| | DATE ACTION FILED: Oct. 3, 2012 |

Under the existing schedule (ECF No. 2789), a final report was due to the Court on April 19, 2024. The claims administrator has informed Indirect Purchaser Class Counsel that they have received a request from a representative for class members to reissue a large number of checks. There are 48 checks that represent $62,527.32 in award value. These checks were issued in January 2024 and funding remains in the escrow accounts to reissue them without issue.

Class Counsel would like to accommodate this request, but it would then not be possible to provide a final reporting to the Court by the April 19, 2024 deadline. The claims administrator informs Class Counsel it will take 1 to 2 weeks to update these records and reissue the check payments. Those checks would then be valid for 30 days. Given this, a 45-day extension is needed to ensure that we had time to reissue these checks, allow them to cash or go stale and prepare final reporting.

Accordingly, Plaintiffs request the adjusted schedule:

| Event | Original Deadline (ECF No. 2777) | Modified Deadline (ECF No. 2789) | Proposed Modified Deadline |
|---|---|---|---|
| **Phase II: Second Round Distribution** | | | |
| Claims administrators, Epiq and DigitalPay securely deliver a final pro rata payment to all payees who took a payment in the Initial Payment Offering (Phase I), including the 1,094 claimants requesting an additional payment attempt. This final phase delivers funds to all entitled claimants with the intent of taking the settlement balance as close to $0 as possible. | February 7, 2024 | March 27, 2024 | April 5, 2024 |
| Claims administrator Epiq to reissue checks and wire transfers with a 30-day expiration to those who cashed or received their payment from Phase I distribution. | | | |
| **Final Reporting** | | | |
| Claims administrator DigitalPay to provide final report regarding the disbursement of the settlement funds. | March 1, 2024 | April 19, 2024 | May 20, 2024 |
| Any remaining funds will be distributed to the California Attorneys General for the Class jurisdictions for use in prosecuting consumer antitrust claims. | | | |

1   IT IS SO ORDERED.

2

3   DATED: _April 10_____, 2024

HONORABLE YVONNE GONZALEZ ROGERS
4   UNITED STATES DISTRICT COURT JUDGE

5

6   Presented by:

7   Shana E. Scarlett
Steve W. Berman (*pro hac vice*)
8   HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 300
9   Berkeley, CA 94710
Telephone: (510) 725-3000
10   Facsimile:  (510) 725-3001
shanas@hbsslaw.com
11   steve@hbsslaw.com

12

13   Joseph W. Cotchett (SBN 36324)
Adam J. Zapala (SBN 245748)
14   840 Malcolm Road
Burlingame, CA 94010
15   Telephone: (650) 697-6000
Facsimile:  (650) 697-0577
16   jcotchett@cpmlegal.com
azapala@cpmlegal.com

17

18   Elizabeth J. Cabraser (SBN 083151)
Brendan P. Glackin (199643)
19   Lin Y. Chan (SBN 255027)
Michael K. Sheen (288284)
20   275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
21   Telephone: (415) 956-1000
Facsimile:  (415) 956-1008
22   ecabraser@lchb.com
bglackin@lchb.com
23   lchan@lchb.com
msheen@lchb.com

24

25   *Counsel for Indirect Purchaser Plaintiffs*

26

27

28
INDIRECT PURCHASER PLAINTIFFS' REQUEST AND
[PROPOSED] ORDER RESCHEDULE FOR FINAL ACCOUNTING - 2
CASE NO.: 4:13-md-02420-YGR (DMR)