Joseph J. Tabacco, Jr. (Bar No. 75484)
Todd A. Seaver (Bar No. 271067)
Carl N. Hammarskjold (Bar No. 280961)
**BERMAN TABACCO**
425 California Street, Suite 2300
San Francisco, CA 94104
Telephone: (415) 433-3200
Facsimile: (415) 433-6382
Email: jtabacco@bermantabacco.com
       tseaver@bermantabacco.com
       chammarskjold@bermantabacco.com

R. Alexander Saveri (Bar No. 173102)
Geoffrey C. Rushing (Bar No. 126910)
Matthew D. Heaphy (Bar No. 227224)
**SAVERI & SAVERI, INC.**
706 Sansome Street
San Francisco, CA 94111
Telephone: (415) 217-6810
Facsimile: (415) 217-6813
Email: rick@saveri.com
       geoff@saveri.com
       mheaphy@saveri.com

Bruce L. Simon (Bar No. 96241)
**PEARSON WARSHAW, LLP**
555 Montgomery Street, Suite 1205
San Francisco, CA 94111
Telephone: (415) 433-9000
Facsimile: (415) 433-9008
Email: bsimon@pwfirm.com

*Co-Lead Counsel for Direct Purchaser Plaintiffs*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| IN RE: LITHIUM ION BATTERIES ANTITRUST LITIGATION<br><br>This Document Relates to:<br><br>*All Direct Purchaser Actions* | Case No. 13-md-02420-YGR<br>MDL No. 2420<br><br>**DECLARATION OF JAMES PAGE, ESQ. REGARDING FINAL DISTRIBUTION OF SETTLEMENT FUNDS**<br><br>Judge: Hon. Yvonne Gonzalez Rogers<br>Courtroom: 1 |

I, James E. Page, hereby declare as follows:

1. I am a Manager of Client Services employed by Epiq Class Actions & Claims Solutions, Inc. ("Epiq"), the Settlement Administrator for the direct purchaser actions in the above-captioned case. Epiq began working on this matter in March of 2016. I have worked for Epiq and GCG, a company acquired by Epiq in 2018, since 2013. I am a licensed attorney in Washington. I received my Juris Doctor degree from the University of Oklahoma Law School in 2006 and my Bachelor of Arts degree from the University of Oklahoma in 2003. The following statements are based on my personal knowledge and information provided by other Epiq employees working under my supervision and, if called on to do so, I could and would testify competently thereto. I submit this Declaration regarding the distribution of remaining Settlement Funds in accordance with the Court's January 5, 2023 Order Granting Direct Purchaser Plaintiffs' Motion for Order Authorizing Distribution of Remaining Settlement Funds (ECF No. 2761).

2. On April 14, 2023 Epiq mailed checks to 114 eligible Class Members. The 114 checks had a total value of $651,547.67. All payments were made by paper check.

3. The average (mean) recovery per eligible Class Member is $5,715.33. The median recovery per eligible Class Member is $282.66. The largest amount paid to an eligible Class Member is $149,072.55. The smallest amount paid to an eligible Class Member is $10.06.

4. As of February 26, 2024, six (6) payments remain uncashed. The total value of these uncashed checks is $82.21. The void date of these remaining checks has passed and those checks can no longer be cashed. Epiq completed significant efforts to try to ensure that approved claimants cashed their checks, including by tracking check cashing and extending the void date of checks when asked.

5. An additional $3,881.81 remained in the Settlement Distribution Account due to accumulated interest and because the total of the payments was $651,547.67, or $4.93 less than the Court-authorized amount of $651,552.60, due to rounding.

6. On March 22, 2024, Epiq issued a payment of $3,964.02 ($82.21 + $3,881.81) to the *cy pres* designee, the George Washington University Law School Competition Law Center, in accordance with the Court's January 5, 2023 Order (ECF No. 2761).

7. Upon presentation of an invoice from Epiq, Co-Lead Counsel for Direct Purchaser Plaintiffs approved and paid Epiq $14,102.04 from the remainder of the funds previously reserved for claims administration costs. The Court-authorized reserve has been exhausted and no settlement funds remain. Epiq has been paid in full $2,894,635.02 for all administrative costs in the Direct Purchaser Actions.

8. Epiq has accounted for all potential tax liability, filed all necessary tax returns, and reports no other issues.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 1, 2024 at Seattle, Washington.

By: _____
JAMES PAGE
Manager of Client Services
Epiq Class Action & Claims Solutions