1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**NORTHERN DISTRICT OF CALIFORNIA**

10

**OAKLAND DIVISION**

11

IN RE LITHIUM-ION BATTERIES
ANTITRUST LITGATION

Case No. 3:10-MD-02420-YGR (DMR)

12

13

This Document Relates to:
ALL INDIRECT PURCHASER ACTIONS

14

**DECLARATION OF CHRIS WHIPPS
RE PROPOSED PLAN OF FINAL
FUNDS DISTRIBUTION TO THE
CALIFORNIA ATTORNEY
GENERAL OFFICE**

15

16

17

18

19

20

21

22

23

24

25

26

27

28

I, Chris Whipps, declare as follows:

1.      I am employed as CEO of Sipree, Inc., d/b/a DigitalPay, which serves as one of the Court-appointed administrators of the settlements in this action. As the CEO of DigitalPay, I oversee the administrative and executive services provided in this matter.  I make this declaration to further outline those administrative services.  I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

2.      This Court has also previously appointed Epiq Class Action & Claims Solutions, Inc. (Epiq) as a claims administrator for the Indirect Purchaser Class (ECF Nos. 2475, 2571).

3.      The Declaration of Chris Whipps (DigitalPay) Re First Round Distribution and Proposed Plan For Second Round Distribution submitted February 13, 2024, stated the net settlement funds for the second-round distribution to class members totaled $2,796,908.20.

4.      To accommodate a request from a representative for class members to reissue 48 Phase 1 uncashed checks representing $62,527.32 in award value, an additional program extension was filed on April 10, 2024.

5.      Prior to the second-round distribution, a third-party filer reached out to the claims administrator to confirm a claim for $318,667.07. The third-party filer did not claim those funds, but there was not sufficient time for these funds to be used in the second-round distribution. These funds were returned to the Qualified Settlement Fund (QSF) account.

6.      At the time of filing this proposed plan for second-round distribution, first round checks totaling $558,358.86 were still pending. At the end of the second-round distribution, $449,237.44 of these pending checks were not cashed. These funds were returned to the QSF account.

7.      The Second Round Distribution Order also allotted a separate amount of $278,511.35 to re-attempt first round digital payments to 1,094 claimants who actively reached out to Epiq and informed the claims administrators they did not receive their payment due to forgetfulness, email deliverability or other technical issues beyond our control. Thirty-one of these re-attempted payments, totaling $6,480.08 were not accepted by claimants and remain in the settlement account. In addition, during payment administration several class members filed complaints, which were

addressed as follows.  In each case, payment was ultimately made to and accepted by the class member.

**Michael Sussman:**

- Complaint: Mr. Sussman's primary objection was a contention that the email validation service arbitrarily blocked his payment. Previously, he had not received his payment because his email address was deemed undeliverable after email validation analysis. He also raised questions about the virtual Mastercard payment option.  *See, e.g.,* ECF Nos. 2778, 2778-1, 2790, 2791, 2792

- Resolution: On March 4th, 2024, DigitalPay sent Mr. Sussman a new paywall email to accept payment. This included both original and final pro-rata payment amounts. Mr. Sussman accepted the funds on March 10, 2024.

**Frank Jolie:**

- Complaint: Mr. Jolie claimed to have not received a payment despite giving a new email address and being told he would receive a payment. *See* ECF No. 2794. The Court-appointed claims administrators determined that Mr. Jolie had not originally received payment because his email was deemed undeliverable after email validation analysis.

- Resolution: On March 4th, 2024, DigitalPay sent Jolie a new paywall email to accept payment. This included both the original and final pro-rata payment amounts. Mr. Jolie accepted the funds on March 12, 2024, via a virtual debit card.

**Prince Farmer:**

- Complaint: Mr. Farmer made multiple objections, including: (a) his view that the settlement website is allegedly confusing, (b) that the check expiration dates are too fast, (c) that the reissuance of payments did not follow an appropriate procedure, (d) concerns regard the email validation, and (e) the proposal for a distribution to the attorneys' general offices. *See* ECF Nos. 2788, 2788-1. Mr. Farmer primarily objected that he hadn't received payment. The Court appointed claims administrators determined that he had not received payment because his email address had been deemed undeliverable after the email validation analysis.

- <u>Resolution</u>: On November 8th, 2023, DigitalPay sent out a new payment email and Farmer accepted payment on the same day. Farmer submitted this new objection on February 26, which was one (1) day after their second and final payment was sent to them through the mail (Physical Mastercard). The second payment funds were received on February 26, 2024. Mr. Farmer received a physical debit card.

**<u>Juan Torres</u>:**

- <u>Complaint:</u> Mr. Torres complained that he had not received a payment despite giving a new email address and being told he would receive a payment. *See* ECF No. 2793. Mr. Torres had not received payment because his email address was deemed undeliverable after email validation analysis.

- <u>Resolution</u>: On March 4th, 2024, DigitalPay sent Mr. Torres a new paywall email to accept payment. His objection had been filed on this same day. This payment included both original and final pro-rata payment amounts.  Mr. Torres accepted the funds on March 12, 2024.

8.      The settlement fund received a tax return in the amount of $4,650.00. These funds were deposited into the QSF.

9.      The second phase of the settlement distribution to class members was initiated and distributed in February through April 2024. The breakdown of payment sent by check, wire, and digital payments was:

*Checks: $76,772.96*

*Wires: $1,548,426.75*

*Digital payments: $1,171,601.66*

10.      Of the second-round distribution check payments, $23,994.07 went uncashed. After accounting for uncashed checks, unaccepted digital payments, returned funds from withdrawn claims, tax refunds and two as-yet unpaid administration invoices, $803,135.49 remains in the settlement account:

| AVAILABLE FUNDS IN QSF AS OF 2/13/2024 | | |
|---|---|---|
| | Pending checks | $ 558,358.86 |
| | Pending wires | $ 126,295.26 |
| | Re-attempt Phase 1 payments (digital) | $ 278,511.35 |
| | Funds set aside for administrative fees | $ 132,802.29 |
| | Net funds available for 2nd Distribution | $ 2,796,908.20 |
| **QSF Balance** | | **$ 3,892,875.96** |

| REMAINING FUNDS IN QSF AS OF 5/20/2024 | | |
|---|---|---|
| | **QSF Beginning Account Balance** | **$ 3,892,875.96** |
| | Phase 1 checks cashed (pending as of 2/13/2024) | $ (109,121.42) |
| | Phase 1 successful wires (pending as of 2/13/2024) | $ (126,295.26) |
| | Phase 1 re-attempts (digital) accepted | $ (272,031.27) |
| | Successful payments in 2nd Round Distribution | $ (2,772,807.30) |
| | Withdrawn claims (funds returned to QSF) | $ 318,667.07 |
| | Tax refund | $ 4,650.00 |
| | Epiq Administrative Fees – outstanding invoice & fees and expenses to complete distribution **(Not yet paid)** | $ (9,923.39) |
| | Epiq Administrative Fees – fees and expenses to complete distribution **(Not yet paid)** | $ (122,878.90) |
| **Total Remainder for Final Distribution to California AG** | | **$ 803,135.49** |

11.     Per the Order Regarding Phase II (Second Round) Distribution of Settlement Funds, the remaining settlement funds are to be distributed to the California Attorney General for use in prosecuting consumer and antitrust claims. Epiq Class Action Claims and Solutions (Epiq) will manage the final distribution of these funds. The payment will be sent via check after June 10, 2024, and no later than June 20, 2024.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 20th day of May 2024, in San Francisco, California.

_____

CHRIS WHIPPS